# UNITED STATES DISTRICT COURT
for the

JULIE V. DEGRAW, as Personal Representative of
the ESTATE OF DONALD C. DEGRAW

*Plaintiff(s)*

v.

BOB GUALTIERI, GREGORY GOEPFERT,
EDUARDO MARTINEZ, CHARLES STREET, and
the PINELLAS COUNTY SHERIFF'S OFFICE

*Defendant(s)*

Civil Action No. 8:18cv2116T36SPF

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA
2018 AUG 24 PM 1:17
RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EDUARDO MARTINEZ
c/o PINELLAS COUNTY SHERIFF'S OFFICE
10750 ULMERTON ROAD
LARGO, FL 33778

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael T. Callahan, Esq.
Callahan Law Firm, LLC
2935 1st Avenue North, Suite 2
St. Petersburg, FL 33713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: AUG 24 2018

*Signature of Clerk or Deputy Clerk*