# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:18-CV-2116-T-36-SPF

Plaintiff:
**JULIE V. DEGRAW, as Personal Representative of the ESTATE OF DONALD C. DEGRAW,**

vs.


RCG2018004023

Defendant:
**BOB GUALTIERI, GREGORY GOEPFERT, EDUARDO MARTINEZ, CHARLES STREET, and the PINELLAS COUNTY SHERIFF'S OFFICE,**

For:
Michael Callahan
Callahan Law Firm, LLC
2935 1st Avenue North,
Suite 2
St. Petersburg, FL 33713

Received by The Rock Group on the 29th day of August, 2018 at 4:03 pm to be served on **Charles Street, 2758 4th Ave. S., St. Petersburg, FL 33712**.

I, TERESA DUCADY, do hereby affirm that on the **4th day of September, 2018** at **3:34 pm, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT, COMPOSITE EXHIBIT 1 and COMPOSITE EXHIBIT 2** with the date and hour of service endorsed thereon by me, to: **Danielle Underkoffler** as **Associate Attorney** for **Charles Street**, and informed said person of the contents therein, in compliance with State Statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

F.S. 48.021(1)(Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special Process Server, in good standing, in the judicial circuit in which the process was served. F.S. 92.525 Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.(No Notary Required) (Services of subpoenas F.S. 48.021(1) Rule 1.410 ) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Notary Requried)  (Out of State/Foreign Process) Notary required.

**TERESA DUCADY**
APS 20754

**The Rock Group
PO Box 320423
Tampa, FL 33679
(888) 642-0130**

Our Job Serial Number: RCG-2018004023

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0e