UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE V. DEGRAW, as Personal
Representative of the Estate of
DONALD C. DEGRAW, deceased,

    Plaintiff,

vs.                    Case No.: 8:18-cv-2116-T-02SPF

BOB GUALTIERI, in his individual capacity as
Pinellas County Sheriff, GREGORY GOEPFERT,
EDUARDO MARTINEZ, CHARLES STREET,
in their individual capacities as Pinellas County
Deputy Sheriffs, and the PINELLAS COUNTY
SHERIFF'S OFFICE,

    Defendants.
    _____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    Bob Gualtieri, in his official capacity as Sheriff of Pinellas County, Florida
    Nicole E. Durkin, Senior Associate Counsel Pinellas County Sheriff's Office
    Shannon Kennedy Lockheart, General Counsel, Pinellas County Sheriff's Office
    Gregory Goefpert, Defendant
    Eduardo Martinez, Defendant
    Charles Street, Defendant
    Julie V. DeGraw, as personal representative of the estate
      of Donald C. DeGraw, Plaintiff

2) The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff, Julie V. DeGraw, as personal representative of the estate of Donald C. DeGraw, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that on September 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing pursuant to the Clerk's electronic service list.

/s/ Nicole E. Durkin
Nicole E. Durkin
FBN: 78069
10750 Ulmerton Road
Largo, FL   33778
Telephone: (727)582-6274
Fax: (727)582-6459
ndurkin@pcsonet.com
amarcott1@pcsonet.com
Attorney for Defendants