UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE V. DEGRAW,
as personal representative of the
ESTATE OF DONALD C. DEGRAW,
Deceased,

                                                                          CASE NO. 8:18-CV-2116-WFJ-SPF

Plaintiff,

Vs.

BOB GUALTIERI, in his individual and supervisory capacity as
Pinellas County Sheriff, and GREGORY GOEPFERT,
in his individual capacity as a Pinellas County
Deputy Sheriff,

Defendants,
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THE PLAINTIFF'S MOTION FOR LEAVE TO TAKE DEPOSITIONS IN EXCESS OF TEN**

       Plaintiff, JULIE V. DEGRAW, as personal representative of the ESTATE OF DONALD C. DEGRAW, Deceased, pursuant to Rule 3.01(d), Local Rules for the United States District Court Middle District of Florida, hereby moves for leave of court to file a Reply in further support of her Motion for Leave to Take Depositions in excess of the ten depositions permitted by Fed.R.Civ.P. 30(a)(2)(A) and in opposition to the Defendant's Response in Opposition (Dkt. 62), and in support thereof, states:

       1.      On September 4, 2019, Defendants filed a Response in Opposition to the Plaintiff's Motion for Leave to Take Depositions in Excess of Ten (Dkt. 62).

       2.      The undersigned counsel for Plaintiff consulted Judge Jung's Preferences posted on the Court's website. See https://www.flmd.uscourts.gov/judges/william-jung.

1

3.      Regarding Replies (Civil and Criminal Cases), Judge Jung's Preferences page states:

> Reply briefs, not to exceed eight pages in length, are permissible without leave of court. Any reply brief should not repeat points already made. Any replies must be filed within seven (7) days.

4.      Accordingly, on September 11, 2019, Plaintiff filed a three-page Reply. See Dkt. 64.

5.      On September 12, 2019, the court issued an endorsed order (Dkt. 65) signed by Magistrate Judge Sean P. Flynn stating as follows:

> ENDORSED ORDER directing the Clerk to strike [63] reply filed by Julie V. DeGraw and [64] reply filed by Julie V. DeGraw. Local Rule 3.01(c) states that no party shall file any reply or further memorandum directed to the motion or response unless the Court grants leave. No such leave has been requested or granted for the filing of these replies. Signed by Magistrate Judge Sean P. Flynn.

6.      Plaintiff apologized to the Court for misunderstanding that Judge Jung's posted preferences permitted a reply without seeking leave of court.

7.      Plaintiff requests leave to file a reply to the Defendants' Response in Opposition to the Plaintiff's Motion for Leave to Take Depositions in Excess of Ten [64], to clarify which witnesses have been scheduled for deposition since the filing of the Plaintiff's Motion, to address the Defendants' assertion that the Plaintiff's Motion is premature, and to address the Defendants' assertion that Plaintiff had previously agreed to limit all depositions to 15 depositions and that such agreement included expert witnesses.

8.      Plaintiff respectfully requests leave of court to file a reply, not to exceed four (4) pages, to address above issues.

## Rule 3.01(g) Certification

9. The undersigned counsel certifies that she has conferred with counsel for Defendants who does not object to Plaintiff filing a Reply in Further Support of its Motion for Leave to Take Depositions in Excess of Ten [64]. Counsel for the parties did not agree on a resolution of the motion.

Respectfully submitted,

/s Inguna Varslavane-Callahan
INGUNA VARSLAVANE-CALLAHAN
Fla. Bar ID. No.: 0183873
ICallahan@CLFTrialAttorneys.com
MICHAEL T. CALLAHAN
Fla. Bar ID. No.:0160940
MCallahan@CLFTrialAttorneys.co
Callahan Law Firm, LLC
449 Central Ave., Suite 203
St. Petersburg, FL 33701
Telephone: (727) 209-1504
Facsimile: (727) 289-4800
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendants.

/s Inguna Varslavane-Callahan
INGUNA VARSLAVANE-CALLAHAN
Fla. Bar ID. No.: 0183873