UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE V. DEGRAW, as personal
representative of the Estate of
Donald C. DeGraw, deceased,

    Plaintiff,

v.

    Case No. 8:18-cv-2116-T-02SPF

BOB GUALTIERI, in his individual
capacity as Pinellas County Sheriff, and
GREGORY GOEPFERT, in his individual
capacity as Pinellas County Deputy Sheriff,

    Defendants.
_____/

## ORDER

This cause is before the Court upon Motion of Defendant Bob Gualtieri to Compel Plaintiff's Answers to Interrogatories (Doc. 73), Motion of Defendant Bob Gualtieri to Compel Plaintiff's Responses to First Request for Production of Documents (Doc. 74), Motion of Deputy Goepfert to Compel Responses to Second Request for Production of Documents (Doc. 84), Motion of Defendants to Compel Plaintiff's Compliance with the Court's February 8, 2020 Order (Doc. 86), and Plaintiff's corresponding responses in opposition (Docs. 75, 76, 90, 88). On March 11, 2020, a hearing was held on this matter during which the Court considered whether the discovery sought was proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties'

resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighed its likely benefit. *See* Fed. R. Civ. P. 26(b)(1). For the reasons stated at the hearing, it is hereby

ORDERED:

1. Motion of Defendant Bob Gualtieri to Compel Plaintiff's Answers to Interrogatories (Doc. 73) is GRANTED as follows:

    a. As to Interrogatory Nos. 2 and 4, the motion is granted. Defendant Bob Gualtieri, however, has agreed to accept all responsive medical records instead of supplemental responses.

    b. As to Interrogatory No. 6, the motion is granted to the extent that Plaintiff is directed to supplement her responses by specifying the documents and pages, which contain the alleged recommendations Plaintiff relies on to support her claims.

    c. As to Interrogatory Nos. 7 and 8, the motion is granted to the extent that Plaintiff is directed to supplement her responses to clarify that no responsive information exists.

2. Motion of Defendant Bob Gualtieri to Compel Plaintiff's Responses to First Request for Production of Documents (Doc. 74) is GRANTED IN PART AND DENIED IN PART as follows:

    a. As to Requests for Production Nos. 19, 20, 25, 33, 44, 45, 46, 48, 49, and 51, the motion is granted. Plaintiff agreed to provide responsive documents.

    b. As to Requests for Production Nos. 4, 18, 23, 24 and 30, the motion is granted.

    c. As to Requests for Production Nos. 7 and 16, the motion is granted.

    d. As to Requests for Production Nos. 10, 11, 12, 13, 14, and 15, the motion is denied.

3. Motion of Deputy Goepfert to Compel Responses to Second Request for Production of Documents (Doc. 84) is GRANTED as follows:

    a. As to Request for Production No. 3, the motion is granted.

    b. As to Requests for Production Nos. 4, 5, 6, and 8, the motion is granted, and Plaintiff's attorney work product objections are overruled.

4. Motion of Defendants to Compel Plaintiff's Compliance with the Court's February 8, 2020 Order (Doc. 86) is GRANTED IN PART AND DENIED IN PART as follows:

    a. Plaintiff is directed to pay the costs associated with expert fees, travel expenses, and deposition transcripts in the amount of $3964.66.[1]

    b. As to all other requests, Defendants' motion is denied.

---

[1] To the extent that Plaintiff has already paid costs for expert fees and travel expenses, Plaintiff is only directed to pay the costs for deposition transcripts in the amount of $509.45.

5. Plaintiff shall serve Defendants with the requested discovery within 14 days from the date of this Order.

ORDERED at Tampa, Florida, on March 11, 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE