UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Julie V. DeGraw,
    Plaintiff,

vs.                                        Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
    Defendants.
_____/

### JOINT MOTION FOR ENTRY OF A REVISED CASE MANAGEMENT SCHEDULE TO DEPOSE PLAINTIFF'S USE-OF-FORCE EXPERT AND FILE DISPOSITIVE MOTIONS

The parties jointly seek leave of Court under Fed. R. Civ. P. 6(b)(1)(A), Fed. R. Civ. P. 16(b)(4), L.R. 3.05(c)(2)(E), L.R. 3.09(a), and the Court's inherent scheduling powers for entry of a new case management schedule for the sole purpose of permitting them to depose the plaintiff's use of force expert and, following that deposition, to file dispositive motions.

The parties have diligently prosecuted this case, none of the deadlines sought to be amended have passed, and the parties do not seek relief from any other deadlines, including the November 2020 trial date. The grounds and good-cause for this motion are stated below.

### MEMORANDUM OF LAW

1.     This is a § 1983 use-of-force case proceeding on a Second Amended Complaint filed on February 1, 2019. Doc. 48.

2. After the close of the original discovery period, the Court permitted the plaintiff to disclose an additional use-of-force expert, Doc. 80, and she timely did so. This necessitated a revision to the then-existing case management schedule to allow for the completion of expert discovery. Doc. 83.

3. Following the disclosure of the plaintiff's additional use-of-force expert, Charles Drago, the parties promptly scheduled his deposition for May 7, 2020.

4. Since Mr. Drago's disclosure, the global COVID-19 pandemic has wreaked havoc on all facets of life, including the safety and logistics associated with deposing Mr. Drago, who resides in Seminole County.

5. In light of these concerns, and to best enable all involved to address them under the circumstances, Mr. Drago yesterday requested that his deposition be postponed from May 7 to June 10, 2020.

6. The discovery deadline is May 8, and the dispositive motions deadline is June 8. Doc. 83, at 1.

7. Other than deposing Mr. Drago, discovery is complete. There are no remaining expert disclosures to be made, no outstanding written discovery requests, no other depositions to be taken, and no pending motions.

8. The parties jointly request that they be permitted an extension of the discovery cut-off to take and complete the deposition of Mr. Drago and a corresponding extension of the dispositive motions deadline. Counsel have

conferred and agreed on the following proposed, revised case management schedule, which does not interfere with the trial date or other pretrial deadlines:

| | |
|---|---|
| Discovery Cut-off | 6/10/2020 |
| Dispositive Motions | 7/10/2020 |
| Pretrial Statement | 10/1/2020 |
| Pretrial Conference | 10/8/2020 |
| Trial | 11/2/2020 |

9. Permitting this brief extension of the discovery cut-off and dispositive motions deadlines to accommodate Mr. Drago's deposition is not only in the interest of expeditiously and efficiently prosecuting and resolving this case, but it is also in the interests of fostering professionalism and accommodating each other in this unique time.

10. **Rule 3.01(g) certification**. This is a joint motion. The parties have conferred about the relief it seeks and are in agreement with it.

Accordingly, the parties request that the Court enter an amended case management schedule setting the remaining pretrial deadlines as reflected in this motion and grant such other relief as the Court deems just and proper.

| | |
|---|---|
| /s/ Inguna Varslavane-Callahan | /s/ Paul G. Rozelle |
| INGUNA VARSLAVANE-CALLAHAN | Paul G. Rozelle |
| Fla. Bar ID. No.: 0183873 | Senior Associate Counsel |
| ICallahan@CLFTrialAttorneys.com | FBN: 75948 |
| Callahan Law Firm, LLC | 10750 Ulmerton Road |
| 449 Central Ave., Suite 203 | Largo, FL  33778 |
| St. Petersburg, FL 33701 | Telephone:  (727) 582-6274 |
| Telephone: (727) 209-1504 | Facsimile:   (727) 582-6459 |
| Facsimile: (727) 289-4800 | prozelle@pcsonet.com |
| Attorneys for the plaintiff | amarcott1@pcsonet.com |
| | Attorney for the defendants |

# **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 1, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                      /s/ Paul G. Rozelle