UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Julie V. DeGraw,
    Plaintiff,

vs.                                      Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
    Defendants.
_____/

**TABLE OF CONTENTS TO RECORD EVIDENCE IN SUPPORT
OF DEPUTY GOEPFERT'S MOTION FOR SUMMARY JUDGMENT**

|  | **Docket number** |
|---|---|
| Julie DeGraw Deposition Transcript | 96-2 |
|     • Ex. 25 – Photo (Julie DeGraw) | |
|     • Ex. 26 – Photo (Julie DeGraw) | |
|     • Ex. 27 – Recording, two 911 calls | |
|     • Ex. 28 – SO16-363788/6 | |
| Noel Castro Deposition Transcript | 96-3 |
|     • Ex. 30 – SO16-363788/7 | |
| Dep. Michael Segura Deposition Transcript | 96-4 |
|     • Ex. 35 – SO16-362943/1 | |
|     • Ex. 36 – SO16-362943 | |
| Dep. Peter Lamborghini Deposition Transcript | 96-5 |

|  | **Docket number** |
|---|---|
| Paul Grenier Deposition Transcript | 96-6 |

- Ex. 33 – Patient Care Report (Final)
- Ex. 34 – Patient Care Report

Dep. Eduardo Martinez Deposition Transcript ............................. 96-7

- Ex. 20 – Taser Training Academy, User Certification Test
- Ex. 21 – Photograph (DeGraw)
- Ex. 22 – Video & Audio Recording (COBAN)
- Ex. 23 – Audio Recording (Patrol Radio Traffic)

Dep. Gregory Goepfert Deposition Transcript ............................. 96-8

- Ex. 31 – Taser Instructor Certification Course (partial)
- Ex. 32 – Instructor and Student Certification Guides (partial)

James Upton Deposition Transcript ............................. 96-9

- Ex. 13 – SO16-363788/26
- Ex. 14 – SO16-363733/15

Charles Street Deposition Transcript ............................. 96-10

- Ex. 24 – SO16-363788/26

Keith Baldwin Deposition Transcript ............................. 96-11

- Ex. 15 – Photograph (entry way to home)
- Ex. 16 – Photograph (top of stairs and landing)
- Ex. 17 – Photograph (hallway and DeGraw's bedroom)
- Ex. 18 – Photograph (DeGraw's bedroom)
- Ex. 19 – SO16-363788/18

| | **Docket number** |
|---|---|
| Affidavit of Tara Weschler | 96-12 |
|     • Ex. A – SO16-363788/3 | |
|     • Ex. B – SO16-363788/10 | |
|     • Ex. C – SO16-363788/51 | |