UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

CASE NO.:  8:18-CV-2116-WFJ-SPF


JULIE V. DEGRAW, AS PERSONAL REPRESENTATIVE OF THE

ESTATE OF DONALD C. DEGRAW, DECEASED,

       PLAINTIFF,

   VS.

BOB GUALTIERI, IN HIS INDIVIDUAL AND SUPERVISORY

CAPACITY AS PINELLAS COUNTY SHERIFF, AND GREGORY

GOEPFERT, IN HIS INDIVIDUAL CAPACITY AS A

PINELLAS COUNTY DEPUTY SHERIFF,

       DEFENDANTS.

* * * * * * * * * * * * * * * * *

DEPONENT:    JULIE DEGRAW

DATE:       JULY 15TH, 2019

TIME:       9:15 A.M. TO 11:45 A.M.

LOCATION:    COMPASS REPORTING GROUP

             3000 GULF-TO-BAY BOULEVARD, #500

             CLEARWATER, FL  33759

REPORTER:    KIMBERLY HAMMOCK

             NOTARY PUBLIC

             STATE OF FLORIDA AT LARGE

             COMPASS REPORTING GROUP

1  A P P E A R A N C E S:

2  For the Plaintff:        INGUNA VARSLAVANE-CALLAHAN, ESQ.

3                           CALLAHAN LAW FIRM, LLC

4                           449 CENTRAL AVENUE, #203

5                           ST. PETERSBURG, FL  33701

6

7  For the Defendant:       PAUL G. ROZELLE, ESQ.

8                           PINELLAS COUNTY SHERIFF'S OFFICE

9                           10750 ULMERTON ROAD

10                          LARGO, FL  33778

11

12 Also Appearing:          Courtney Erny

13

14                   I N D E X

15 Direct Examination by Mr. Rozelle  ......... 3

16 Cross-Examination by Ms. Callahan  .........72

17                 E X H I B I T S

18 Defendants'                          Marked for

19 Exhibit No.        Description        Identification

20    25              Photo                30

21    26              Photo                30

22    27      Doc/Bates Nmbr. - PCSO001030   31

23    28          Doc - Interview           64

24

25

1  Thereupon,

2                    JULIE DEGRAW,

3  was called upon and after being duly sworn,

4  was examined and testified as follows:

5                  DIRECT EXAMINATION

6  BY MR. ROZELLE:

7      Q.   Good morning, Ms. DeGraw.  My name is Paul

8  Rozelle.  I'm a lawyer.  I work with the Pinellas

9  County Sheriff's Office in this case that you have

10 filed that brings us together today.  I represent

11 Sheriff Bob Gualtieri both in his individual and

12 official capacity, as well as Deputy Gregory Goepfert.

13 We are here to take your deposition today.  Do you

14 understand that?

15     A.   Yes.

16     Q.   Okay.  Would you please state your full name

17 for the record?

18     A.   Julie DeGraw.

19     Q.   How do you spell your last name?  Is it

20 capital D, capital G?

21     A.   Yes.

22     Q.   Okay.  Thank you.  I've seen it written both

23 ways, and I just want to make sure we got it right.

24     A.   Everybody does.

25     Q.   What is your current residential address?

1      A.   1739 Split Fork Drive, Oldsmar.

2      Q.   And that's the same address at which you

3  lived on the date that gave rise to the events that

4  gave rise to this lawsuit, September 7th, 2016,

5  correct?

6      A.   Correct.

7      Q.   Does anybody else live there currently with

8  you?

9      A.   Just me and my dog.

10      Q.   I understand from looking through some of the

11  records that have been produced in this case that --

12  first of all, your husband was Donald DeGraw?

13      A.   Yes.

14      Q.   He had some prior military service, is that

15  right?

16      A.   Yes.

17      Q.   Tell me about that.

18      A.   He was in the military for 17 years total, I

19  believe.  Seventeen to 18 years.  He was in the Air

20  Force before that before he went into the Navy.  He got

21  out of the Air Force, I think after four years.  He did

22  some stuff for the military while he was out, and he

23  went back in and became a medic in the Navy.

24      Q.   When did he leave his military service?

25      A.   1996, I believe.  I think it was 1996.

1     Q.    Basically, what did he do for the Navy when
2 he was in the Navy?
3     A.    He worked mostly with the Marines.  They
4 were -- he was attached to special operations group
5 called first ANGLICO, and then he was attached to
6 special operations training group.  Camp Pendleton.
7     Q.    First ANGLICO?
8     A.    It's capital -- it's A-N-G-L-I-C-O.  It's Air
9 Naval Gunfire Liaison Company.
10     Q.    And what did he do for them?
11     A.    He was their combat medic.
12     Q.    Had he served abroad?
13     A.    They went abroad, yes.
14     Q.    Tell me about his service abroad.
15     A.    When he was in the Air Force, he was in Italy
16 and Philippines.  When he was in the Navy, he was in
17 the gulf during the Gulf War.
18     Q.    First Gulf War?
19     A.    Correct, yes.  They did some ops that I don't
20 really know.  I know at one point he was in Granada
21 when he was out of the military.
22     Q.    So there's a period of time between when he
23 did his service in the Air Force and when he served in
24 the Navy where he was -- was he working as a military
25 contractor?

1     A.    No.   I think he was just recalled.

2     Q.    What was the nature of the end of his

3  military service?  Did he complete all of his time and

4  retire?  Tell me about his service --

5     A.    He was actually medically retired after the

6  Gulf War.  We got stationed in Hawaii.  He was having

7  some -- he was having some nightmares and problems

8  sleeping, so he started going to therapy.  They

9  diagnosed him with PTSD and -- so he retired medically

10  early.

11     Q.    You are a nurse, correct?

12     A.    Uh-huh.

13     Q.    You still work as a nurse?

14     A.    Uh-huh.

15     Q.    Sorry.  Just for your -- the purposes of

16  depositions is that we have a court reporter taking

17  down my questions and your answers.  So, although, I

18  absolutely understand the last two answers you gave, so

19  that we can have a clean transcript, if you can just

20  make sure your answers are yes or no instead of uh-huh

21  or huh-uh or shakes of the head and that sort of thing.

22     A.    Okay.

23     Q.    I'll try to remind you if you slip.  And I'll

24  try not to do the same thing to you.

25     A.    Okay.

 1       Q.    Thank you.  Where do you work currently?

 2       A.    I work at Mease Dunedin.

 3       Q.    How long have you worked there?

 4       A.    Twenty years.

 5       Q.    What kind of nursing do you do?

 6       A.    We do orthopedics in bariatric surgery.

 7       Q.    How long have you done that type of practice?

 8       A.    Almost 20 years.  It's a post-operative unit,

 9  so --

10       Q.    Is it same day?

11       A.    No.  We take same day or the next day.  They

12  go home.

13       Q.    Tell me in general terms, if you would, about

14  Mr. DeGraw's medical history.

15       A.    My husband's medical history?

16       Q.    Yes.

17       A.    Okay.  When he left the military, he had shin

18  splints from parachute jumps.  He's had shoulder

19  injuries, so he's had a surgery on his shoulder before

20  he left the military.  Medically he was -- he was

21  healthy.  When we got out, he got diagnosed with PTSD.

22  He went to therapy and he -- because of the medications

23  that he would take, he would have some stomach issues,

24  so he was taking some medications for that.  He's also

25  had some problems with his plantar fasciitis, so he had

1   been to doctors for that.  He would have some dizziness

2   sometimes from his meds, so he did sleep a lot.  He

3   would have problems sleeping, so they did give him a

4   sleeping pill.

5        Q.   Anything else?

6        A.   Medically, I think that's it.  He's had

7   EGD's.  They were fine.  He had some alcohol --

8   problems with alcohol, but -- in 1997, he got really

9   bad.  He was sick in the hospital and he did not -- has

10  not had a drink since -- did not have a drink since

11  that day that he was admitted to the hospital.

12       Q.   Where was he hospitalized in 1997?

13       A.   That was Largo Med.

14       Q.   Any other hospitalizations that you remember

15  him having over the years?

16       A.   No.  Just that accident at Countryside in

17  2013.  The overnight stay.  But I don't think he's had

18  any others since he left the military.

19       Q.   How about between 2013 and September of 2016?

20  Any hospitalizations?

21       A.   No.

22       Q.   Who is his family physician or GP?

23       A.   He goes to Dr. Brooke Ball.  She is a VA

24  physician at Palm Harbor.  I think her name has

25  changed, but that was the physician he was going to

1  see.

2      Q.    Say between 2013 and 2016, other than the

3  physicians or healthcare providers at the VA, was your

4  husband seeing any other healthcare providers?

5      A.    He was seeing Dr. Shriner.  He was the VA

6  psychiatrist in Tampa.

7      Q.    Anyone else?

8      A.    I think he might have had an EGD in between

9  that at the Bay Pines VA.  I'm not exactly sure when,

10  that date.

11      Q.    Anything else you can remember?

12      A.    I'm trying to remember.  I don't think so.

13      Q.    You mentioned that he had been diagnosed at

14  some point, it sounds like at the time his service

15  ended, with PTSD, is that right?

16      A.    Correct.

17      Q.    What other medical or psychiatric diagnosis,

18  if any, are you aware that your husband had?

19      A.    Well, with the PTSD there's depression.  He

20  was hypervigilant with -- in crowds, but that's what he

21  did.  He didn't sleep a lot because he would have

22  nightmares.

23      Q.    So PTSD.  Depression.  Anything else?

24      A.    Not really.

25      Q.    In September of 2016, what medications was he

1    taking, if you know?

2         A.    I know that I was giving him his vitamins.

3    He was taking Seroquel.  I believe he was also

4    taking -- well, he was taking venlafaxine, which is an

5    anti-depressant.  Prilosec for his stomach.  Maalox.

6    Prazosin.

7         Q.    What was the last one?

8         A.    Prasozin, P-R-A-S-O-Z-I-N.

9         Q.    What was that for?

10        A.    It's an anti-depressant.  He also took

11   gabapentin.

12        Q.    What did he take the gabapentin for?

13        A.    He had -- sorry.

14        Q.    It's okay.

15        MR. ROZELLE:  We can go off the record for a

16        second.

17             (At this time a brief conversation was

18              held off the record.)

19   BY MR. ROZELLE:

20        A.    It's okay.  The gabapentin -- he's had a lot

21   of pain issues, so he was -- he was taking some pain

22   medications for a while, but he decided that he really

23   did not want to keep taking them, so he just stuck with

24   the gabapentin.  He would take that, as well as

25   Ibuprofen.  So that's what the gabapentin was for.  It

1   helped the pain.

2        Q.   What were the discontinued pain medications?

3        A.   I think it was MS Contin, C-O-N-T-I-N.

4   Before that, I think he was on hydrocodone.

5        Q.   Any other pain medications that you recall

6   him taking over the years?

7        A.   A long time ago he was taking Darvocet, I

8   think.  Tylenol 3.

9        Q.   Anything else you recall?

10       A.   No.

11       Q.   How about other -- I kind of got us off on

12  the pain medications there.  Any other medications that

13  you can recall your husband taking?  You mentioned

14  vitamins, Seroquel, venlafaxine, gabapentin, Prilosec,

15  Maalox, Prazosin, the pain medications.  Anything else

16  you can recall?

17       A.   No.

18       Q.   What pharmacy did he use?

19       A.   The VA pharmacy in -- there were two

20  pharmacies that would send him his meds.  The VA in

21  Tampa, and the VA in Bay Pines.

22       Q.   Did he use any other pharmacies over the

23  years?

24       A.   No.

25       Q.   Did he -- you mentioned that you gave him the

1  vitamins.  How about the rest of the medications?  Did
2  he administer them himself?
3      A.   He took it.
4      Q.   So as far as when to take it, the dosage and
5  when to take it, he handled that all himself?
6      A.   Yes.
7      Q.   Are you aware that he had a super
8  therapeutic -- or at least the medical examiner in her
9  report said that he had a super therapeutic dose of
10 venlafaxine at the time of his death?
11     A.   Which is the Seroquel.  Well, I saw that
12 report.
13     Q.   Do you have any knowledge of how that could
14 have been the case?
15         MS. CALLAHAN:  Object to the form.  You can
16     answer.
17 BY MR. ROZELLE:
18     A.   No.  He had his medications in the room
19 upstairs, so he took his meds.  I have no knowledge of
20 how much.
21     Q.   Had you seen him take the venlafaxine at any
22 time on September 7th or the day before, September 6th?
23     A.   No. I did not see him take his medications.
24 But I know on September 6th, that night he told me he
25 was going to take his meds and go to sleep.  Go to bed.

1     Q.   The room that he kept his medications in, was

2  that the -- if you go up that staircase to the second

3  floor of your house and then you walk straight ahead,

4  is that the room?

5     A.   Yes.

6     Q.   Tell me what you did to prepare for your

7  deposition today.

8     A.   I read the interview they did of me, and I

9  met with my lawyers last week just to go over that.

10     Q.   I don't want to know anything -- I'm going to

11  go ahead and cut you off there before Ms. Callahan can.

12  I do not want to know what you talked to your lawyer

13  about.  The fact that you met with them is fair.  So

14  you met with your lawyers?

15     A.   Yes.  And I read the report.

16     Q.   And you read the -- I think you said, "The

17  interview that they did of me."  Is that the

18  transcribed interview that you gave to detectives later

19  in the night of September 7th?

20     A.   Correct.

21     Q.   Did you look at any other documents at any

22  time?

23     A.   There was a deposition that I read last week.

24  Of one of the deputies.

25     Q.   Which one?  Do you remember?

1       A.   I think it was Martinez.

2       Q.   Did you read the whole thing?

3       A.   Yes.

4       Q.   Other than the transcript of your interview

5   and Deputy Martinez's deposition transcript, did you

6   look at any other documents?

7       A.   No.

8       Q.   Did you look at any video?

9       A.   No.

10      Q.   Did you look at any photographs?

11      A.   No.

12      Q.   Did you listen to any audio?

13      A.   No.

14      Q.   There is -- I'll represent to you that there

15  is an audio recording of some of the events that

16  transpired in the afternoon of September 7th, 2016 at

17  your house.  So let me just ask you, did you see

18  references to that in Deputy Martinez's transcript?

19      A.   Yes, I did.

20      Q.   Did you ever listen to that audio?

21      A.   No.

22      Q.   There are recorded -- two recorded 911 phone

23  calls that you placed on September 7th, 2016.  Let me

24  just ask you, first of all, do you remember calling 911

25  twice that day?

1      A.   Yes.

2      Q.   Have you listened to the recordings of those

3  phone calls?

4      A.   No.

5      Q.   Did you review or look at anything else,

6  other than what you described to me already in

7  connection with preparing for your deposition today?

8      A.   No.

9      Q.   Tell me what, if anything, you found

10  significant about Deputy Martinez's deposition

11  testimony.

12      A.   He said that they did not take their Taser

13  out until they were upstairs.  That's not true.  They

14  took their Tasers out when I told Deputy Goepfert -- he

15  was in the landing, and I think he said, "Is there

16  anything I need to know?"  I said, "My husband sleeps

17  with a gun under his pillow."  And he said, "Thank you

18  for telling me."  Then he took out his Taser.

19      Q.   He meaning Deputy Goepfert?

20      A.   Yes.  When he did, the other deputy that was

21  downstairs still, and I'm assuming that was Deputy

22  Martinez, also took out his Taser.  So they both had

23  their Tasers out when they were going up the stairs.

24      Q.   What else, if anything, did you find

25  significant or meaningful in Deputy Martinez's

1  transcript?

2       A.   I think he said that I told him that there is

3  guns everywhere.  I told him that my husband had guns,

4  and I knew that they were in the foot locker in the

5  family room.  That's all I said.

6       Q.   You told him about the weapon upstairs that

7  your husband typically slept with under his pillow?

8       A.   Correct.

9       Q.   That was before the deputies went upstairs?

10      A.   Correct.

11      Q.   What else, if anything, did you find

12  significant or memorable in reviewing Deputy Martinez's

13  deposition transcript?

14      A.   Well, deputy Goepfert said, "Thank you for

15  telling me."  Then I said, "He was a corpsman in the

16  Navy."  And Deputy Goepfert said that he was a marine,

17  and he told my husband that.

18      Q.   Deputy Goepfert told your husband that Deputy

19  Goepfert was a marine?

20      A.   Yes.  He said, "I was a marine."  My husband

21  kept saying the word "ha".  And he also said -- Deputy

22  Goepfert said, "I'm a marine.  Can we talk?"  I told

23  him, "He's confused.  He just had a seizure.  He

24  doesn't understand.  He has PTSD."  I told him that

25  twice.

1    Q.   What else, if anything, did you find
2 significant or memorable when you reviewed Deputy
3 Martinez's transcript?  Really what I want to try to
4 focus the question on is, from either the questions he
5 was asked or the testimony that he gave.
6    A.   I'm trying to remember.  That was a couple of
7 things that really stood out for me, because I don't
8 know anything else that happened upstairs.  I did hear
9 Martinez -- I think it was Deputy Martinez say, "Sir.
10 Sir.  Wake up."  I said, "What's going on?"  He said,
11 "He lost consciousness."  I said, "Is he breathing?"
12 He said, "Yes."
13    Q.   Anything else at all stand out from his
14 deposition testimony?
15    A.   I don't think so.
16    Q.   Did you review the deposition testimony of
17 Sergeant Charlie Street?
18    A.   No.
19    Q.   Did you review the deposition testimony of
20 either of the two detectives, Jay Upton or Jonathan
21 Tobeck?
22    A.   No.
23    Q.   Did you review the deposition testimony of
24 Deputy Keith Baldwin?
25    A.   No.

1    Q.   Did you look at any of the statements that
2  any of those individuals, Deputy Baldwin, Sergeant
3  Street or Deputy Martinez gave to detectives in the
4  immediate aftermath of the these events in September of
5  2016?
6    A.   No.
7    Q.   I saw some reference in the documents to an
8  Alecia Janczak?
9    A.   Yes, Alecia.
10    Q.   A-L-E-C-I-A.  Last name is spelled
11  J-A-N-C-Z-A-K.
12    A.   Yes.
13    Q.   She's a friend of yours?
14    A.   Yes.
15    Q.   Is she a neighbor also?
16    A.   No.  She's probably about 15 minutes away.
17  Ten or 15 minutes.
18    Q.   She came over to the house at some point on
19  September 7th, 2016, right?
20    A.   Yes.
21    Q.   That was -- well, just tell me.  When did
22  that happen?
23    A.   After I called 911, I called Alecia because
24  we had conversations earlier that day.  She's one of my
25  best friends.  So her and my other friend, Becky, was

1   working.  We had been texting.  I told Alecia that I
2   had to call 911 again for Don.  She said, "I'm coming."
3   So she came when they were still upstairs.
4       Q.   Had she been over to the house earlier that
5   day?
6       A.   No.
7       Q.   When she arrived at the house, who else was
8   in your house?
9       A.   The deputies and just me.
10      Q.   Had the paramedics gone upstairs yet?
11      A.   Yes.  The paramedics were already there
12  upstairs.
13      Q.   Did she speak with any of the deputy sheriffs
14  that were on scene?
15      A.   I don't remember.  I know one of the deputies
16  stood with us in the family room.
17      Q.   Do you know who that was?
18      A.   I think it was Baldwin.
19      Q.   Do you know if she spoke with any of the
20  paramedics, Alecia?
21      A.   No.
22      Q.   Sorry.  My question was bad.  No, you don't
23  know if she did?
24      A.   I'm sorry.  I don't recall her speaking to
25  any of them.

1    Q.   Alecia wasn't there during any of the time

2  that the Tasers was being used or deputies were

3  upstairs with your husband?  Put it another way, she

4  doesn't show up until after the paramedics are on scene

5  and whatever the use of force was, that was already

6  over, is that correct?

7    A.   Correct.

8    Q.   Okay.  I saw in the records, and you have

9  given a little bit of testimony here this morning,

10  about an incident in 2013 that your husband had that

11  resulted in him being hospitalized for a brief time.

12  Do you remember that?

13    A.   Yes.

14    Q.   Tell me what that was, when it happened.

15    A.   The doctor switched his medications for his

16  sleeping pills.  He did not sleep for three days.  He

17  finally took a nap.  He woke up confused.  I called

18  911, and they came.  Talked to him.  Took him in the

19  ER.  He was admitted overnight and he was fine.

20    Q.   Since that time in 2013, up until the early

21  morning hours of September 7th, 2016, did your husband

22  ever experience any other episodes of confusion or not

23  sleeping for extended periods or anything of that sort?

24    A.   No.  He would have problems maybe with not

25  sleeping for a day or for a night, but not to the

1  extreme that he had in 2013.

2      Q.   Let's go to the events of September 7th,

3  2016.  Just kind of walk through what you remember

4  happening that day.  I understand that -- well, tell me

5  how your day began.  I understand your husband woke up

6  in the early morning hours having what you thought was

7  a nightmare, correct?

8      A.   Correct.

9      Q.   Tell me about that.  So I heard -- I heard a

10 scream, so I got out of my room.  I was in the master,

11 and he was in the other room right across from the

12 stairs.  I could tell he was having a nightmare.  He

13 was screaming, so I don't want to wake him up when he's

14 having a nightmare.  I usually let him wake up from it.

15 So I went back to the other room.

16      A few minutes later he settled down, so I

17 went there.  He was still laying in the bed and he was

18 still having these small noises.  I said, "Honey."  He

19 sat up and he looked at me like he was in a daze and --

20 so he started going towards the door.  I thought he was

21 chasing me, so I ran to the other room.  But then he

22 was trying to -- you know, he was trying to open the

23 door.  I didn't want him to go down the stairs because

24 he was going to fall, so I ran to the room next door.

25 Then I said, "Go back to the bed."  He did.  He sat

1   down in the bed, and then I opened the door and I

2   walked out in the hallway.  He was following me.  He

3   followed me around to the master bedroom.  Then we sat

4   on the bed and I told him, "I'm going to go downstairs

5   and make a phone call."  He said, "Okay."  I did that.

6   I went downstairs.  He didn't follow.  He just sat in

7   the bed.  The sheriff came and he said, "What's going

8   on?"  I said, "My husband was really confused when he

9   woke up.  He a had a nightmare."

10          At that time, he was -- he was looking down.

11  My husband was looking downstairs to us, because he

12  heard the door open.  The sheriff saw him and he said,

13  "Sir, what's going on?"  He said, "I had a nightmare."

14  The sheriff said, "Can you come down and talk?"  He

15  said, "Yes."  He came down -- he came down and sat on

16  the bench by the stairs.  They talked to him.  The

17  paramedics came.  They assessed him.  Did his vital

18  signs.  Talked to him.  Asked him if he wanted to go to

19  the hospital.  He said no.  The paramedics said, "Well,

20  okay, will you follow up with your psychiatrist if you

21  have these nightmares?"  He said, "Yes, I will."  I had

22  my two dogs at the time.

23          I had two dogs at the time.  I was in the

24  other room.  The sheriff came and he said, "Do you feel

25  safe with him?"  I said, "Yes."  He said, "Do you want

1   us to take him to the hospital?"  I said, "No.  I think
2   he's fine.  He's back to his normal.  That was unusual
3   for him."  They left.  My husband then said, "I'm
4   really tired."  I said, "I know."  So he went back
5   upstairs and went to sleep.  He slept for a while.
6          I think he maybe had another nightmare,
7   because I heard him just for a moment in the middle of
8   the day.  But then at 1:00, I think it was around 1:00,
9   he woke up to go to the bathroom.  I was downstairs.
10  He looked down and asked me how I was.  I told him that
11  I was upset with him because he scratched the back of
12  my neck.  He said, "What did I do?"  I told him what
13  happened.  He said, "I'm sorry."  He went back down to
14  the bed.  Around maybe 3:00 or 3:30, he woke up again
15  and went to the bathroom.  I went upstairs after he got
16  back in bed.
17         The Golden Retriever that we have is my
18  daughter's dog.  She was there that morning.  I think
19  she was really stressed out.  She would not -- she kept
20  clinging to me because she heard that yelling that
21  morning, so she was stressed.  I told my husband, "I'm
22  going to take Kenzie home."
23         In the meantime, this Goldie jumped on the
24  bed and was kissing him and she -- he absolutely loves
25  her.  They were playing.  I said, "I'm going to take

1    Kenzie home." He said, "Why?" I said, "Well, she's

2    just stressed." He said, "I wish you would not do

3    that, take Kenzie home." Then he started to do the

4    stiffening up and Kenzie jumped off the bed. He

5    started shaking everywhere. I wasn't sure if he was

6    having a seizure, but he lost control of his bladder.

7    He was laying on his side, so I went downstairs and

8    called 911. I asked for medical help.

9         Q.   Let's break this down a little bit. It was

10   very helpful. Thank you. The first incident in the

11   morning, you said he woke up screaming or he was

12   screaming?

13        A.   Uh-huh.

14        Q.   Yes?

15        A.   Yes.

16        Q.   And you thought he was having a nightmare?

17        A.   Yes.

18        Q.   The room he was in is the one that's at

19   the -- straight across at the head of that stairway at

20   the top of stairway, correct?

21        A.   Correct.

22        Q.   Let me show you this so that there is no

23   doubt about what room we are talking about here.

24        A.   Okay.

25        Q.   Ma'am, I will show you what was marked

1    earlier as Exhibit 7.  Take a look at that and let me
2    know when you have had a chance to see that.
3        A.    Okay.
4        Q.    Is that the staircase that goes up to the
5    second floor of the home?
6        A.    Yes.
7        Q.    In other words, that's the only one in your
8    home?  The only staircase?
9        A.    Yes.
10       Q.    Let me show you what we previously marked as
11   Exhibit 8.
12       A.    Yes.
13       Q.    Somebody, I will represent to you, has drawn
14   an arrow there kind of in the middle of the photograph.
15   You see that?
16       A.    Yes.
17       Q.    Does that arrow point to the bedroom where
18   your husband was in the early morning hours of
19   September 7th, 2016?
20       A.    Yes.
21       Q.    And that's the same bedroom that he's in for
22   the -- if we can call it the second incident later in
23   the afternoon that you have already given some
24   testimony about, where he wakes up and is having what
25   you think is a seizure, correct?

1      A.   Yes.

2      Q.   He's in the same room?

3      A.   Yes.

4      Q.   Does he ever go to sleep in any of the other

5  bedrooms that day?

6      A.   No.   Just that morning when I was in the

7  other room and he followed me to the other room before

8  the other deputies came.

9      Q.   The very first incident where you're going to

10  then go downstairs and call 911, he follows you out of

11  the bedroom at the head of the staircase into where you

12  are in the master bedroom?

13      A.   In the morning?

14      Q.   Yes.

15      A.   So in the morning this is where.  I went to

16  this room right next it, because I did not know what

17  was going on.  I went in there, and then when he had

18  gone back in this room, I went to the master bedroom

19  over there.  The master bedroom is right there.

20      Q.   Okay.  Let me clean this up on the record a

21  little bit using our photograph.  So the room that he's

22  in with the arrow pointing to it, if we look at that

23  photograph, Exhibit 8, there's a room that's

24  immediately to the right, is that correct?

25      A.   Correct.

1    Q.   And that's the room where -- when he gets up

2    in the morning and is following you out, you go into

3    that bedroom?

4    A.   Correct.

5    Q.   For some period of time?

6    A.   Yes.

7    Q.   And then ultimately go to the master bedroom,

8    which is like an L-shaped hall there, is that correct?

9    A.   Correct.

10   Q.   Which is -- as we look at Exhibit 8, it's on

11   the far right side of the photograph.  You can't

12   actually see the door, is that right?

13   A.   Correct.

14   Q.   Okay.  This morning incident where you called

15   911 for the first time, who shows up first?  The

16   deputies or paramedics?

17   A.   Deputy.

18   Q.   When the deputy -- by the time the deputy

19   shows up, has your husband calmed down, or is he still

20   screaming and yelling?

21   A.   No.  He had calmed down.  He -- at that time,

22   he wasn't saying "ha" anymore.  He just kept saying to

23   me, "Come on.  Let's go.  Let's go."  I said, "No.  We

24   are not going to go anywhere.  We will sit right here

25   and I'll go downstairs."  He kept saying, "Okay.

1　Okay."  That was the last time that -- those were the

2　last words he said to me before I went downstairs to

3　call 911.

4　　　　Q.　Okay.  His demeanor, his affect was, at least

5　in your mind, appropriate by the time the deputies

6　showed up in the morning?

7　　　　A.　He had calmed down, yes.

8　　　　Q.　And he ultimately declines to go get medical

9　treatment that morning?

10　　　　A.　Correct.

11　　　　Q.　So paramedics show up and evaluate him?

12　　　　A.　Yes.

13　　　　Q.　And offer to take him to the hospital?

14　　　　A.　Yes.

15　　　　Q.　And he says, "No.  That's okay.  I'm fine,"

16　or words to that effect?

17　　　　A.　Correct, yes, because he was alert.  He was

18　oriented.  He was tired, but he was telling them, "I

19　had a nightmare."  He knew what was going on then.

20　　　　Q.　Okay.  By that time in the presence of the

21　deputy and the presence of the paramedics, he's not

22　yelling, screaming, exhibiting signs or symptoms of

23　being disoriented or confused?  He's not doing any of

24　that during that time?

25　　　　A.　No, he wasn't.

1    Q.   And you were comfortable with the decision to
2  have him not get any further medical treatment there at
3  that time?
4    A.   Correct.
5    Q.   Okay.  You mentioned here this morning, and I
6  saw some references to it in your statement, that he
7  had scratched you on your neck?
8    A.   Yes.  He was -- I was trying the close the
9  door.  I did not know what was going, and he had his
10 hand inside the door while I was trying to close it.  I
11 guess I turned my head and he got ahold of my neck and
12 I got a little scratch.
13   Q.   The door that you were trying to close, is
14 that the door that's next to it and to the right of the
15 bedroom where he was?
16   A.   Correct, yes.
17   Q.   Okay.  Do you remember having your photograph
18 taken later in the day on September 7th --
19   A.   Yes.
20   Q.   -- 2016.
21   A.   Yes.
22   Q.   Let me show you what we will mark as 25.
23   A.   Okay.
24        (At this time Defendants' Exhibit No. 25
25         was marked for identification.)

1   BY MR. ROZELLE:

2        Q.   I will show you what I marked as Exhibit 25.

3   I have given counsel a copy.  Do you recognize this

4   photograph, Mrs. DeGraw?

5        A.   Yes.

6        Q.   Is that you?

7        A.   Uh-huh.

8        Q.   Is that the clothing you were wearing on

9   September 7th, 2016?

10       A.   Yes.

11       Q.   Do you remember that photograph being taken?

12       A.   Yes.

13       Q.   That was later that same day like that

14  evening?

15       A.   That was in the emergency room.

16       Q.   In the ER?

17       A.   Yes.

18       Q.   I show you what we will mark as Exhibit 26.

19            (At this time Defendants' Exhibit No. 26

20             was marked for identification.)

21  BY MR. ROZELLE:

22       Q.   Let me show you what I marked as Exhibit 26.

23  Do you recognize that photograph?

24       A.   Yes.

25       Q.   Is that the scratch that happened earlier

1  that same day from the incident you were describing?

2       A.    Yes.

3       Q.    You testified later that day midday, around

4  1:00 in the afternoon, he got up to use the bathroom

5  and the two of you spoke about this incident where he

6  scratched you, is that right?

7       A.    Yes.

8       Q.    And if I understood correctly, it was -- you

9  expressed that you were upset with him because he had

10 done that, right?

11      A.    Correct.

12      Q.    And what did he say?

13      A.    He said, "I'm sorry."

14      Q.    Did he remember doing it?

15      A.    No.  He said, "What did I do, hun?"

16      Q.    We are going to mark this as Exhibit 27 to

17 your deposition.

18           (At this time Defendants' Exhibit No. 27

19            was marked for identification.)

20 BY MR. ROZELLE:

21      Q.    I will hand this to you and explain to you

22 what's going on.

23           MR. ROZELLE:  Let's go off the record.

24           (At this time a brief conversation was

25            held off the record.)

1  BY MR. ROZELLE:

2      Q.   Ma'am, I've marked as Exhibit 27 to your

3  deposition a document that I'll identify and state for

4  the record is Bates Number PCSO001030, and it's item

5  Number 3 from the property report in this sheriff's

6  office case file.  It's two 911 calls.  I have them

7  here.

8           I'll tell you what I want to do is, I'm going

9  to -- I'll represent the first one is a little over

10 five minutes, and the second one, I believe, is over

11 three or four minutes long.  If you want to listen to

12 all these, you're certainly more than welcome to.  Or

13 if counsel wants to have them played through in their

14 entirety, too, that's fine.  I'm just going to play a

15 little bit of the first one, and then I'm going to stop

16 it and I'm going to have a question for you.

17           THE COURT REPORTER:  Paul, can we go off the

18     record?

19           MR. ROZELLE:  Sure.

20           (At this time a brief conversation was

21            held off the record.)

22 BY MR. ROZELLE:

23     Q.   I'm going to play Track 1 off of Exhibit 27.

24           (At this time the audio was played.)

25 BY MR. ROZELLE:

1      Q.   I paused this Track 1 at 15 seconds.  Do you
2   recognize what you just heard there?
3      A.   Yes.
4      Q.   Is that you speaking to the 911 call taker?
5      A.   Yes.
6      Q.   Was there anybody else in your house sleeping
7   over the night between September 6th and September 7th?
8      A.   No.
9      Q.   It was just you and your husband?
10     A.   Yes.
11     Q.   Do you remember telling the 911 call taker,
12  and we are talking about the first 911 call, that your
13  husband woke up screaming and you didn't know if he was
14  having a seizure?  Do you remember saying that?
15     A.   I remember saying that in the afternoon.  I
16  don't recall saying that in the morning.
17     Q.   I'm going to press play at 34 seconds.  Then
18  I'm going to stop, and I have a question for you.
19          (At this time the audio was played.)
20  BY MR. ROZELLE:
21     Q.   I've paused at 50 seconds.  Is that you
22  speaking?
23     A.   Yes.
24     Q.   In response to, "Tell me what's going on?"
25     A.   Yes.

1    MS. CALLAHAN:  May I just interject?

2    MR. ROZELLE:  Yes.

3    MS. CALLAHAN:  I would want this transcribed,

4    inserted into the transcript.  So I don't know how

5    we do it procedurally.  I'll pay for if I have to,

6    but I want these words that you're playing for her

7    to comment on, I want them to be part of the

8    transcript.

9    MR. ROZELLE:  I invite you to do that when

10   it's your witness.

11   MS. CALLAHAN:  To play it again?

12   MR. ROZELLE:  You direct me and I can start

13   and stop this.  I gather you don't have a copy of

14   it here nor a computer to work with it yourself?

15   MS. CALLAHAN:  No, I don't.

16   MR. ROZELLE:  I'm happy to make my equipment

17   available, but during my examination I don't need

18   it transcribed.  It is what it is.  I've

19   identified the timestamps.  Your objection is

20   noted.

21   MS. CALLAHAN:  I just want to say that it

22   makes for a clean and proper record.  If we want

23   to use this as evidence or anything, I mean, how

24   are we going to use it without identifying which

25   words?  I understand when you ask her to identify

1      her voice, if she was the caller.  I understand

2      that part.  But when you're asking her to comment

3      on the content of what was said, I just don't know

4      how you get around not transcribing it, but we can

5      have this argument later.

6          MR. ROZELLE:  Okay.  All right.

7  BY MR. ROZELLE:

8      Q.   Do you remember telling the 911 call taker

9  that your husband had just taken some medications for

10  depression in the morning?  We are talking about the

11  morning call.

12      A.   No.  I do not.

13      Q.   I'm going to push play at 3:28.

14          (At this time the audio was played.)

15  BY MR. ROZELLE:

16      Q.   I pushed pause at 3:38.  Did you hear, "He

17  just took some meds for depression."  Did you hear

18  those words?

19      A.   Yes.  But he just did not take it.  He took

20  it the night before.

21      Q.   Let me break it down.  You heard those words

22  on the audio that we played between 3:28 and 3:38?

23      A.   Yes.

24      Q.   Was that you speaking?

25      A.   Yes.

1    Q.   Okay.  Now, tell me what you meant by that.

2    A.   I meant that he takes those medications, and

3   he took that medication the night before.  Not that

4   morning.

5    Q.   Okay.  What medications were you referring

6   to?

7    A.   He was taking the Seroquel that he would --

8   said that it helps him go to sleep, so that's what he

9   takes mostly at night.

10    Q.   I think we talked about this earlier today.

11   You are aware -- your awareness of him taking those is

12   that he said was going to, but not that you saw him

13   doing it?  Is that fair?

14    A.   Yes.

15    Q.   You testified that he said, "I'm going to

16   take my meds and go to sleep?"

17    A.   Correct.

18    Q.   And that was the night before?  The night of

19   the 6th?

20    A.   Correct.

21    Q.   All right.  Do you remember telling the 911

22   call taker during the first call early that morning

23   that there were guns in the house?

24    A.   No.

25    Q.   I'm going to push play at 4:08.

1              (At this time the audio was played.)

2    BY MR. ROZELLE:

3        Q.    I pushed pause at 4:54 on Exhibit 27, Track

4    Number 1.  Having heard that, do you remember the 911

5    call taker asking if there were any weapons in your

6    home?

7        A.    Listening to that now, yes.

8        Q.    And help me understand, it sounds like there

9    was some back and forth about exactly where the guns

10   were in relationship to where he was?  Is that a fair

11   characterization of what we just heard there?

12       A.    Yes.

13       Q.    And you said -- you described some guns that

14   were downstairs and then said he's upstairs, right?

15       A.    Correct.

16       Q.    And then in some follow-up you had said, "He

17   has one upstairs in his room, though, but he's not in

18   his room right now.  He's in another bedroom."  Did you

19   hear that?

20       A.    Correct.

21       Q.    Help me understand what rooms we are talking

22   about here.

23       A.    Okay.  I -- we are talking about -- I was

24   talking about the bedroom that he was sleeping in,

25   which is across from the stairs.  That's where he keeps

1   his gun under his pillow.  The family room where we

2   have the footlocker is where I knew where the guns

3   were.

4        Q.   So the gun that you were referring to in

5   response to the call taker's questions, the one he has

6   upstairs in his room, that's the one that he typically

7   keeps under his pillow when he sleeps?

8        A.   Correct.

9        Q.   And then you said, "He's not in his room

10  right now.  He's in another bedroom?"

11       A.   Correct.

12       Q.   Where was he at that time?

13       A.   He was in the master bedroom.

14       Q.   So he had gone over to the master bedroom?

15       A.   He followed me there.

16       Q.   And then you went down there and placed this

17  phone call?

18       A.   Correct.

19            MR. ROZELLE:  If you don't mind, let's take a

20       five-minute break.

21            (At this time a brief recess was taken.)

22  BY MR. ROZELLE:

23       Q.   Ms. DeGraw, before we took our short break

24  there, you had given some testimony about the morning

25  incident, and then we had begun getting into the

1  afternoon where he wakes up around 1:00.  You have a

2  brief conversation about the scratching on the neck

3  incident.  Before I move forward into the rest of the

4  day, is there anything else that you recall from the

5  first incident in the morning that you haven't already

6  given testimony about?

7      A.    Not that I recall.

8      Q.    All right.  The next thing that happens in

9  our sequence of events is that you testified sometime

10  around 3:00 or 3:30, your husband woke up to use the

11  bathroom and you went upstairs to check on him?

12     A.    Correct.

13     Q.    Okay.  Tell me what happened.

14     A.    He went back in bed, so I went upstairs to

15  see how he was doing and to let him know that I was

16  taking Kenzie home.

17     Q.    And then that's, you testified, when he -- I

18  think you said stiffened up?

19     A.    Correct.

20     Q.    Describe for me as best you can what you saw.

21     A.    Just his whole body stiffened up straight,

22  and I think his eyes rolled back and he started

23  shaking.

24     Q.    Had you ever seen him do this before?

25     A.    Never.

1    Q.    Where was he when this happened?

2    A.    He was laying in bed in the room across from

3    the stairs.

4    Q.    Straight across from the stairs?

5    A.    Correct.

6    Q.    He was lying down when it happened?

7    A.    He was laying on his right side facing the

8    door.

9    Q.    What happened next?

10   A.    Well, he started shaking.  It finally slowed

11   down, so I ran downstairs and called 911.  I told them

12   I needed medical help because my husband just had a

13   seizure.

14   Q.    During this time, is he saying anything?

15   A.    After the seizure -- during the time he was

16   shaking, no, he wasn't.  But after that, I could hear

17   him upstairs.  He was starting to make sounds while he

18   was deep breathing at first.  Then as I was waiting for

19   911, for EMS to come, he started saying that "ha" word

20   that he was doing that morning.

21   Q.    Did you see him stop shaking, or had you gone

22   downstairs while he was still shaking?

23   A.    He was still shaking when I went downstairs,

24   but it had slowed down from the initial shaking.

25   Q.    And then it's while you were downstairs that

1  you hear him making this noise?

2      A.    Correct.

3      Q.    Was it yelling?

4      A.    It was just a really loud "ha".

5      Q.    Like shouting?

6      A.    Yes.

7      Q.    Do you remember the 911 call taker, and this

8  is the second time you called in the afternoon, asking

9  you to go back upstairs and check on him?

10     A.    Yes.  I said, "No.  I can hear him.  He was

11 confused this morning, and I don't want him to follow

12 me around."  Something like that.

13     Q.    Okay.  You had described the fact that this

14 was basically your second call, and that you had an

15 incident with him out at the house earlier in the day?

16     A.    Correct.

17     Q.    And you didn't feel -- let me put it another

18 way.  You didn't feel, what, that it was safe for you

19 to go back up there under the circumstances?

20     A.    I did not want him to get out of the room.  I

21 wanted him to stay in the room, because I just know

22 that he was going to come down the stairs if he saw me

23 and I was afraid he was going to fall.

24     Q.    So he might get hurt by falling down the

25 stairs?

1     A.    Yes, because it was right across.

2     Q.    You were concerned that he might hurt you

3  because he might chase you around again?

4     A.    I think I was more concerned that he will

5  follow me if he sees me, he will follow me and fall

6  down the stairs.  I was deeply concerned that he was

7  going to get hurt.

8     Q.    Ma'am, I'm going to go back to Exhibit 27,

9  which is the two 911 calls.  I'm going to play Track 2,

10 which I will represent is the afternoon one.  I will

11 push play at 000 here, and then I'm going to stop it

12 and ask you some questions about it.

13          (At this time the audio was played.)

14 BY MR. ROZELLE:

15    Q.    I paused at 15 seconds.  Is that you on this

16 recording?

17    A.    Yes.

18    Q.    Can you identify this as being the second

19 call you placed on September 6th, 2016, to 911?

20    A.    Yes.

21    Q.    I'm going to go to 3:01 and push play.

22          (At this time the audio was played.)

23 BY MR. ROZELLE:

24    Q.    I will pause it, and I have a question or two

25 for you.

1    A.    Okay.

2    Q.    I pushed pause at 3:24.  Was that you

3  speaking with the call taker that we heard between 3:01

4  and 3:24?

5    A.    Yes.

6    Q.    Do you recall telling the call taker you were

7  scared?

8    A.    Yes.  According to that, yes.

9    Q.    That's you saying that?

10   A.    Yes.

11   Q.    And you did not go back up there after you

12  called 911 to the bedroom, correct?

13   A.    No.

14   Q.    So for all the events we got to talk about

15  here, through the rest of that afternoon you stayed

16  downstairs, is that right?

17   A.    Yes.

18       MR. ROZELLE:  Let's go off the record for

19      just a second.

20          (At this time a brief conversation was

21           held off the record.)

22  BY MR. ROZELLE:

23   Q.    After you hang up with 911 for the second

24  time, at some point deputies arrive, correct?

25   A.    Correct.

1    Q.   Tell me what you remember happening, as far
2  as the deputies arriving.
3    A.   When the deputies arrived, I think he asked
4  me, "What's going on?"  I said, "My husband had a
5  seizure.  He's confused.  He's upstairs.  He's a vet.
6  He has PTSD."  So he said, "Okay."  He starts -- I told
7  him where he was.  He starts going up the stairs, and
8  when he was in the landing, I said, "I just want to let
9  you know that he does sleep with a gun under his
10  pillow."  By that time, the second deputy was behind
11  him, but he was still downstairs.  He had not got up
12  the stairs.  He said, "Thank you for letting me know."
13        At that time, he started -- he pulled out his
14  Taser.  I know it was a Taser because it has some
15  bright color in it.  It was either green or yellow.
16  I'm not sure, but it was bright.  I knew it wasn't a
17  gun.  He starts going up the stairs.  The other deputy
18  also pulled out his Taser as he went upstairs.
19    Q.   Okay.  Let me pause you there.  Let's break
20  this down a little bit.  At this time just the two
21  deputies arrived, correct?
22    A.   Correct.
23    Q.   The first deputy to go up the stairs that
24  you've been describing your interaction with him, do
25  you know who that is?

1      A.    I did not know him at the time, but I've seen

2  his name, Deputy Goepfert.

3      Q.    That's Deputy Goepfert -- who you now know to

4  be Deputy Goepfert?

5      A.    Yes.

6      Q.    Okay.  He's the one that -- he says when he

7  comes on scene "What's going on?"

8      A.    Yes.

9      Q.    And then you relay to him what you just said

10  that your husband is a veteran.  He's got PTSD.  You

11  think he's having a seizure.  Tell me what you said

12  about the seizure.

13      A.    "I think he just had a seizure."  That's what

14  I said.  I remember.

15      Q.    Okay.  And then during this conversation is

16  when he stopped to talk with you, or is he proceeding

17  up the stairs?

18      A.    He stopped by the door and then -- you know,

19  we could hear my husband upstairs.  He was saying "ha".

20  I told them, I said, "I think he had a seizure, but

21  he's up there."  I told him where he was.  He said,

22  "Okay."  He proceeded to go upstairs.  That's when I

23  told them, when he was in the landing.

24      Q.    You relayed to Deputy Goepfert the

25  information as he gets to that -- and the landing

1    you're talking about is if you go up the staircase,
2    there's a landing and then it turns 180 degrees and
3    goes up.  And at the head of that staircase, if you
4    walk straight ahead, you would walk into the bedroom
5    where your husband was, correct?
6         A.   Yes.
7         Q.   Okay.  So he gets to that landing, and that's
8    where you relay the information that he sleeps with a
9    gun under his pillow?
10        A.   Correct.
11        Q.   Why does he do that?  Why does your husband
12   sleep with a gun under his pillow?
13        A.   Comfort.  It's security.  He's been doing it
14   for a long time.
15        Q.   During the time that you're having this
16   conversation with Deputy Goepfert and the other
17   deputy -- actually, let me just pause here.  Do you
18   know who the other deputy is?
19        A.   Deputy Martinez.
20        Q.   You can hear downstairs -- you can hear your
21   husband making this sound that you described?
22        A.   I believe so.
23        Q.   Is it loud?
24        A.   Yes.
25        Q.   Do you hear your husband saying anything else

1  or making any other kinds of noises?

2      A.   No.

3      Q.   So where I paused you, Deputy Goepfert, as

4  he's on that landing, you mention the gun under the

5  pillow.  He takes out what -- his Taser.  Then he

6  proceeds upstairs, is that right?

7      A.   Correct.

8      Q.   What's Deputy Martinez doing during this

9  time?

10     A.   He was behind him.  He was going upstairs,

11 too.

12     Q.   Do you have any other additional conversation

13 at this time with Deputy Goepfert that you haven't

14 already told me about?

15     A.   When he was talking to my husband, like

16 trying to have a conversation with him, I told him

17 again, "He's confused.  He doesn't know what's going

18 on.  He's a vet.  He has PTSD."  I repeated that to

19 him.

20     Q.   Is there anything else at this time that you

21 say to Deputy Goepfert?

22     A.   I don't remember, no.  I don't think so.

23     Q.   Is there anything else that you say to Deputy

24 Martinez?

25     A.   No.

1    Q.   Is there anything else, other than what you

2  already testified to here this morning, that you recall

3  Deputy Goepfert saying to you at this time?  And by

4  this time, I mean from the time he makes entry to the

5  house, until he goes up from the landing toward the

6  second story of your home?

7    A.   No.

8    Q.   Is there anything else, other than what you

9  already testified to, that you recall Deputy Martinez

10  saying during the same time period?

11    A.   No.

12    Q.   When you say a second time about your husband

13  being confused, he's a vet, he's got PTSD, where are

14  the deputies at that point in time?

15    A.   They were upstairs.

16    Q.   So they had already gotten to the top of the

17  staircase?

18    A.   Yes.  I remember seeing Deputy Martinez on

19  the right side of the door on the wall.  I remember

20  seeing him, and I remember seeing Deputy Goepfert

21  standing outside by the door trying to talk to my

22  husband.

23    Q.   Where were you located at this time?

24    A.   I was downstairs in the main living room.

25    Q.   Did you ever go up any of those stairs?

1     A.    No.

2     Q.    Did you ever go up to the landing?

3     A.    No.

4     Q.    What else did you see?

5     A.    That's all I remember, because I called my

6  daughter and I was texting my friend, Alecia, to come

7  and be with me.

8     Q.    You said you saw -- or heard Deputy Goepfert

9  speaking with your husband when he first comes up the

10 staircase?

11    A.    Yes.

12    Q.    Tell me what you remember Deputy Goepfert

13 saying so your husband.

14    A.    I think he said, "Sir, what's going on?"  I

15 think he said, "I understand you were in the military."

16 I think he said that.  He said, "I'm a marine.  I'm a

17 marine."  I think he kept -- he repeated that several

18 times.  A couple times.

19    Q.    Deputy Goepfert repeated that?

20    A.    I believe so.

21    Q.    That he was a marine?

22    A.    Yes.

23    Q.    Okay.  What else do you remember hearing

24 Deputy Goepfert saying to your husband, if anything?

25    A.    I really do not recall -- remember anything

1  else, except for what I told you.

2      Q.  Did you hear Deputy Martinez saying anything

3  to your husband?

4      A.  No.

5      Q.  Did you hear Deputy Martinez say anything to

6  Deputy Goepfert?

7      A.  No.

8      Q.  Did you hear anything that Deputy Goepfert

9  said to Deputy Martinez?

10      A.  No.

11      Q.  During the time that you hear Deputy Goepfert

12  talking to your husband, let me ask you, does your

13  husband respond in any way?

14      A.  I think he just kept saying "ha".

15      Q.  Is he still making the same sound -- this

16  loud sound that you described?

17      A.  Correct, yes.

18      Q.  You can hear that all the way downstairs?

19      A.  Uh-huh.

20      Q.  Yes?

21      A.  Yes.

22      Q.  I apologize for the language, but I saw in

23  your statement, I'm sure you're familiar with it, that

24  there was some foul language used at some point while

25  the deputies were there talking to him.  Your husband

1  said "mother fucker", is that correct?

2      A.    Yes.

3      Q.    When did that happen?

4      A.    That was before all the noise went away.

5      Q.    Before --

6      A.    There was no more noise.  That was the last

7  word.

8      Q.    That was the last thing you heard him say?

9      A.    Yes.

10      Q.    After Deputy Goepfert tries to talk with your

11  husband and he's still making this loud noise that you

12  described, what happens next?

13      A.    All I know is that I was on the phone with my

14  daughter and I heard this pop.  I said, "Oh, my God.  I

15  think they just Tased your pop."  I said, "Get here

16  right now."  I got off the phone and I started pacing

17  downstairs and I heard -- I don't know how long it was,

18  but then I heard Deputy Martinez say, "Sir, wake up.

19  Sir, wake up."

20      Q.    Do you remember telling detectives the night

21  of September 7th that you told your daughter on the

22  phone, "Pop is really confused and they're probably

23  going to Tase him?"

24      A.    Yes.  I think so.  I saw them bring out the

25  Tasers, so I assumed that that was what they were going

1  to use.

2     Q.   And you had said that before the Taser,

3  before you heard this pop noise that you described, is

4  that right?

5     A.   Correct.  I said, "I'm afraid that they are

6  going to Tase Pop."  And then when it happened, I said,

7  "Oh, my God.  I think they just Tased your pop."

8     Q.   During this time that you're describing with

9  your daughter on the phone, tell me what you -- well,

10 first of all do you see anything that's taking place

11 upstairs during this point in time?

12    A.   No.  Because I went under, like, the

13 bedrooms.  From the living and the dining room, I

14 cannot see upstairs.  There was -- I don't know how

15 many deputies were up there at this time.  Like a

16 couple more deputies came, so I did not know what was

17 going on.  I was calling for help.

18    Q.   What do you hear taking place upstairs?

19 Well, let me break it down this way.  Before you hear

20 the pop, is there anything else, other than what you

21 already testified to, that you hear going on upstairs?

22    A.   I just heard talking.  I don't remember

23 words.  I can just hear them talking.

24    Q.   Do you remember who was speaking?

25    A.   No.  But I could hear my husband say "ha".

1    Q.    So he's still making this loud noise that you

2  described?

3    A.    Correct, yes.

4    Q.    Before you hear the pop?

5    A.    Yes.

6    Q.    And you hear the deputies talking?

7    A.    I don't know how many people were talking.  I

8  just heard somebody talking.

9    Q.    Do you remember any of the words that were

10  spoken?

11    A.    No, I don't.

12    Q.    Tell me what you hear after the pop.

13    A.    I heard scuffles.  Then I heard somebody say,

14  "Stay down."  Then I heard my husband cuss.

15    Q.    Anything else?

16    A.    Then I heard Deputy Martinez say, "Wake up.

17  Wake up.  Open your eyes.  Wake up."

18    Q.    Anything else?

19    A.    I asked him if my husband was breathing and

20  he told me yes.  Then the EMS came.  Then Deputy

21  Baldwin was in the landing.  I heard one of them say,

22  "Why don't you take her to the other room?"  So he

23  walked me to the another room, and I heard somebody

24  say, "Epinephrine."  I said, "What?"  Deputy Baldwin

25  said, "Let's go to the other room and let's talk."  So

1  we did.  He asked me about the morning.  What happened
2  that morning.  I -- as we were talking, one of the EMS
3  came and said, "Is your husband on any medications?"  I
4  said, "Well, I gave EMS this morning, the box of
5  vitamins, meds.  I said, "It's in the other room."  So
6  I went to the other room where I could see upstairs.
7  There was a lot of people.  But I said, "Here is the
8  box."  Then I took it upstairs.
9          Somebody was asking me from upstairs, "Is
10  there something else?"  I said, "Well, he takes the
11  Seroquel.  It's in his room."  They said, "Okay."  Then
12  Deputy Baldwin took me to the other room again.  Then
13  my friend came, Alecia.  Then my daughter came.  And I
14  said to them, I said, "Oh, Pops is not going to be
15  happy with this.  He's he lost consciousness.  He might
16  end up in ICU.  They might Baker Act him because of all
17  of this."
18          Then one of the sheriff's came down and
19  said -- asked me if he has any cardiac issues.  I said,
20  "No.  Not that I know of."  He said, "Okay."  Then they
21  left.  I think there were two deputies that came down.
22  Then a little while after EMT came down.  He said,
23  "Ma'am, do you know what's going on upstairs?"  I said,
24  "Yes.  They Tasered my husband and he lost
25  consciousness."  He said, "Well, he stopped breathing."

1    The only thing I can think of at that moment was, he
2    has to have -- they need to tube him.  I said, "Is he
3    tubed?"  He said, "Yes."  I said, "Okay.  Let's go.
4    Let's go."  He said, "Okay."  So he went upstairs.
5    They brought my husband down.
6         The deputy told me to stay in the other room
7    until they got out, and I did.  Then we were trying to
8    get out of the room and the house.  Then one of the
9    deputies said, "No.  You can't go yet."  My friend is
10   like, "Why?"  He said, "Well, just let them go first."
11   She said, "Okay."  So then finally he let us out.  My
12   neighbor was standing right there.  She was giving me a
13   hug.  We went to my friend's car.
14         My daughter sent me a text and said,
15   "Countryside Hospital."  It's seven minutes from my
16   house.  I said, "Okay."  So we were at the ER,
17   Countryside ER, and we were looking for parking in the
18   parking lot and she said, "Mom, you have to go to St.
19   Joe's North."  I said, "St. Joe's North?"  I said,
20   "That's like an hour away."  So I said, "He's probably
21   stable."  So I said, "Okay.  That's fine.  We are going
22   to go to St. Joe's North."  Then she calls me and she
23   said, mom, you have to go to" -- what is the hospital?
24   Town & Country.  I'm like, "It's traffic hour.  It's
25   like 5:00."  So I said, "Okay.  That's probably closer.

1  We will go there." So we drove over there.

2          I was calling his brothers. I called one of

3  my best friends. They were like, "Okay." They sent me

4  prayers and everything. Then we got to the ER. Then

5  the ER doctor came and said that he worked on him for

6  another 40 minutes and he said, "I'm sorry." I said,

7  "What are you talking about? He was stable. He had a

8  tube. He was tubed. He was stable." He said, "No.

9  He had died." That's when I found out my husband was

10  dead.

11          Q.  Do you want to take a few minutes?

12          A.  No.

13          Q.  Are you okay?

14          A.  Okay.

15          Q.  You testified that you heard the pop, then

16  you heard some scuffles and you heard somebody say,

17  "Stay down", correct?

18          A.  Uh-huh.

19          Q.  You heard your husband cuss at some point

20  after that, correct?

21          A.  Yes.

22          Q.  Then you heard Deputy Martinez at some point

23  after that say, "Wake up. Wake up?"

24          A.  Uh-huh, correct.

25          Q.  Is there anything else that you heard after

1  you heard the pop that you have not already testified
2  to today?
3      A.  No.
4      Q.  Is there anything else that you heard -- let
5  me ask it this way.  At some point, you see Deputy
6  Goepfert come downstairs and leave your house?
7      A.  I think the last time I remember Deputy
8  Goepfert is when he was standing on the landing and I
9  told him, "Thank you for coming to help me" -- I told
10 him, "Thank you for coming here".  I did not know my
11 husband was dead.
12     Q.  That was after?
13     A.  That was after he was standing in the
14 landing.  He was looking at me, and we were allowed to
15 get out of the house at that time.
16     Q.  Did you say anything else to him?  Did you
17 say anything else to him or him to you?
18     A.  No.
19     Q.  Did you hear Deputy Goepfert say anything
20 else on September 7th, 2016, that you haven't already
21 testified to today?
22     A.  No.
23     Q.  With respect to Deputy Martinez, you
24 testified he said, "Wake up.  Wake up."  And then at
25 some point after that you have some conversation with

1  him that you've mentioned here twice today about

2  inquiring whether your husband is breathing, and Deputy

3  Martinez says, "Yes." Do you remember that?

4       A.   Yes.

5       Q.   When did that conversation take place?

6       A.   He was upstairs. I was downstairs when --

7  right after I heard him say, "Wake up. Wake up."

8       Q.   So you stayed downstairs, but called up to

9  him?

10      A.   Correct. I said, "What's going on up there?"

11 He said, "He lost consciousness", which I assumed would

12 happen when you get Tasered. I said, "Okay. Is he

13 breathing?" He said, "Yes."

14      Q.   Did Deputy Martinez say anything else that

15 you recall hearing, other than what you testified to

16 here today?

17      A.   No.

18      Q.   Do you have any other conversation with

19 Deputy Martinez that day or at any other time?

20      A.   No.

21      Q.   Do you hear Deputy Martinez say anything to

22 anybody else, other than what you already testified to

23 here today?

24      A.   No.

25      Q.   You mentioned a couple of times that

1  additional deputies come into your house and go
2  upstairs, right?
3      A.    Correct.
4      Q.    Do you now know who those individuals are?
5      A.    That would be Detective Baldwin and Street.
6      Q.    Can you picture them in your mind, as far as
7  what they look like?  Who they were?
8      A.    I think Deputy Street is the taller one.
9  Deputy Baldwin was the shorter one who was with us.  I
10  don't remember their faces, but I remember the stature.
11      Q.    So as far as -- what I'm driving at, as far
12  as who is going to do what, who is going to say what,
13  who arrives first, is that Deputy Street or Deputy
14  Baldwin?
15      A.    I believe Deputy Baldwin came first.
16      Q.    Tell me what you remember about Deputy
17  Baldwin arriving on the scene.
18      A.    I think he just went right upstairs as soon
19  as he got in the house.
20      Q.    Did you say anything to him when he arrived?
21      A.    I don't remember.
22      Q.    Did he say anything to you when he arrived?
23      A.    I don't think so.
24      Q.    At the time that he went upstairs, where was
25  that in the sequence of events?  Before or after the

1   pop, if you know?

2      A.   I believe it was before.

3      Q.   After the pop, do you still hear -- you

4   mentioned specifically your husband cussing. Is he

5   making this "ha" or a sound --

6      A.   No.

7      Q.   Just the cussing that you mentioned is all

8   you heard?

9      A.   Yes. He just said that word once, and that

10   was it.

11      Q.   Tell me what you remember about Deputy Street

12   arriving on the scene.

13      A.   I think he came after the Tasers. I'm not

14   sure.

15      Q.   Did you speak with -- I'll just -- for

16   purposes of our record, I'll actually represent to you

17   that he's actually a sergeant, but do you recall

18   speaking with Sergeant Street at all?

19      A.   No.

20      Q.   Do you remember anything that he said to

21   anybody on September 7th, 2016?

22      A.   No.

23      Q.   Do you remember anything that anybody said to

24   him on that date?

25      A.   No.

1     Q.    You mentioned that after what happened

2  upstairs, Deputy Baldwin comes back downstairs and

3  speaks to you at some point, is that correct?

4     A.    Correct.

5     Q.    Tell me everything you remember him saying.

6     A.    He took me to the family room.  He said, "Can

7  you tell me what happened this morning?"  I told him

8  and -- I don't think he really asked a lot of questions

9  about it, but he just let me tell him the story of what

10 had occurred.

11    Q.    Did he say anything else that you recall?

12    A.    I don't remember.

13    Q.    Did you say anything else to him?

14    A.    I think I remember asking him, "What's going

15 on?  Why is it taking a long time?"  But I don't

16 remember getting a response.

17    Q.    What were you referring to?

18    A.    Why they were taking a long time to take care

19 of my husband.  What's going on?  Why is it taking them

20 a long time to get him on the gurney?

21    Q.    This is after paramedics had already gone

22 upstairs?

23    A.    Yes.  And this is before paramedics had told

24 me his heart had stopped.

25    Q.    Do you remember saying anything else to

1   Deputy Baldwin?

2       A.   No.

3       Q.   Do you remember anything else that he said to

4   anyone on that day?

5       A.   No.

6       Q.   Do you remember anything that anyone else

7   said to him on that day?  Deputy Baldwin?

8       A.   No.

9       Q.   If the records and reports and interviews and

10  video in this case represent that Sergeant Street

11  arrived on scene before Deputy Baldwin, do you have any

12  reason to -- you're -- tell me, you know, if you

13  dispute that.  You know, is it like, "No, absolutely I

14  remember Deputy Baldwin got there first."  Or if that's

15  what the video shows, that Deputy Street arrives before

16  Deputy Baldwin, do you have any reason to dispute that?

17      A.   No.

18      Q.   You heard just the one pop sound?

19      A.   That's all I can remember.

20      Q.   Did you hear any other noises that you

21  thought were -- might be associated with a Taser?

22      A.   No.  When I heard that one pop, I was -- I

23  don't remember what happened.

24      Q.   Did you have any prior experience, meaning

25  before this date, September 7th, 2016, with Tasers?

 1      A.    No.

 2      Q.    Have you ever heard one fired before?

 3      A.    No.

 4      Q.    Any familiarity with the noise that it makes

 5   when fired?

 6      A.    Just the one on TV.

 7      Q.    So whatever Hollywood teaches, is what your

 8   Taser education is?

 9      A.    Correct.

10      Q.    Okay.  Did you speak to any of the EMS

11   personnel that came on scene that day?  Not the

12   morning, but the afternoon event.

13      A.    Just when he came down.  One of the guys came

14   down to talk to me about it.

15      Q.    Do you remember who it is you spoke with?

16      A.    No, I don't.

17      Q.    Male or female?

18      A.    Male.

19      Q.    What race, if you know?

20      A.    He's white.

21      Q.    Tell me what it is that you said to him, if

22   anything.

23      A.    The only thing I said to him was, "Is he

24   tubed?  Then let's go."

25      Q.    Meaning let's get the show on the road.

1    Let's get to the hospital?

2         A.    Correct.

3         Q.    What did he say in response?

4         A.    He said, "Okay."

5         Q.    Did he say anything else?

6         A.    No.

7         Q.    Did you say anything else to him?

8         A.    No.

9         Q.    These deputies that we've been talking about

10   here from the afternoon event, Deputy Goepfert, Deputy

11   Martinez, Sergeant Street, Deputy Baldwin, none of

12   those four individuals were present for the first call

13   for service earlier in the day, were they?

14        A.    Not that I know of.  I don't think so.

15        Q.    Ma'am, I'm going to hand you what I'll mark

16   as Exhibit 28 in this case.

17             MR. ROZELLE:  I have a copy for counsel.

18             (At this time Defendants' Exhibit No. 28

19              was marked for identification.)

20   BY MR. ROZELLE:

21        Q.    Take a look at that if you would, please.

22   Let me ask, do you recognize that document?

23        A.    Yes.

24        Q.    What is it?

25        A.    It's the interview that night.

1     Q.   The interview that you gave to detectives on

2 the night -- evening of September 7th, 2016?

3     A.   Yes.

4     Q.   Is that the document -- is that the

5 transcribed interview that you reviewed in preparation

6 for your deposition?

7     A.   Yes.

8     Q.   In reviewing this document, Exhibit 28, the

9 transcription of your interview with detectives in

10 preparation for your deposition, did you see anything

11 that you thought, you know, hey, that's not accurate or

12 that's not correct?  It doesn't fairly represent what

13 my memory is now?

14     A.   I don't recall.  I don't think so.

15     Q.   So this interview that you gave on the

16 evening of the 7th, the information that you gave in

17 response to the detectives' questions was accurate at

18 the time you gave it, is that correct?

19     A.   At that time, yes.

20     Q.   And as you sit here today, coming up on three

21 years later, does it remain the case?  That it's all

22 accurate, as far as your memory goes?

23     A.   Yes.  The only thing that I didn't really say

24 here is that morning I did not know what was going on.

25 So, you know, I thought my husband was chasing me.  But

1    when he calmed down, he really was -- I think he was
2    trying to ask for my help.  I don't know.
3         Q.   And that's about the morning incident?
4         A.   Yes.
5         Q.   Anything else?
6         A.   No.
7         Q.   If you would, ma'am, on Exhibit 28, turn to
8    page 12.  You see in the bottom right-hand corner?  It
9    will say 12 of 17.  You see that?
10        A.   Yes.
11        Q.   And just for our record, it's got a Bates
12   number on it.  PCSO001091.  You see that?
13        A.   Yes.
14        Q.   Okay.  About the middle of the page -- and
15   just to help get you oriented to this document, you
16   understand from reviewing this last week "JD" is you,
17   right?
18        A.   Yes.
19        Q.   And "JT" I'll represent is one of the
20   detectives, Jonathan Tobeck.
21        A.   Okay.
22        Q.   Does that sound right?
23        A.   Yes.
24        Q.   There's a question toward the top of the
25   page, JT says, "What time was that at?"  See the

1    question?

2         A.   Okay.

3         Q.   Just to help get you oriented to the page

4    here.  Then you give a two paragraph narrative answer,

5    and you're describing the events that transpired here.

6    Toward the end of that description in the second

7    paragraph, do you see where you're describing the 911

8    call that you placed in the afternoon?

9         A.   Yes.

10        Q.   "Well, can you go upstairs and check and

11   see?"  Is that -- you're relating what -- the

12   conversation from the call taker?

13        A.   Yes.

14        Q.   You said, "I told you he was confused this

15   morning.  When he got off whatever this is.  I'm not

16   going upstairs to find out if he's confused because he

17   might chase me again."  Do you see that?

18        A.   Yes.

19        Q.   Is that accurate?

20        A.   Yes.

21        Q.   Then as you follow along on page 12 there,

22   you can -- continue giving a narrative.  You will see

23   where we come to the part where you're describing --

24   informing the two deputies, who we now know are Deputy

25   Goepfert and Deputy Martinez, that your husband sleeps

 1  with a gun under his pillow.  Do you see that?

 2      A.   Yes.

 3      Q.   And that he has PTSD and that he's a vet?

 4  That's what you testified to today, correct?

 5      A.   Yes.

 6      Q.   That's all accurate, correct?

 7      A.   Yes.

 8      Q.   Then you say, "So -- so he was trying to talk

 9  to him."  Let me pause there.  You mean, Deputy

10  Goepfert was trying to talk to your husband?  Is that

11  what this means?

12      A.   Yes.

13      Q.   All right.  And then it says, "And, um, then

14  my husband started yelling, you know, like, ha, ha,

15  which is what he did -- that."  And then Tobeck says,

16  "Earlier that morning?"  So is it correct that at the

17  time Deputy Goepfert kept trying to talk to your

18  husband and your husband started yelling?

19      A.   Yes.

20      Q.   Then you say, "The deputy was trying to ask

21  him questions."  You meant your husband, right?

22      A.   Yes.

23      Q.   That's correct?

24      A.   Correct.

25      Q.   If you follow on down further on page 12, you

1    describe how this was taking place you were downstairs,

2    correct?

3         A.    Yes.

4         Q.    And again today you've given testimony to

5    that effect?

6         A.    Yes.

7         Q.    And this is more of the conversation that you

8    have about the firearm under his pillow, right?  It's

9    toward the bottom of page 12?  You see that?

10        A.    Yes.

11        Q.    And one of the deputies says, "Well, thank

12   you for telling me about the gun."  Which deputy is

13   that?

14        A.    Goepfert.

15        Q.    Deputy Goepfert?

16        A.    Correct.  Yes.

17        Q.    Then reading from this it says, "I said,

18   'Okay'.  And, um, so I -- I -- I said, "He's -- he --

19   he -- he has PTSD.'  He goes."  Let me pause there.  Is

20   Deputy Goepfert still the speaker?

21        A.    Yes.

22        Q.    Okay.  "He goes", meaning Deputy Goepfert,

23   says, "That's why I'm trying to be slow and taking my

24   time with him, ma'am."  Do you see that?

25        A.    Yes.

1      Q.   Is that accurate?

2      A.   Yes.

3      Q.   I said, "Okay.  Um -- and then -- um, I heard

4  my husband yell a couple more times."  Is that

5  accurate?

6      A.   Yes.

7      Q.   Then you've got the discussion we had about

8  the cuss word he says.  You see that?

9      A.   Yes.

10     Q.   Then as you go on to page 13, maybe 20

11 percent of the way down, you see "JD"?  That's you,

12 right?

13     A.   Yes.

14     Q.   It says, "Um, because they were trying to

15 talk to him.  Oh, I -- I don't know if that was after

16 he got Tasered."  Let me stop there.  If you look

17 earlier, again just to keep you oriented, this was the

18 description about him saying the "M" word, right?

19     A.   Yes.

20     Q.   As far as -- well, let me just ask.  Do you

21 know whether he said that before or after he got Tased?

22     A.   I thought it was after, but those were the

23 last words I heard from my husband, so I don't know.

24     Q.   I just want to make sure.  This is my only

25 opportunity to talk to you before the case is tried.  I

1    just need to know if you know or you don't know.  It's

2    just whatever the testimony is.  You know -- do you

3    know whether it happened before or after, or you just

4    don't know?

5         A.   I'm not sure.  I don't know.

6         Q.   In the same paragraph on page 13 toward the

7    bottom of that.  Several paragraphs down.  They were

8    saying, "Um, wake up.  Hey -- get -- wake up.  Open

9    your eyes.  Wake up.  Wake up."  Do you see that?

10        A.   Yes.

11        Q.   Is that who is speaking that?

12        A.   I think that was Deputy Martinez.

13        Q.   And that's what you've already given some

14   testimony about here today as far as what you heard,

15   who you now know to be Deputy Martinez saying words to

16   your husband?

17        A.   Correct.

18        Q.   Then I think -- to set that in context, it

19   says, "And I said, 'What happened.  He's -- is he

20   breathing?'  They said, 'Yes.  He's breathing.  But he

21   was just not waking up.'  I said, 'Okay.'"  Is that

22   again the conversation that you testified here today

23   where the speaker is Deputy Martinez?

24        A.   Yes.

25        Q.   Do you remember him saying anything else?

1      A.   No.

2            MR. ROZELLE:  Ma'am, I think that's all I

3      have for you.  Thank you so much.  I am sorry

4      about the circumstances that brings us together,

5      but thank you for your time.

6            THE WITNESS:  I understand.  Thank you.

7            MS. CALLAHAN:  If you give us a couple

8      minutes to confer, and then I might have a couple

9      of questions.

10           (At this time a brief recess was taken.)

11                CROSS-EXAMINATION

12     BY MS. CALLAHAN:

13     Q.   Mrs. DeGraw, I have a couple questions for

14     you.  In 30 years of marriage to your husband, were

15     there any occasions where when he had a history of

16     violence?

17     A.   No.

18     Q.   Was he ever violent towards you?

19     A.   No.

20     Q.   Did you experience him being violent against

21     neighbors or other people?

22     A.   No.  My neighbors love him.

23     Q.   And was he friendly with the neighbors?

24     A.   Very.

25     Q.   Do you -- can you tell us any occasions where

1  he engaged with the neighbors, talk to them or did
2  anything for them?
3      A.   Yes.  My neighbor on the left side, his name
4  is Jeff, he and my husband talked a lot.  Jeff -- he --
5  my husband was very -- he's a believer.  He believes in
6  God.  Jeff is -- gosh.  I forgot already.  He's not
7  Christian, but --
8      Q.   Jewish?
9      A.   Yes.  Sorry.  Jeff is Jewish, so he talked to
10  Jeff a lot about that because -- he wanted to go to
11  their church to find out about it, so he bought himself
12  a Star of David just because Jeff told him about the
13  religion.  He has a Buddha and he has Catholic stuff,
14  because we are Catholic.
15          Our neighbor to the left -- I mean to my
16  right, she works all day.  One day he found this old
17  guy walking around the neighborhood and he asked him
18  who he was, because he's never seen him before.  He
19  told him, "I'm the father of your next door neighbor".
20  So he let him in our house and he sat there for eight
21  hours, because his daughter was working all day.  He
22  had no way of getting ahold of her, so he stayed at our
23  house for eight hours.
24          My neighbor's son used him as a reference for
25  his job at -- in Washington DC.  He runs or walks in

1  our neighborhood a lot, so he says hi to the neighbors

2  and --

3       Q.   He, meaning your husband?

4       A.   Yes.  In fact, after he died, I got a card

5  from one of the neighbors that live far away from me.

6  She said, "Is this the young man who always runs or

7  walks and says hi to everyone?"  I said, "Yes."

8       Q.   There was never occasion when your husband

9  was arrested or detained for any kind of violent

10  behavior before?

11       A.   No.

12       Q.   And you and your husband have been married

13  for 30 years, which is a long time.  You know, let's

14  say, during the last year before his death, can you

15  describe for us what a typical day, you know, for you

16  two?  You were together with your husband?

17       A.   When I'm at work, he usually sleeps in

18  because he has the sleep issues.  He sleeps on and off.

19  But when I'm off, he tries to wake up early.  His early

20  would be like 9:00 a.m.  He drinks a lot of coffee.  He

21  starts with coffee and he records Shepherd's Chapel.

22  It's a religious show on TV.  The pastor is a marine

23  and he absolutely loves him.  So he would record that

24  and watch it at least -- two or three times during that

25  one sitting, he would watch two or three episodes or he

1    would repeat an episode because it refers a lot of

2    Bible and he opens his Bible with that.

3              We would go take the dogs for a walk.  Go out

4    to eat.  We usually just do takeout.  He loves ice

5    cream, so I always take him for ice cream.  Really not

6    much.  Sometimes he has therapy.  I would take him to

7    therapy.  He would go to the Y every now and then.  He

8    used to go almost every day, but the last year he was

9    having a lot of joint issues, so he wasn't going as

10   much.  He did more walking than going to the gym.

11        Q.   Okay.

12        A.   He tries to go sleep early because of the

13   medications he takes.  His meds.

14        Q.   Okay.  Did you watch TV together or do things

15   like that?

16        A.   We did.  We -- he liked to watch Fox News and

17   I didn't, so he would watch that in the afternoon.  At

18   night we would watch a lot of shows together.  Family

19   Feud.  We liked game shows.  Wheel of Fortune.

20        Q.   What time did he usually go to bed?

21        A.   He tries to go to bed by 8:30 or 9:00 every

22   night, so he can wake up early if I'm off.  But he

23   tries to make it a habit just so his body -- he wants

24   to keep his body trying to -- on a regular schedule,

25   so, you know --

1    Q.   Did you go out to movies or stores or

2  anything like that?

3    A.   We did.  We would go -- there are some

4  movies -- like if it's -- if it's like -- if it's about

5  Vietnam or war movies, he liked those movies, so we

6  would go to that or the Marvel movies.  Sometimes we

7  would go to dinner with my friends.  He's very

8  comfortable with my friends.  I have four friends that

9  always -- we always go out together and my husband goes

10  with us.

11    Q.   I'm sorry I have to ask this question to you,

12  but how has your husband's passing affected your life?

13    A.   We were married for 30 years.  He was my best

14  friend, really.  I come home from work and he was the

15  person who would listen to me about my stresses.  He

16  would give me advice.  In fact, when I go shopping for

17  a dress, I would ask him about it.  I take pictures and

18  he would say yeah or nay.  He was my companion.  We

19  were each other's company.  I'm alone now.  Even though

20  he had PTSD, he was my biggest supporter.  He told me

21  every day he loved me.  We had our problems.  We had --

22  like any married people do, but we always are able to

23  go back and support each other.

24          MS. CALLAHAN:  Thank you.  That's all I have.

25          MR. ROZELLE:  I have nothing.  Thank you so

1      much.

2             THE COURT REPORTER:  Paul, order?

3             MR. ROZELLE:  I will order this, please.

4             THE COURT REPORTER:  Copy?

5             MS. CALLAHAN:  Yes, please.

6             MR. ROZELLE:  And now you will be receiving

7      some instructions, I'm assuming, about reading and

8      signing.

9             MS. CALLAHAN:  So the court reporter is going

10     to write down every word we said.  You have a

11     right to read it and review it before it becomes

12     final to see that she typed everything correctly

13     and everything is what you actually said, or you

14     can have the right to waive it, too.  As a lawyer,

15     I recommend that you read it.

16            THE WITNESS:  Okay.

17            MS. CALLAHAN:  Okay.  So send it to me and

18     I'll send it to her.

19            (At this time the proceedings ended at

20             approximately 11:45 a.m.)

21

22

23

24

25

Julie DeGraw
July 15, 2019

2

3

4   STATE OF FLORIDA      )

5   COUNTY OF PINELLAS    )

6

7         I, KIMBERLY HAMMOCK, stenographer, certify

8   that I was authorized to, and did stenographically,

9   report the foregoing deposition and that the transcript

10  is a true record of the testimony given by the witness.

11        I further certify that I am not a relative,

12  employee, attorney or counsel of any of the parties,

13  nor am I a relative or employee of any of the parties'

14  attorneys or counsel connected with the action, nor am

15  I financially interested in the action.

16        Dated this 18th day of July, 2015.

17

18              KIMBERLY HAMMOCK

19              Notary Public State of Florida

20              My Commission EE 155298

21              Expires 12-26-2021

22

23

24

25

Julie DeGraw
July 15, 2019

---

**A**

**A-L-E-C-I-A** 18:10
**A-N-G-L-I-C-O** 5:8
**a.m** 1:18,18 74:20 77:20
**able** 76:22
**abroad** 5:12,13 5:14
**absolutely** 6:18 23:24 62:13 74:23
**accident** 8:16
**accurate** 65:11 65:17,22 67:19 68:6 70:1,5
**Act** 54:16
**action** 78:14,15
**additional** 47:12 59:1
**address** 3:25 4:2
**administer** 12:2
**admitted** 8:11 20:19
**advice** 76:16
**affect** 28:4
**afraid** 41:23 52:5
**aftermath** 18:4
**afternoon** 14:16 25:23 31:4 33:15 39:1 41:8 42:10 43:15 63:12 64:10 67:8 75:17
**ago** 11:7
**ahead** 13:3,11 46:4
**ahold** 29:11 73:22
**Air** 4:19,21 5:8 5:15,23

**alcohol** 8:7,8
**Alecia** 18:8,9,23 19:1,20 20:1 49:6 54:13
**alert** 28:17
**allowed** 57:14
**ANGLICO** 5:5 5:7
**answer** 12:16 67:4
**answers** 6:17,18 6:20
**anti-depressant** 10:5,10
**anybody** 4:7 33:6 58:22 60:21,23
**anymore** 27:22
**apologize** 50:22
**Appearing** 2:12
**appropriate** 28:5
**approximately** 77:20
**argument** 35:5
**arrested** 74:9
**arrive** 43:24
**arrived** 19:7 44:3,21 59:20 59:22 62:11
**arrives** 59:13 62:15
**arriving** 44:2 59:17 60:12
**arrow** 25:14,17 26:22
**asked** 17:5 22:18 23:10 24:8 44:3 53:19 54:1,19 61:8 73:17
**asking** 35:2 37:5 41:8 54:9 61:14

**assessed** 22:17
**associated** 62:21
**assumed** 51:25 58:11
**assuming** 15:21 77:7
**attached** 5:4,5
**attorney** 78:12
**attorneys** 78:14
**audio** 14:12,15 14:20 32:24 33:19 35:14,22 37:1 42:13,22
**authorized** 78:8
**available** 34:17
**AVENUE** 2:4
**aware** 9:18 12:7 36:11
**awareness** 36:11

**B**

**B** 2:17
**back** 4:23 21:15 21:25 23:2,4 23:11,13,16 26:18 37:9 39:14,22 41:9 41:19 42:8 43:11 61:2 76:23
**bad** 8:9 19:22
**Baker** 54:16
**Baldwin** 17:24 18:2 19:18 53:21,24 54:12 59:5,9,14,15 59:17 61:2 62:1,7,11,14 62:16 64:11
**Ball** 8:23
**bariatric** 7:6
**basically** 5:1 41:14
**Bates** 32:4 66:11

**bathroom** 23:9 23:15 31:4 39:11
**Bay** 9:9 11:21
**Becky** 18:25
**bed** 12:25 21:17 21:25 22:1,4,7 23:14,16,24 24:4 39:14 40:2 75:20,21
**bedroom** 22:3 25:17,21 26:11 26:12,18,19 27:3,7 29:15 37:18,24 38:10 38:13,14 43:12 46:4
**bedrooms** 26:5 52:13
**began** 21:5
**begun** 38:25
**behavior** 74:10
**believe** 4:19,25 10:3 32:10 46:22 49:20 59:15 60:2
**believer** 73:5
**believes** 73:5
**bench** 22:16
**best** 18:25 39:20 56:3 76:13
**Bible** 75:2,2
**biggest** 76:20
**bit** 20:9 24:9 26:21 32:15 44:20
**bladder** 24:6
**Bob** 1:10 3:11
**body** 39:21 75:23,24
**bottom** 66:8 69:9 71:7
**bought** 73:11
**BOULEVARD**

**1:20**
**box** 54:4,8
**break** 24:9 35:21 38:20,23 44:19 52:19
**breathing** 17:11 40:18 53:19 54:25 58:2,13 71:20
**breathing?'** 71:20
**brief** 10:17 20:11 31:24 32:20 38:21 39:2 43:20 72:10
**bright** 44:15,16
**bring** 51:24
**brings** 3:10 72:4
**Brooke** 8:23
**brothers** 56:2
**brought** 55:5
**Buddha** 73:13

**C**

**C** 1:7 2:1
**C-O-N-T-I-N** 11:3
**call** 19:2 22:5 25:22 26:10 28:3 33:4,11 33:12 35:8,11 36:22,22 37:5 38:5,17 41:7 41:14 42:19 43:3,6 64:12 67:8,12
**Callahan** 2:3,16 12:15 13:11 34:1,3,11,15 34:21 72:7,12 76:24 77:5,9 77:17
**called** 3:3 5:5

18:23,23 20:17
24:8 27:14
40:11 41:8
43:12 49:5
56:2 58:8
**caller** 35:1
**calling** 14:24
52:17 56:2
**calls** 14:23 15:3
32:6 42:9
55:22
**calmed** 27:19,21
28:7 66:1
**Camp** 5:6
**capacity** 1:11,12
3:12
**capital** 3:20,20
5:8
**car** 55:13
**card** 74:4
**cardiac** 54:19
**care** 61:18
**case** 1:4 3:9 4:11
12:14 32:6
62:10 64:16
65:21 70:25
**Catholic** 73:13
73:14
**CENTRAL** 2:4
**certainly** 32:12
**certify** 78:7,11
**chance** 25:2
**changed** 8:25
**Chapel** 74:21
**characterizati...**
37:11
**Charlie** 17:17
**chase** 42:3 67:17
**chasing** 21:21
65:25
**check** 39:11
41:9 67:10
**Christian** 73:7
**church** 73:11

**circumstances**
41:19 72:4
**clean** 6:19 26:20
34:22
**CLEARWAT...**
1:21
**clinging** 23:20
**close** 29:8,10,13
**closer** 55:25
**clothing** 30:8
**coffee** 74:20,21
**color** 44:15
**combat** 5:11
**come** 22:14
27:23 40:19
41:22 49:6
57:6 59:1
67:23 76:14
**comes** 45:7 49:9
61:2
**Comfort** 46:13
**comfortable**
29:1 76:8
**coming** 19:2
57:9,10 65:20
**comment** 34:7
35:2
**Commission**
78:20
**companion**
76:18
**company** 5:9
76:19
**COMPASS** 1:19
1:25
**complete** 6:3
**computer** 34:14
**concerned** 42:2
42:4,6
**confer** 72:8
**confused** 16:23
20:17 22:8
28:23 41:11
44:5 47:17

48:13 51:22
67:14,16
**confusion** 20:22
**connected** 78:14
**connection** 15:7
**consciousness**
17:11 54:15,25
58:11
**content** 35:3
**context** 71:18
**Contin** 11:3
**continue** 67:22
**contractor** 5:25
**control** 24:6
**conversation**
10:17 31:24
32:20 39:2
43:20 45:15
46:16 47:12,16
57:25 58:5,18
67:12 69:7
71:22
**conversations**
18:24
**copy** 30:3 34:13
64:17 77:4
**corner** 66:8
**corpsman** 16:15
**correct** 4:5,6
5:19 6:11 9:16
13:20 16:8,10
20:6,7 21:7,8
24:20,21 25:25
26:24,25 27:4
27:8,9,13
28:10,17 29:4
29:16 31:11
36:17,20 37:15
37:20 38:8,11
38:18 39:12,19
40:5 41:2,16
43:12,24,25
44:21,22 46:5
46:10 47:7

50:17 51:1
52:5 53:3
56:17,20,24
58:10 59:3
61:3,4 63:9
64:2 65:12,18
68:4,6,16,23
68:24 69:2,16
71:17
**correctly** 31:8
77:12
**counsel** 30:3
32:13 64:17
78:12,14
**Country** 55:24
**Countryside**
8:16 55:15,17
**County** 1:11,13
2:8 3:9 78:5
**couple** 17:6
49:18 52:16
58:25 70:4
72:7,8,13
**court** 1:1 6:16
32:17 77:2,4,9
**Courtney** 2:12
**cream** 75:5,5
**Cross-Examin...**
2:16 72:11
**crowds** 9:20
**current** 3:25
**currently** 4:7
7:1
**cuss** 53:14 56:19
70:8
**cussing** 60:4,7
**cut** 13:11

**D**

**D** 2:14 3:20
**Darvocet** 11:7
**date** 1:17 4:3
9:10 60:24
62:25

**Dated** 78:16
**daughter** 49:6
51:14,21 52:9
54:13 55:14
73:21
**daughter's**
23:18
**David** 73:12
**day** 7:10,11,11
8:11 12:22
14:25 18:24
19:5 20:25
21:4,5 23:8
26:5 29:18
30:13 31:1,3
39:4 41:15
58:19 62:4,7
63:11 64:13
73:16,16,21
74:15 75:8
76:21 78:16
**days** 20:16
**daze** 21:19
**DC** 73:25
**dead** 56:10
57:11
**death** 12:10
74:14
**DECEASED** 1:7
**decided** 10:22
**decision** 29:1
**declines** 28:8
**deep** 40:18
**deeply** 42:6
**Defendant** 2:7
**DEFENDANTS**
1:14
**Defendants'**
2:18 29:24
30:19 31:18
64:18
**DeGraw** 1:6,7
1:16 3:2,7,18
4:12 30:4

38:23 72:13
**DeGraw's** 7:14
**degrees** 46:2
**demeanor** 28:4
**DEPONENT**
1:16
**deposition** 3:13
13:7,23 14:5
15:7,10 16:13
17:14,16,19,23
31:17 32:3
65:6,10 78:9
**depositions** 6:16
**depression** 9:19
9:23 35:10,17
**deputies** 13:24
16:9 19:9,15
20:2 26:8
27:16 28:5
43:24 44:2,3
44:21 48:14
50:25 52:15,16
53:6 54:21
55:9 59:1 64:9
67:24 69:11
**deputy** 1:13
3:12 14:5,18
15:10,14,19,20
15:21,25 16:12
16:14,16,18,18
16:21 17:2,9
17:24 18:2,3
19:13 27:17,18
27:18 28:21
44:10,17,23
45:2,3,4,24
46:16,17,18,19
47:3,8,13,21
47:23 48:3,9
48:18,20 49:8
49:12,19,24
50:2,5,6,8,9,11
51:10,18 53:16
53:20,24 54:12

55:6 56:22
57:5,7,19,23
58:2,14,19,21
59:8,9,13,13
59:15,16 60:11
61:2 62:1,7,11
62:14,15,16
64:10,10,11
67:24,25 68:9
68:17,20 69:12
69:15,20,22
71:12,15,23
**describe** 39:20
69:1 74:15
**described** 15:6
37:13 41:13
46:21 50:16
51:12 52:3
53:2
**describing** 31:1
44:24 52:8
67:5,7,23
**description** 2:19
67:6 70:18
**detained** 74:9
**Detective** 59:5
**detectives** 13:18
17:20 18:3
51:20 65:1,9
66:20
**detectives'** 65:17
**diagnosed** 6:9
7:21 9:13
**diagnosis** 9:17
**died** 56:9 74:4
**dining** 52:13
**dinner** 76:7
**direct** 2:15 3:5
34:12
**discontinued**
11:2
**discussion** 70:7
**disoriented**
28:23

**dispute** 62:13,16
**DISTRICT** 1:1
1:2
**DIVISION** 1:3
**dizziness** 8:1
**Doc** 2:23
**Doc/Bates** 2:22
**doctor** 20:15
56:5
**doctors** 8:1
**document** 32:3
64:22 65:4,8
66:15
**documents**
13:21 14:6
18:7
**dog** 4:9 23:18
**dogs** 22:22,23
75:3
**doing** 28:23
31:14 36:13
39:15 40:20
46:13 47:8
**Don** 19:2
**Donald** 1:7 4:12
**door** 21:20,23
21:24 22:1,12
27:12 29:9,10
29:13,14 40:8
45:18 48:19,21
73:19
**dosage** 12:4
**dose** 12:9
**doubt** 24:23
**downstairs**
15:21 22:4,6
22:11 23:9
24:7 26:10
27:25 28:2
37:14 40:11,22
40:23,25 43:16
44:11 46:20
48:24 50:18
51:17 57:6

58:6,8 61:2
69:1
**Dr** 8:23 9:5
**drawn** 25:13
**dress** 76:17
**drink** 8:10,10
**drinks** 74:20
**Drive** 4:1
**driving** 59:11
**drove** 56:1
**duly** 3:3
**Dunedin** 7:2

**E**
**E** 2:1,1,14,17
**earlier** 18:24
19:4 25:1
30:25 36:10
41:15 64:13
68:16 70:17
**early** 6:10 20:20
21:6 25:18
36:22 74:19,19
75:12,22
**eat** 75:4
**education** 63:8
**EE** 78:20
**effect** 28:16 69:5
**EGD** 9:8
**EGD's** 8:7
**eight** 73:20,23
**either** 17:4,20
44:15
**emergency**
30:15
**employee** 78:12
78:13
**EMS** 40:19
53:20 54:2,4
63:10
**EMT** 54:22
**ended** 9:15
77:19
**engaged** 73:1

**entirety** 32:14
**entry** 48:4
**Epinephrine**
53:24
**episode** 75:1
**episodes** 20:22
74:25
**equipment**
34:16
**ER** 20:19 30:16
55:16,17 56:4
56:5
**Erny** 2:12
**ESQ** 2:2,7
**ESTATE** 1:7
**evaluate** 28:11
**evening** 30:14
65:2,16
**event** 63:12
64:10
**events** 4:3 14:15
18:4 21:2 39:9
43:14 59:25
67:5
**Everybody** 3:24
**evidence** 34:23
**exactly** 9:9 37:9
**examination**
2:15 3:5 34:17
**examined** 3:4
**examiner** 12:8
**Exhibit** 2:19
25:1,11 26:23
27:10 29:24
30:2,18,19,22
31:16,18 32:2
32:23 37:3
42:8 64:16,18
65:8 66:7
**exhibiting** 28:22
**experience**
20:22 62:24
72:20
**Expires** 78:21

explain 31:21
expressed 31:9
extended 20:23
extreme 21:1
eyes 39:22 53:17
71:9

_____
**F**
faces 59:10
facing 40:7
fact 13:13 41:13
74:4 76:16
fair 13:13 36:13
37:10
fairly 65:12
fall 21:24 41:23
42:5
falling 41:24
familiar 50:23
familiarity 63:4
family 8:22 16:5
19:16 38:1
61:6 75:18
far 12:4 27:11
44:1 59:6,11
59:11 65:22
70:20 71:14
74:5
fasciitis 7:25
father 73:19
feel 22:24 41:17
41:18
female 63:17
Feud 75:19
file 32:6
filed 3:10
final 77:12
finally 20:17
40:10 55:11
financially
78:15
find 15:24 16:11
17:1 67:16
73:11

fine 8:7 20:19
23:2 28:15
32:14 55:21
firearm 69:8
fired 63:2,5
FIRM 2:3
first 4:12 5:5,7
5:18 14:24
24:10 26:9
27:15,15 32:9
32:15 33:12
36:22 39:5
40:18 44:23
49:9 52:10
55:10 59:13,15
62:14 64:12
five 32:10
five-minute
38:20
FL 1:21 2:5,10
floor 13:3 25:5
Florida 1:2,24
78:4,19
focus 17:4
follow 22:6,20
41:11 42:5,5
67:21 68:25
follow-up 37:16
followed 22:3
26:7 38:15
following 22:2
27:2
follows 3:4
26:10
foot 16:4
footlocker 38:2
force 4:20,21
5:15,23 20:5
foregoing 78:9
forgot 73:6
Fork 4:1
form 12:15
forth 37:9
Fortune 75:19

forward 39:3
foul 50:24
found 15:9 56:9
73:16
four 4:21 32:11
64:12 76:8
Fox 75:16
friend 18:13,25
49:6 54:13
55:9 76:14
friend's 55:13
friendly 72:23
friends 18:25
56:3 76:7,8,8
fucker 51:1
full 3:16
further 29:2
68:25 78:11

_____
**G**
G 2:7 3:20
gabapentin
10:11,12,20,24
10:25 11:14
game 75:19
gather 34:13
general 7:13
getting 38:25
61:16 73:22
give 8:3 67:4
72:7 76:16
given 20:9 25:23
30:3 38:24
39:6 69:4
71:13 78:10
giving 10:2
55:12 67:22
go 7:12 10:15
12:25,25 13:2
13:9,11 21:2
21:23,25 22:4
22:18 23:9
26:4,10 27:2,7
27:23,23,24,25

28:8 31:23
32:17 36:8,16
41:9,19 42:8
42:21 43:11,18
44:23 45:22
46:1 48:25
49:2 53:25
55:3,4,9,10,18
55:22,23 56:1
59:1 63:24
67:10 70:10
73:10 75:3,3,7
75:8,12,20,21
76:1,3,6,7,9,16
76:23
God 51:14 52:7
73:6
Goepfert 1:12
3:12 15:14,19
16:14,16,18,19
16:22 45:2,3,4
45:24 46:16
47:3,13,21
48:3,20 49:8
49:12,19,24
50:6,8,11
51:10 57:6,8
57:19 64:10
67:25 68:10,17
69:14,15,20,22
goes 8:23 25:4
46:3 48:5
65:22 69:19,22
76:9
going 6:8 8:25
12:25 13:10
15:23 17:10
21:20,24 22:4
22:7,13 23:22
23:25 26:9,17
27:24 28:19
29:9 31:16,22
32:8,14,15,16
32:23 33:17,18

33:24 34:24
35:13 36:12,15
36:25 41:22,23
42:7,8,9,11,21
44:4,7,17 45:7
47:10,17 49:14
51:23,25 52:6
52:17,21 54:14
54:23 55:21
58:10 59:12,12
61:14,19 64:15
65:24 67:16
75:9,10 77:9
Golden 23:17
Goldie 23:23
Good 3:7
gosh 73:6
gotten 48:16
GP 8:22
Granada 5:20
green 44:15
Gregory 1:11
3:12
group 1:19,25
5:4,6
Gualtieri 1:10
3:11
guess 29:11
gulf 5:17,17,18
6:6
GULF-TO-B...
1:20
gun 15:17 38:1,4
44:9,17 46:9
46:12 47:4
68:1 69:12
Gunfire 5:9
guns 16:3,3
36:23 37:9,13
38:2
gurney 61:20
guy 73:17
guys 63:13
gym 75:10

| **H** | | | |
|---|---|---|---|
| **H** 2:17 | 53:4,6,12 | 8:14,20 | 74:3,8,12,16 |

**H**

**H** 2:17
**ha** 16:21 27:22
40:19 41:4
45:19 50:14
52:25 60:5
68:14,14
**habit** 75:23
**hall** 27:8
**hallway** 22:2
**HAMMOCK**
1:22 78:7,18
**hand** 29:10
31:21 64:15
**handled** 12:5
**hang** 43:23
**happen** 18:22
51:3 58:12
**happened** 17:8
20:14 23:13
30:25 39:13
40:1,6,9 52:6
54:1 61:1,7
62:23 71:3,19
**happening** 21:4
44:1
**happens** 39:8
51:12
**happy** 34:16
54:15
**Harbor** 8:24
**Hawaii** 6:6
**head** 6:21 24:19
26:11 29:11
46:3
**healthcare** 9:3,4
**healthy** 7:21
**hear** 17:8 35:16
35:17 37:19
40:16 41:1,10
45:19 46:20,20
46:25 50:2,5,8
50:11,18 52:18
52:19,21,23,25

53:4,6,12
57:19 58:21
60:3 62:20
**heard** 21:9,9
22:12 23:7,20
33:2 35:12
37:4,11 43:3
49:8 51:8,14
51:17,18 52:3
52:22 53:8,13
53:13,14,16,21
53:23 56:15,16
56:16,19,22,25
57:1,4 58:7
60:8 62:18,22
63:2 70:3,23
71:14
**hearing** 49:23
58:15
**heart** 61:24
**held** 10:18 31:25
32:21 43:21
**help** 24:8 37:8
37:21 40:12
52:17 57:9
66:2,15 67:3
**helped** 11:1
**helpful** 24:10
**helps** 36:8
**hey** 65:11 71:8
**hi** 74:1,7
**history** 7:14,15
72:15
**Hollywood** 63:7
**home** 7:12 23:22
24:1,3 25:5,8
37:6 39:16
48:6 76:14
**Honey** 21:18
**hospital** 8:9,11
22:19 23:1
28:13 55:15,23
64:1
**hospitalizations**

8:14,20
**hospitalized**
8:12 20:11
**hour** 55:20,24
**hours** 20:21
21:6 25:18
73:21,23
**house** 13:3
14:17 18:18
19:4,7,8 33:6
36:23 41:15
48:5 55:8,16
57:6,15 59:1
59:19 73:20,23
**hug** 55:13
**huh-uh** 6:21
**hun** 31:15
**hurt** 41:24 42:2
42:7
**husband** 4:12
9:4,18 11:13
15:16 16:3,7
16:17,18,20
20:3,10,21
21:5 22:8,11
23:3,21 25:18
27:19 33:9,13
35:9 39:10
40:12 44:4
45:10,19 46:5
46:11,21,25
47:15 48:12,22
49:9,13,24
50:3,12,13,25
51:11 52:25
53:14,19 54:3
54:24 55:5
56:9,19 57:11
58:2 60:4
61:19 65:25
67:25 68:10,14
68:18,18,21
70:4,23 71:16
72:14 73:4,5

74:3,8,12,16
76:9
**husband's** 7:15
76:12
**hydrocodone**
11:4
**hypervigilant**
9:20

**I**

**Ibuprofen** 10:25
**ice** 75:4,5
**ICU** 54:16
**identification**
2:19 29:25
30:20 31:19
64:19
**identified** 34:19
**identify** 32:3
34:25 42:18
**identifying**
34:24
**immediate** 18:4
**immediately**
26:24
**incident** 20:10
24:10 25:22
26:9 27:14
31:1,5 38:25
39:3,5 41:15
66:3
**individual** 1:10
1:12 3:11
**individuals** 18:2
59:4 64:12
**information**
45:25 46:8
65:16
**informing** 67:24
**INGUNA** 2:2
**initial** 40:24
**injuries** 7:19
**inquiring** 58:2
**inserted** 34:4

**inside** 29:10
**instructions**
77:7
**interaction**
44:24
**interested** 78:15
**interject** 34:1
**interview** 2:23
13:8,17,18
14:4 64:25
65:1,5,9,15
**interviews** 62:9
**invite** 34:9
**issues** 7:23
10:21 54:19
74:18 75:9
**Italy** 5:15
**item** 32:4

**J**

**J-A-N-C-Z-A-K**
18:11
**Janczak** 18:8
**Jay** 17:20
**JD** 66:16 70:11
**Jeff** 73:4,4,6,9
73:10,12
**Jewish** 73:8,9
**job** 73:25
**Joe's** 55:19,19
55:22
**joint** 75:9
**Jonathan** 17:20
66:20
**JT** 66:19,25
**Julie** 1:6,16 3:2
3:18
**July** 1:17 78:16
**jumped** 23:23
24:4
**jumps** 7:18

**K**

**keep** 10:23

70:17 75:24
**keeps** 37:25 38:7
**Keith** 17:24
**Kenzie** 23:22
24:1,3,4 39:16
**kept** 13:1 16:21
23:19 27:22,25
49:17 50:14
68:17
**KIMBERLY**
1:22 78:7,18
**kind** 7:5 11:11
21:3 25:14
74:9
**kinds** 47:1
**kissing** 23:24
**knew** 16:4 28:19
38:2 44:16
**know** 5:20,20
10:1,2 12:24
13:10,12 15:16
17:8 19:15,17
19:19,23 21:22
23:4 25:2
26:16 29:9
33:13 34:4
35:3 39:15
41:21 44:9,12
44:14,25 45:1
45:3,18 46:18
47:17 51:13,17
52:14,16 53:7
54:20,23 57:10
59:4 60:1
62:12,13 63:19
64:14 65:11,24
65:25 66:2
67:24 68:14
70:15,21,23
71:1,1,1,2,3,4
71:5,15 74:13
74:15 75:25
**knowledge**
12:13,19

**L**

**L-shaped** 27:8
**landing** 15:15
44:8 45:23,25
46:2,7 47:4
48:5 49:2
53:21 57:8,14
**language** 50:22
50:24
**LARGE** 1:24
**Largo** 2:10 8:13
**LAW** 2:3
**lawsuit** 4:4
**lawyer** 3:8 13:12
77:14
**lawyers** 13:9,14
**laying** 21:17
24:7 40:2,7
**leave** 4:24 57:6
**left** 7:17,20 8:18
23:3 54:21
73:3,15
**let's** 21:2 24:9
27:23,23 31:23
38:19 43:18
44:19 53:25,25
55:3,4 63:24
63:25 64:1
74:13
**letting** 44:12
**Liaison** 5:9
**life** 76:12
**liked** 75:16,19
76:5
**listen** 14:12,20
32:11 76:15
**listened** 15:2
**Listening** 37:7
**little** 20:9 24:9
26:21 29:12
32:9,15 44:20
54:22
**live** 4:7 74:5
**lived** 4:3

**living** 48:24
52:13
**LLC** 2:3
**located** 48:23
**LOCATION**
1:19
**locker** 16:4
**long** 7:3,7 11:7
32:11 46:14
51:17 61:15,18
61:20 74:13
**look** 13:21 14:6
14:8,10 15:5
18:1 25:1
26:22 27:10
59:7 64:21
70:16
**looked** 21:19
23:10
**looking** 4:10
22:10,11 55:17
57:14
**lost** 17:11 24:6
54:15,24 58:11
**lot** 8:2 9:21
10:20 54:7
55:18 61:8
73:4,10 74:1
74:20 75:1,9
75:18
**loud** 41:4 46:23
50:16 51:11
53:1
**love** 72:22
**loved** 76:21
**loves** 23:24
74:23 75:4
**lying** 40:6

**M**

**M** 70:18
**ma'am** 24:25
32:2 42:8
54:23 64:15

66:7 69:24
72:2
**Maalox** 10:5
11:15
**main** 48:24
**making** 41:1
46:21 47:1
50:15 51:11
53:1 60:5
**Male** 63:17,18
**man** 74:6
**marine** 16:16,19
16:20,22 49:16
49:17,21 74:22
**Marines** 5:3
**mark** 29:22
30:18 31:16
64:15
**marked** 2:18
24:25 25:10
29:25 30:2,20
30:22 31:19
32:2 64:19
**marriage** 72:14
**married** 74:12
76:13,22
**Martinez** 14:1
15:22 17:9,9
18:3 46:19
47:8,24 48:9
48:18 50:2,5,9
51:18 53:16
56:22 57:23
58:3,14,19,21
64:11 67:25
71:12,15,23
**Martinez's** 14:5
14:18 15:10,25
16:12 17:3
**Marvel** 76:6
**master** 21:10
22:3 26:12,18
26:19 27:7
38:13,14

**mean** 34:23 48:4
68:9 73:15
**meaning** 15:19
62:24 63:25
69:22 74:3
**meaningful**
15:25
**means** 68:11
**meant** 36:1,2
68:21
**Mease** 7:2
**Med** 8:13
**medic** 4:23 5:11
**medical** 7:14,15
9:17 12:8 24:8
28:8 29:2
40:12
**medically** 6:5,9
7:20 8:6
**medication** 36:3
**medications**
7:22,24 9:25
10:22 11:2,5
11:12,12,15
12:1,18,23
13:1 20:15
35:9 36:2,5
54:3 75:13
**meds** 8:2 11:20
12:19,25 35:17
36:16 54:5
75:13
**memorable**
16:12 17:2
**memory** 65:13
65:22
**mention** 47:4
**mentioned** 9:13
11:13,25 29:5
58:1,25 60:4,7
61:1
**met** 13:9,13,14
**midday** 31:3
**middle** 1:2 23:7

25:14 66:14
**military** 4:14,18
4:22,24 5:21
5:24 6:3 7:17
7:20 8:18
49:15
**mind** 28:5 38:19
59:6
**minutes** 18:16
18:17 21:16
32:10,11 55:15
56:6,11 72:8
**mom** 55:18,23
**moment** 23:7
55:1
**morning** 3:7
20:9,21 21:6
23:18,21 24:11
25:18 26:6,13
26:15 27:2,14
28:6,9 29:5
33:16 35:10,11
36:4,22 38:24
39:5 40:20
41:11 48:2
54:1,2,4 61:7
63:12 65:24
66:3 67:15
68:16
**mother** 51:1
**move** 39:3
**movies** 76:1,4,5
76:5,6

**N**

**N** 2:1,14
**name** 3:7,16,19
8:24 18:10
45:2 73:3
**nap** 20:17
**narrative** 67:4
67:22
**nature** 6:2
**Naval** 5:9

**Navy** 4:20,23
5:1,2,16,24
16:16
**nay** 76:18
**neck** 23:12 29:7
29:11 39:2
**need** 15:16
34:17 55:2
71:1
**needed** 40:12
**neighbor** 18:15
55:12 73:3,15
73:19
**neighbor's**
73:24
**neighborhood**
73:17 74:1
**neighbors** 72:21
72:22,23 73:1
74:1,5
**never** 39:25
73:18 74:8
**News** 75:16
**night** 12:24
13:19 20:25
33:7 35:20
36:3,9,18,18
51:20 64:25
65:2 75:18,22
**nightmare** 21:7
21:12,14 22:9
22:13 23:6
24:16 28:19
**nightmares** 6:7
9:22 22:1
**Nmbr** 2:22
**noise** 41:1 51:4,6
51:11 52:3
53:1 63:4
**noises** 21:18
47:1 62:20
**normal** 23:2
**North** 55:19,19
55:22

**Notary** 1:23
78:19
**noted** 34:20
**number** 32:4,5
37:4 66:12
**nurse** 6:11,13
**nursing** 7:5

**O**

**Object** 12:15
**objection** 34:19
**occasion** 74:8
**occasions** 72:15
72:25
**occurred** 61:10
**offer** 28:13
**office** 2:8 3:9
32:6
**official** 3:12
**Oh** 51:14 52:7
54:14 70:15
**okay** 3:16,22
6:22,25 7:17
10:14,20 20:8
22:5,20 24:24
25:3 26:20
27:14,25 28:1
28:4,15,20
29:5,17,23
35:6 36:1,5
37:23 39:13
41:13 43:1
44:6,19 45:6
45:15,22 46:7
49:23 54:11,20
55:3,4,11,16
55:21,25 56:3
56:13,14 58:12
63:10 64:4
66:14,21 67:2
69:22 70:3
75:11,14 77:16
77:17
**Okay'** 69:18

**Okay.'** 71:21
**old** 73:16
**Oldsmar** 4:1
**once** 60:9
**open** 21:22
22:12 53:17
71:8
**opened** 22:1
**opens** 75:2
**operations** 5:4,6
**opportunity**
70:25
**ops** 5:19
**order** 77:2,3
**oriented** 28:18
66:15 67:3
70:17
**orthopedics** 7:6
**other's** 76:19
**outside** 48:21
**overnight** 8:17
20:19

**P**

**P** 2:1,1
**P-R-A-S-O-Z-...**
10:8
**pacing** 51:16
**page** 66:8,14,25
67:3,21 68:25
69:9 70:10
71:6
**pain** 10:21,21
11:1,2,5,12,15
**Palm** 8:24
**parachute** 7:18
**paragraph** 67:4
67:7 71:6
**paragraphs** 71:7
**paramedics**
19:10,11,20
20:4 22:17,19
27:16 28:11,21
61:21,23

**parking** 55:17
55:18
**part** 34:7 35:2
67:23
**parties** 78:12
**parties'** 78:13
**passing** 76:12
**pastor** 74:22
**Paul** 2:7 3:7
32:17 77:2
**pause** 35:16
37:3 42:24
43:2 44:19
46:17 68:9
69:19
**paused** 33:1,21
42:15 47:3
**pay** 34:5
**PCSO001030**
2:22 32:4
**PCSO001091**
66:12
**Pendleton** 5:6
**people** 53:7 54:7
72:21 76:22
**percent** 70:11
**period** 5:22 27:5
48:10
**periods** 20:23
**person** 76:15
**PERSONAL** 1:6
**personnel** 63:11
**PETERSBURG**
2:5
**pharmacies**
11:20,22
**pharmacy** 11:18
11:19
**Philippines** 5:16
**phone** 14:22
15:3 22:5
38:17 51:13,16
51:22 52:9
**Photo** 2:20,21

photograph 25:14 26:21,23 27:11 29:17 30:4,11,23
photographs 14:10
physician 8:22 8:24,25
physicians 9:3
picture 59:6
pictures 76:17
pill 8:4
pillow 15:17 16:7 38:1,7 44:10 46:9,12 47:5 68:1 69:8
pills 20:16
Pinellas 1:11,13 2:8 3:8 78:5
Pines 9:9 11:21
place 52:10,18 58:5 69:1
placed 14:23 38:16 42:19 67:8
Plaintff 2:2
PLAINTIFF 1:8
plantar 7:25
play 32:14,23 33:17 34:11 35:13 36:25 42:9,11,21
played 32:13,24 33:19 35:14,22 37:1 42:13,22
playing 23:25 34:6
please 3:16 64:21 77:3,5
point 5:20 9:14 18:18 25:17 43:24 48:14 50:24 52:11 56:19,22 57:5

57:25 61:3
pointing 26:22
pop 51:14,15,22 52:3,6,7,20 53:4,12 56:15 57:1 60:1,3 62:18,22
Pops 54:14
post-operative 7:8
practice 7:7
Prasozin 10:8
prayers 56:4
Prazosin 10:6 11:15
preparation 65:5,10
prepare 13:6
preparing 15:7
presence 28:20 28:21
present 64:12
press 33:17
previously 25:10
Prilosec 10:5 11:14
prior 4:14 62:24
probably 18:16 51:22 55:20,25
problems 6:7 7:25 8:3,8 20:24 76:21
procedurally 34:5
proceeded 45:22
proceeding 45:16
proceedings 77:19
proceeds 47:6
produced 4:11
proper 34:22
property 32:5
providers 9:3,4

psychiatric 9:17
psychiatrist 9:6 22:20
PTSD 6:9 7:21 9:15,19,23 16:24 44:6 45:10 47:18 48:13 68:3 76:20
PTSD.' 69:19
Public 1:23 78:19
pulled 44:13,18
purposes 6:15 60:16
push 35:13 36:25 42:11,21
pushed 35:16 37:3 43:2
put 20:3 41:17

_____

**Q**

question 17:4 19:22 32:16 33:18 42:24 66:24 67:1 76:11
questions 6:17 17:4 38:5 42:12 61:8 65:17 68:21 72:9,13

_____

**R**

R 2:1
race 63:19
ran 21:21,24 40:11
read 13:8,15,16 13:23 14:2 77:11,15
reading 69:17 77:7
really 5:20 8:8

9:24 10:22 17:3,7 22:8 23:4,19 41:4 49:25 51:22 61:8 65:23 66:1 75:5 76:14
reason 62:12,16
recall 11:5,9,13 11:16 19:24 33:16 39:4,7 43:6 48:2,9 49:25 58:15 60:17 61:11 65:14
recalled 6:1
receiving 77:6
recess 38:21 72:10
recognize 30:3 30:23 33:2 64:22
recommend 77:15
record 3:17 10:15,18 26:20 31:23,25 32:4 32:18,21 34:22 43:18,21 60:16 66:11 74:23 78:10
recorded 14:22 14:22
recording 14:15 42:16
recordings 15:2
records 4:11 20:8 62:9 74:21
reference 18:7 73:24
references 14:18 29:6
referring 36:5

38:4 61:17
refers 75:1
regular 75:24
relating 67:11
relationship 37:10
relative 78:11 78:13
relay 45:9 46:8
relayed 45:24
religion 73:13
religious 74:22
remain 65:21
remember 8:14 9:11,12 13:25 14:24 17:6 19:15 20:12 21:3 29:17 30:11 31:14 33:11,14,15 35:8 36:21 37:4 41:7 44:1 45:14 47:22 48:18,19,20 49:5,12,23,25 51:20 52:22,24 53:9 57:7 58:3 59:10,10,16,21 60:11,20,23 61:5,12,14,16 61:25 62:3,6 62:14,19,23 63:15 71:25
remind 6:23
repeat 75:1
repeated 47:18 49:17,19
report 12:9,12 13:15 32:5 78:9
reporter 1:22 6:16 32:17 77:2,4,9
REPORTING

1:19,25
**reports** 62:9
**represent** 3:10
  14:14 25:13
  32:9 42:10
  60:16 62:10
  65:12 66:19
**REPRESENT...**
  1:6
**residential** 3:25
**respect** 57:23
**respond** 50:13
**response** 33:24
  38:5 61:16
  64:3 65:17
**rest** 12:1 39:3
  43:15
**resulted** 20:11
**retire** 6:4
**retired** 6:5,9
**Retriever** 23:17
**review** 15:5
  17:16,19,23
  77:11
**reviewed** 17:2
  65:5
**reviewing** 16:12
  65:8 66:16
**right** 3:23 4:15
  9:15 18:19
  21:11 26:16,19
  26:24 27:11,12
  27:24 29:14
  31:6,10 35:6
  36:21 37:14,18
  38:10 39:8
  40:7 42:1
  43:16 47:6
  48:19 51:16
  52:4 55:12
  58:7 59:2,18
  66:17,22 68:13
  68:21 69:8
  70:12,18 73:16

77:11,14
**right-hand** 66:8
**rise** 4:3,4
**road** 2:9 63:25
**rolled** 39:22
**room** 12:18 13:1
  13:4 16:5
  19:16 21:10,11
  21:15,21,24
  22:24 24:18,23
  26:2,7,7,16,18
  26:21,23 27:1
  30:15 37:17,18
  38:1,6,9 40:2
  41:20,21 48:24
  52:13 53:22,23
  53:25 54:5,6
  54:11,12 55:6
  55:8 61:6
**rooms** 37:21
**Rozelle** 2:7,15
  3:6,8 10:15,19
  12:17 30:1,21
  31:20,23 32:1
  32:19,22,25
  33:20 34:2,9
  34:12,16 35:6
  35:7,15 37:2
  38:19,22 42:14
  42:23 43:18,22
  64:17,20 72:2
  76:25 77:3,6
**runs** 73:25 74:6

**S**

**S** 2:1,17
**safe** 22:25 41:18
**sat** 21:19,25
  22:3,6,15
  73:20
**saw** 12:11 18:7
  20:8 22:12
  29:6 36:12
  39:20 41:22

49:8 50:22
  51:24
**saying** 16:21
  27:22,22,25
  33:14,15,16
  40:14,19 43:9
  45:19 46:25
  48:3,10 49:13
  49:24 50:2,14
  61:5,25 70:18
  71:8,15,25
**says** 28:15 45:6
  58:3 66:25
  68:13,15 69:11
  69:17,23 70:8
  70:14 71:19
  74:1,7
**scared** 43:7
**scene** 19:14 20:4
  45:7 59:17
  60:12 62:11
  63:11
**schedule** 75:24
**scratch** 29:12
  30:25
**scratched** 23:11
  29:7 31:6
**scratching** 39:2
**scream** 21:10
**screaming** 21:13
  24:11,12 27:20
  28:22 33:13
**scuffles** 53:13
  56:16
**second** 10:16
  13:2 25:5,22
  32:10 41:8,14
  42:18 43:19,23
  44:10 48:6,12
  67:6
**seconds** 33:1,17
  33:21 42:15
**security** 46:13
**see** 9:1 12:23

14:17 25:2,15
  27:12 39:15
  40:21 49:4
  52:10,14 54:6
  57:5 65:10
  66:8,9,12,25
  67:7,11,17,22
  68:1 69:9,24
  70:8,11 71:9
  77:12
**seeing** 9:4,5
  48:18,20,20
**seen** 3:22 12:21
  39:24 45:1
  73:18
**sees** 42:5
**seizure** 16:23
  24:6 25:25
  33:14 40:13,15
  44:5 45:11,12
  45:13,20
**send** 11:20
  77:17,18
**sent** 55:14 56:3
**September** 4:4
  8:19 9:25
  12:22,22,24
  13:19 14:16,23
  18:4,19 20:21
  21:2 25:19
  29:18 30:9
  33:7,7 42:19
  51:21 57:20
  60:21 62:25
  65:2
**sequence** 39:9
  59:25
**sergeant** 17:17
  18:2 60:17,18
  62:10 64:11
**Seroquel** 10:3
  11:14 12:11
  36:7 54:11
**served** 5:12,23

**service** 4:14,24
  5:14,23 6:3,4
  9:14 64:13
**set** 71:18
**settled** 21:16
**seven** 55:15
**Seventeen** 4:19
**shakes** 6:21
**shaking** 24:5
  39:23 40:10,16
  40:21,22,23,24
**Shepherd's**
  74:21
**sheriff** 1:11,13
  3:11 22:7,12
  22:14,24
**sheriff's** 2:8 3:9
  32:5 54:18
**sheriffs** 19:13
**shin** 7:17
**shopping** 76:16
**short** 38:23
**shorter** 59:9
**shoulder** 7:18
  7:19
**shouting** 41:5
**show** 20:4 24:22
  24:25 25:10
  28:11 29:22
  30:2,18,22
  63:25 74:22
**showed** 28:6
**shows** 27:15,19
  62:15 75:18,19
**Shriner** 9:5
**sick** 8:9
**side** 24:7 27:11
  40:7 48:19
  73:3
**significant**
  15:10,25 16:12
  17:2
**signing** 77:8
**signs** 22:18

28:22
**Sir** 17:9,10
22:13 49:14
51:18,19
**sit** 27:24 65:20
**sitting** 74:25
**sleep** 8:2 9:21
12:25 20:16
23:5 26:4 36:8
36:16 44:9
46:12 74:18
75:12
**sleeping** 6:8 8:3
8:4 20:16,23
20:25 33:6
37:24
**sleeps** 15:16
38:7 46:8
67:25 74:17,18
**slept** 16:7 23:5
**slip** 6:23
**slow** 69:23
**slowed** 40:10,24
**small** 21:18
**somebody** 25:13
53:8,13,23
54:9 56:16
**son** 73:24
**soon** 59:18
**sorry** 6:15 10:13
19:22,24 23:13
31:13 56:6
72:3 73:9
76:11
**sort** 6:21 20:23
**sound** 46:21
50:15,16 60:5
62:18 66:22
**sounds** 9:14
37:8 40:17
**speak** 19:13
60:15 63:10
**speaker** 69:20
71:23

**speaking** 19:24
33:4,22 35:24
43:3 49:9
52:24 60:18
71:11
**speaks** 61:3
**special** 5:4,6
**specifically** 60:4
**spell** 3:19
**spelled** 18:10
**splints** 7:18
**Split** 4:1
**spoke** 19:19
31:5 63:15
**spoken** 53:10
**St** 2:5 55:18,19
55:22
**stable** 55:21
56:7,8
**staircase** 13:2
25:4,8 26:11
46:1,3 48:17
49:10
**stairs** 15:23
21:12,23 22:16
37:25 40:3,4
41:22,25 42:6
44:7,12,17,23
45:17 48:25
**stairway** 24:19
24:20
**stand** 17:13
**standing** 48:21
55:12 57:8,13
**Star** 73:12
**start** 34:12
**started** 6:8
21:20 24:3,5
39:22 40:10,19
44:13 51:16
68:14,18
**starting** 40:17
**starts** 44:6,7,17
74:21

**state** 1:24 3:16
32:3 78:4,19
**statement** 29:6
50:23
**statements** 18:1
**STATES** 1:1
**stationed** 6:6
**stature** 59:10
**stay** 8:17 41:21
53:14 55:6
56:17
**stayed** 43:15
58:8 73:22
**stenographer**
78:7
**stenographica...**
78:8
**stiffened** 39:18
39:21
**stiffening** 24:4
**stomach** 7:23
10:5
**stood** 17:7 19:16
**stop** 32:15 33:18
34:13 40:21
42:11 70:16
**stopped** 45:16
45:18 54:25
61:24
**stores** 76:1
**story** 48:6 61:9
**straight** 13:3
24:19 39:21
40:4 46:4
**Street** 17:17
18:3 59:5,8,13
60:11,18 62:10
62:15 64:11
**stressed** 23:19
23:21 24:2
**stresses** 76:15
**stuck** 10:23
**stuff** 4:22 73:13
**super** 12:7,9

**SUPERVISO...**
1:10
**support** 76:23
**supporter** 76:20
**sure** 3:23 6:20
9:9 24:5 32:19
44:16 50:23
60:14 70:24
71:5
**surgery** 7:6,19
**switched** 20:15
**sworn** 3:3
**symptoms** 28:22

---

**T**

**T** 2:17
**take** 3:13 7:11
7:23 10:12,24
12:4,5,21,23
12:25 15:12
23:1,22,25
24:3 25:1
28:13 35:19
36:16 38:19
53:22 56:11
58:5 61:18
64:21 75:3,5,6
76:17
**taken** 29:18
30:11 35:9
38:21 72:10
**takeout** 75:4
**taker** 33:4,11
35:8 36:22
37:5 41:7 43:3
43:6 67:12
**taker's** 38:5
**takes** 36:2,9
47:5 54:10
75:13
**talk** 16:22 22:14
43:14 45:16
48:21 51:10
53:25 63:14

68:8,10,17
70:15,25 73:1
**talked** 13:12
20:18 22:16,18
36:10 73:4,9
**talking** 24:23
33:12 35:10
37:21,23,24
46:1 47:15
50:12,25 52:22
52:23 53:6,7,8
54:2 56:7 64:9
**taller** 59:8
**Tampa** 1:3 9:6
11:21
**Tase** 51:23 52:6
**Tased** 51:15
52:7 70:21
**Taser** 15:12,18
15:22 44:14,14
44:18 47:5
52:2 62:21
63:8
**Tasered** 54:24
58:12 70:16
**Tasers** 15:14,23
20:2 51:25
60:13 62:25
**teaches** 63:7
**tell** 4:17 5:14 6:4
7:13 13:6 15:9
18:21 20:14
21:4,9,12 32:8
33:24 36:1
39:13 44:1
45:11 49:12
52:9 53:12
59:16 60:11
61:5,7,9 62:12
63:21 72:25
**telling** 15:18
16:15 28:18
33:11 35:8
36:21 43:6

51:20 69:12
**Ten** 18:17
**terms** 7:13
**testified** 3:4 31:3
  36:15 39:9,17
  48:2,9 52:21
  56:15 57:1,21
  57:24 58:15,22
  68:4 71:22
**testimony** 15:11
  17:5,14,16,19
  17:23 20:9
  25:24 38:24
  39:6 69:4 71:2
  71:14 78:10
**text** 55:14
**texting** 19:1
  49:6
**thank** 3:22 7:1
  15:17 16:14
  24:10 44:12
  57:9,10 69:11
  72:3,5,6 76:24
  76:25
**therapeutic** 12:8
  12:9
**therapy** 6:8 7:22
  75:6,7
**thing** 6:21,24
  14:2 39:8 51:8
  55:1 63:23
  65:23
**things** 17:7
  75:14
**think** 4:21,25
  6:1 8:6,17,24
  9:8,12 11:3,4,8
  13:16 14:1
  15:15 16:2
  17:9,15 19:18
  23:1,6,8,18
  25:25 36:10
  39:18,22 42:4
  44:3 45:11,13

45:20 47:22
49:14,15,16,17
50:14 51:15,24
52:7 54:21
55:1 57:7 59:8
59:18,23 60:13
61:8,14 64:14
65:14 66:1
71:12,18 72:2
**thought** 21:6,20
  24:16 62:21
  65:11,25 70:22
**three** 20:16
  32:11 65:20
  74:24,25
**time** 1:18 5:22
  6:3 9:14 10:17
  11:7 12:10,22
  13:22 20:1,11
  20:20 22:10,22
  22:23 27:5,15
  27:18,21 28:1
  28:5,20,24
  29:3,24 30:19
  31:18,24 32:20
  32:24 33:19
  35:14 37:1
  38:12,21 40:14
  40:15 41:8
  42:13,22 43:20
  43:24 44:10,13
  44:20 45:1
  46:14,15 47:9
  47:13,20 48:3
  48:4,4,10,12
  48:14,23 50:11
  52:8,11,15
  57:7,15 58:19
  59:24 61:15,18
  61:20 64:18
  65:18,19 66:25
  68:17 69:24
  72:5,10 74:13
  75:20 77:19

**times** 49:18,18
  58:25 70:4
  74:24
**timestamps**
  34:19
**tired** 23:4 28:18
**Tobeck** 17:21
  66:20 68:15
**today** 3:10,13
  13:7 15:7
  36:10 57:2,21
  58:1,16,23
  65:20 68:4
  69:4 71:14,22
**told** 12:24 15:14
  16:2,3,6,17,18
  16:22,24 19:1
  22:4 23:10,12
  23:21 40:11
  44:6 45:20,21
  45:23 47:14,16
  50:1 51:21
  53:20 55:6
  57:9,9 61:7,23
  67:14 73:12,19
  76:20
**top** 4:20 48:16
  66:24
**total** 4:18
**Town** 55:24
**Track** 32:23
  33:1 37:3 42:9
**traffic** 55:24
**training** 5:6
**transcribed**
  13:18 34:3,18
  65:5
**transcribing**
  35:4
**transcript** 6:19
  14:4,5,18 16:1
  16:13 17:3
  34:4,8 78:9
**transcription**

65:9
**transpired**
  14:16 67:5
**treatment** 28:9
  29:2
**tried** 70:25
**tries** 51:10 74:19
  75:12,21,23
**true** 15:13 78:10
**try** 6:23,24 17:3
**trying** 9:12 17:6
  21:22,22 29:8
  29:10,13 47:16
  48:21 55:7
  66:2 68:8,10
  68:17,20 69:23
  70:14 75:24
**tube** 55:2 56:8
**tubed** 55:3 56:8
  63:24
**turn** 66:7
**turned** 29:11
**turns** 46:2
**TV** 63:6 74:22
  75:14
**Twenty** 7:4
**twice** 14:25
  16:25 58:1
**two** 6:18 11:19
  14:22 17:20
  22:22,23 31:5
  32:6 42:9,24
  44:20 54:21
  67:4,24 74:16
  74:24,25
**Tylenol** 11:8
**type** 7:7
**typed** 77:12
**typical** 74:15
**typically** 16:7
  38:6

      **U**
**uh-huh** 6:12,14

6:20 24:13
30:7 50:19
56:18,24
**ULMERTON**
  2:9
**ultimately** 27:7
  28:8
**um** 68:13 69:18
  70:3,3,14 71:8
**understand** 3:14
  4:10 6:18
  16:24 21:4,5
  34:25 35:1
  37:8,21 49:15
  66:16 72:6
**understood** 31:8
**unit** 7:8
**UNITED** 1:1
**unusual** 23:2
**up.'** 71:21
**upset** 23:11 31:9
**upstairs** 12:19
  15:13 16:6,9
  17:8 19:3,10
  19:12 20:3
  23:5,15 37:14
  37:17 38:6
  39:11,14 40:17
  41:9 44:5,18
  45:19,22 47:6
  47:10 48:15
  52:11,14,18,21
  54:6,8,9,23
  55:4 58:6 59:2
  59:18,24 61:2
  61:22 67:10,16
**Upton** 17:20
**use** 11:18,22
  20:5 31:4
  34:23,24 39:10
  52:1
**usually** 21:14
  74:17 75:4,20

| | | | |
|---|---|---|---|
| **V** | 74:7 | 51:4 52:12 | 76:13 |

**V** 1:6
**VA** 8:23 9:3,5,9
  11:19,20,21
**VARSLAVA...**
  2:2
**venlafaxine** 10:4
  11:14 12:10,21
**vet** 44:5 47:18
  48:13 68:3
**veteran** 45:10
**video** 14:8 62:10
  62:15
**Vietnam** 76:5
**violence** 72:16
**violent** 72:18,20
  74:9
**vital** 22:17
**vitamins** 10:2
  11:14 12:1
  54:5
**voice** 35:1
**VS** 1:9

**W**

**waiting** 40:18
**waive** 77:14
**wake** 17:10
  21:13,14 51:18
  51:19 53:16,17
  53:17 56:23,23
  57:24,24 58:7
  58:7 71:8,8,9,9
  74:19 75:22
**wakes** 25:24
  39:1
**waking** 71:21
**walk** 13:3 21:3
  46:4,4 75:3
**walked** 22:2
  53:23
**walking** 73:17
  75:10
**walks** 73:25

**wall** 48:19
**want** 3:23 10:23
  13:10,12 17:3
  21:13,23 22:25
  32:8,11 34:3,6
  34:7,21,22
  41:11,20 44:8
  56:11 70:24
**wanted** 22:18
  41:21 73:10
**wants** 32:13
  75:23
**war** 5:17,18 6:6
  76:5
**Washington**
  73:25
**wasn't** 20:1 24:5
  27:22 28:25
  40:16 44:16
  75:9
**watch** 74:24,25
  75:14,16,17,18
**way** 20:3 41:18
  50:13,18 52:19
  57:5 70:11
  73:22
**ways** 3:23
**we've** 64:9
**weapon** 16:6
**weapons** 37:5
**wearing** 30:8
**week** 13:9,23
  66:16
**welcome** 32:12
**went** 4:20,23
  5:13 7:22 16:9
  21:15,17 22:6
  23:4,5,13,15
  23:15 24:7
  26:15,17,18
  28:2 38:16
  39:11,14,14
  40:23 44:18

  54:6 55:4,13
  59:18,24
**Wheel** 75:19
**white** 63:20
**wish** 24:2
**witness** 34:10
  72:6 77:16
  78:10
**woke** 20:17 21:5
  22:9 23:9,14
  24:11 33:13
  39:10
**word** 16:21
  40:19 51:7
  60:9 70:8,18
  77:10
**words** 25:7 28:2
  28:16 34:6,25
  35:18,21 52:23
  53:9 70:23
  71:15
**work** 3:8 6:13
  7:1,2 34:14
  74:17 76:14
**worked** 5:3 7:3
  56:5
**working** 5:24
  19:1 73:21
**works** 73:16
**write** 77:10
**written** 3:22

**X**

**X** 2:14,17

**Y**

**Y** 75:7
**yeah** 76:18
**year** 74:14 75:8
**years** 4:18,19,21
  7:4,8 8:15 11:6
  11:23 65:21
  72:14 74:13

**yell** 70:4
**yelling** 23:20
  27:20 28:22
  41:3 68:14,18
**yellow** 44:15
**young** 74:6

**Z**

**0**

**000** 42:11

**1**

**1** 32:23 33:1
  37:4
**1:00** 23:8,8 31:4
  39:1
**10750** 2:9
**11:45** 1:18 77:20
**12** 66:8,9 67:21
  68:25 69:9
**12-26-2021**
  78:21
**13** 70:10 71:6
**15** 18:16,17 33:1
  42:15
**155298** 78:20
**15TH** 1:17
**17** 4:18 66:9
**1739** 4:1
**18** 4:19
**180** 46:2
**18th** 78:16
**1996** 4:25,25
**1997** 8:8,12

**2**

**2** 42:9
**20** 7:8 70:10
**2013** 8:17,19 9:2
  20:10,20 21:1
**2015** 78:16
**2016** 4:4 8:19
  9:2,25 14:16

  14:23 18:5,19
  20:21 21:3
  25:19 29:20
  30:9 42:19
  57:20 60:21
  62:25 65:2
**2019** 1:17
**203** 2:4
**25** 2:20 29:22,24
  30:2
**26** 2:21 30:18,19
  30:22
**27** 2:22 31:16,18
  32:2,23 37:3
  42:8
**28** 2:23 64:16,18
  65:16 66:7

**3**

**3** 2:15 11:8 32:5
**3:00** 23:14 39:10
**3:01** 42:21 43:3
**3:24** 43:2,4
**3:28** 35:13,22
**3:30** 23:14 39:10
**3:38** 35:16,22
**30** 2:20,21 72:14
  74:13 76:13
**3000** 1:20
**31** 2:22
**33701** 2:5
**33759** 1:21
**33778** 2:10
**34** 33:17

**4**

**4:08** 36:25
**4:54** 37:3
**40** 56:6
**449** 2:4

**5**

**5:00** 55:25
**50** 33:21
**500** 1:20

**6**

**64** 2:23
**6th** 12:22,24
  33:7 36:19
  42:19

**7**

**7** 25:1
**72** 2:16
**7th** 4:4 12:22
  13:19 14:16,23
  18:19 20:21
  21:2 25:19
  29:18 30:9
  33:7 51:21
  57:20 60:21
  62:25 65:2,16

**8**

**8** 25:11 26:23
  27:10
**8:18-CV-2116...**
  1:4
**8:30** 75:21

**9**

**9:00** 74:20 75:21
**9:15** 1:18
**911** 14:22,24
  18:23 19:2
  20:18 24:8
  26:10 27:15
  28:3 32:6 33:4
  33:11,12 35:8
  36:21 37:4
  40:11,19 41:7
  42:9,19 43:12
  43:23 67:7



**EXHIBIT**

25



EXHIBIT

26

PENGAD 800-631-6989



DeGRAW - 911 Call
SO16-363788 Property Report
Item #53

**EXHIBIT**

**27**

PCSO 001030

## Primary Information

| | |
|---|---|
| Description: | **TRANSCRIBED INTERVIEW JULIE DEGRAW "UPTON"** |
| Occurrence From: | **09/08/2016 21:40** |
| Occurrence To: | **09/08/2016 21:40** |
| Dissemination Code: | **RESTRICTED** |
| Reporting LEO: | **UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE)** |
| Approval Status: | **Approved** |
| Approved Date: | **09/20/2016** |
| Approved By: | **GREENE, TODD A SGT (56670 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE)** |

## Addresses

| Relationship | Address |
|---|---|
| RELATED | 737 LOUDEN AVE PCSO NORTH DISTRICT STATION,  DUNEDIN,  Florida 34698 , UNITED STATES |

## Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| NEXT OF KIN | DEGRAW, JULIE (PERSON) | 56 yr. old, ORIENTAL/ASIAN, FEMALE | 07/04/1■■■ |

## Narrative

(INTERVIEW OF JULIE DEGRAW, #SO16-363788, 09/07■■■

(The following may contain unintelligible or misunderstood words due to the recording quality.)

JU = Detective James Upton
JT = Detective Jonathan Tobeck
JD = Julie Degraw

JU:  I'm Detective Upton. Today's date is September 7th, 2016. The time is 2141 hours. Present with me are Detective Tobeck and Julie Degraw.  We are currently at the Sheriff's north district station, and this is in reference to case SO16-363788.  And the occurred address is listed as 1739 Split Fork Drive in Oldsmar, Florida.

   All right. Do you go by Julie? Is Julie --

JD:  Uh-huh.

JU:  -- okay?

JD:  Yeah.

JU:  Okay.

JD:  Yes.

JU:  Julie, uh, how long have you lived at the, uh, 1739 Split Fork Drive address?

JD:  Um -- uh, about almost -- about -- let me see.  1997.  So it'll be, like, 20 -- almost 20 years.  Well, 19 years.

JU:  And how long had you been with your, uh, husband? Has he -- has he been there --

JD:  Yeah.  Thirty years.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

EXHIBIT
28
PENGAD 800-631-6989

### Narrative - Continued

JU: You've been with him for 30 years? Married --

JD: Uh-huh.

JU: -- or 30 years altogether?

JD: We've been married for 30 years.

JU: Married for 30 years?

JD: Uh-huh.

JU: Did you deploy all around the, uh -- the world, uh, for his military career with him?

JD: Um, well, we -- the second time he got -- went in, yeah. He was in the air force before I met him.

JU: Okay.

JD: And, um, so when he went to join the navy, yes, we did. We traveled not really around the world but, um, Hawaii and California, United States.

JU: Okay.

JD: He -- he did special ops so he traveled all over --

JU: Okay.

JD: -- and we stayed put.

JU: Okay.

JD: So --

JU: Special --

JT: What do you -- special ops like -- is he a SEAL? Was he --

JD: Um, he was a, uh, marine force recon.

JT: Okay.

JD: And, um, he was also, um, special operations training group, so he did, um -- he trained SWATs.

JU: And the -- the two of you have a child in common?

JD: We have two kids.

JU: Two kids?

JD: Yeah.

JU: Uh, Nicole who's out here --

JD: Nicole, yeah. And our son is in Thailand.

JU: Okay.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JT:  So he was -- how long was he in the Marine Corps after he got out of the Air Force?

JD:  Uh, he -- he was a medic.

JT:  Okay.

JD:  He was a medic.

JT:  Okay.

JD:  Um --

JT:  So he was a -- okay.

JD:  He was in the air force first. Um, he was a gun specialist in the air force.

JT:  Okay.

JD:  And then, um -- and then he got out but they keep calling him back to do some ops. So he went back in, um -- in the navy, um, to work with the marines.

JT:  Okay.

JD:  So it -- he had a total of, like, 18 years. But he was, um -- he was medically retired because, uh, of PTSD.

JU:  Do you know what his retirement benefit was, what percentage was -- 100 --

JD:  He was 100 percent.

JU:  100 percent?

JD:  Yeah.

JU:  How would you describe your relationship with your husband?

JD:  Fine. I was his supporter.

JU:  I'm sorry.

JD:  I was his supporter.

JU:  You were his supporter? Uh --

JD:  Yeah.

JU:  -- financially or emotionally or --

JD:  Emotionally. He -- he was getting retirement and V.A. benefits. He didn't need me financially but -- you know. We -- we were married, so --

JU:  Uh-huh.

JD:  -- um, for better or for worse. I took him to the V.A. for his appointments, uh, in Tampa.

JU:  He would go to -- and he wouldn't go to Bay Pines? He'd go over to the Tampa one? It's probably closer.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

### Narrative - Continued

JD:  He would go to Bay Pines, too, but he would get lost.

JU:  Okay.

JD:  Um, in the afternoons when it starts raining, lightning and thunder, um, it triggers.  He -- that's the trigger and he -- he spaces out and he doesn't know where he's driving to.

JU:  Okay.

JD:  He would -- I would -- he would call me and he'd be in St. Pete, um, several times.  One time he picked up our daughter.  It started raining.  They were in Seminole, and we live in Oldsmar.

JU:  Uh-huh.

JD:  So, um -- so that's why I -- I have -- after that I was just driving him to -- if it's far.

JU:  Okay.  So your relationship sounds like you -- you took good care of him.  Um, was -- was it ever to a point to where it was, uh, abusive or physical between the two of you?

JD:  No.  He was never, ever physical with me --

JU:  Okay.

JD:  -- except like today.  He was trying to grab me 'cause I was trying to hide from him.

JU:  Okay.

JD:  And there was a -- there's a scratch in my back --

JU:  Okay.

JD:  -- in my -- the back of my neck.  This is the first time.  And it was really hard for me to have to look at it because this is the last time my husband touch me, was -- and he hurt me.

JU:  Okay.

JD:  But, um -- but, no, he's never, ever hurt me --

JU:  Okay.

JD:  -- despite his problems.  He's had nightmares and --

JU:  Uh-huh.

JD:  -- he would go to the other room, um, sleep there when he knows, you know -- when he's not feeling well.  But he was mostly pretty well controlled.  Had -- lately he's been very controlled, for the past few years.

JU:  Uh-huh.  What -- do you know what, uh -- what conflict he was deployed to or for?

JD:  Um --

JU:  Gulf War?

JD:  -- he has had a lot.  He was in the Gulf War.  He also did -- he was also in Grenada.  He was, um -- they did a lot of ops that I don't know about.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

| Narrative - Continued |
|---|

JU:  Okay.

JD:  You know, my daughter got hurt.  Um, I had to call the Red Cross to get my husband home.  And he got -- he came home in two days.  But --

JU:  So --

JD:  -- I don't know where he was.

JU:  -- classified mission?

JD:  Yeah.

JU:  Okay.

JD:  Um, before the Gulf War even broke out, they told me "I need to talk to your husband" at 1:00 in the morning, and I didn't see my husband for eight months after that.  So, you know, I never know -- when we were in the military, we never knew what was happening or where he was.

JU:  Besides, uh, emotional, uh, injuries, uh, has he -- has he received any physical injuries from his military --

JD:  Um --

JU:  -- career?

JD:  A lot -- yeah.  Shin splints from jumping.

JU:  Shin splints from jump -- like --

JD:  Yeah.

JU:  -- parachute jumping, you mean?

JD:  Yeah.

JU:  Okay.

JD:  He -- he's done a lot of jumps.  Um, he's had shoulder injuries and, um -- so  he's had surgeries on his shoulder.  Um, I know he had the shrapnel on his hand, um, but it was a -- an op that, you know, they can't even say that he was in there 'cause he was outside the military when he did it.  But, um -- I think that's it really.  Um, when he was younger, he broke his back.

JU:  In the military or prior to the military?

JD:  It was prior to the military.

JU:  Okay.

JD:  He -- he drives motorcycles, so he -- he broke his back and he had to learn to walk again for a year.

JU:  All right.

JT:  Any physical problems?  I mean like -- you know, high cholesterol, high blood pressure, hypertension, any --

JD:  Um, his cholesterol level has always been borderline.

JT:  Okay.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JD: Um, the last time, I think, it -- I don't -- I am not really sure what it was the last time. He didn't really talk about that. Um, but, you know, his doctor always tells him, "You better control it or you're going on medication."

JT: Okay.

JD: And, you know, he's already taking a lot of medication. So he didn't wanna do that.

JT: Is the medication for the PTSD or is it for some kind of medical --

JD: PTSD.

JU: When you take him to the, uh -- to the V.A., does he allow you to go in and speak with him, to the doctors? I know they -- they probably can't when he sees the psych doctor but --

JD: Uh-huh.

JU: -- the other doctors and --

JD: I did -- well, uh, there was one time I did talk to her, psych doctor. He, um -- three and a half years ago, he didn't sleep for three days. He ran out of sleep medication. They -- at that time he was taking sleep medication.

JU: Uh-huh.

JD: And this doctor switch her -- his meds, um, which wasn't working too well. 'Cause he had a new doctor then. And, uh, he didn't sleep for three days. He got delirious and he ended up at Countryside Hospital. Um, but that was three and a half years ago.

JU: Uh-huh.

JD: He -- they gave him Valium. He went to sleep and then he was fine.

JU: So they straightened out his medication --

JD: Yeah. And then we went --

JU: -- after that episode.

JD: Then we went back to the psych doctor and then we, um -- we talked about what it -- that happened and, um, then she, uh, did some changes on her -- his medication.

JU: Okay. So you -- you -- you pretty well were aware of what was going on with his health both mentally and physically from --

JD: Yeah.

JU: -- going there all the time with him?

JD: Yeah.

JU: All right. Um --

JD: And he always told me -- I mean, he -- I don't go with him when he goes to his medical doctor, but he tells me, you know, what -- what --

JU: Uh-huh.

JD: -- what she says or what happens and -- 'cause I give him a list to tell her what --

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JU:  Uh-huh.

JD:  He had some -- he had some stomach problems.  He had GERD.

JU:  Okay.

JD:  That was one of his biggest issue, that he was always eating Maalox.  And I told him he probably need another EGD.

JU:  Uh-huh.

JD:  Um --

JU:  You -- you -- you said -- I'm sorry.  You -- uh, you just said EGD.  So that, uh, jogged my memory.  You said you were a nurse?

JD:  Am a nurse.

JU:  Are you an R.N. or are you a --

JD:  Uh-huh.

JU:  You're an R.N.?

JD:  Uh-huh.

JU:  Okay.  And EGD that's the, uh, esophageal --

JD:  Esophageal tube.  Yeah.

JU:  Okay.

JD:  Esophageal duodenoscopy.

JU:  Okay.  Okay.  How long have you been a nurse?

JD:  Uh, 32 years.

JU:  Thirty-two years?

JD:  Uh-huh.

JU:  That's a long time.  Um, so you -- you know -- I mean, you're well aware if somebody has physical ailments, mental ailments or anything.  Would you consider your -- your husband to be mentally unstable?

JD:  Huh.  I don't think so because he was very well controlled.  He's never had a psychotic breakdown --

JU:  Uh-huh.

JD:  -- except when he got delirious.  So --

JU:  And that was the three and a half years ago?

JD:  Three and a half years.  In two -- 2013.  That was in -- January 3rd, 2013.  Um, but that was the only time that I've ever saw him, you know, like, having a -- a breakdown.

JU:  Okay.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

## Narrative - Continued

JD: Um, he gets depressed.

JU: Uh-huh.

JD: He gets depressed, but that's part of the PTSD.

JU: Sure.

JD: And that's why he goes to see Dr. Shriner and, um -- used to go to therapy a lot more but he hasn't -- you know, he -- it's -- he's down to, like, every four to six months now or three to four months, something like that.

JU: Do you -- do you assist him in, uh, taking or keeping track of his medications?

JD: I did. Um, I used to put it in, um, a -- you know, one of those --

JU: Like an organizer?

JD: Yeah, yeah. And I still have his vitamins in that.

JU: Okay.

JD: But he takes this medication, Seroquel. It helps him go to sleep.

JU: Okay.

JD: So, um, the doctor has him ordered three, and sometimes he will take four. But I would not give it to him. So he -- he took his medications back. And he also takes the gabapentin which is not a narcotic. It's -- it's just to help for the pain.

JU: Uh-huh.

JD: Um -- um, and he takes that one, too, uh, and etodolac which is like a high-dose naproxen.

JU: How long ago was it that he -- that he took control of his own medication back? Do you recall?

JD: Probably a month ago.

JU: Probably a month ago?

JD: A month or so ago. Yeah. But it's -- yeah. So -- but he hasn't had a reaction to Seroquel. It's Seroquel. It makes him sleepy.

JU: So --

JD: It makes him go to sleep.

JU: Uh -- uh, do you think it's possible that, uh, the -- that he wasn't taking his medications?

JD: I don't know.

JU: Uh, it -- okay.

JD: I don't know.

JU: Okay. So up --

JD: Um --

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JU: A -- a month ago, you knew that he was taking his medications because you were involved in it --

JD: Yeah.

JU: -- in the administration of it, right?

JD: Yeah, yeah.

JU: So from a month ago till now, you're not really sure --

JD: Right. Yes. I ask him --

JU: Okay.

JT: You just --

JD: I ask him, "Did you take your meds?" "Yes." And then, um -- you know. I --

JU: Uh-huh.

JD: I mean, I -- I wanna give him some control over that --

JU: Uh-huh.

JD: -- because he used to do that. And then I said, "Well, I'm gonna take it" because --

JU: Okay.

JD: -- um, you know -- because he would ran out of the medications.

JU: Right.

JD: Um, of the Seroquel especially and the gabapentin. Um, but -- so I gave it back to him and --

JU: Has --

JT: Have you seen a change in his behavior since he took over his meds?

JD: No. Just this morning.

JU: Has he ever -- since he's been on -- on, uh, the medications, um, has he ever, uh, said that he doesn't wanna take one particular one or something that made him feel bad that he might not wanna take? Anything like that?

JD: No.

JU: Okay.

JD: He would take everything that I give him including his vitamins. In fact I have a different box for his -- just for his vitamins --

JU: Okay.

JD: -- supplements that he's supposed to take.

JU: Uh-huh.

JD: You know, he's supposed to take his vitamin B-12, his folic acid, his -- his, um, D-3. That's part of his regimen. So he has a

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

monthly -- a Monday through Friday --

JU: Did --

JD: -- box for that.

JU: Do you -- have you ever known him to or have you ever seen him use any -- any type of, um, organic things or -- or illegal substances, marijuana, anything like that?

JD: No.

JU: No natural herbs or anything that you could buy over the counter --

JD: He --

JU: -- teas or --

JD: He takes stuff -- uh, I -- I gave him chamomile the other night. Last night I gave him chamomile tea, but he's had chamomile tea before.

JU: Okay.

JD: And I gave it to him because he was nauseated yesterday and he didn't eat. So I said, "Well, come down and eat." And he ate and he had -- I made him a smoothie every -- early in the day. And then he ate, and I gave him chamomile tea. Um, he -- he would take supplements sometimes for, you know -- because he wants to go back to the gym. But --

JU: Uh-huh.

JD: -- he hasn't taken his supplements 'cause he hasn't been back to the gym.

JU: Okay.

JD: And he would only take it when -- after he comes back from the gym. But he hasn't had any.

JU: Did he have any sort of, uh, social life? Did he, like, go hang out with the neighbor or did he have a friend that he would go hang out with, anything like that?

JD: All his friends are not here. All his friends are all over the country. The only friends he would have are my friends.

JU: Uh-huh.

JD: So he would go out with us. But he doesn't really go out.

JU: Okay.

JD: You know, he -- he's -- he -- he's comfortable at home, um, with our dog and, um, watching Shepherd struggle.

JU: Okay.

JT: Let -- let's, uh -- kinda run me through your day. Let -- let's start last night. Did you guys go to bed at a certain time or --

JD: Last night I was at work and then I went to, um -- I went Super Walmart 'cause we were gonna have a party today. And he text me, he said, "Are you home yet?" Because he had gone upstairs, um, around 5 because he said he was nauseated. He said, "I'm just gonna lay down 'cause I'm nauseated." I said, "Okay. Fine."

So, um, then when I got home, he was downstairs and --

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

## Narrative - Continued

JT: What time did you get home about?

JD: Um, I was probably at home right until I -- around 7:30.

JT: Huh.

JD: He came down and, um -- and he said his nausea was a little better but, uh, you know, it's still there. I said, "Okay. Well, what did you eat today?" And he said, "Well, I just had a smoothie and I had some grapes." He did. He did have some grapes. I said, "Okay." I said, "Well, why don't you eat." And, um, he did. He ate something. But I'm not really -- I can't tell you what he ate 'cause I don't remember 'cause I was trying to make my own dinner, too. Uh, I -- he -- he might've made a sandwich. He might've made -- eaten his GoLean Crunch. That's what he would eat for dinner sometimes. And then, um -- I said -- I said, "Do you want some tea? It will help your nausea." And he's like, "Okay." So I made him chamomile tea which he sometimes takes. And, um -- and then he drank all that. We were watching -- I don't know what we were watching. We were watching TV. And then he -- he kissed me on the head and he said, "Okay, honey. I'm gonna go upstairs and I'm gonna try to get some sleep."

And probably around -- maybe that was around 9:30. At about 11:00 I had the two dogs, took them out. I said, "Okay, girls. Let's go upstairs." And, um, I turned all the lights off in the house, went upstairs. And, um, I was sleeping, so I went to the other room. And, um, in the middle of the night I woke up to go to the bathroom and, um, I could tell that he was downstairs because the lamp was on downstairs. Because when he goes down, he turns the lamp on and he -- you know, before he comes back up. He keeps it on all night.

So around maybe quarter to 5 in the morning, I heard this loud -- I thought he was laughing. Um, and then he said, "Ha" which is -- you know, I'm like, Oh, no. He's having a nightmare. So one of the -- our dogs came running in the room. And so I went in there and, um, you know -- not to wake him up because he's having a nightmare. But I just looked at him. I said, Okay. He's having a nightmare. I'm not touching him. Um, and then I went back to, um, the room. And then after he stopped, um, I could hear him breathing heavily. And, um, so I went to the room and I said, "Honey." And then he looked up and he looked at me and that's when he started screaming like, "Ha, ha." And so I'm like, "It's me. It's me." Um, but I don't think he knew it was me so that's why I ran to the room next -- just right next to the room where he was in, the bedroom door. And he ran and he was trying to get me and that's when he scratched my neck.

Um, so I closed the door, and then he went back in to his bed. And, um, maybe another couple minutes after I -- you know, it was kinda quiet -- I opened the door and I went to the master bedroom. And then he got up and he followed me and he was still saying, "Ha, ha, ha." And then -- and, um, he went to the bathroom and then he went to the bed. Then he goes, "Come on. Sit down. Sit down." I said, "No." I said, "Come on" -- I -- I said, "I'm gonna go downstairs." And so then I ran downstairs and I called 911 and left him in the master bedroom.

And, um, then the deputies came. And, um, he was in the hallway looking downstairs when the deputies came and, uh -- because he heard me open the door. And so the deputy said, "Hey, sir. What are you doing?" He goes, "Well, I'm trying to get some sleep." And he said, "Well, can you come downstairs and just talk to us?" He goes, "Okay." And he came down in his underwear and he sat on the bench by the stairs. And, um, they talked. And then, um -- then EMS came and, um, EMS checked him out. And, um, I gave them the box with all his medications and, um -- you know, I told the guy, I said, "I don't know if he had a seizure but, um -- but I think maybe he had -- he had a nightmare.

Um, so, anyway, um, he was all sweaty. And then the guy -- uh, I think one of the EMS said, "You're all sweaty." He goes, "I always wake up from my nightmare, um, sweaty." Um, they did the mental exam on him and, um -- and he passed. And they were talking, and he was oriented. And, um, they came out. They asked me, "Are you -- are you okay? Do you feel -- do you feel unsafe or, you know, something like that?" I said -- I said, "No." I said, "You know, he sounds like he's fine" -- 'cause I was in the other room with the two dogs. I said, "He sounds like he's back to his old self." I said, "No. I'm -- I -- I completely -- I'm okay." I said, "I think he had a nightmare, and sometimes when he has a nightmare, you know, he just screams. But he's never been that confused." Um, so, anyway. So they said, "Okay. Well, just -- if you don't want us to take him to the hospital" -- 'cause he didn't wanna go to the hospital at the time. He was fine. Everything was stable. Um, they said -- they -- "Just call us back." I said, "Okay." So --

JT: Did you tell the deputies about the scratch on your back then?

JD: Yeah. The deputy flashed his flashlight so we looked at that.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

| Narrative - Continued |
|---|

JT: That -- so that was at 5 this morning?

JD: Yeah. So, then, um -- then he went upstairs and, um, he's, um -- he went to sleep. And, um, I said, Well, I'll probably try to wake him up around -- between 12 and 1 because, you know, he's been sleeping for at least six hours. Um, well, he got up by himself, had to go to the bathroom. And I was sitting on the couch downstairs. And he said, "Honey, are you okay?" I said, "No." And he goes, "Why? What's wrong?" I said, "You scratched me." He goes, "What?" I said, "You scratched the back of my neck." And he's like, "Are you sure?" So, anyway, so, um, I said, "Yes." So he -- he's like, "I'm sorry." And then he went back in bed and he went to sleep.

JT: What time was that at?

JD: Around 1:00, I think. And then I heard him yell again and I'm like, Oh, he's having another nightmare. And then, um -- so around -- and the -- and my daughter's dog is a Golden Retriever. Uh, you know, she comes when my daughter is working all night. She was, like, getting scared. She was, like, stressed. I can just feel it. And so I said -- I went upstairs. I said -- I told my husband, because he was awake at that time. That was 3 something. Uh, he went to the bathroom. It was 3 something. I don't know what time I called 911. I said, "I'm going to take Kenzie home." And Kenzie jumped on the bed and started kissing him. And he just loves Kenzie. And he said, "Why?" I said, "Because Kenzie is really stressed about, you know, everything that's happened since 5:00 this morning." And he goes, "Well, I wish you would not do that." And after he said that, um, Kenzie jumped off the bed and he had a -- a seizure. And I -- I -- you know, he started posturing and he just went into a full-blown seizure.

And so I called 911 and I told the lady I need help, you know, I -- I -- he's having a seizure. And, um, I told her that in the -- uh, during the day -- um, at 5 in the morning, I had to call 911, too, because I thought he was having a nightmare and, um, then he got confused. And she goes, "Well, can you go upstairs and check and see?" I said, "I told you he was confused this morning when he got off whatever this is. I am not going upstairs to find out if he's confused 'cause he might chase me again."

JU: Uh-huh.

JD: So, anyway, um, the -- the deputies came, and there were two deputies. And I told them, I said, "He sleeps with a gun under his pillow." And, um -- and I -- so -- and he's like, "Oh, okay." So they got their Taser out. And I said, "And he's a vet. He has PTSD."

So, um -- so he was trying to talk to him, and, um, then my husband started yelling, you know, like "Ha, ha," which is what he did that --

JT: Earlier.

JD: -- that morning, too, when he got out -- the first thing. And, um, so he -- the deputy was trying to ask him questions and he --

JT: Were you downstairs when this was happening?

JD: I was downstairs. And, um -- and, um -- and I told the deputy, I said, "He's gonna be confused because he was confused this morning." I said, "So, uh" -- so he's like, "Well, thank you for telling me about the gun." I said, "Okay." And, um, so I -- I -- I said, "And he's -- he -- he -- he has PTSD." He goes, "That's why I'm trying to be slow and taking my time with him, ma'am." I said, "Okay." Um, and then, um, I heard my husband yell a couple more times. And I don't know if he got up 'cause he -- then he said the M word, the -- mother -- whatever.

JU: You -- you heard your husband say that?

JD: Yeah. Um, so I don't know if he got up to --

JT: He said what?

JD: The M word. I can't say it.

JT: Murder?

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

| Narrative - Continued |
| --- |

JD:  Mother --

JU:  Mother --

JT:  Mother F'er?

JD:  Yeah.

JU:  Okay.

JT:  Okay.

JD:  Um, because they were trying to talk to him -- oh, I -- I don't know if that was after he got Tasered. But, uh, I heard him say that. And, um -- and -- and I was on the phone with my daughter and I said, um, "Pop is really confused and, uh, they're probably going to Taser him." And, um -- and they did. And, um -- and then another deputy -- I think that was when the third deputy came. And then another deputy came, and that's when they were able to get him down, I think. I'm not sure if it was with the third or the fourth but I know there was a least four deputies by the time  he was down. And, um -- and then they were saying, um, "Wake up. Hey. Get -- wake up. Open your eyes. Wake up. Wake up." And I said, "What happened? He -- he's -- is he breathing?" They said, "Yes, he's breathing." But he was just not waking up.  I said, "Okay."

Um, and then the EMS came, and, um, I did not know that my husband's heart stopped. I didn't know he stopped breathing.  I heard somebody say, "Let's give him some more epinephrine."  And my friend came, and I said, "What's going on?"  But the other deputy took us to the other room and, um -- and they were upstairs for a while.  I could just hear people coming to and from, coming to and from.  I thought the whole Clearwater Police was there or something.

Um, and then, um -- and then, uh, the EMS -- the -- that gentleman that was here last, the one who was wearing white, he came down and he said, um -- he said, "Ma'am, do you know, uh, what -- what -- what -- what's -- what happened upstairs? I said, "Well, uh, I know about the Taser." And he goes, "Well, your husband stopped breathing and he stopped -- his heart stopped and, um" -- and he said that, you know, um, we've been trying to revive him." And I said, "Okay." And I said, "Did you -- you know, is he, uh -- did you put a tube on him?" And he said, "Yes." And, um, so, anyway, that's when I -- that's the first time I found out that my husband has been technically dead upstairs 'cause nobody told me.

Uh, and, um -- and they took him out, and, um, then we went to the hospital. And then the doctor told me that they did -- they tried again for another 40 minutes, and he was gone. I did not know my husband was dead then.

JU:  I'm really sorry that you have to, uh -- to relive this and -- and verbalize this to us again. I don't mean to bring up any -- any -- any of your emotions, certainly. I do appreciate you, uh, sharing your information with us, though. Uh, all of us are trying to figure out why this occurred, and that's our main goal.

JD:  Well, I wanna know what happened, too. I know -- I know -- I know he needed to be Tased. Um, I know that 'cause I even told my daughter. But, I -- uh, I don't know what happened. I mean, he had --

JU:  Do you --

JD:  -- no -- had no heart problems.  He had no respiratory issues.

JU:  Do you know why he, uh, slept with a gun under his bed?  Was that just simply from -- from the PTSD?

JD:  Yeah.

JU:  Um, had -- had he --

JD:  When --

JU:  -- threatened to use it on anybody or anything before?

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

| Narrative - Continued |
|---|

JD:   No.  It's just comfort.

JU:   Okay.

JD:   When, um -- when, uh, we were in California, I think he had a gun license.  He, uh -- he had a fanny pack and, um, he always had it --

JU:   Uh-huh.

JD:   -- you know.  They -- we were at Camp Pendleton.  They -- the special ops guys, they have their own area in the back of Camp Pendleton that nobody ever goes.

JU:   Uh-huh.

JD:   That's -- they -- they bring their guns in there and then they do practice shooting all the time.  And it -- his gun was his comfort.

JU:   Right.

JD:   And he also had a hunting knife, um, which was in the room, and the deputies saw it.  It -- but I think it was on the floor.

JU:   Can you describe that knife to me?

JD:   Oh, I think it was this long.  It was in a case.

JU:   Oh, okay.

JD:   It's in a case.

JU:   Like in a sheath?

JD:   Yeah, it's in a sheath --

JU:   Okay.

JD:   -- um, a leather sheath.  It's always in it.  He never takes it out in there.  The only  time he will take it out is if we needed something cut, you know, the -- the very, um -- like his ropes when he has to -- to get the -- the plants, you know, together because the garbage man will not pick it up if it's not --

JU:   Okay.

JD:   -- tied up.  He would use that --

JU:   He's gotta bundle it?

JD:   -- gun.  Yeah.  He has to bundle that up.  Yeah, that's the -- that's the knife he will use 'cause it's strong.

JU:   Besides the -- the weapon that he sleeps with under his pillow, are you aware of any other weapons that he might have?

JD:   We have -- he has, like, a couple of shotguns, uh, but they're all downstairs in a footlocker.

JU:   Okay.  He doesn't have any -- that you know of, he didn't have any more upstairs?

JD:   No, not -- just the one under his pillow.

JU:   Okay.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JT: Did he have a history of seizures?

JD: No.

JU: No history of seizures, no high blood pressure, cholesterol questionable.

JD: Yeah. He's been up and down on his cholesterol. But I don't know what the last one was. But the one before his last physical, it was fine.

JU: Do you know if he, uh, has ever had any type of, um, head injury or any type of, uh, traumatic brain injury or anything in the military?

JD: Um, in the military? Not that --

JU: Or even if it wasn't in the military.

JD: Um, in the military, I -- no, I don't know. I don't think so. Um, his motorcycle rides I -- he did motocross.

JU: Uh-huh.

JD: So he's had a lot of accidents but, uh, he never said that he had concussions or anything.

JU: Besides the two instances this day, the one at -- at approximately 5:00 this morning and then -- then the episode at a little after 3:00 today where he was doing the "Ha" with his hands up or -- or however he was saying it --

JD: Uh-huh.

JU: -- um, have -- have you ever seen him be that confused before to where he would not --

JD: Just in 2013 when he was delirious.

JU: Just one other time?

JD: Uh-huh.

JU: Okay. Is there anything that we haven't asked you that you think would be, uh, important for us to know?

JD: Well, he doesn't drink in case you guys wonder. He -- he -- he doesn't drink. He had a history of alcoholism 25 years ago --

JU: Uh-huh.

JD: -- and, um, he hasn't touched alcohol since.

JU: Okay. Detective Tobeck, do you have anything to add?

JT: I don't.

JU: All right. Uh, the -- the --

JT: Oh, I do. I'm sorry.

JU: Okay.

JT: Um, how tall was your husband?

JD: Um, I think he was five, five.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

JT:   Five, five?  Do you know how much he weighs?

JD:   160.

JT:   Okay.  That's it.

JU:   Okay.  The time is 2216 hours and we will end this interview.

(CONCLUSION OF INTERVIEW)

Transcribed by:  jah/jah/ms

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*

| Record Status Information | |
|---|---|
| Record Origination Operator: | UPTON, J. A. DET (56961 / ROBBERY / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 09/08/2016 10:59 |
| Last Update Operator: | GREENE, TODD A SGT (56670 / SQUAD 4 - B-DAYS / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 09/20/2016 15:24 |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE.  Neither it nor its contents may be disseminated to unauthorized personnel.*