UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JULIE V. DEGRAW,
as Personal Representative
of the ESTATE OF
DONALD C. DEGRAW, deceased,

          Plaintiff,
                              CASE NO:  8:18-cv-2116-WFJ-SPF
vs.

BOB GUALTIERI, in his individual
capacity as Pinellas County Sheriff,
and GREGORY GEOPFERT, in his
individual capacity as a Pinellas
County Deputy Sheriff,

          Defendants.
_____/



            DEPOSITION OF EDUARDO MARTINEZ



     TAKEN:              Pursuant to notice by Counsel
                         for the Plaintiff


     DATE:               May 22, 2019


     TIME:               9:27 a.m. - 2:49 p.m.


     PLACE:              D&D Reporting Service
                         3000 Gulf to Bay Boulevard
                         Suite 500
                         Clearwater, FL  33759


     REPORTED BY:        Melinda McKenna
                         Notary Public
                         State of Florida at Large

```
 1   APPEARANCES:              MICHAEL T. CALLAHAN, ESQUIRE
                               Callahan Law Firm
 2                             449 Central Avenue
                               Suite 203
 3                             St. Petersburg, FL 33701

 4                             Attorney for the Plaintiff

 5
                               PAUL G. ROZELLE, ESQUIRE
 6                             Associate General Counsel
                               Pinellas County Sheriff's Office
 7                             10750 Ulmerton Rd.
                               Largo, FL 33778
 8
                               Attorney for the Defendants
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**INDEX**

PAGE

Direct Examination by Mr. Callahan............... 4
Cross-Examination by Mr. Rozelle................ 88
Redirect Examination by Mr. Callahan............172
Recross-Examination by Mr. Rozelle..............188
Further Redirect Examination by Mr. Callahan.....192

Certificate of Oath.............................196
Letter Re: Reading and Signing..................197
Errata Sheet....................................199
Certificate of Reporter.........................200

**EXHIBITS**

NO.                    DESCRIPTION                    PAGE

Exhibits 1 through 19 were marked in previous
depositions.

20        Taser Certification Test (Martinez)..... 16

21        Autopsy Photograph...................... 54

22        COBAN Recording......................... 92

23        Disk - Police Radio Recording........... 92

 1          THE COURT REPORTER:  Do you swear or affirm

 2      that the testimony you are about to give in this

 3      case will be the whole truth and nothing but the

 4      truth?

 5          THE WITNESS:  I do.

 6                      EDUARDO MARTINEZ,

 7   the deponent herein, being first duly sworn, was

 8   examined and testified as follows:

 9                   DIRECT EXAMINATION

10   BY MR. CALLAHAN:

11      Q    Good morning.  How are you today, sir?

12      A    Good.  And yourself?

13      Q    Would you give me your full name, please?

14      A    Deputy Eduardo Martinez.

15      Q    And, Deputy Martinez, by whom are you

16   employed?

17      A    Pinellas County Sheriff's Office.

18      Q    How long have you worked there?

19      A    Six years.

20      Q    What has your rank been since you've been

21   employed by the Pinellas County Sheriff's Office?

22      A    Deputy.

23      Q    And did you work prior to working at the

24   Pinellas County Sheriff's Office?

25      A    With another agency?  No.

1     Q    Okay.  What were you doing prior to coming on

2  to the sheriff's department?

3     A    I worked for USAA.

4     Q    What were you doing there?

5     A    Mortgages.

6     Q    And prior to that?

7     A    School.

8     Q    You were in school?

9     A    Yes.

10     Q    And where --

11     A    University of South Florida.

12     Q    You went to USF?

13     A    Yes.

14     Q    Did you graduate from there?

15     A    I did.

16     Q    And when was that?

17     A    I want to say 2009.

18     Q    What was your major?

19     A    Criminology.

20     Q    Okay.  So you've worked here for approximately

21  six years with the sheriff's office?

22     A    Yes, sir.

23     Q    And what have your duties been?

24     A    Well, currently I'm in community policing,

25  but, prior to that, just patrol deputy.

1    Q    Tell me what a patrol deputy does.

2    A    Responds to calls for service, traffic

3    control.  It's typically mostly just responding for

4    calls for service, and, any time between that, it's

5    more proactive policing.

6    Q    And how long did you work as a patrolman?

7    A    Since -- for about, I would say, three years.

8    Q    And what does the community policing involve?

9    A    Community policing is basically a liaison to

10   the city that I'm assigned to.  I'm currently assigned

11   to the city of Oldsmar.  So I'm a liaison for the city

12   and the sheriff's office, and that encompasses going to

13   community meetings, city council meetings actively with

14   the mayor and the city manager, active in the

15   community.  That may encompass apartment complexes,

16   local businesses, going to city functions.

17   Q    So you're not doing any active police work as

18   a liaison officer?

19   A    We do, but it's more on an assist basis when

20   we're not doing something -- being a liaison, we do

21   help out with patrol.

22   Q    Okay.  Prior to Oldsmar, what cities were you

23   a liaison too?

24   A    Just Dunedin.  Sorry, Dunedin and Oldsmar.

25   Q    And how long for Dunedin?

1     A    A few months.

2     Q    So the incident that we're talking about here

3 today is one that occurred in September of 2016.

4     A    Correct.

5     Q    Do you have a recollection of the event?

6     A    I do.

7     Q    Okay.  Let me ask you a little bit about life

8 prior to that.

9     A    Okay.

10     Q    Prior to September of '16 had you ever had

11 occasion to employ a Taser?

12     A    Prior to '16?  Yes.

13     Q    Tell me about that event.

14     A    A situation where I was running traffic and an

15 individual came to me and advised that her brother was

16 asleep or incapacitated at some point.  So I asked him

17 to pull over, and I call the fire department.  As they

18 pulled into the parking lot, I observed the gentleman

19 get out of the passenger's seat as he was completely

20 fine.  So I observed him coming towards my vehicle.  As

21 he was coming towards my vehicle, I observed him start

22 screaming, "I'm going to F'ing kill you."

23     So at that point I put my vehicle in reserve,

24 and I waited to see what he was going to do next.  I

25 called for backup.  I  alerted radio.  He came towards

1   my vehicle and started to slam on the vehicle -- start

2   to slam on my vehicle.  I pulled forward to kind of

3   wait to see what he was going to do next.  My backup

4   arrived.  As my backup arrived, we both exited the

5   vehicles.  We asked him to get on the ground -- to stay

6   where he was at and get on the ground, let me see his

7   hands.  He continued to put his hands in back of his

8   waistband and kind of jerk towards us.  At that point

9   he pulled his hand and made a finger gesture.  And at

10  that point we continued to tell him to get to the

11  ground.  He was not obeying any lawful orders.  And

12  then we deployed a Taser -- I deployed a Taser.

13      Q    And was the gentleman harmed at all?

14      A    My Taser was ineffective.  One hit his body,

15  the other hit a fence.  And the other deputy also hit

16  him, and his was effective.

17      Q    And where did the other deputy shoot him with

18  the Taser?

19      A    I believe in his -- maybe one in his

20  chest -- my recollection is I think it's one in the

21  chest and one in, maybe, his leg.

22      Q    Did you have a sequela to that, in terms in

23  finding out if the gentleman was mentally ill or

24  incapacitated in some other way?

25      A    After the fact, I believe the sister had

1    mentioned that he was either PTSD or was on some type

2    of narcotic.

3        Q    All right.  Was there any -- I guess my

4    question to you is was there any harm to him as a

5    result of the Tasering?

6        A    No.

7        Q    Okay.  Other than the fellow that was out of

8    his mind threatening to kill you, did you ever have any

9    other occasion where a Taser was used until the one

10   with Mr. DeGraw?

11       A    No.

12       Q    Okay.  I take it that you have both initial

13   and in-service training on everything including Tasers?

14       A    Yes, sir.

15       Q    Tell me a little bit about the kind of

16   training you had, either initially or in-service, until

17   the event that occurred on September the 7th, 2016.

18       A    We received annual in-service training with

19   the Taser, and that will encompass us discussing the

20   Taser, Taser cartridges, actually doing a practical

21   exercise with deploying the Taser with a training Taser

22   to a target.

23       Q    And are the discussions by an instructor?

24       A    Yes.

25       Q    With the students being the patrolmen?

1      A      Correct.

2      Q      All right.  How long does the Taser course

3  last when you have it annually?

4      A      It depends.  I'm not sure.  I really don't

5  know really the time frame, but we do have a classroom

6  portion, and then we have a practical portion.  I can't

7  can't tell you what the time frame on that is.

8      Q      Well, can you give me a range like 15 minutes

9  to half a day?

10     A      No.  Half a day possibly.

11     Q      Okay.  And do you have any recollection of

12  your initial training when you went on the force six

13  years ago?

14     A      Yes, because I was actually Tased myself.

15     Q      I volunteered for one of those, stupidly,

16  once --

17     A      Yes.

18     Q      -- with pepper spray.  I worked at the maximum

19  security prison.

20     A      Oh, no.

21     Q      I regretted it later.  So you volunteered to

22  get Tased as part of the class?

23     A      Yes.

24     Q      Okay.  Tell me about that experience.

25     A      They basically have you held by two other

1    deputies.  They shoot you in the back with two probes,

2    just as the Taser I carry, same type.  And, as you get

3    Tased, you immediately -- your body immediately goes

4    numb and all you feel is pain for five seconds.  And,

5    after those five seconds are up -- you know, my body

6    was completely incapacitated.  I could not move.  They

7    had to carry me down.  Had they not been next to me, I

8    would have fell directly on my face.  And, for five

9    seconds, you take that, and, as soon as it's done, it's

10   completely over.  You feel like nothing ever happened.

11   But, while those five seconds were there, I was

12   completely incapacitated.

13        Q    In what way?

14        A    I couldn't move, and all I felt was pain.

15        Q    So did you bend over?  Fold over?  You were

16   being held up and --

17        A    I was being basically guided to the ground,

18   because I fell.  As soon as I got hit, I was completely

19   incapacitated.

20        Q    So the effect of the Taser in the back was to

21   incapacitate your legs as well?

22        A    It incapacitated my entire -- it spread from

23   where they hit me basically.  So my arms, legs, I

24   couldn't move.

25        Q    And how would you characterize the pain on a

1  scale of one to ten?

2      A     It was probably a nine, yeah.

3      Q     Where in the back was it applied to you?

4      A     Just below my shoulder blade and my leg.

5      Q     So in the lower back?

6      A     Yes.

7      Q     Do you have a recollection of what Taser was

8  used by Deputy Geopfert on the day that you encountered

9  Mr. DeGraw?

10     A     I believe it was the one I carry, the X26.

11     Q     Do you have a recollection of what were the

12 length of the wires?

13     A     I do not.

14     Q     Are you aware they come in the different

15 lengths?

16     A     I do.

17     Q     Okay.  Can you tell from the model what the

18 length of the wires are?

19     A     You typically can tell by the blast doors,

20 the color, whether they're green or gray.

21     Q     I don't know if we have something in here that

22 will guide you, but let me see if we do.  If you look

23 at Exhibit No. 10, is there anything about that

24 photograph that will help you recall what model it was

25 and what length of wires they were?

1    A    It's hard to see the front there, so I would

2    not be able to tell you what the length was.

3    Q    Let me take a second.  We have some other

4    photos.  Let's see if we can find one that may help you

5    identify what we're dealing with.

6    A    Okay.

7    Q    If I can't locate it right away here, we'll

8    move on, because I will have the opportunity to depose

9    Mr. Geopfert who may have a better answer.  We'll move

10   on and see if we can find it in a little while.

11          So let me go back to your training a little

12   bit and ask you your understanding of the use of a

13   Taser.

14   A    Okay.

15   Q    I take it on the date that we're involved

16   with, September 7th, 2016, you did not deploy a Taser?

17   A    Correct.

18   Q    Did you deploy any weapon that day?

19   A    No.

20   Q    Did --

21   A    When you say deploy, do you mean --

22   Q    You didn't discharge a weapon, did you?

23   A    Correct, yes, did not.

24   Q    You did utilize your service revolver to some

25   point, didn't you?

1    A    I deployed it, correct.

2    Q    Okay, deployed it.  I thought that was the

3    proper word, but we'll --

4    A    Discharge would be discharging it.

5    Q    I understand, right.

6    A    Deployed would mean --

7    Q    By deployed, I meant take it out.

8    A    Remove from the holster, correct.

9    Q    Okay.  So you did have your weapon out of your

10   holster.  Did you have any other weapon deployed that

11   day?

12   A    Just the Taser and my service revolver -- my

13   service weapon.

14   Q    Did you actually deploy your Taser as well?

15   A    I did.

16   Q    Okay.  Did anyone else at the scene ever

17   deploy a weapon, other than Mr. Geopfert --

18   A    No.

19   Q    -- and you?  Do you remember who was at the

20   scene?

21   A    Myself, Deputy Geopfert, Sergeant Street, and

22   Deputy Baldwin.

23   Q    Were there any other Pinellas County Sheriff

24   officers involved in the event?

25   A    If there were, I'm not aware.

1    Q    All right.  Tell me what your understanding is

2    of the appropriate use of a Taser from your training,

3    both in-service and originally?

4         MR. ROZELLE:  Objection to form.  You can

5         answer.

6    BY MR. CALLAHAN:

7    Q    Do you understand my question, or can I

8    rephrase it for you?

9    A    Rephrase it.

10   Q    Okay.  Did your training involve any warnings

11   about the use of the Taser?

12   A    In training we do go over advising "Taser,

13   Taser," before discharging the Taser.

14   Q    What sort of things were you warned about, if

15   you can recall?

16   A    Just basically where not to hit -- where to

17   strike the Taser, where not to strike the Taser, and,

18   if able, advising "Taser, Taser," and that's typically

19   to let other deputies know that you're about to deploy

20   the Taser so that they are not in the crossfire of the

21   Taser.

22   Q    Where were you instructed to deploy the Taser

23   on the person you intend to use it on?

24   A    They say, if possible, lower torso and below,

25   in the front, and from the neck and below from the

1    back, avoiding the neck, head and groin.

2        Q    Where in the lower torso -- by lower you mean

3    below the chest?

4        A    Correct.

5        Q    Were you told why you should avoid, if

6    possible, deploying the Taser in the areas you've

7    described?

8        A    No.  Just for, I guess, a better probe spread,

9    getting a better intramuscular incapacitation.

10       Q    Any other reason?

11       A    No.

12       Q    There is bulletin, which is Exhibit 5, if

13   you'll take a look at that, entitled *Handheld CEW*

14   *Warnings, Instructions & Information:  Law Enforcement.*

15       A    Do you know what page that's on?

16       Q    There's no pages so --

17       A    Okay.

18       Q    Now, do you have a recollection of having this

19   information during your training?

20           MR. ROZELLE:  Object to form.  You can answer.

21       A    This specific pamphlet?  No.

22           MR. CALLAHAN:  I'm going to have the next

23       exhibit marked 20.

24           (Plaintiff's Exhibit No. 20 was marked for

25       identification.)

BY MR. CALLAHAN:

    Q    Which I've handed to you now, sir.  And I ask you to look through it and tell me if you recognize the material there.

    A    I do.  It looks like the Taser exam.

    Q    And attached to that you will find, as well, a pamphlet entitled *Instructor and User*:  *Warnings, Risks, Release & Indemnification Agreement*?

    A    Yes.

    Q    Okay.  When did this Taser training occur that's the subject of Exhibit 20?

    A    On the date it shows, July 9th, 2013.

    Q    And if you'll take a look at Exhibit 5.  Again, that appears to be a 2013 publication as well.  Do you have a recollection of seeing this as part of your in-service training in '14 and beyond?

        MR. ROZELLE:  Objection to form.  You can answer.

    A    I'm not sure.  Again, we take the exam, and the instruction is given to us, but we don't actually read this verbatim.

    Q    All right.  But you did have the warning in your training materials?

    A    Apparently, I did, in 2013, correct.

    Q    Let's go over Exhibit 5 first and then

1    Exhibit 20.

2         A    Okay.

3         Q    Take a look at Exhibit 5 and, in the top right

4    section, it has a warning section.  Would you take a

5    look at the warning at the top right section in the

6    box.

7         A    Under "Safety information: CEW Risks and Risk

8    Avoidance"?

9         Q    Yes, sir.  Okay.  Now that you've had a chance

10   to read that, did you have any instructions -- does it

11   refresh your recollection about having any instruction

12   on the prolonged or repeated use of cumulative effects

13   of Tasers?

14        MR. ROZELLE:  Objection to form.  You can

15        answer.

16        A    We had.  It is more kind of basically advising

17   that if the Taser is not effective to move forward, to

18   move up to something else.

19        Q    Okay.  This actually states, starting in the

20   second sentence, "Repeated, prolonged or continuous CEW

21   applications may contribute to cumulative exhaustion,

22   stress, cardiac, physiologic, metabolic, respiratory

23   and associated medical risks which could increase the

24   risk of death or serious injury.  Minimize repeated,

25   continuous, or simultaneous exposures."

1          Do you recognize that as what it says?

2      A    Yes.

3      Q    Okay.  So does your training include, beyond

4  the ineffectiveness of it, as you just testified,

5  warnings about the risk of death or injury from it if

6  it's repeatedly used?

7          MR. ROZELLE:  Object to form.  You can answer.

8      A    It's included, and I'm sure it was discussed,

9  absolutely.

10  BY MR. CALLAHAN:

11     Q    Okay.  Looking back on Mr. DeGraw, was the

12  application of the Taser by your compatriot that day

13  effective?

14     A    The Taser itself was somewhat -- it was

15  actually ineffective, no, because he was -- Mr. DeGraw

16  was actually fighting the Taser.  If it would have been

17  effective, he would have been incapacitated.

18     Q    Okay.  Thank you.  Let's take a look at the

19  next part of this bulletin where it starts with "Some

20  individuals," do you recognize that, down a couple of

21  paragraphs?

22     A    Okay.

23     Q    Do you have a recollection of that topic being

24  taught as part of your training?

25     A    Yes.

1      Q    And so that's about susceptibility of certain

2  individuals to Taser.  Did you recognize, when you went

3  over to Mr. DeGraw's house that day that the incident

4  involved a gentleman who had had a prior medical

5  condition?

6          MR. ROZELLE:  Objection to form.  You can

7      answer.

8      A    I did not know he had a prior medical

9  condition.  I was told by his wife that he may be

10 suffering a possible seizure, that she thinks he may

11 be.

12     Q    Okay.

13     A    But I was unaware of his medical condition.

14     Q    Well, a seizure would be a medical condition,

15 wouldn't it?

16     A    But she's assuming it is.  She's not a medical

17 professional, neither am I.  So I don't know if that's

18 actually occurring.

19     Q    She was a medical professional, wasn't she?

20 She's an RN.

21         MR. ROZELLE:  Objection to form.  You can

22     answer.

23     A    As far as a doctor diagnosing her husband, I'm

24 not sure what --

25     Q    No, I didn't mean to imply she was a doctor.

1    So let's back up and let me state it again.

2        A    Okay.

3        Q    Prior to encountering Mr. DeGraw, were you

4    aware that he had any particular medical condition from

5    being told anything by anybody?

6        A    Other than his wife, no.

7        Q    What did she tell you?

8        A    That he possibly may be having a seizure.

9        Q    Okay.  Were you aware, from conversations with

10   her or otherwise, that he might have had more than one

11   seizure that day?

12       A    She advised that we -- the medical, fire

13   rescue, was out prior that morning, and we were also

14   out there prior that morning.

15       Q    Okay.  Let's go back to this warning itself.

16   Some individuals may be particularly susceptible to the

17   effects of CEW use and it includes among them profound

18   agitation or excited delirium and over-exertion from

19   physical struggle, and also being a psychologically or

20   metabolically compromised person.

21            Did you take that into consideration at all on

22   the day that you encountered Mr. DeGraw?

23            MR. ROZELLE:  Objection to form.  You can

24       answer.

25       A    No.  Because I didn't know what his medical

1  state was.

2  BY MR. CALLAHAN:

3      Q    All right.  Did you consider his seizure

4  activity on that day to be something that you should

5  consider?

6          MR. ROZELLE:  Objection to form.  You can

7      answer.

8      A    Yes.

9  BY MR. CALLAHAN:

10     Q    And how did you consider it, in dealing with

11 it?

12     A    Initially when we went -- well, when

13 Deputy Goepfert was upstairs and I backed him up, we

14 had to talk to him advising him that we were just here

15 to get him cleared, have fire rescue come check him

16 out, speak to him.  We just asked him to relax.  We're

17 not here for him.  And then he began to yell

18 aggressively in a hostile manner.

19     Q    Were you talking to Mr. DeGraw from outside

20 the room?

21     A    Deputy Goepfert was.

22     Q    All right.  Were you actually talking to him?

23     A    No.

24     Q    You said, "we," so --

25     A    Well, what I'm saying is we're both there.

1  But he's actually doing the talking.

2      Q    Okay.  All right.  So I just wanted to clarify

3  that.  So you actually didn't have a conversation at

4  all with Mr. DeGraw at all?

5          MR. ROZELLE:  Objection to form.  You

6      mean -- at what point in time?  Ever or before he

7      goes in.

8      A    Yeah, I'm not clear.

9  BY MR. CALLAHAN:

10     Q    Let me clarify.  You're right.  Because I

11 realize you dealt with him more.

12     A    No, I didn't deal with him more.

13     Q    All right.  You didn't at all?

14     A    No.  At the time we were there was the first

15 time I -- now, speaking to him after the fact when we

16 actually -- I actually went in the room is different

17 than when we initially -- when Deputy Goepfert

18 initially made contact.  So are you speaking of when we

19 initially made contact or the entirety of the scenario?

20     Q    Yeah, let me clarify when.

21         So did you have any conversation with

22 Mr. DeGraw prior to the time that he was tasered?

23     A    Prior to his tasering, no.

24     Q    Did you have any conversation with him during

25 the event when he was being tasered?

1      A      Yes.

2      Q      Did he ever say anything to you?

3      A      He was not making any verbal communication.

4  He was just screaming, yelling, aggressively.

5      Q      You say yelling.  How would you describe it?

6      A      (Makes sound.)  And that's all he would say.

7  He wouldn't make any type of sentence or --

8      Q      So he spoke no words?

9      A      Correct.

10      Q      All right.  And what were you saying to him

11  when he was being tased, if anything?

12          MR. ROZELLE:  Hang on.  Are you talking

13      about -- and I apologize.  I just want to make sure

14      we're clear.  You ask about before.  This is during

15      the taser only so not after --

16          MR. CALLAHAN:  Correct.  He just said --

17          MR. ROZELLE:  -- what he understands to be --

18          MR. CALLAHAN:  My understanding of what he

19      said is he had no communication with him before the

20      tasing.

21          MR. ROZELLE:  Before, right.

22          MR. CALLAHAN:  And he said he had some during

23      it.  So that's what I'm asking him about.

24      A      No, it was after.

25  BY MR. CALLAHAN:

1    Q    Okay.  We'll clarify it then.

2         MR. CALLAHAN:  I thought I asked him that

3    already, but we'll do it again to make sure.

4    BY MR. CALLAHAN:

5    Q    When he was being tasered, from the time

6    Deputy Goepfert deployed the Taser until it was over,

7    did you have any -- did you say anything to Mr. DeGraw?

8    A    No.  When he was being tasered, no.

9    Q    Prior to being tasered --

10   A    We should clarify that as well, because, when

11   the Taser is discharged, he's -- when he's actively

12   being tased, I'm not saying any words to him.  He's

13   being tased.  We're trying to see if that's effective

14   or not.  And then he -- then the Taser is turned off,

15   and he falls to the ground.  At that point I'm advising

16   Mr. DeGraw, "Stay to the ground, stay on the ground,

17   don't stand up."  And, when he's tasered again, I don't

18   make any verbal communication with him.  It's only when

19   he's not physically being -- the Taser is not being

20   discharged, is when I'm making conversation with him.

21   Q    Tell me your exact recollection, best you can,

22   from the moment Deputy Goepfert first tased Mr. DeGraw

23   until the last discharge of the Taser, what you said,

24   if anything.

25   A    Can you be more specific?

1    Q    During that event, the -- let me represent to

2  you that the discharge records reflect a minute and 33

3  seconds occurred from beginning to end.  I'll represent

4  to you that's a true.  So, during that minute and 33

5  seconds, tell me everything that you said -- you can

6  recall that you said.

7         MR. ROZELLE:  And I'll just object to the form

8      of that, but you can answer.

9    A    I don't know the time frame of that -- I don't

10  know how many times -- at that point in time, I didn't

11  know how many times Deputy Goepfert actually discharged

12  the Taser, and I did not see Mr. DeGraw.  All I could

13  see was Deputy Goepfert advising Mr. DeGraw to stay

14  where he was, to not approach.  Deputy Goepfert is

15  taking steps backwards, getting closer to the

16  staircase, and I -- he continued verbalizing, "Please,

17  Mr. DeGraw, stay where you are.  Stay -- do not come

18  towards me," and then he deploys his Taser.

19    Q    Take a look, if you will, at Exhibit No. 14,

20  second page.  In the first line of the second page this

21  is a summary of the downloading of the Taser discharge

22  by Detective DeLeon.  And so, on the very first line if

23  you'll look over at the sentence that begins, "At

24  16:01," of that.  Got that?

25    A    Yeah.

1    Q    Okay.  Would you read that to me?

2    A    "At 16:01:07, the Taser was armed."

3    Q    And the next sentence?

4    A    "At 16:01:08, the trigger was pulled for three

5    seconds."

6    Q    Okay.  And look down at the bottom at the

7    second to the last sentence.

8    A    "At 16:03:19, the Taser was armed."

9    Q    No.  At 16:02:37 --

10    A    16:02 -- "The trigger was pulled for one

11    second."

12    Q    And then, thereafter, was -- did the paragraph

13    reflect that the trigger was -- that this Taser was

14    used anymore?

15    A    No.

16    Q    Okay.  So, if you go back and look, the

17    deployment of the Taser was 16:01:08, is that --

18         MR. ROZELLE:  Actually, I'm just going to

19         interpose an objection.  It's actually the second.

20         The first one is on the first page.

21         MR. CALLAHAN:  You're correct.  I'm sorry.

22    BY MR. CALLAHAN:

23    Q    Let me back you up, sir, and make sure I'm

24    accurate here.  Go back to the first page.  The first

25    deployment is reflected at 16:01:04 for two seconds?

1      A     Yes.

2      Q     If you look at the last deployment at

3  16:02:37, pulled for the last time for one second?

4      A     Yes.

5      Q     Okay.  The intervening time there is one

6  minute and 33 seconds, is it not?

7      A     That's what it says here.

8      Q     Okay.  That would be the best evidence,

9  wouldn't it, of how long it was actually used?

10      A     I'm not sure.

11           MR. ROZELLE:  Objection to form.  You can

12      answer.

13  BY MR. CALLAHAN:

14      Q     Huh?

15      A     I'm not sure of that.  On the scene it didn't

16  seem as if it was a minute and 33 seconds.  It was like

17  literally seconds.

18      Q     You'll acknowledge, will you not, that the

19  Taser has a system by which you can download its use

20  and read it?

21      A     Yes.

22      Q     And that this was done in this case?

23      A     Correct.

24      Q     So, at least based on the report we have in

25  front of us, it was deployed for a minute and 33

1  seconds?

2       A     Based on --

3             MR. ROZELLE:  Objection to form.  You can

4       answer.

5       A     Based on the report, yes.

6  BY MR. CALLAHAN:

7       Q     How many times was it used in that minute and

8  33 seconds?

9       A     Based on the report or my recollection?

10      Q     On the report.

11      A     It appears five times on the report.

12      Q     All right.  And tell me for how long on each

13  occasion.

14      A     First occasion shows two seconds, the second

15  occasion shows three seconds, the third occasion shows

16  one second, the fourth shows five seconds, and the last

17  shows one second.

18      Q     Now, you said based on the report or my

19  recollection.  What is your recollection of the

20  deployment of the Taser?

21      A     My recollection -- I didn't actually know how

22  many times he pulled the Taser.  It thought it was

23  possibly two or three.  I'm only basing that off when I

24  saw Mr. DeGraw brace.  The initial pop of the

25  Taser -- you can tell that the initial one went off,

1  but, after that, there's -- I can only tell based on

2  Mr. DeGraw's actions.  I didn't actually know many

3  times Deputy Goepfert pulled the Taser.

4      A    Do you have any reason to disagree with this

5  report.

6          MR. ROZELLE:  Objection to form.  You can

7      answer.

8      A    I know the form states what it is, but, just

9  being at the scene, it felt like seconds, and, based on

10  his behaviors when the Taser was discharged.  He

11  initially pulled the Taser -- Mr. DeGraw didn't abide

12  by lawful order, kept approaching Deputy Goepfert, and

13  then he fell to the ground.

14     Q    Well, what I was questioning you about is what

15  you said.  That's what I would like you to tell me now.

16  During this period of time, from the first deployment

17  of the Taser by Deputy Goepfert until the last

18  deployment of the Taser was over, tell me what your

19  recollection is of what you said.

20     A    Said to Mr. DeGraw?

21     Q    Yes.

22     A    So, again, I need to clarify.  So, when that

23  happened, it was only when the Taser was not being

24  discharged is when I had conversation with --

25     Q    I understand that's what you said, yeah.

1    A    So --

2    Q    In between these --

3    A    In between --

4    Q    -- the shots of the Taser --

5    A    Correct -- I would advise him to stay on the

6    ground.  "We're only here to help you.

7    Sir -- Mr. DeGraw, stay on the ground."

8    Q    Did you determine why it was that

9    Deputy Goepfert deployed the Taser as many times as he

10   did?

11           MR. ROZELLE:  Objection to form.  You can

12       answer.

13   A    Because he continued to get up.

14   Q    He never got up, did he?

15   A    He attempted, correct.

16   Q    But he never did?

17   A    Well, fully, no.  He attempted.

18   Q    Okay.  Was he struggling with the wires?

19   A    No.  He initially got up, and I believe he

20   would brace again, and Deputy Goepfert discharged the

21   Taser again, as he was not complying to the order.

22   Q    You said he initially got up.

23   A    Well, he was initially trying to get up, like

24   his hand bracing the floor, getting up.  He would have

25   gotten up if Deputy Goepfert did not deploy the Taser.

1    Q    So between the discharges he was struggling to

2  attempt to stand up?

3    A    He wasn't struggling.  He was going to get up,

4  but Deputy Goepfert discharged the Taser so it didn't

5  allow him to get up.

6    Q    Was the Taser deployed to keep him from trying

7  to get up?

8    A    Correct.

9    Q    And tell me what you said in between them?

10    A    "Please, Mr. DeGraw -- " -- while it was not

11  being deployed -- "Mr. DeGraw, stay down, relax, calm

12  down.  We're only here to help you."

13    Q    And did he respond to any of your verbal

14  communications?

15    A    He was not making any verbal -- other than

16  yelling.  He continued to yell.

17    Q    Making that sound that you mentioned, the

18  yelling --

19    A    Yeah, it was like a hostile --

20        MR. ROZELLE:  Objection to form.  You can

21    answer.

22    A    Hostile, aggressive.  So there's --

23  BY MR. CALLAHAN:

24    Q    Excuse me.  Stop.  Let me -- you said hostile

25  aggressive?

1      A      Yes.

2      Q      What do you mean?  You're talking about the

3  word "Yaah," or something else?

4           MR. ROZELLE:  Objection to form.  You can

5      answer.

6      A      So there's different types of screaming.

7  There's screaming as if you're needing help, there's

8  screaming as if you were just screaming at someone, or

9  there's like a tone to your scream, as I'm telling you

10  I'm angry, and I'm not happy.  He's not screaming

11  because he's hurting.  He's screaming because he's

12  angry.  So it's an aggressive type of tone to his

13  scream.

14      Q      But the only sound that came out was what?

15      A      A scream, an aggressive scream.  I don't know

16  how to --

17      Q      What did it sound like?

18      A      "Rraah"  So an aggressive tone.  Obviously,

19  I'm not doing it as Mr. DeGraw was doing it, but --

20      Q      Did he ever say a word?

21      A      No, he did not make any verbal communication.

22      Q      Did he ever indicate that he understood what

23  you were saying?

24      A      He did not, but he did not say that he did not

25  understand what we were saying.  So I couldn't tell if

1    he did or didn't.

2        Q    Okay.  And how many -- you mentioned you were

3    saying to him to stay down or words to that effect.

4    How many times did you say that?

5        A    I'm not sure.

6        Q    And did you say anything else to him?

7        A    No.

8        Q    Did Goepfert say anything to him during this

9    same minute-and-33-second period?

10       A    I believe he was saying basically the same.  I

11   can't testify to what he said but --

12       Q    You don't remember?

13       A    No.

14       Q    Do you remember who really said anything?

15       A    I remember what I said.  I can only testify to

16   what I said.

17       Q    Okay.  Before the tasering event, did you even

18   see Mr. Goepfert?

19       A    Mr. Goepfert?

20       Q    I'm sorry.  Mr. DeGraw.

21       A    No.

22       Q    And where were you?

23       A    I was to the west of Deputy Goepfert along

24   side the hallway wall there, because the doorway could

25   only fit one person.

1    Q    And, when you saw Mr. DeGraw, where was he?

2    A    Inside the room.

3    Q    Where?

4    A    Just north of the doorway.

5    Q    How far back from the doorway?

6    A    Maybe two, three feet.

7    Q    Was he standing?

8    A    Yes, he was.

9    Q    Had you ever seen him prior to that moment he

10   was standing two feet from the doorway?

11   A    No.

12   Q    Prior to your seeing Mr. DeGraw, were you

13   armed?

14   A    I was.

15   Q    With what?

16   A    Depending on when we were talking.

17   Q    So prior to seeing him?

18   A    Well, there's two different scenarios.  When

19   we got up there, there was mention of a weapon, and

20   Deputy Goepfert had advised me that Mr. DeGraw was

21   placing his hands towards the pillow where his wife

22   assumed there may be a weapon.  So Deputy Goepfert

23   advised that I go lethal, which means I removed my

24   weapon from my holster.  And, prior to that, I had my

25   Taser out.  And then, once Deputy Goepfert advised that

1    he stepped from the bed and was away from the pillow, I

2    holstered my weapon and redeployed my Taser.

3         Q    I understand.  So at the time when you first

4    saw him, did you still have your Taser deployed?

5         A    No.

6         Q    You had put that away too?

7         A    Correct, yeah.

8         Q    When did you put that away?

9         A    Once Deputy Goepfert deployed his Taser,

10   there's no need for me to have my Taser out.

11        Q    All right.  And you never deployed either

12   weapon after that?

13        A    Correct.

14        Q    All right.  After the tasering was completed,

15   where was Mr. DeGraw?

16        A    In the room.

17        Q    Where?

18        A    On the ground.

19        Q    On the floor?

20        A    Yes.

21        Q    And can you recall where his body was

22   situated?

23        A    I want to say he was on the east wall area of

24   the room.

25        Q    Where was his head and where was his feet, if

1  you can recall?

2      A    I want to say his head was -- and, again, this

3  is my recollection, was his head was towards the north,

4  kind of slanted, angled inside.

5      Q    How close to the door was his head?

6      A    Not very close.  His head was kind of between

7  the bed and like the dresser area.

8      Q    And where was his feet?

9      A    Towards the door, I think.

10     Q    Let me show you what we had previously marked

11 as Exhibit No. 17.  Can you tell by looking at that

12 photograph, which depicts the entrance to Mr. DeGraw's

13 room, any better where his head or feet may have been,

14 where he may have been?

15     A    Again, from my recollection, when he was on

16 his butt, I believe he was onto the right side, kind of

17 his head towards the dresser, bed area.  And then,

18 obviously when we put restraints on him, his body was

19 moved.

20     Q    So where was his body when you started to put

21 handcuffs on him?

22     A    He was kind of on his side.  Sergeant Street

23 grabbed his left arm, and that's where I handcuffed the

24 first handcuff, and then he was place on his stomach.

25     Q    I understand.  But where was his body in the

1  room when you first tried to handcuff him?

2      A    You'll have to be more specific.  I don't

3  understand your question.

4      Q    Was his body situated near the doorway or

5  beside the bed or somewhere else in the room?

6      A    It was along that blue wall.

7      Q    Okay.  You said -- referred to him landing on

8  his butt.  Tell me when that happened.

9      A    When he was initially tased.

10     Q    And, from that point forward, was he -- did he

11 ever stand up again?

12     A    He attempted.

13     Q    I didn't ask you that question.  I said, from

14 that point forward, did he ever stand up again?

15     A    Fully stand up, no.

16     Q    Okay.  Did he ever even make it up in a

17 crouching position?

18     A    Yes.

19     Q    All right.  When did that happen?

20     A    When the Taser wasn't active.

21     Q    Okay.  And, after he was tased the last time,

22 did he move any further?

23     A    Yes.

24     Q    And did he try to get up?

25     A    Yes.  When he was on the ground, once the

1    Taser was ineffective and we deemed it was ineffective,

2    at that point Sergeant Street and myself entered the

3    room to put the restraints on him, and he was moving.

4         Q    So you had not entered the room until you

5    attempted to cuff him?

6         A    Correct.

7         Q    All right.  Did Sergeant Street enter the room

8    until you attempted to cuff him?

9         A    I was following Sergeant Street into the room.

10        Q    All right.  And, after he was handcuffed, did

11   he ever move again?

12        A    Yes.

13        Q    And what did he do?

14        A    He was moving while he was being handcuffed.

15   We were --

16        Q    I said after.  After he was handcuffed did he

17   ever move again?

18        A    After he was handcuffed, then we stopped --

19        Q    No.  I'm sorry.  After Mr. DeGraw was

20   handcuffed, did Mr. DeGraw ever move again?

21        A    No.

22        Q    All right.  Where was his final resting place

23   after he was handcuffed?  If you could describe in

24   terms of the doorway.

25             MR. ROZELLE:  Objection to form.  You can

40

1    answer.

2    A    From my recollection, his head was -- I would

3    say towards the doorway kind of like where the

4    nightstand would have been, and his feet were towards

5    the dresser, on his stomach.

6    Q    Would he have been visible there in that

7    photograph that you're looking at?

8    A    The bottom part of his body, yes, his legs and

9    buttocks.

10    Q    And they would have been visible through the

11    entrance of the doorway.  How far away from the

12    doorway?

13    A    I'm not sure.

14    Q    Can you give me an estimate?

15    A    Four feet.

16    Q    Okay.  Describe the the space available for

17    anybody to walk or stand between his bed and the

18    doorway.  How big was it?

19    A    Not very big at all.  That's why we were

20    having to remove the dresser and a stepladder and items

21    from the room.

22    Q    Can you give me an estimate in feet?

23    A    I can't.  Unfortunately, I can only describe

24    it as being a small room.

25    Q    Was it small enough that a person laying in

1    there couldn't lay perpendicular to the wall?

2       A    With the nightstand there, yes.  Once the

3    nightstand was out, he was --

4       Q    But, prior to that, it was such a confined

5    space that he couldn't have laid across it without

6    bumping into something?

7       A    Correct.  We wanted to make sure that he

8    didn't land on anything.

9       Q    Okay.  I got diverted from your training into

10   the event, so let's go back to that a minute.  Looking

11   at Exhibit 5 again --

12      A    Yes.

13      Q    -- in the middle of the paragraph do you see,

14   "To reduce the risk of CEW exposure -- " again, we're

15   talking about the --

16      A    Where in the paragraph?  I'm sorry.

17      Q    Right-hand side, middle of the page.  "To

18   reduce the risk of CEW exposure -- "

19      A    Is it where "Some individuals may -- "

20      Q    No.  It's a singular --

21      A    Oh, I see it.

22      Q    Got it now?

23      A    Yeah.

24      Q    And we're reading from the pamphlet on

25   handheld CEW warnings, instructions and information.

1  Number 1 under that reduction of risk introduction

2  states, "Use the shortest duration of CEW exposure

3  objectionably reasonable to accomplish lawful

4  objectives and reassess the subject's behavior,

5  reaction and resistance before initiating or continuing

6  the exposure.  If a CEW deployment is ineffective

7  incapacitating a subject or achieving compliance,

8  consider alternative control measures in conjunction

9  with or separate from the CEW."

10         Got that paragraph?

11     A    Yes.

12     Q    Do you have a recollection of being trained in

13  that manner with that informaton?

14     A    Yeah.  We were trained basically

15  advising -- to sum that up, if the CEW is not

16  effective, we need to move to other means.

17     Q    I think you already testified you thought it

18  was ineffective on Mr. DeGraw.

19     A    For intramuscular incapacitation, yes, but for

20  pain tolerance, no.  That was effective.

21     Q    Okay.  So tell me what you mean by that.

22     A    So it was -- he was bracing, so it wasn't

23  fully effective -- or he ripped the probes out of his

24  chest, and he was coming towards us continuously.  He

25  was bracing it, so basically he was fighting it.  Had

1   he had a good spread, a good probe spread, he would

2   have been basically been incapacitated, and he wouldn't

3   been able to fight it.  But at this point he was

4   fighting, so he was basically fighting the pain that he

5   was feeling, and eventually gave up and sat on his

6   butt -- or fell on his butt.  Sorry.

7        Q    Well, it wasn't eventually.  It was initially,

8   wasn't it?

9        A    No.  He was bracing for a few seconds.

10       Q    I'm sorry.  We're talking about two separate

11  things.  When he first was Tased, the first time,

12  he -- it caused him to fall on the ground on his butt,

13  right?

14       A    No, he was bracing.  When he initially was

15  tased, that's when I ran -- that's the first time I saw

16  him, and he was bracing walking towards

17  Deputy Goepfert.  So basically he was fighting the pain

18  of the Taser by continuously walking toward

19  Deputy Goepfert, and he eventually gave up, and he fell

20  to his butt.

21       Q    Continuously walking?

22       A    Slowly.

23       Q    In the small space, how many steps did he

24  take?

25       A    So, I mean, it's hard to describe it unless

1    you're being Tased.  When you're Tased, and you're

2    fighting the pain, it's kind of a small step forward,

3    but you -- you can easily see that you're walking

4    towards someone.  You're not standing still.

5         Q    Do you know how many steps he took ever?

6         A    I'm not sure.  Like I said -- I mean, we're

7    not talking about full strides.  We're talking about

8    small steps forward.

9         Q    And, during the first shot that he received,

10   what did he do?  What did his body do?

11        A    His arms is towards his chest here.

12        Q    And did he end up on the floor?

13        A    Yes.

14        Q    And how so?

15        A    On his butt.

16        Q    Okay.  And was that by the wall where the

17   ladder was?

18        A    Yes.

19        Q    All right.  And from that point until the very

20   last shock, he never achieved standing up again, did

21   he?

22        A    Fully, no.

23        Q    Okay.  Let's take a look at No. 3 under the

24   heading you were just reading from in Exhibit 5, "To

25   reduce the risk of exposure."  Would you read that one

1      for me?

2          A     "Control and restrain immediately."

3          Q     Yeah.

4          A     "Begin control and restraint procedures,

5      including during the CEW exposure, cuffing under power,

6      as soon as reasonably safe and practical to minimize

7      CEW cumulative effects and the total duration of

8      exertion and stress experienced by the subject."

9          A     Was there any attempt by you or by

10     Mr. Goepfert or Mr. Street to restrain Mr. DeGraw by

11     any other means until after the 5th Tasering?

12          MR. ROZELLE:  Objection to form.  You can

13          answer.

14          A     Again, I don't know how many times he was

15     Tasered.  All I know is when it was ineffective, and I

16     don't know when it was stopped.  Based on Mr. DeGraw's

17     actions is when I knew he was being Tasered.  But we

18     had discussed it was ineffective, so Deputy Goepfert

19     stopped Tasing, and we went to handcuffing.

20          Q     Okay.  But I want to make it clear, so that

21     we're on the same page here.  Assuming that the summary

22     of the Tasing is accurate that we read in the exhibit

23     which told how many seconds and when --

24          A     Okay.

25          Q     -- assuming that's true, during the minute and

1    33 seconds of Taser events, was there any attempt by

2    you, Street or Goepfert to restrain Mr. DeGraw by any

3    other means?

4         MR. ROZELLE:  Objection to form.  You can

5      answer.

6      A    During the Tasing events, no.

7      Q    Okay.  And the first attempt to do so was your

8    attempt to cuff him after it was over -- after the

9    Tasing was over?

10     A    Correct.

11     Q    During that cuffing event was he struggling

12   with you?

13     A    Yes.

14     Q    And tell me exactly what happened there.

15     A    He was resisting.  He was basically bracing

16   his arms under his body to not get cuffed.

17   Sergeant Street grabbed his left arm, allowed

18   me -- basically pulled it, allowed me to cuff the one.

19   I held that arm.  Sergeant Street took the right arm,

20   and we were basically trying to guide them together.

21   While we're doing so, Mr. DeGraw was grabbing my hand

22   and grabbing the cuff, and at one point had the

23   cuff -- the other loose cuff in his hand.  So I had to

24   remove that from his hand and then continue to struggle

25   to finally get it to Sergeant Street and handcuff the

1    right arm.

2        Q    So let's start with the initiation of what you

3    just told me.

4        A    Uh-huh.

5        Q    Was he prone or supine when you started this

6    process of trying to cuff him?

7        A    He was prone.

8        Q    All right.  And he had his hands underneath

9    him?

10       A    Correct.

11       Q    And you pulled them out from underneath him

12   when --

13       A    Sergeant Street grabbed his left arm from

14   underneath him, yeah.

15       Q    Okay.  And were either of you on top of him?

16       A    No, not at this point, no.

17       Q    Did either of you ever get on top of him to

18   assist trying to cuff him?

19       A    I was on his left side, on his shoulder.

20       Q    How so were you -- describe it for me.

21       A    I was basically on the ground, but my knee was

22   kind of on his shoulder.

23       Q    Okay.  And when was it that he was pulled out

24   away from the bed as you described in this process that

25   you're telling me about?

1      A      You'll have to be specific.

2      Q      You described someone grabbing his legs and --

3      A      Before --

4      Q      -- pulling him.  When did that occur?

5      A      That was after we had grabbed the one cuff.

6  Deputy Goepfert went towards his leg.

7      Q      Okay.  So you described him being prone, hands

8  underneath him.  So an attempt to pull his left arm out

9  and Sergeant Street --

10      A      Uh-huh.

11      Q      -- and you working his other hand?

12      A      No.  Once Street grabbed his one hand, because

13  he was resisting, we put the one handcuff on there,

14  Street released from that hand, which was the left, and

15  moved to the right hand.

16      Q      Okay.  And when was it that he was pulled out?

17  Was it before or after the other arm was cuffed?

18      A      What was pulled out?

19      Q      His legs.  His body.

20      A      As far as prone -- moving towards -- I'm

21  confused what you're trying --

22      Q      You described at one point somebody grabbing

23  his legs and pulling him away to get more room to work.

24      A      That was Deputy Goepfert.  That would be after

25  the first cuff.

1    Q    That's what I'm getting at.  When did that

2  happen?

3    A    After the first handcuff.

4    Q    Left arm cuffed, pulled away, and then working

5  on his right arm?

6    A    Correct.

7    Q    During that process, after he was pulled away,

8  is that when you had your knee on his shoulder?

9    A    Yes.

10    Q    And was Goepfert on his legs or somewhere

11  else?

12    A    He was on his legs.

13    Q    Was he kneeling on them?  Sitting on them?

14  What?

15    A    From my understanding, he was kneeling on the

16  ground kind of holding his legs.

17    Q    All right.  And what was Street doing?  Was he

18  restraining him in some way as well?

19    A    He was grabbing his right arm trying to push

20  it towards myself.

21    Q    Was he on top of him in any way?

22    A    Not that I remember, no.

23    Q    Okay.  After you successfully handcuffed him,

24  did he ever move again?

25         MR. ROZELLE:  Objection to form.  You can

1    answer.

2        A    Well, once we finally handcuffed him, we both

3    released him.  So I'm not sure if he moved or didn't

4    move, because we both just let go.

5        Q    Do you have a recollection of him ever moving

6    again after he was successfully handcuffed?

7        A    No.

8        Q    All right.  Did there come a point when you

9    became aware that Mr. DeGraw wasn't breathing?

10       A    No, because he was still moving.

11       Q    Did you ever have an awareness that something

12   was wrong with him after he was handcuffed?

13       A    No, because he was still resisting, still

14   grabbing my arm and the handcuff and --

15       Q    I said after he was handcuffed.

16       A    Oh, sorry.  No.  We -- once we -- once we got

17   up we then asked if he was okay, he didn't -- there was

18   no response, so our assumption was that he was resting

19   from resisting, which is normal.  And then, after that,

20   we continued to ask him if he was okay, and his

21   unresponsiveness is when we started to check and see if

22   he was okay.

23       Q    And what did you do?

24       A    We put him to the recovery position, which is

25   on his side, and then Sergeant Street kind of gave him

1    a sternum rub to see -- to check his pulse and see if

2    he was breathing, and, when that didn't come, and we

3    couldn't get a pulse, then Sergeant Street asked for

4    fire rescue to come in and take a look at him.

5         Q    Did you yourself involve yourself with

6    attempting to determine the extent of his health, his

7    breathing, his pulse?

8         A    No, just the one person.

9         Q    Okay.  So was he breathing at that point at

10   all?

11        A    I couldn't tell.  I was just standing to the

12   side.  I know Sergeant Street did a sternum rub.  It

13   appeared like maybe his lips were moving when he did

14   the sternum rub, but we had FD come in right away.

15        Q    How long did it take them to get up there?

16        A    I don't know.  A few minutes.  I know they

17   were just outside.  They had to get up the stairway

18   and --

19        Q    You mentioned Baldwin earlier.  When did he

20   arrive?

21        A    He was there right when we were basically kind

22   of struggling with him.  Because when I got up after

23   handcuffing him, I saw Deputy Baldwin there.

24        Q    Do you know what Baldwin saw?

25        A    I do not.

1    Q    Did he participate in any way in restraining

2  Mr. DeGraw?

3    A    I don't remember.

4    Q    Was he there during any of the Tasering?

5    A    No, not that I know of.

6    Q    Okay.  When did you notice him there?

7    A    When I stood up from after handcuffing him.

8    Q    What communication did you have with Street or

9  Goepfert after Mr. DeGraw was handcuffed?

10    A    I think -- I believe I asked Sergeant Street

11  if he was okay.  Basically I said, "Are you okay?  Are

12  you good?"  Because of us fighting Mr. DeGraw to kind

13  of -- his resisting and fighting us to get the

14  handcuffs together and exerting the energy, I asked

15  Sergeant Street if he was okay.

16    Q    And what did he say?

17    A    He said he was fine.  He was fine.

18    Q    And was there any other communication with

19  Goepfert?

20    A    Not that I'm aware of, specifically.

21    Q    None of the three of you -- Goepfert, Street

22  or you -- had any injuries, did you?

23    A    No.

24    Q    All right.  Did the struggle with Mr. DeGraw

25  result in any injuries to him on the surface of his

1    body that you could tell?

2        A    I think I believe I saw some bleeding on the

3    carpet area after he was handcuffed and we kind of

4    moved him.

5        Q    Do you know where that came from?

6        A    I'm not sure.

7        Q    Okay.  Did you ever observe Mr. DeGraw

8    bleeding from the mouth?

9        A    It appeared it came from the mouth, but I'm

10   not sure.  I'm not 100 percent positive.

11       Q    And do you have any idea of how long that was

12   going on?

13       A    I don't.

14       Q    Or what the cause of it was?

15       A    No.  I don't know it was when he fell

16   initially from the Tasering or -- I'm not sure.

17       Q    Okay.  Where was Mr. DeGraw Tasered?  What was

18   the location of the barbs?

19       A    I don't know, because, when he was actually

20   Tasered, I was to the side.  So the initial Taser

21   popped, and I don't recall where the probes were.

22       Q    Were they still in him after you were through

23   with him?

24       A    As far as in his body?  I'm not sure.  After

25   handcuffing him, I'm not sure.

1    Q    Did you ever observe him to know where the

2  probes attached to him?

3    A    No.

4    Q    All right.  Did you ever have a discussion

5  with Goepfert or Street about where he was Tasered?

6    A    No.  As far as location, no.

7    Q    Right.

8         MR. ROZELLE:  Mind if we take a short break?

9         MR. CALLAHAN:  Yeah, let's take a short break

10        here.

11             (At which time a short recess was had.)

12        MR. CALLAHAN:  Let's make this the next

13        consecutive exhibit, which would be 21.

14             (Exhibit No. 21 was marked for

15        identification.)

16  BY MR. CALLAHAN:

17    Q    Deputy Martinez, I presented you with

18  Exhibit No. 21, which is a photograph on the autopsy

19  photos of Mr. DeGraw.

20    A    Yes.

21    Q    Can you --

22        MR. ROZELLE:  I just object to the perforatory

23        comment.  I don't think that's the autopsy.

24        MR. CALLAHAN:  Well, you're right.  It's from

25        the medical examiner's office.  Let me rephrase it.

1        MR. ROZELLE:  I'm not sure that's what that is

2    either.

3        MR. CALLAHAN:  It is.

4        MR. ROZELLE:  Okay.  Just ask him what he

5    knows about it.

6        MR. CALLAHAN:  I will.  I'm sitting here

7    thinking where the hell it is from.

8        MR. ROZELLE:  Can we go of the record for a

9    second?  I'll tell you.

10    (Discussion had off the record.)

11 BY MR. CALLAHAN:

12   Q   Let me rephrase it, Deputy.  Deputy Martinez,

13 I presented you with a photo of Mr. DeGraw from the

14 police files that was taken after his death and ask you

15 to take a look at it, if you don't mind.

16   A   Okay.

17   Q   From your experience, do you recognize Taser

18 probes attachment where they attach afterwards?

19   A   You mean in the body?

20   Q   Yeah.

21   A   Like what -- I'm not understanding the

22 question.  I'm sorry.

23   Q   There's two spots of his body there that

24 appear to the the aftermath of the Taser probes.  And

25 if you -- are you competent to tell me what they look

1    like from your own experience?

2         MR. ROZELLE:  Object to the form.  You can

3      answer.

4      A    Not really.  Because I see three spots here,

5    so I don't know which ones are from the Taser and

6    so -- and, again, I don't know where he was Tasered

7    so --

8      Q    Okay.  So you can't really tell us if they

9    reflect where he was Tasered?

10     A    Correct.

11     Q    Okay.  We'll get that from somebody else.

12   Thank you.

13         Do you have any familiarity, and, more

14   specifically, did you, prior to your dealing with

15   Mr. DeGraw, have any familiarity with the signs or

16   symptoms of a post-seizure state in a person?

17     A    Yes.

18     Q    What did you know about it?

19     A    When you say post-seizure you mean after the

20   fact?

21     Q    After a person has a seizure, what signs and

22   symptoms he might continue to have.

23     A    I apologize.  No, I know the effects of a

24   seizure while it's happening, but not the post.  Sorry.

25     Q    What did you know about the effects of a

1    seizure while it's happening?

2       A    Just the body movements and -- mostly just how

3    the body reacts, as far as the movements and seizing

4    itself.

5       Q    Were you aware, prior to dealing with

6    Mr. DeGraw that a person in a postictal state may be

7    impaired?  Postictal meaning after the seizure.

8          MR. ROZELLE:  Objection to form.  You can

9       answer.

10      A    No.

11   BY MR. CALLAHAN:

12      Q    You weren't.  Did you have any discussion with

13   Mr. DeGraw -- I mean Mr. Street, or any discussion with

14   any of the other officers, about the fact that he had

15   been reported to have had two seizures on the same date

16   of these events?

17      A    Deputy Goepfert.

18      Q    What discussion did you have with Goepfert

19   about it?

20      A    I just basically asked -- approached upstairs

21   while Deputy Goepfert was speaking to Mr. DeGraw

22   basically advising him that his wife had mentioned that

23   he may have had a seizure and there's a weapon -- there

24   may be a weapon under the pillow and that we

25   had -- that FD had been out there prior to us coming

1  that morning, but she didn't describe what happened or

2  what was happening that day when they arrived.

3       Q    And did Goepfert respond?

4       A    He advised that he understood.

5       Q    I'm sorry.  What did you say?

6       A    He just kind of just shook his head as he

7  understood.

8       Q    Nodding yes?

9       A    Yes.

10      Q    Okay.  Did you have any other discussion with

11  either of the two -- or any of the three other deputies

12  about the seizure state that Mr. DeGraw had had prior?

13      A    No.

14           MR. ROZELLE:  Objection to form.  You can

15      answer.

16  BY MR. CALLAHAN:

17      Q    And have you had any discussion with them

18  since about it?

19      A    As far --

20      Q    That fact that his wife reported that he had

21  had seizures before you dealt with Mr. DeGraw?

22           MR. ROZELLE:  Objection to form.  You can

23      answer.

24      A    Just the same comment that he had, that she

25  had mentioned it, but that's it.

1     Q    All right. Did you have any discussion with

2 Mr. Goepfert, prior to the events, about Mr. DeGraw

3 having PTSD?

4     A    I mentioned it when I told him about the

5 seizure. Basically as I'm approaching, Mrs. DeGraw

6 advised that he may have had a seizure, he suffered

7 from PTSD and there may be a weapon under the pillow.

8     Q    Okay. Did Mr. Goepfert acknowledge the PTSD

9 comment the same way as the seizure by nodding his head

10 yes?

11     A    It was all in the same conversation, yeah.

12     Q    Okay. All right. The weapon under the

13 pillow, was it ever exposed out from under the pillow

14 during these events?

15     MR. ROZELLE: Object to the form. You can

16     answer.

17     A    Afterwards.

18 BY MR. CALLAHAN:

19     Q    During the events.

20     A    During the events, no.

21     Q    Okay. And Mr. DeGraw never utilized the

22 weapon, did he, in any way?

23     A    I'm not sure. I didn't see him initially.

24     Q    Not that you know?

25     A    Not that I know of, correct.

1    Q   Right.  And do you know anything at all about

2  the weapon?

3    A   When I did initially see it, it appeared to be

4  like a 1911-style weapon.

5    Q   Did -- skip that.

6    I have Exhibit 20 in front of you.  You had it

7  previously.  It's from your training academy test.

8    MR. ROZELLE:  Object to form.

9  BY MR. CALLAHAN:

10    Q   Do you recognize Exhibit 20?

11    A   Yes.

12    Q   Tell me what the first part of it is.

13    A   The test portion.

14    Q   Of what?

15    A   Of the Taser training.

16    Q   And where did it come from?

17    A   Where did the test come from?

18    Q   Yeah, is it -- where did you take the test?

19  In connection with what?

20    A   Oh, in-service training.  Sorry.

21    Q   Okay.  And attached to that test is

22  information which is labeled, Instructor and User

23  Warnings, Risks, et cetera.  Do you recognize that?

24    A   Yes.

25    Q   Okay.  Let me go through a few things with you

1   about this.  On the first page of the Instructor and

2   User Warnings Risk & Release bulletin attached to your

3   test, in the left-hand column on the first page mid way

4   through, it states, "Even though the subject may be

5   affected by a CEW in one part of his body, the subject

6   may maintain full muscle control of other portions of

7   his body.  Control and restrain the subject as soon as

8   possible and be prepared in case the subject is not

9   fully incapacitated."

10          Were you aware of that prior to dealing with

11  Mr. DeGraw?

12     A    Yes.  But, with that, it's also when it's safe

13  to do so as well.  So in situations where the Taser is

14  actively discharged, we may be in contact with that

15  discharge, so we do it when it's safe to do so.

16     Q    This instructor and user warning sheet appears

17  to be the same subject matter as the test.  Did you

18  study this in the -- in your training before taking the

19  test?

20     A    We review --

21          MR. ROZELLE:  Objection to form.

22     A    Yeah, we review it.

23  BY MR. CALLAHAN:

24     Q    Okay.  Let's go to Page 2 of the materials.

25     A    Of the form or the test?

1      Q    No, the form, the materials that you reviewed

2    prior to the test.  On the bottom of the left-hand

3    column there's an entitlement that says, "Physiologic

4    and Metabolic Effects."  Do you see that?

5      A    Yes.

6      Q    It says, CEW -- and, again, just for the

7    record, CEW, when we're referring to that, means what?

8      A    Controlled -- let's see, conducted electrical

9    weapon.

10     Q    Okay.  It's another phrase that's used for

11   Taser?

12     A    Yes.

13     Q    Okay.  "CEW use causes physiologic and/or

14   metabolic effects that may increase the risk of death

15   or serious injury."  Do you recognize that sentence,

16   bottom of the left-hand column?

17     A    Yes.

18     Q    These effects include heart rate and rhythm,

19   and continuing, some individuals may be particularly

20   susceptible to the effects of CEW use.  Were you aware

21   of that prior to dealing with Mr. DeGraw?

22         MR. ROZELLE:  Just objection to the form.  You

23     can answer.

24     A    Yes.

25   BY MR. CALLAHAN:

1     Q    And you were aware of that information prior

2   to taking this test?

3     A    Yes.

4     Q    There's another section under "Stress and

5   pain" that states, "CEW use, anticipation of use, and

6   response to that use can cause startle, panic, fear,

7   anger, rage, temporary discomfort, pain and stress,

8   which may be injurious or fatal to some people."

9     A    I see that.

10    Q    Do you see that?

11    A    Uh-huh.

12    Q    Was that something that you reviewed prior to

13   taking your test?

14    A    Yes.

15    Q    And was that something that you were aware of

16   prior to dealing with Mr. DeGraw?

17    A    Yes.

18    Q    The next section under minimizing the number

19   in duration of exposure states, "Reassess the subject's

20   behavior, reaction and resistance before initiating or

21   continuing the exposure.  If a CEW deployment is

22   ineffective in incapacitating a subject or achieving

23   compliance, consider alterative control measures in

24   conjunction with or separate from the CEW."  Do you

25   recognize that?

1     A     Uh-huh.

2     Q     And was that part of the materials that you

3 reviewed prior to taking your Taser test?

4     A     Yes.

5     Q     And were you aware of that prior to dealing

6 with Mr. DeGraw?

7     A     Yes.

8     Q     The next section states, under Control and

9 Retrain Immediately, "Begin control and restraint

10 procedures, including during the CEW exposure (cuffing

11 under power) as soon as reasonably safe and practical

12 to minimize CEW cumulative effects and the total

13 duration of exertion and stress experienced by the

14 subject."  Is that part of the materials you reviewed

15 for your test?

16     A     Yes.

17     Q     And were you aware of that prior to dealing

18 with Mr. DeGraw?

19     A     Yes.

20     Q     And, finally, under "Cardiac capture, CEW

21 exposure in the chest area near the heart has a low

22 probability of inducing extra heartbeats.  In rare

23 circumstance, cardiac capture could lead to cardiac

24 arrest.  When possible, avoid targeting the frontal

25 chest area and near the heart to reduce the risk of

1   potential serious injury or death.  Preferred target

2   areas are below the neck, for back shots, and lower

3   center mass, below the chest, for front shots.  The

4   preferred target area increase dart-to-heart distance

5   and reduce cardiac risks."

6           Do you know what dart-to-heart distance means?

7       A    No.

8       Q    The Sheriff's Office manual that was produced

9   dealing with Taser training states in one of the

10  headings, Experts have identified dart-to-heart

11  distances being a key determining factor whether an ECD

12  can affect the heart.  The further an ECD dart is away

13  from the heart, the lower the risk of affecting the

14  heart."  Are you --

15          MR. ROZELLE:  I'm sorry.  Objection.  And you

16      said the Sheriff's Office manual?

17          MR. CALLAHAN:  Training materials.

18          MR. ROZELLE:  You said the Sheriff's Office

19      manual.

20          MR. CALLAHAN:  I'm sorry.  It's the training

21      materials from Pinellas County Sheriff's Office

22      Taser training.

23          MR. ROZELLE:  Objection to the form.  You can

24      answer.

25      A    Are you asking the dart-to-heart -- the

1   physical placement of where the dart is to the heart?

2   BY MR. CALLAHAN:

3       Q    That's what it appears to say, yeah.

4       A    Okay.  I didn't know specifically what you

5   were asking.

6       Q    I read that to better inform of you of what

7   the phrase meant.

8       A    You were giving the definition, correct.

9            MR. ROZELLE:  And just objection to form.  And

10       the document that's being read from isn't before the

11       witness and counsel, and, with that, you can answer.

12  BY MR. CALLAHAN:

13      Q    Let me ask it again.  Do you have an

14  understanding of what that phrase means now,

15  dart-to-heart?

16      A    Yes.

17      Q    And did you have an understanding prior to

18  dealing with Mr. DeGraw that the closer a dart is to

19  the heart, the higher risk it might be of affecting the

20  subject's heart?

21      A    Yes.

22      Q    Okay.  And were you aware of other materials

23  that I just read to you from the attachment to your

24  test prior to you taking the test, and did you review

25  them prior to taking the test?

1      A      Yes.

2            MR. ROZELLE:  Objection to form.

3      BY MR. CALLAHAN:

4      Q      And were you aware of these materials that I

5      just read to you prior to dealing with Mr. DeGraw?

6            MR. ROZELLE:  Objection.  The materials

7         that --

8            MR. CALLAHAN:  That I recited just prior to --

9            MR. ROZELLE:  But they aren't an exhibit, and

10        I just want to make sure we're talking about what

11        you just read from and what's in Exhibit 20.

12            MR. CALLAHAN:  Yes, I'm referring to

13        Exhibit 20, that I just read to him.

14      A      The definition or --

15      BY MR. CALLAHAN:

16      Q      Yes, I read you three definitions a moment

17      ago, and one of those contained a dart-to-heart phrase.

18      We diverted for a minute.  And now I'm going back to

19      the materials in Exhibit 20 and simply ask you, were

20      you aware -- did you review these prior to taking the

21      test?

22      A      Yes.

23      Q      And were you aware of these prior to dealing

24      with Mr. DeGraw?

25      A      Yes.

1    Q    All right.

2         MR. CALLAHAN:  Sorry for the lack of

3    predicate.

4  BY MR. CALLAHAN:

5    Q    So, Deputy Martinez, your test -- you got

6  100 percent, all the answers right.  And so let me

7  review just a few of those answers.

8    A    All right.

9    Q    Question 2 said, In deploying a CEW, the

10 officer should -- and you correctly answered -- use the

11 least number of CEW discharges to accomplish lawful

12 objectives.  Do you agree with that still?

13   A    Yes, sir.

14   Q    No. 3 said, "Target areas of the body to be

15 avoided are the chest area near the heart."  You got

16 that one, correct, all of the above?  Do you still

17 agree with that?

18   A    Yes.

19   Q    And you were aware of that prior to dealing

20 with Mr. DeGraw?

21   A    Yes.

22   Q    True or false for No. 5, "As with use of

23 force, the longer the CEW exposure the greater the

24 potential cumulative physiologic effects or metabolic

25 effects."  That's No. 5.  Do agree with that still?

1     A    Yes.

2     Q    And, 6, "Officer should attempt to minimize

3 the total cumulative CEW exposure duration by using the

4 window of opportunity and cuffing under power,

5 observing the person during breaks in the CEW

6 exposure."  Do you agree with that still?

7     A    Correct, yes.

8     Q    And, "The risks or probability of a CEW

9 causing or contributing to a person's cardiac arrest is

10 very low."  Do agree with that?

11    A    Yes.

12    Q    And, No. 9, "We must consider the risk of

13 bodily harm that the officer's action impose to the

14 person in light of the person's threat to the public

15 that the officer was trying to eliminate."

16         MR. ROZELLE:  I'm sorry.  Where are you?

17         MR. CALLAHAN:  No. 9.

18    A    My No. 9 says something different.

19         MR. ROZELLE:  No, that's not what this says.

20    A    No. 9 shows under the the 4th Amendment --

21 BY MR. CALLAHAN:

22    Q    Okay.  And No. 12 -- let me rephrase that.

23 I'll skip 9.  I misread it.  I apologize.

24    A    Do we have the same document?

25    Q    Yes, we do.

1      A    Okay.

2      Q    No. 12, "Experts have identified the following

3    key factors related to CEW cardiac arrest."  You

4    answered "Dart-to-heart distance."  Do you see that?

5      A    Yes.

6      Q    Do you still agree with that?

7      A    Yes.

8      Q    Do you have a clearer understanding now of

9    what dart-to-heart is?

10     A    Yeah.  The terminology, yes.

11     Q    Okay.  You understood it when you took the

12   test?

13     A    I did, yeah.

14     Q    Okay.  And, No. 13, "As with any use of force,

15   tool or technique used by an officer, any use of force

16   has the risk of death or serious bodily harm."

17          Got that?

18     A    Uh-huh.

19          MR. ROZELLE:  Where are you?  I'm sorry.

20          MR. CALLAHAN:  13.

21          MR. ROZELLE:  13 is --

22          THE WITNESS:  No, that's different.

23          MR. ROZELLE:  "E, all of the above."

24     A    It's "As with any use of force, tool or

25   techniques used by any officer," the answer is "E, all

1    the above."

2    BY MR. CALLAHAN:

3       Q    Got that.  I'm reading the all of the above to

4    you.

5       A    Oh, the answers.

6       Q    "Any use of force has a serious risk of death

7    or serious bodily harm; the lower the number of forced

8    applications to accomplish lawful objectives, the

9    better; nothing works 100 percent of the time and

10   contingencies should be considered; and the use of

11   force must be compliance with appropriate legal policy

12   and training directives, standards and requirements."

13        So you said all those things were true and the

14   correct answer?

15      A    Yes.

16      Q    Factors -- No. 14 -- courts may consider in

17   determining the reasonableness of an officer's use of

18   force include, but are not limited to, the availability

19   of less injurious alterative methods; what officers

20   knew about the person's health, mental condition, and

21   other relevant frailties; whether officers warned the

22   person that a certain type of force was about to be

23   used.  And you wrote all the above and --

24        MR. ROZELLE:  I'm just going to object to it

25     not being read in its entirety, but, with that, you

1    can answer.

2        MR. CALLAHAN:  I'm sorry.  I didn't mean to

3    leave any out.  What did I leave out?

4        MR. ROZELLE:  The entirety of it wasn't --

5  BY MR. CALLAHAN:

6    Q    Let me reread it to you then.  I'm sorry.

7        "The availability of less injurious

8  alternative methods of capturing, controlling,

9  restraining or subduing a person."  You wrote "All of

10  the above," and you were correct.  Do you still agree

11  with that?

12    A    Yes, sir.

13    Q    All right.  And, finally, 15, "If a person is

14  not an immediate threat or flight risk from a serious

15  event, then courts have stated that a CEW should not be

16  used when the person is passively resisting; when a

17  person is actually perceived to be mentally ill;

18  without the officer first attempting to use negotiation

19  commands or physical skills."

20        You said, "All the above," and you were

21  correct.  Do you still agree with that?

22    A    Yes, sir.

23    Q    Okay.  I'm through with Exhibit 20.

24        When you first saw Deputy Goepfert when you

25  went to the top of the stairs -- when you first saw

1   Deputy Goepfert when you went to the top of the stairs,

2   where was he standing?

3       A    By the doorway.

4       Q    Was he in the doorway?

5       A    No, outside of the doorway.

6       Q    And was he in the doorway or outside of the

7   doorway?

8       A    Outside of the doorway.

9       Q    Did he step into the doorway?

10      A    No.

11      Q    Never?

12      A    Not that I recall.

13           MR. ROZELLE:  Hang on.  Just for clarity, like

14      ever during the course of the events or ever?  When?

15           MR. CALLAHAN:  Ever means ever.

16      A    Okay.  You have to be specific here.  Are you

17  asking, initially, when I -- you asked if when I

18  initially went up the stairway was he in the doorway,

19  and I said no.  But, obviously, he was in the room

20  when -- during the course of it.

21      Q    Okay.  Did he step into the doorway at some

22  point?

23      A    Yes.

24      Q    And did he stay -- remain standing in the

25  doorway during his dealings -- his initial dealings

1    with Mr. DeGraw?

2           MR. ROZELLE:  Object to form.  You can answer.

3      A    So what period of time are you speaking, so

4    we're all clear?  Are you saying --

5    BY MR. CALLAHAN:

6      Q    Prior to the Taser events.

7      A    He was outside of the doorway.

8      Q    All right.  And did he remain outside of the

9    doorway?

10     A    Yes.

11          MR. ROZELLE:  And, again, during what time

12       period?

13          MR. CALLAHAN:  We said that.  It was part of

14       the question.  We said prior to the Taser events.

15          THE WITNESS:  Prior to the actual deployment.

16          MR. ROZELLE:  Got you.

17   BY MR. CALLAHAN:

18     Q    Where was the bed in relation to where he was

19   standing just outside the doorway?

20     A    I didn't see.

21     Q    But you later were in the room, so you're

22   familiar with it.  Was it straight ahead, to the left,

23   or to the right?

24     A    It was to the left.

25     Q    Okay.  So the head of the bed would have been

1    on the wall to the left of where Deputy Goepfert was

2    standing just outside the doorway?

3         A    Correct.

4         Q    And the foot of the bed would have been

5    directly in front of him?

6         A    Correct.

7         Q    And the wall where the ladder was standing

8    would have been to his right?

9         A    Correct.

10        Q    And the small bed stand would have been to his

11   left over by the left-hand wall?

12        A    Correct.

13        Q    All right.  Who removed the small dresser?

14        A    I don't recall.

15        Q    Who removed the ladder?

16        A    I don't recall.

17        Q    The ladder and small dresser that were

18   removed, were they done before or after the Tasering

19   events?

20        A    Honestly, I don't remember.

21        Q    Okay.  During the period that Deputy Goepfert

22   was talking him to while standing outside of the

23   doorway, did you ever see anything inside the

24   room?  Were you able to from your --

25        A    No.

1     Q    Vantage point?

2     A    No.

3     Q    I take it you were up against the wall on

4 landing?

5     A    Uh-huh.

6     Q    Okay.  There was a comment you made that I

7 didn't understand from the text that I would like to

8 ask you about.  It dealt with the cuffing event.  And

9 this is Tobeck interviewing you after the event -- and

10 we're talking about the cuffing event -- and you said,

11 "I finally get it cuffed.  It was in a weird position."

12 What did you mean by that?  His hand was in a weird

13 position?  The cuffs were?  Can you explain what --

14     MR. ROZELLE:  Object to the form of the

15    question of whatever is being read from and the

16    context for him to answer.

17     MR. CALLAHAN:  Yeah, I don't understand the

18    context.  That's what I'm asking.

19 BY MR. CALLAHAN:

20     Q    Do you have a recollection of saying that?

21     A    I think I do.  And what it seems -- after we

22 cuffed him, the cuffs and his hand were in a weird

23 position because he was resisting.  So it wouldn't have

24 been in a normal fashion, just behind your back in the

25 proper manner.

1  Q  I understand.

2  A  We cuffed as good as we possibly --

3  Q  Was he uncuffed and then re-cuffed to get it

4 right?

5  A  No.

6  Q  It was just left that way?

7  A  No. He was uncuffed when fire rescue arrived

8 so --

9  Q  No. I understand eventually he was, but the

10 weird position that his hand was in or the cuffs were

11 in remained that way until he was uncuffed from the

12 EMTs?

13  A  Yes. Because we initially cuffed him just to

14 get the restraints on.

15  Q  I think I understand now.

16  A  And then we evaluate once that's done.

17  Q  I understand. Okay. So you were asked,

18 again, by Tobeck when he interviewing you, about the

19 Taser event to some extent, and in the middle of Page 5

20 you state, "And kinda moving toward it, so it's

21 like -- it felt like it -- it was working somewhat, but

22 he's still kinda fighting it. Then, as he's fighting

23 it, he's still moving forward, but he's kind of bumping

24 into things in the room. And at some point he falls,

25 like falls into a ladder, or a stepladder, that was

1    there."

2         Let me stop you at that point.

3         MR. ROZELLE:  Objection.  Is it Page 5?  And

4     can we show the witness what we're looking at here?

5         MR. CALLAHAN:  I'm sorry.  You have it right

6     in front of you.  I meant for you to look at --

7         MR. ROZELLE:  Yeah.  I don't think it's --

8         MR. CALLAHAN:  It's your interview, No. 8.

9         MR. ROZELLE:  Let's see if we can find it

10    here.

11        MR. CALLAHAN:  I apologize.  I thought you had

12    it there.

13   BY MR. CALLAHAN:

14    Q    Take a look at Page 5 there.

15    A    Okay.  I see where you're reading.

16    Q    Okay.  My recollection, sir, was that you had

17   some uncertainty just a little while ago about the

18   table and the stepladder.  So this is your statement.

19   I would like you to review it, and we can talk about

20   it.  Let me know when you're through reading it.

21    A    Okay.

22    Q    Now, does that refresh your recollection about

23   the ladder?  And can you tell me when Mr. Goepfert fell

24   into the ladder?

25    A    Mr. Goepfert?

1      Q     I'm sorry.  I keep saying -- Mr. DeGraw.

2      A     It appears after the initial tase.

3      Q     And did you recall now whether you were

4    involved in moving the table or the ladder out of the

5    room?

6      A     I recall that it was moved.  I don't recall

7    actually moving it.

8      Q     It could have been you or Street?

9      A     It could have been.

10     Q     Okay.  And you stated you did that to clear

11   some space in the floor, to get the ladder out of

12   there?

13     A     Yeah.  Depends on who moved it, it was to

14   clear space, yes.

15     Q     Okay.  And you go on about holding your gun

16   and so forth.  I want to ask you one other thing about

17   that page, and that's -- just below that you were asked

18   by the interviewer how close was he, meaning

19   Mr. DeGraw, to Deputy Goepfert when he Tased him.  Do

20   you see that, just below the full paragraph there?

21     A     Yes.

22     Q     And you say, "Gonna say he was probably from

23   where we are now."

24           "So what?  Three feet?"

25           And you say, "Approximately four feet."

1          "Four feet," is the question they're asking

2    you again, and you say, "Two or three feet maybe."

3          Got that?

4     A    Yes.

5     Q    Does that conform to your recollection of how

6    far he was away when he Tasered him?

7     A    Well, at this point I'm -- you can tell I'm

8    guesstimating feet, because obviously when he initially

9    Tased him, I wasn't -- I didn't see the tase.  I was

10   behind the wall.

11    Q    Okay.

12    A    So that's an assumption.

13    Q    So is that estimate or assumption the best

14   you've got?

15    A    Yeah, that's my assumption.

16    Q    Okay.

17    A    I didn't see it.

18    Q    Okay.  You're asked on the next page, "So he

19   fell towards the wall on the east side?"  And you said,

20   "Correct."

21          "All right.  How did he land?"

22          "On his butt?"

23          "And he kinda -- he kinda like hit the -- hit

24   the ladder, 'cause I noticed the ladder shaking when he

25   hit -- when he landed on it."

1      Got that?

2      A    Uh-huh.

3      Q    So did you see him fall into the ladder and

4  fall on his butt?

5      A    Yes.  After the initial Tase, yeah.

6      Q    Okay.  And that was in the initial Tasing

7  event?

8      A    Uh-huh.

9      Q    Okay.  And then you describe, down at the

10 bottom, the bracing as trying to fight the Taser

11 probes.  And tell me what you're describing there.  How

12 was he trying to fight the Taser probes?

13     A    He's basically bracing -- the Taser

14 itself -- he's holding onto his side, fighting, and

15 trying to get up, but he can't, because he's -- this is

16 after the initial Tase.

17     Q    Is that the best way you can describe it?

18     A    Yes, to my recollection.

19     Q    Okay.  And then you were asked by the

20 interviewer, "Okay.  When he was getting up, was he

21 getting up like, I'm going to get you, or was he just

22 trying to get up?"

23          And you said, "No, he was just trying to get

24 up."

25          Do you stand by that?

1    A    Yes.

2    Q    Okay.  Can you tell me what you and Goepfert

3  were trying to accomplish when you went up to the room

4  to confront Mr. DeGraw?

5         MR. ROZELLE:  Objection to form.  You can

6    answer.

7    A    Just to make sure the scene was safe for the

8  fire department so they could come in and take care of

9  anything that was going on.

10  BY MR. CALLAHAN:

11    Q    When you first got up there, from what you

12  heard, where was Mr. DeGraw?

13    A    Deputy Goepfert advised he was on the bed.

14    Q    Just laying on the bed?

15    A    Correct.

16    Q    And did he comply when Deputy Goepfert asked

17  him to sit up?

18    A    I don't remember him asking him to stand up so

19  I --

20    Q    Sit up.

21    A    I don't remember.  I don't recall.

22    Q    Do you remember the -- any sequence at all

23  where Goepfert had him sitting on the bed?

24    A    I don't recall.  The only thing I remember is

25  Deputy Goepfert advising that his hands were going

1    towards the pillow.

2        Q    Do you have any recollection at all of

3    Deputy Goepfert having him stand up?

4        A    I don't recall.

5        Q    Any recollection of all of Deputy Goepfert

6    having him sit on the bed again?

7             MR. ROZELLE:  Object to form.  You can answer.

8        A    No, I don't recall.  I'm not saying it didn't

9    happen.  I just don't recall.  I just don't remember.

10   BY MR. CALLAHAN:

11       Q    And did you have any recollection at all of

12   Deputy Goepfert giving him any other instructions about

13   where he wanted him to stand or be in the room?

14       A    The only thing that I heard Deputy Goepfert

15   advising was for him to stay where he was and do not

16   approach any further.

17       Q    But, as to these other events, you have no

18   recollection?

19       A    I don't recall, no.

20       Q    Okay.  On Page 10 you were asked by the

21   interviewer, "Let's hit on that.  What was the purpose

22   of moving all that stuff out?"  It's in the middle of

23   the page on 10.

24       A    Uh-huh.

25       Q    And your answer was, "Because he was on

1    the -- he was sitting down, and there was no space for

2    him to lay.  I mean, if we were gonna go in there.  So

3    we moved this table out of there.  There's a side table

4    to the south.  We moved that out of the way, pushed it

5    in the hallway, and then we saw like little scissors

6    and stuff and pushed that out of the way just to give

7    space.  The ladder -- took the ladder out just to give

8    space.  We were gonna -- like, he's going to lay prone,

9    we're gonna cuff him and have no space to do that."

10           Do you recall saying that?

11       A    Uh-huh.

12       Q    Do you still agree with all that?

13       A    Yes.

14       Q    Okay.  Did you ask Mrs. DeGraw about

15   Mr. DeGraw's medications before you went upstairs?

16       A    No, I did not.

17       Q    Deputy Stovall was interviewed and he

18   described having a conversation with one of the

19   deputies who was there.  I would like to determine if

20   it was you.

21           MR. ROZELLE:  Hang on.  Objection.  Who's

22       Stovall?

23           THE WITNESS:  I'm not sure who that is.

24           MR. ROZELLE:  Deputy Stovall?

25           MR. CALLAHAN:  I'm sorry.  Lieutenant Stovall.

1          MR. ROZELLE:  Can you say it again?

2     BY MR. CALLAHAN:

3          Q    Let me re-ask the question so we'll get it

4     right.  Lieutenant Stovall --

5          A    I don't know who that is.

6          MR. ROZELLE:  Yeah.  Just for our record, and

7          maybe to clear the confusion, it's not a member of

8          the Pinellas County Sheriff's Office.

9     BY MR. CALLAHAN:

10         Q    It's the fire department.

11         A    I still don't know who that is.

12         Q    Okay.  Let me ask it again to clarify it

13    completely for you.

14         MR. ROZELLE:  And where are we in the

15         documents?

16         MR. CALLAHAN:  We're on Page 5 of Stovall's --

17         MR. ROZELLE:  What supplement --

18         MR. CALLAHAN:  That would be 23.

19         MR. ROZELLE:  There it is.

20         A    Are we going back to mine or stick to 23?

21    BY MR. CALLAHAN:

22         Q    It's on Page 5, and I just have one thing I

23    would like to ask you about from this statement.

24         A    Sure.

25         Q    He describes having a conversation with one of

1  the deputies -- he being Lieutenant Stovall from the

2  fire department -- when he arrived on the scene.  And

3  one of the things that he says there is he had -- it

4  says hair, and he described it as kind of

5  salt-and-pepper with kind of squared off hairline.

6  　　　　　　MR. ROZELLE:  I'm sorry.  Where are you?

7  　　　　　　MR. CALLAHAN:  Page 5.

8  　　　　　　MR. ROZELLE:  Where?

9  　　　　　　MR. CALLAHAN:  The top.

10  BY MR. CALLAHAN:

11  　　Q　　It starts with, "Lieutenant, did you speak to

12  any of the deputies who were there -- "

13  　　　　　　MR. ROZELLE:  Got you.

14  BY MR. CALLAHAN:

15  　　Q　　"Do you know who?"

16  　　　　　　"The deputy in the hallway.  I have no idea

17  what his name is."

18  　　　　　　"What did he look like?"

19  　　　　　　"I would say medium build, five six or seven,

20  dark skin."

21  　　　　　　"Do you know what color his hair was?"

22  　　　　　　"Kind of salt and pepper, black and grey I

23  believe.  He had kind of squared off hairline."

24  　　　　　　Okay.  Deputy, that would be a description of

25  you, rather than Goepfert, wouldn't it?

1      A     Yes.

2            MR. ROZELLE:  Objection to form.  You can

3      answer.

4  BY MR. CALLAHAN:

5      Q     Now, do you have any recollection of talking

6  to Lieutenant Stovall?

7      A     I do not.

8      Q     He states down here -- I just want to ask you

9  just one thing.

10     A     Uh-huh.

11     Q     He states here that he asked you what went on

12 up there, and the response is, "So, yeah, the deputy

13 put his hands over his head and said like 'rraah',"

14 describing Mr. DeGraw.

15           Do you recall saying that Stovall?

16     A     I do not.

17     Q     Okay.  Do you know what that means?

18     A     It sounds like --

19           MR. ROZELLE:  Object to form.  You can answer.

20     A     And, again, just reading the statement, it

21 sounds like I was describing the screaming, yelling.

22 BY MR. CALLAHAN:

23     Q     Do you have any recollection of describing

24 DeGraw with your hands over your head?

25     A     I do not.

1    Q    Okay.  Thank you.

2         MR. CALLAHAN:  Thank you, Deputy.  I

3    appreciate it very much.

4         MR. ROZELLE:  I will have some questions for

5    him.  Let's go off the record for a minute.

6         MR. CALLAHAN:  Sure.

7         (Discussion had off the record.)

8         (At which a lunch recess was had.)

9         MR. ROZELLE:  Back on the record.

10                       CROSS-EXAMINATION

11   BY MR. ROZELLE:

12        Q    Deputy Martinez, just for our record,

13   Paul Rozelle, counsel to Deputy Goepfert and the

14   Pinellas County Sheriff, Bob Gualtieri, and I have some

15   questions for you to follow up on the testimony that

16   you gave in this case this morning regarding your

17   involvement in the incident at the DeGraw residence.

18   Let me start by asking you this:  How is it that you

19   came to be on this call for service?

20        A    The call came out.  I was running reports, and

21   I noticed that the FD was staging, and I -- so, as they

22   staged, Deputy Goepfert checked enroute, and I went to

23   back him up.

24        Q    How is that you noticed they were staging?

25        A    It was on the call notes.

1    Q    And tell me how is that you became aware of

2    that?  How are you looking at call notes?

3    A    I was reviewing it from the cab.

4    Q    Is that just something you routinely do while

5    you're in service?

6    A    Yes.  If a call comes out, I review the call

7    to make sure -- if it's anything of a serious nature.

8    And, as I saw it was a medical call, but that the

9    deputy was staging at this point.  If figured

10   Deputy Goepfert needed backup.

11   Q    Okay.  And, by medical call, what do you mean?

12   A    To assist other agency.  So it was a call that

13   was made for the fire department, and they requested

14   our presence, because had -- because they wanted us to

15   make it safe before entering.

16   Q    Who was it that requested the presence of

17   Pinellas County deputies on the scene?

18   A    The fire department.

19   Q    And that's something you could tell from call

20   notes?

21   A    Correct.  Because the call -- either the call

22   came from them, and then they asked for our assistance.

23   Q    So it's a call of a medical nature that comes

24   in to the sheriff's office from fire rescue?

25   A    Correct.

1    Q    When you are seeing this call come in from the

2  information you had at that time, were you aware of the

3  nature of the call, what kind of medical call it was?

4    A    No.

5    Q    Did you have any information other than it was

6  a fire rescue call, need deputies on the scene to

7  assist with whatever their call was?

8    A    No.

9    Q    Okay.  You testified you saw that

10  Deputy Goepfert had -- let me ask you do you know how

11  it is that he came to be on the call?  Did he

12  self-assign?

13    A    He was assigned.

14    Q    He was assigned?

15    A    Yes.

16    Q    Okay.  So he's going because he's assigned to

17  the call?

18    A    Uh-huh.

19    Q    And you were aware of that?

20    A    Yes.

21    Q    And so why did you assign?

22    A    To back him up.

23    Q    And let me just clarify that.  Were you

24  assigned also, or did you self-assign?

25    A    I self-assigned.

1      Q    For the purpose of backing him up?

2      A    Yes.

3      Q    And why did you do that?

4      A    Because it wasn't an abnormal medical call.

5 It was -- it was something that -- any time they stage,

6 it's because they don't feel -- they don't deem it safe

7 to enter the residence.

8      Q    Okay.  So that's what staging means, is

9 they're going -- well, explain to me -- what is

10 staging?

11     A    So staging is basically -- they'll stay maybe

12 a block or two from the residence because they don't

13 want -- they don't deem it safe to enter the residence

14 until we clear it for them.

15     Q    So what happens next?

16     A    So we both arrive around the same time on

17 scene.  As we get out of the vehicle, we approach the

18 residence, and Mrs. DeGraw opens the door.  She sees us

19 coming.  She sees us coming, and she advises that her

20 husband may be suffering from a seizure and that he has

21 PTSD.

22       Deputy Goepfert begins to walk upstairs, as I

23 continued to talk to Mrs. DeGraw.  Mrs. DeGraw mentions

24 that FD was out there earlier in the morning, but

25 doesn't get into specifics.  When she mentions PTSD, I

1  ask Mrs. DeGraw if there's any weapons in the area.

2  She says there's weapons throughout.  And I asked

3  specifically where are they, and she's like, there

4  should be weapons in the room, and he typically has a

5  weapon under his pillow.

6      Q    Okay.  I'm going to stop you there.  I'm going

7  to back you up, and we'll step through this a little

8  bit.  Is -- let me do this way --

9          MR. ROZELLE:  We're going to mark two exhibits

10         here.  We'll just go ahead and do that for

11         housekeeping.  The first, for our record -- and what

12         are we on?  22?  Is that our next sequential number?

13         THE COURT REPORTER:  Yes.

14         MR. ROZELLE:  We'll use the same numbering set

15         and just move forward.  So let's mark -- Exhibit 22

16         to your deposition is -- I will represent it's a CD

17         that is Bates No. PCSO 001031, and I'll represent

18         this is COBAN that was taken from Deputy Robert

19         Keith Baldwin's vehicle that he was assigned that

20         day.  And, just for housekeeping, we'll also mark

21         Exhibit 23 to your deposition, which is Bates No.

22         PCSO 001032, which I will represent is the radio

23         traffic from Patrol 4.

24         (Exhibit Nos. 22 and 23 were marked for

25         identification.)

1    BY MR. ROZELLE:

2        Q    And, Deputy Martinez, what I want to do with

3    you --

4            MR. ROZELLE:  And, Counsel, you're absolutely

5            invited to come along and stand behind this, or we

6            can try to orient the screen so that you can see

7            what I'm looking at.  And I'll just tell you what

8            I'm doing here so we can do it efficiently.  We're

9            going to take a look at Exhibit 22, the COBAN, and

10           I'm going to hit play on it and pause just so that I

11           can identify for the record what this is.

12   BY MR. ROZELLE:

13       Q    And, Deputy, you're generally familiar with

14   our COBAN system?

15       A    Yes.

16       Q    Just tell us, in simple terms, what is it?

17       A    It's a recording system that's mounted to the

18   vehicle, basically a camera --

19       Q    All right.

20       A    -- with audio.

21       Q    And, again, without getting into great

22   details, generally speaking, how does it work?

23       A    You can -- if you reach 70 miles per hour, it

24   will activate, or, if you turn it manually, it will

25   activate.  And it will activate the camera and the

1  audio system.

2      Q    If you run lights and sirens, does it come up

3  automatically?

4      A    Yes.

5      Q    So there's certain events that trigger it to

6  come on?

7      A    Correct.

8      Q    And a deputy can also turn it on?

9      A    Correct, manually.

10     Q    And it can manually be turned off?

11     A    Correct.

12     Q    Okay.  And here I've paused -- let me back all

13  the way up to the first frame on Exhibit 22.  And I

14  understand on our record here nobody can see this.  So

15  can you just describe to me the screen we're looking

16  at, as far as what we see.  What's the information

17  contained on this first screen?

18     A    We have vehicle driving on a roadway with

19  miles per hour.  It looks like the deputy's payroll

20  number, the date and time.

21     Q    Okay.  So let me -- I'll walk you through it

22  here.  In the upper left-hand corner of the screen it

23  says -- do you see where it says "048 MPH"?  Do you see

24  that?

25     A    Yes, sir.

1      Q     What is that?

2      A     48 miles per hour.

3      Q     So that's the speed of the vehicle --

4      A     That's correct.

5      Q     -- at the time that this frame exists?

6      A     That's correct.

7      Q     All right.  57527, what's that?

8      A     That is the deputy's payroll number.

9      Q     So each deputy's COBAN has his or her assigned

10  payroll number?

11     A     That is correct.

12     Q     And it shows up in the the upper left-hand

13  corner?

14     A     Correct.

15     Q     All right.  Lower right-hand corner,

16  "September 07, 2016," do you see that?

17     A     Yes.

18     Q     And then below that, "04:06:13 p.m.," do you

19  see that?

20     A     Yes, sir.

21     Q     What's that?

22     A     That's the date and time it is occurring.

23     Q     Of this particular frame, for example?

24     A     Correct.

25     Q     So if we hit play -- and let me just do that

1  to illustrate here -- you see the time in the lower

2  right advancing?

3      A    Yes, sir.

4      Q    Okay.  So that's time of day?

5      A    Yes, sir.

6      Q    Let me pause here and ask you this:

7  That's -- tell me what your understanding is as far as

8  what is that clock -- do you know what that clock is

9  oriented to?  Like are they all the same?  Is

10  Deputy Smith's COBAN going to have the same time on it

11  as Deputy Jones'?

12      A    I'm not sure what they're oriented to, but

13  they should be the same.

14      Q    Okay.  I am going to do a couple of things.  I

15  will -- let me just pause here on a random screen so we

16  can illustrate some of the other information on here.

17  Deputy, I've paused this at 04:07:55 p.m. Do you see

18  that?

19      A    Uh-huh.

20      Q    There's other information that's come up in

21  the top center of the screen, do you see that?

22      A    Yes.

23      Q    What's that?

24      A    It looks like lights and mic pack were

25  activated.

1    Q    So there's an L.  What does that indicate?

2    A    Lights.

3    Q    That the deputy's light bar is on?

4    A    Correct.

5    Q    Okay.  And then it says "M1."  Do you see

6    that?

7    A    Yes.

8    Q    What's that mean?

9    A    That the mic is on, activated, the initial

10   mic.

11   Q    So, if I play this --

12        (Video played.)

13   BY MR. ROZELLE:

14   Q    -- and I pause it, we hear --

15   A    The audio.

16        MR. ROZELLE:  And Madam Court Reporter doesn't

17   need to record the audio here.

18   BY MR. ROZELLE:

19   Q    But there's -- the audio has come up because

20   the mic pack is on, is that right?

21   A    Correct.

22   Q    All right.  I had skipped this ahead to

23   the -- and the reason I got onto this now is -- here we

24   go.  I skipped this to 04:08:33 p.m.  And do you

25   recognize this street that you see in the field of view

1    here on this frame?

2        A    Yes.

3        Q    All right.  What do you recognize it to be?

4        A    I believe it's Gray Bark.  That's the street

5    that -- that it occurred.

6        Q    This is the street that the DeGraws live on?

7        A    Correct.

8        Q    Okay.  I'm going to hit play, and the question

9    that I want to ask you now -- and just tell me when to

10   stop when it's appropriate -- is do we see either your

11   vehicle or Deputy Goepfert's vehicle here?  And,

12   actually before we get to that, you both drove to the

13   the scene separately?

14       A    Yes, we did.

15       Q    All right.  But you arrived on scene, I think

16   you said, at about the same time?

17       A    Yes.

18       Q    Who got there first?

19       A    He did.

20       Q    How much behind him were you?

21       A    Not much.  I'm not sure of the timeframe but

22   maybe --

23       Q    Like seconds?

24       A    A few seconds, yeah.

25       Q    Did you see him pull up and arrive?

1      A     Yes.

2      Q     Okay.  And did you walk into the house

3  together?

4      A     Yes, we did.

5      Q     Okay.  So let's figure out if we can see where

6  you guys are parked here.  I'm going to hit play at

7  04:08:33.  Hang on.  And the computer didn't cooperate.

8  Let's try it again.

9      A     There's Deputy Goepfert's vehicle.

10         (Video played.)

11 BY MR. ROZELLE:

12     Q     All right.  Here we are.  I've paused this at

13 04:08:45.  Do you see that?

14     A     Uh-huh.

15     Q     Do you recognize any of the vehicles in this

16 frame?

17     A     Yeah.  The sheriff's office vehicle to the

18 left there is Deputy Goepfert's vehicle.

19     Q     So there's a marked Tahoe that's facing

20 opposite direction of travel as Deputy Baldwin?

21     A     Yes.

22     Q     Is that the vehicle you were referring to?

23     A     Yes, sir.

24     Q     And that belongs to Deputy Goepfert?

25     A     Yes, sir.

1      Q    Do you see the vehicle that you were driving

2    to the scene?

3      A    Not yet.

4      Q    Let me hit play.

5           (Video played.)

6    BY MR. ROZELLE:

7      Q    I'll hit pause here at 04:08:56.  Did we see

8    your vehicle?

9      A    Yes.

10     Q    All right.  Do we see it in the frame now at

11   56 seconds?

12     A    Yes.

13     Q    Is it the Tahoe that's just beyond the white

14   mailbox?

15     A    Yes.

16     Q    Okay.  Did you see the vehicle belonging to

17   Sergeant Charlie Street?

18     A    Yes.

19     Q    And let me back this up and see if we can find

20   that.

21          (Video played.)

22   BY MR. ROZELLE:

23     Q    I paused here at 04:08:48.  Do you see the

24   fire truck in the center of the frame?

25     A    I do.

1    Q    Okay.  And then, in front of that fire truck,

2    that was the vehicle that you had previously identified

3    as yours, right?

4    A    Correct.

5    Q    Do we see Sergeant Street's vehicle in this

6    frame?

7    A    We do, on the left-hand side.

8    Q    It's the -- which vehicle is it?

9    A    The white, unmarked Chevy Impala --

10   Chevy -- Crown Vic -- Ford Crown Victoria.  Sorry.

11   Q    All right.  So the Ford Crown Vic parked --

12   A    I think it's facing east.

13   Q    -- on the left-hand side of the road against

14   the flow of traffic?

15   A    Yes.

16   Q    That's Sergeant Street's?

17   A    Uh-huh, yes, sir.

18   Q    Okay.  And if I play here --

19        (Video played.)

20   BY MR. CALLAHAN:

21   Q    -- and pause it at 04:08:53, Deputy Baldwin is

22   parked at this point?

23   A    Yes.

24   Q    All right.  And the driveway that he parked in

25   front of, is that the driveway for the DeGraw

1  residence?  Can you tell?

2      A    Yes.

3      Q    Okay.  And, just to orient us -- and then

4  we're going to leave this video for a little bit -- is

5  when we see these events that we just took your

6  testimony about occur, you're inside the residence,

7  right?

8      A    Correct.

9      Q    We don't see you at all on this video?

10     A    Correct.

11     Q    All right.  We'll leave this here for a few

12  minutes.  So you and Deputy Goepfert arrive about the

13  same time and go you in the house together, right?

14     A    Yes.

15     Q    Is the door open or closed?

16     A    It's open, because she's opening it as we're

17  walking up towards the residence.  It's closed as we're

18  walking up, and she opens it while we're walking.

19     Q    You're approaching the house, and she opens

20  the door?

21     A    Correct.

22     Q    All right.  What is -- tell me what -- do you

23  say anything to her?

24     A    Deputy Goepfert asked her what's going on.

25     Q    That's the first thing that's communicated?

1      A     Yes.

2      Q     Before he asks that, does she say anything?

3      A     She opens the door.  She -- she opens the door

4   and says, "I think my husband is having a seizure."

5   Then Deputy Goepfert says, "What's going on?"  "I think

6   he has PTSD."  Deputy Goepfert goes upstairs, and I

7   continue to speak to her.

8      Q     All right.  Let's pause and break it down.

9   You guys are approaching the house and you see her open

10  the door, right?

11     A     Yes.

12     Q     Okay.  Are you still approaching when she

13  says, "I think my husband's having a seizure," or by

14  this time have you made it into the house?

15     A     We've already made it in the house.

16     Q     So you're inside the house and --

17     A     We're crossing the threshold coming inside the

18  house.

19     Q     So you're in the process of entering the house

20  through the front door?

21     A     Yes.

22     Q     And she says, "I think my husband is having a

23  seizure"?

24     A     Correct.

25     Q     Okay.  And then the next thing that happens is

1   Deputy Goepfert asks --

2       A    It's was within that timeframe.  So like,

3   "What's going on," and then she makes her statements.

4       Q    Okay.  So let me back it up here so I make

5   sure I understand.  Does she volunteer that before

6   anybody speaks to her, or does she say that in response

7   to being asked, "What's going on"?

8       A    In response to Deputy Goepfert, as we're

9   walking, "What's going on?"  And she's like I think my

10  husband is have a seizure.

11      Q    Gotcha.  Let me rewind it here, because I

12  apologize.  I'm slow at this.  I want to make sure I

13  got it accurately.  You guys approach the house

14  together?

15      A    She opens the door.

16      Q    She opens the door.

17      A    We're approaching --

18      Q    Let me ask this:  Who is the first person to

19  speak?

20      A    Deputy Goepfert.

21      Q    Deputy Goepfert.  What's he say?

22      A    "What's going on?"

23      Q    What does she say?

24      A    "I think my husband is having a seizure."

25      Q    As this conversation is occurring are you guys

1    continuing to enter the house and move into the house?

2        A    Yes.

3        Q    All right.  Does she say anything else?

4        A    "He has PTSD."

5        Q    Okay.  "I think my husband's having a seizure.

6    He has PTSD."  Does she say anything else?

7        A    That the FD had been there earlier that

8    morning.

9        Q    Okay.  Does she saying about FD being there,

10   other than they were there?

11       A    Other than earlier that morning, no.

12       Q    Right.  So they were there, and they were

13   there earlier that morning.  Did say what the call for

14   service was?

15       A    No.

16       Q    Does she say that Pinellas County Sheriffs

17   were out there also?

18       A    Yes.

19       Q    Or you guys were out here also, or words to

20   that effect?

21       A    Yes.

22       Q    And you guys were here too?  She said

23   something of that nature?

24       A    Yes, you guys were out as well.

25       Q    All right.  Does she say anything else that

1  you can remember?

2      A    After that, I asked her a question.

3      Q    Okay.  What did you ask her?

4      A    If there were any weapons upstairs.

5      Q    Is that the first thing you asked her?  On the

6  first occasion that you had to speak to her, that's

7  what you asked?

8      A    Yes.

9      Q    All right.  Does Deputy Goepfert have any

10  other conversations with her, other than, you know,

11  what's going on?

12      A    No.

13      Q    Okay.  And he proceeds directly upstairs?

14      A    Correct.

15      Q    And you -- do you stop and talk to her, or are

16  you guys all still moving?

17      A    No.  As he's proceeding up the stairs, I

18  stopped to talk to her right in the entry foyer area.

19      Q    So you come through the front door, and

20  there's an entryway, and the staircase is to the right

21  as you come through the front door, is that correct?

22      A    That's correct.

23      Q    All right.  And there's like a living room or

24  family room, sitting room, to the left, I believe?

25      A    Correct.

1    Q    Do you remember that?  All right.  So are you

2    in the living room or in the foyer?

3    A    Kind of in between -- in between there.

4    Q    Gotcha.  And you say, or ask, are there any

5    weapons in -- well, tell me what you asked.  What was

6    the question?

7    A    Are there any weapons in the house.

8    Q    In the house, okay.  What did she say?

9    A    She said there's weapons throughout, and then,

10   specifically, she mentions that there's weapons in the

11   room, and that he typically carries -- has a firearm

12   under his pillow.

13   Q    So she says there's weapons throughout the

14   house?

15   A    Uh-huh.

16   Q    She says there's weapons in the room?

17   A    Uh-huh.

18        MR. CALLAHAN:  Excuse me.  I'm going to object

19        to the form of your question.  You keep repeating

20        what the witness says.

21        MR. ROZELLE:  I'm trying to make sure I

22        understand, but your objection is noted.

23        MR. CALLAHAN:  Thanks.

24   BY MR. ROZELLE:

25   Q    And actually, Deputy, if I can ask you to

1  answer, you know, verbally, yes, no --

2      A    Yes.

3      Q    -- to help our court reporter out here.

4           All right.  I'm just making sure I understand

5  the words that you heard coming out of her mouth.  She

6  says there's weapons in the room?  Is that what she

7  said?

8      A    Yes.

9      Q    What did you understand that to mean?

10     A    There's weapons in the bedroom that he's

11 located in.

12     Q    So there's weapons in the same room he's in?

13     A    Correct.

14     Q    All right.  And what else did she say about

15 weapons?

16     A    He typically carries -- has a weapon under his

17 pillow.

18     Q    All right.  Do you have any other conversation

19 with her at that time when you initially made entry on

20 the scene?

21     A    No.

22     Q    What happens next?

23     A    I go upstairs -- up the stairway to make

24 contact with Deputy Goepfert.

25     Q    Okay.  In the meantime, is it your

1    understanding that Deputy Goepfert has already -- has

2    proceeded you up the stairs?

3        A    Yes.

4        Q    When you -- so you come up the stairs, and it

5    goes up one way and then there's a landing, and it

6    makes 180-degree turn and goes up the other, is that

7    correct?

8        A    Yes.

9        Q    All right.  When do you see -- you know, first

10   then reacquire Deputy Goepfert, start seeing him again?

11       A    As soon as I make that turn.

12       Q    So you make the turn on the landing?

13       A    And he is at the doorway towards the right of

14   the doorway there.

15       Q    So, if we're looking up the staircase, there's

16   a doorway that's more or less at the head of that

17   staircase?

18       A    Correct.  And he's towards the right of it.

19       Q    And I don't mean like immediately there's a

20   step then there's the doorway.  It's not like that,

21   right?

22       A    No, no.

23       Q    So there's the last step, and then there's

24   like a hallway running perpendicular to the staircase?

25       A    Yes, sir.

```
1        Q    Okay.  And then immediately on the other side

2   of that, across the hall, there's a door, is that

3   right?

4        A    Yes.

5        Q    And that was the room that Deputy Goepfert is

6   standing near, is that correct?

7        A    That's correct.

8        Q    And then where he's standing, I think you

9   said, is to the right side of that door?

10       A    Yes, sir.

11       Q    All right.  And he's outside the room?

12       A    Outside of the room.

13       Q    All right.  And that's where you first see

14  him?

15       A    Yes.

16       Q    What do you do?

17       A    I move to the left side of the door frame.  I

18  wait outside what we call the fatal funnel.

19       Q    So you go up the stairs, remain outside the

20  room, but you -- he's to the right, and you go to the

21  left?

22       A    Correct.

23       Q    What's the fatal funnel?

24       A    The fatal funnel anytime you -- any doorway or

25  hallway that you're standing in front of that you could
```

1  potentially be in an emergency situation where someone

2  could fire on you, shoot at you, and you would be in

3  the line of site and in the line of fire.

4       Q    Once you take your position on the left side

5  of the door, what do you do next?

6       A    I tell Deputy Goepfert what Mrs. DeGraw had

7  explained to me.

8       Q    Okay.  So what do you say to him exactly?

9       A    I advised that she advised that there could be

10  a Signal 0 under his pillow.

11       Q    And what's a Signal 0?

12       A    A gun, a weapon.

13       Q    A firearm?

14       A    Yes, sir.

15       Q    All right.  Does he acknowledge what you told

16  him in any way?

17       A    He does.  He shrugs his head.

18       Q    Nods up and down?

19       A    Yes, sir.

20       Q    So you understood him to hear you, and you

21  understood that he heard what you said?

22       A    Yes.

23       Q    And you understood, from his body language,

24  that he understood the meaning of what you said?

25       A    Yes, sir.

1    Q    All right.  Let me back up a little bit and

2  ask this:  Before you see Deputy Goepfert to the right

3  of the door at the top of the stairs, do you hear

4  anything?

5    A    I hear him speaking to Mr. DeGraw.

6    Q    Tell me what you hear.

7    A    I hear him say, "Hey, sir, Sheriff's Office.

8  We're here to come to check you out.  Is everything

9  okay?"

10    Q    Do you hear him say anything else?

11    A    Other than saying, "The Sheriff's Office.

12  We're here to check you out.  Is everything okay?"  And

13  then all I hear is Mr. DeGraw expressing the angry

14  yell.

15    Q    All right.  And this is the noise, the sound,

16  that you had testified to about this morning -- and I

17  have sympathy for on our court reporter here -- the

18  "rraah" sound?

19    A    Yes, yes.

20    Q    And so he makes that sound in response to

21  Deputy Goepfert asking or saying, Hey -- whatever it is

22  that he says?

23        MR. CALLAHAN:  Object to the form of the

24    question.

25    A    Yes.  And he responds -- any conversation with

1    Deputy Goepfert, he just responds with an angry yell.

2        Q    Okay.  At some point you make a radio

3    transmission, correct?

4        A    I do.

5        Q    What do you remember you said on the radio?

6        A    From my recollection, I remember getting on

7    the radio, advising that the subject is combative, and

8    we were initiating verbal commands.

9        Q    Why did you do that?

10       A    At that point, from what Deputy Goepfert

11   advised, is he stood up from the bed, and he continues

12   to walk towards him after Deputy Goepfert gave him

13   commands to stop, to remain in the room.

14       Q    Did you get on the radio before the Taser was

15   used?

16       A    Yes.

17       Q    Where were you when you made your radio

18   transmission?

19       A    To the left of the doorway, in the hallway

20   area.

21       Q    To the left of the door outside the fatal

22   funnel?

23       A    Correct.

24       Q    Basically --

25       A    I had no line of sight in the room.

1    Q    And I think -- if I understood your testimony

2    correctly -- and let me just make sure I do here, to

3    get us oriented -- is from your positioned, can you see

4    Deputy Goepfert?

5    A    I can.

6    Q    Can you see Mr. DeGraw?

7    A    I cannot.

8    Q    And exactly where is Deputy Goepfert when you

9    see him?

10   A    He is in the doorway, just outside.

11   Q    And to the right?

12   A    Yeah.  Well, he's positioned in the middle

13   right area.

14   Q    All right.  Which way is he facing,

15   Deputy Goepfert?

16   A    He's facing towards the west, would be the

17   left, kind of at an angle.

18   Q    So facing into the room and towards the

19   left --

20   A    Correct.

21   Q    -- using the left-right distinctions we've

22   been using here?

23   A    Yes.

24   Q    Okay.  Does Deputy Goepfert attempt to engage

25   Mr. DeGraw in conversation just this once?

1       A     No.  He had been talking to him the entire

2   time basically advising, you know, we're here for you,

3   relax, calm down.  At that point he advises me

4   that -- he advises me that he put his hand towards the

5   pillow, and then that's when I drew my weapon from the

6   holster.  He said, "Go lethal."  And then, at that

7   point, he advises he stands up.  He's standing up.  And

8   then I re-holster my weapon.  I pulled my Taser out

9   again.  And then Deputy Goepfert keeps verbalizing,

10  "Sir, calm down, relax, don't come -- don't step any

11  further."  I could see Deputy Goepfert start to move

12  backwards.  I still cannot see Mr. DeGraw, but I

13  can -- Deputy Goepfert is still verbalizing, "Sir,

14  please stay where you are, don't move any further," and

15  that's the conversation that I hear from him.

16      Q     Okay.  Let me break that down a little bit

17  with you.  At some point I understood that you had your

18  Taser out, is that right?

19      A     Yes, sir.

20      Q     When was that?  When you did you take the

21  Taser out of the holster?

22      A     Initially when Deputy Goepfert removed his

23  Taser as the subject started yelling and not making any

24  verbal communication.

25      Q     So you saw Deputy Goepfert remove -- unholster

1     his Taser?

2          A     Yes.

3          Q     Okay.  Where were you when you saw that?

4          A     To the left of the doorway.

5          Q     You had already assumed your position --

6          A     Yes, sir.

7          Q     -- and come up to the top of the stairs?

8          A     Yes, sir.

9          Q     All right.  So, as you're ascending the

10    stairs, you're hearing Deputy Goepfert engage

11    Mr. DeGraw in some attempt at conversation?

12         A     Yes.

13         Q     And, at that time, he doesn't have his Taser

14    out, correct?

15         A     He does not, no.  That's correct.

16         Q     You reach your position to the left of the

17    door.  Deputy Goepfert is continuing to speak with

18    Mr. DeGraw, correct?

19         A     Yes, sir.

20         Q     And then Deputy Goepfert takes his Taser out

21    at some point after that, is that right?

22         A     That's correct.

23         Q     Okay.  Tell me how he unholters it and what

24    position does he come to with it?

25         A     So, as he continues to talk Mr. DeGraw,

1    Mr. DeGraw begins to start yelling.  He removes it from

2    cross body and puts in the ready position.

3        Q    So what we would call low ready?

4        A    Yes.

5        Q    All right.  Does -- do you hear -- after

6    Deputy Goepfert unholsters his Taser and brings it to

7    low ready, do you hear Deputy Goepfert say anything

8    further to Mr. DeGraw?

9        A    Just continues to have the conversation, "Sir,

10   calm down, relax.  We're just here for you."

11   Mr. DeGraw is not making any verbal communication,

12   other than just the screaming noise, the yelling noise.

13       Q    Okay.  You testified a moment ago

14   to -- something to the effect that Deputy Goepfert said

15   something to you about his hands or pillow.  What was

16   that?

17       A    He made mention to me that Mr. DeGraw, as he

18   was laying down, his hands were going towards the

19   pillow, and that was the area in which his wife advised

20   that there could be a weapon or firearm.

21       Q    Okay.  So what were the -- as best as you can

22   recall, the words that Deputy Goepfert spoke?  What did

23   he say?

24       A    "His hands are going towards the pillow."

25       Q    Okay.  Did he say anything else?

1    A    He said, "Go lethal."

2    Q    And what did you understand that to mean?

3    A    To holster my less-lethal weapon and remove my

4  firearm from the holster.

5    Q    Holster the Taser?

6    A    In preparation if he were to grab a firearm.

7    Q    All right.  So you holstered the Taser and

8  drew your service weapon?

9    A    Correct.

10    Q    What position did you come to with your

11  weapon?

12    A    A low-ready position.

13    Q    All right.  Were you visible to Mr. DeGraw?

14    A    I was not.

15    Q    You couldn't see him, right?

16    A    Correct.

17    Q    What happens after that?

18    A    After that, Mr. DeGraw, from Deputy Goepfert's

19  actions -- he advised that Mr. DeGraw -- he's off the

20  bed, and you can hear movement in the room.  I can't

21  see Mr. DeGraw, but you can hear moving in the room.  I

22  had holstered my weapon and removed my Taser again.

23    Q    Okay.  So Deputy Goepfert is continuing to

24  give -- well, let me ask you, is he giving commands or

25  instructions to Mr. DeGraw?

1     A    Yeah.  He's basically still talking to him.

2    "Sir, calm down, relax, don't move any further."

3     Q    After he says to you, "His hands are going

4    towards the pillow," what's the next thing you hear

5    Deputy Goepfert saying to anybody?

6     A    That he stood up.

7     Q    He says, "He stood up"?

8     A    Yeah.

9     Q    And Deputy Goepfert says that to you?

10    A    Yeah.  He just says it, not necessarily

11   looking towards me.  He just says it.  And I can hear

12   movement in the room, and I holster the weapon.

13    Q    Did Deputy Goepfert tell you to holster your

14   weapon, or do you just do that?

15    A    No, I just did it.

16    Q    And you redraw the Taser?

17    A    Yes.

18    Q    You have -- by this point, where we are in the

19   narrative, you have already made your radio

20   transmission, correct?

21    A    Correct.  This is as Deputy Goepfert is asking

22   him not to move any further towards him, to stay in the

23   room, to stay where he is.  At that point he continued

24   to scream.  I contacted the radio that the subject is

25   combative, and we're issuing verbal commands.

1    Q    Was your radio transmission before or after

2  you were -- you drew your firearm?

3    A    It would have been after.

4    Q    It was after, okay.

5    A    Yeah.

6    Q    So the sequence of events is firearm, you hear

7  Deputy Goepfert say he's off the bed, reholster the

8  firearm and then draw the Taser?

9    A    Yes.

10    Q    Okay.  And then the radio?  Or where is the

11  radio fall in that sequence?

12    A    So I holster, draw the Taser, and then get on

13  the radio advising that subject is combative, he's not

14  listening to verbal commands.

15    Q    Okay.  What happens next?

16    A    Deputy Goepfert continues to tell Mr. DeGraw

17  to remain where he is, don't take any further steps.  I

18  can see Deputy Goepfert moving backward towards like

19  the stairway.  I don't see Mr. DeGraw, but he continues

20  with the "rraahs" that he makes, maybe two or three

21  times, and I can see him moving backwards.  And, at

22  that point, that's when the Taser was deployed.

23    Q    Okay.  How did you know the Taser had been

24  deployed?

25    A    The sound, the pop, that the Taser makes when

1    it's deployed, and the blast doors inject from the

2    cartridge.

3         Q    The blast doors?

4         A    Yes.

5         Q    Yeah, all right.  What happens next?

6         A    As he initiates the Taser, then I go

7    into -- I'm not inside the room, but I'm at the

8    doorway, and I can see Mr. DeGraw bracing the Taser,

9    still standing, which appeared to me, based off looking

10   at it and the noise of the Taser in training, is that

11   he was fighting the Taser, but it wasn't in full effect

12   because he had not been completely incapacitated from

13   the Taser.  So, if I had to describe it to you, if I'm

14   standing, he's bracing the Taser and giving like

15   small -- kind of like small steps towards it, and then

16   he eventually gives way and then falls into the ladder

17   towards the wall.

18        Q    Okay.  All right.  So when you first make a

19   visual observation of Mr. DeGraw, he is on his feet, is

20   that right?

21        A    That's correct.

22        Q    He has already been Tasered?  The pop has

23   happened?

24        A    Yeah.

25        Q    The Taser has been activated --

1      A      Yes.

2      Q      -- before you see him for the first time?

3      A      Correct.

4      Q      And to describe for our record -- because

5  everybody in the room saw your demonstration here, but

6  the record -- the transcript won't pick it up -- is he

7  has his -- were his fists clutched?

8      A      They were.

9      Q      He was -- and then how would you -- he wasn't

10  taking full strides when you say he's walking?

11      A      No.

12      Q      He's moving in the direction of

13  Deputy Goepfert?

14      A      Correct.

15      Q      And is he -- I mean, how long are these steps

16  that you were taking here just a moment ago here in our

17  conference room?

18      A      Very small.

19      Q      Inches?

20      A      If that, yes.

21      Q      It's like -- so he's not picking his feet up

22  and walking like a normal gait or stride?

23      A      Correct.  He's kind of moving his feet and

24  moving forward but --

25      Q      Like shuffling?

1    A    Correct.

2    Q    You gave some testimony about it appeared to

3  you that the Taser was not effective.  Do you remember

4  that?

5    A    Yes.

6    Q    Or was ineffective.  Why do you say?

7    A    Because the purpose of the Taser is to get

8  full incapacitation, and he was still fighting the

9  Taser, so it was ineffective in that manner.  It was

10  more of a pain tolerance at this point.  He was

11  fighting the pain, because he didn't get -- what

12  appeared to me is he possibly didn't get the full

13  effect of the Taser.

14    Q    So it didn't achieve its desired effect of

15  neuromuscular incapacitation?

16    A    Correct.

17    Q    What would have happened if it was effective

18  in that regard?

19    A    He would have completely fell to the ground.

20    Q    He does go to the ground at some point, right?

21    A    Correct.

22    Q    And that's where you describe he lands on his

23  butt and he falls up against ladder and the testimony

24  that you gave earlier, right?

25    A    His position, if he had full incapacitation,

1  he would have fell face first.

2      Q    At what point do you see Deputy Goepfert enter

3  the room or cross the threshold, you know, break the

4  plain, where the door would be?

5      A    After we began to -- after Sergeant Street and

6  I enter the room.

7      Q    So you and Sergeant Street are into the room

8  before Deputy Goepfert is?

9      A    Yes.  Because he had to step backwards as

10  Mr. DeGraw was inching towards him.  At that point, as

11  I testified earlier, he was issuing the commands,

12  walking backwards, and then initiated the Taser.  And

13  that's why I approached.  But he never walked -- I

14  didn't originally see in the room until after Sergeant

15  Street and I entered the room.

16      Q    All right.  So, if I understand you correctly,

17  Deputy Goepfert moves backward, or moves away from the

18  the bedroom, prior to the Taser being deployed --

19      A    Correct.

20      Q    -- or activated, energized --

21      A    Correct.

22      Q    -- for the first time?

23      A    Correct.

24      Q    And your memory is that he comes into the room

25  for the first time, or you're aware of him being in the

1    room, only after you and Sergeant Street enter the

2    room?

3        A     Correct, to the best of my recollection.

4        Q     Okay.  When do you enter the room for the

5    first time?

6        A     When Sergeant Street and I go hands-on with

7    Mr. DeGraw.

8        Q     Okay.  When did you first become aware of

9    Sergeant Street's presence on the scene?

10       A     After the Taser.

11       Q     So after the pop?

12       A     Yes.  Because I see him go up the stairway out

13   of the corner of my eye.

14       Q     You see him where?  Where he hits that

15   landing, or do you see him before that?

16       A     When he hits the landing going up towards the

17   stairway behind Deputy Goepfert there.

18       Q     Does he pause coming up the stairs at all?

19       A     I'm not sure.

20       Q     Do you see him pause outside the room at all?

21       A     He pauses -- well, he stands up to see what

22   the effects of the Taser -- what's happening with the

23   Taser, because at that point Mr. DeGraw is fighting the

24   Taser, and then he eventually stumbles to the ground.

25       Q     I'm sorry.  I meant Sergeant Street.  When you

1    first see Sergeant Street, he's around the area of that

2    landing, is that right?

3        A    Yes.

4        Q    All right.  You see him come up the stairs?

5        A    Yes.

6        Q    Does he stop when he gets to the top of the

7    stairs, Sergeant Street?

8        A    At the stairway where Deputy Goepfert is, or

9    towards the middle of the landing?

10       Q    Let me -- yeah, does he stop on the landing?

11   Let me ask you that.

12       A    Yeah, initially, to see what was going on, and

13   then he approached us.

14       Q    So you see --

15       A    So it's the first set of stairs, and a 180,

16   and then up the stairs.  So I see him turning the

17   corner, kind of taking in what's happening, and then

18   coming up the stairs.

19       Q    How long do you see him pause there for?

20       A    Maybe a second.

21       Q    And then you see him ascend the stairs?

22       A    Yes.

23       Q    What did you see him do after he ascends the

24   stairs?

25       A    At that point we were talking, discussing as

1  far as like -- it's not -- the Taser is not working,

2  and then Sergeant Street and I move in to go hands-on.

3      Q    So you and Sergeant Street have some

4  communication about the Taser is not working?

5      A    Correct.

6      Q    All right.  How long does that last?

7      A    Our communication?

8      Q    Yes.

9      A    Seconds.  We say it's not working, and then we

10  enter the room.

11     Q    So tell me what you remember of that

12  communication.  Does he ask you -- who speaks first?

13     A    I think it's kind we both do at the same time.

14  "Hey, it's not working."  And then we

15  enter -- Sergeant Street and I enter the room.

16     Q    So you make the observation, and you testified

17  about I think this is ineffective, and you say words to

18  that effect?

19     A    Yes.

20     Q    And Sergeant Street says essentially the same

21  thing, it's not working?

22     A    Correct.

23         MR. CALLAHAN:  Excuse me.  You're leading the

24     witness.  Would you please ask straight questions.

25     Objection.

BY MR. ROZELLE:

Q   Do you have any other conversation with

Sergeant Street, other than that?

A   Just in reference to the handcuffing, yes.

We're discussing -- you know, I removed my handcuffs.

He's holding on to -- he's basically discussing how

we're going to get the handcuffs on.  So he holds the

left arm, and I handcuff the one arm.  And then he says

he's moving to the right, and then we go from there.

Q   All right.  That's later in the sequence,

right?

A   Correct.

Q   So before you and Sergeant Street enter the

room --

A   Just other than us discussing the

ineffectiveness of the Taser, no.

Q   All right.  So, "Hey, this isn't working," and

then you enter the room?

A   Correct.

Q   What happens when you enter the room?

A   Once we entered the room, Sergeant Street

grabs his left arm, and he kind of -- he's in kind of

the recovery position, so he kind of prones him out a

little bit on the side.  So he grabs the arm so I can

grab it, and then he goes on the other side.  At this

1    point Mr. DeGraw is prone, and now we're both trying to

2    reach -- Deputy Goepfert is in there trying to grab his

3    legs.  Mr. DeGraw is fighting.  He's yelling, fighting.

4    We're trying to get it together, and we can't -- we

5    can't move his arms together.  He's continuously

6    fighting.  He's grabbing my arm and the handcuffs.

7    He's grabbing the -- at one point he has the handcuffs

8    in his hands, and I have to remove them from his hand.

9    And they were still trying to cuff him, but he's not

10   allowing us to, because he's just resisting.  So we're

11   just trying to inch the handcuffs together, and we

12   finally get them on his hands.

13        Q    Let me break some of that down.  You're

14   describing -- you showed it here, but I want to

15   describe, or have you describe rather, for our record

16   what you were demonstrating.  You said -- this grabbing

17   motion of the handcuffs -- so Mr. DeGraw is trying to

18   do what?  Describe what you see.

19        A    So his hand -- because he's prone, so he's

20   basically reaching his hand and bringing it up towards

21   the back of his forearm.  And, as he's trying to grab

22   my hand, because I have his one hand, and he switched

23   to the left, and he's grabbing my hand and grabbing the

24   handcuff at the same time.  So I'm trying to remove my

25   hand from that so I can try to re-cuff the other hand.

1    But, as I'm doing that, he's continuously kind of

2    clawing at my hand.

3        Q    So he actually grabbed your hand?

4        A    Yes.

5        Q    And he's grabbed ahold of the handcuff?

6        A    Yes.

7        Q    And he's done that with the hand that already

8    has a handcuff on it?

9        A    That's correct.

10        Q    Or at least around the wrist?

11        A    Correct.

12        Q    Okay.  Just to clarify this, you had given

13    some testimony this morning about how the handcuffs

14    went on and words to the effect it wasn't the ideal

15    placement.  Do you remember that testimony?

16        A    Yes.

17        Q    Is that -- what's this bone called here in the

18    wrist, do you know?

19        A    I'm not sure.

20        Q    All right.  So, ideally, you want to be here

21    between the small part where there's a bone at the end

22    of the two --

23        A    Correct.

24        Q    I think it's the ulna.  And you want to be --

25        A    In between there.

1    Q    You want to be away from that and between the

2  wrist, ideally?

3    A    Correct.

4    Q    Is that -- were you there, or were you up --

5    A    I was up a little higher.

6    Q    So you were up higher than ideally, so the

7  subject can still move their hand?

8    A    Correct.

9    Q    Why did you end up with the cuff on higher?

10    A    Because we were just trying to get the cuff on

11  in any kind of manner, because he was continuing to

12  resist.

13    Q    And you say he's resisting.  Describe the --

14  describe what you perceive to be resisting?

15    A    Pulling away.  We were trying to pull towards

16  the cuff, and he's pulling away trying to get his hands

17  basically back underneath him.  So I'm grabbing one

18  side of his arm, and Sergeant Street is grabbing the

19  other, and he's basically pulling them away from us so

20  we couldn't get them together.

21    Q    Like pulling his arms or hands apart?

22    A    Yes.

23    Q    All right.  Is he still verbal while he's

24  doing this?

25    A    Just yelling.

1    Q    What you testified to earlier, the yelling and

2    screaming?

3    A    Yeah, the constant yelling.

4    Q    Has the tenor of it changed in any way?

5         MR. CALLAHAN:  Excuse me.  I object to the

6    characterization you use there.  There's only been

7    testimony of a single sound that he made.  He can't

8    be both yelling and screaming at the same time.

9    BY MR. ROZELLE:

10   Q    Was he yelling?

11   A    He was yelling.

12   Q    Was he screaming?

13   A    He was screaming.

14   Q    Did the tenor of that change at all?

15   A    It did during the Tasing.

16   Q    So how?

17   A    So, initially, he did the "rraah" sound as we

18   were talking to him, his normal conversation.  And

19   then, when he was Tased, he had a higher-pitched yell

20   as he was fighting the Tase.

21   Q    All right.  Is he still yelling and screaming

22   while you're attempting to secure him in handcuffs?

23   A    Yes, he is.

24   Q    You do eventually get the handcuffs placed on

25   Mr. DeGraw, correct?

1    A    Yes.

2    Q    Could you have done that by yourself?

3    A    Absolutely not.

4    Q    Why not?

5    A    In the manner that -- he was very strong.

6  Just getting the one arm handcuffed was -- it took two

7  individuals.  And then grabbing -- getting the one arm

8  to the other arm would have been impossible without

9  another person.  And that's due to him -- again, that's

10  due to him resisting, not being compliant to what we're

11  trying to do, handcuff him, and get the restraints on.

12    Q    When you say resisting, is that the pulling

13  away or trying to --

14    A    The pulling away, the grabbing of my hand.

15    Q    Grabbing the handcuff?

16    A    Yes.

17    Q    All right.  Did you strike him at all?

18    A    Absolutely not.

19    Q    Did you see Sergeant Street strike him?

20    A    No.

21    Q    And, by strike, I mean punch, hit, kick?

22    A    No.  The all thing we were doing was getting

23  the restraints on.  At no point did we strike him.

24    Q    Where is -- where do you see Deputy Goepfert

25  while you were attempting to secure Mr. DeGraw in

1  handcuffs?

2      A    He was by Mr. DeGraw's feet holding his feet.

3      Q    During the time that you are attempting to

4  secure Mr. DeGraw in handcuffs, do you hear anybody

5  attempt to communicate with him?

6      A    Not that I recall, no.

7      Q    Let's use our audio-visual portion of our

8  record here.  So these are going to be -- and let's

9  look at them in this order.  We're going to use

10  Exhibit 23 first, which is the patrol radio traffic.

11          MR. ROZELLE:  Counsel, you're welcome to come

12      over here and view this.  There isn't anything to

13      see.  This is just audio.  You can see, you know,

14      we're using the cursor here.

15  BY MR. ROZELLE:

16      Q    So, Deputy, on this laptop we have here in

17  front of us -- I'll represent to you this is what we

18  had marked as Exhibit 23 to your deposition, and I'm

19  going to play.  It's zeros and -- let's play it and

20  hear what we hear.

21          MR. ROZELLE:  And, Madam Court Reporter, you

22      don't need to take down what you hear.

23          (Audio recording was played.)

24  BY MR. ROZELLE:

25      Q    I'll stop it at 11 seconds.  This is almost

1  impossible to hear, I'm just representing in fairness

2  to everybody present so we have an accurate record of

3  what went on here in this room.

4          Deputy Martinez, did you -- tell me what you

5  heard.

6      A    It's hard to hear, but it appears like it's my

7  radion transmission.

8      Q    Is that the radio transmission that you gave

9  testimony about earlier?

10     A    Yes.

11     Q    All right.  And I'm going to just hit play on

12  this.  I'm going to turn the volume all the way up.

13  Actually, with that all the way up -- it wasn't all the

14  way up.  I'm going to back this up and play that again

15  just to see if we can hear it any better.

16          (Audio recording was played.)

17  BY MR. ROZELLE:

18     Q    I'll pause, because that time I heard it.

19  Let's try this again here.  It doesn't matter what I

20  hear.  I'm going to push play.  And the the question

21  is:  Can you hear what is -- one, is this you, and,

22  two, can you hear what's being said?

23          (Audio recording was played.)

24  BY MR. ROZELLE:

25     Q    Is that you?

1  A  Yes.

2  Q  All right. How do you know it's you?

3  A  Because I hear myself talking, and I hear my

4 radion call, Oldsmar 1.

5  Q  Oldsmar 1 was you?

6  A  Yes.

7  Q  Can you hear what you said?

8  A  "Signal 14, the subject is not compliant.

9 We're issuing verbal commands."

10  Q  What does Signal 14 mean?

11  A  Just information.

12  Q  Heads up? FYI?

13  A  Yes.

14  Q  All right. And push play. And at this

15 at -- do you see the scroll bar here that we have for

16 this audio?

17  A  Uh-huh.

18  Q  So let's get some times off of this. I'm

19 going to back it up to triple zeros. All right. So I

20 have -- it starts immediately. Triple zero, is that

21 you beginning to speak?

22  A  Yes.

23    (Audio recording was played.)

24  Q  And I paused again at -- somebody says, "Go

25 ahead." Do you hear that?

1     A    Uh-huh.

2     Q    Who's that?

3     A    The radio, dispatch.

4     Q    Dispatch?

5     A    Uh-huh.

6     Q    And that's at three seconds, or four?

7     A    Four.

8     Q    All right.  And we hear your transmission,

9 correct?

10    A    Yes.

11    Q    And then at 10 seconds your transmission is

12 complete, is that right?

13    A    Correct.

14    Q    All right.  Let's play.

15    (Audio recording was played.)

16 BY MR. ROZELLE:

17    Q    All right.  I hit pause after -- first of all,

18 do you hear anything there?

19    A    Yes.  I hear yelling, and I hear

20 Sergeant Street.

21    Q    And, at the end of that radio transmission,

22 what time does this clock say, as far as the last time

23 goes?

24    A    About a minute and 28.

25    Q    All right.  Let's back up so we can see

1   if -- what's going on on this.  Let's back her up to

2   1:19 and push play.

3            (Audio recording was played.)

4   BY MR. ROZELLE:

5        Q    All right.  I paused it at 1:26.  Is that

6   where you first hear the next communication on this

7   radio channel?

8        A    Yes.

9        Q    All right.  Let's do it again here.  My

10  question is:  Tell me what you hear here.

11           (Audio recording was played.)

12  BY MR. ROZELLE:

13       Q    All right.  What do you hear?

14       A    I hear screaming, and I hear Sergeant Street

15  asking the dispatch to give us the air.

16       Q    What does that mean?

17       A    Which means to free up the channel from any

18  other communication from anyone else.

19       Q    What's the significance of that?  Why would a

20  deputy sheriff do that?

21       A    In an emergency situation so there's no other

22  traffic going on, and the dispatcher can focus on our

23  traffic alone.

24       Q    You said you heard screaming?

25       A    Yes.

1    Q    Who's screaming?

2    A    Mr. DeGraw.

3    Q    All right.  When you and Sergeant Street go

4  hands-on with Mr. DeGraw, is the Taser still being

5  applied?

6    A    No.

7    Q    How do you know that?

8    A    Because I would have been shocked by the

9  Taser.  I would have felt the effects of the Taser.

10    Q    If you were -- and explain to me how you would

11  have felt the effects.  Like if you're touching him at

12  all or --

13    A    I would have been touching the wiring,

14  because, where he was positioned and where I was

15  positioned and Deputy Goepfert's Taser initially, I

16  would have been in that general area.  And, once we

17  went hands-on, I would have felt the effects of it.

18  And grabbing his arm would have been in the general

19  area.

20    Q    All right.  So, if you were in contact with

21  the wires, you would have received --

22    A    A shock.

23    Q    -- a shock?

24    A    A feel or some type of pain.

25    Q    If you were not in contact with the wires,

1   would you have been shocked, do you know?

2       A   No.

3       Q   Okay.  Let's go to this exhibit that you were

4   taken through here.  Let's do a little housekeeping.

5   We will put your exhibits back together.  And this is

6   going to go back in here.

7       All right, let's take a look at what had been

8   marked earlier as Exhibit 14 and you gave some

9   testimony about.  This is -- "This report will document

10   the collection and download of the department Tasers

11   that were issued to Sergeant Street, Deputies Goepfert,

12   Martinez and Baldwin.  See narrative for details."

13       Do you see that under the synopsis?

14       A   Yes.

15       Q   All right.  Have you seen the -- it's been

16   colloquially called here the Taser download.  Have you

17   seen Taser downloads before?

18       A   Prior to this, no.

19       Q   All right.  Do you know whether this report,

20   Supplement 15, is a Taser download or --

21       A   Based on the report -- just based on the

22   verbiage in the report, yes.

23       Q   Just the download itself, or is this something

24   else?

25       A   I'm not sure.

1    Q    All right.  I want to make sure and kind of

2  understand -- so, prior to seeing this, you've not had

3  any familiarity or exposure to how to download a

4  Taser --

5    A    No.

6    Q    -- or Taser downloads --

7    A    Absolutely not.

8    Q    -- or the Taser event log or any of that sort

9  of thing?

10    A    No exposure.

11    Q    All right.  Let's make sure I understand -- we

12  all understand the timing and sequencing of the -- let

13  me ask this:  What's your own memory of how many times

14  the Taser was activated?

15    A    I heard the initial pop of the Taser, as I

16  testified, and then as he -- as Mr. DeGraw fell towards

17  his butt, there was a period of time where he wasn't

18  bracing, and then he braced again, and then, from my

19  assumption, is that he received another Taser.  And,

20  after that, I don't remember any other Tasings.

21    Q    All right.  Do you know whether this report or

22  the Taser event log shows whether the Taser was

23  effective or not?

24    A    Well, the Taser itself was initially

25  ineffective because it didn't do the total

1  incapacitation.  So it was more of pain compliance.

2      Q     Was it ever effective that day?

3      A     No.  Just for pain compliance.

4      Q     All right.  At 16:01:04, the trigger was

5  pulled for two seconds -- it shows a little time on

6  here -- and so at 1:04, trigger was pulled.  What

7  happens when you pull the trigger the firs time on a

8  Taser?

9      A     The blast doors open up, they fly out of the

10  cartridge, the probes exit the cartridge, and they hit

11  the body.

12      Q     And they hit whatever they're going to hit

13  right?

14      A     Correct.

15      Q     And you need both of them to strike the

16  subject in order for the Taser to be effective?

17      A     Correct.

18      Q     What happens if you miss with one or both

19  probes?

20      A     The Taser is ineffective.

21      Q     Does it do anything at all?

22      A     No.

23      Q     No pain compliance?

24      A     Nothing.

25      Q     No neuromuscular incapacitation?

1    A    Nothing.

2    Q    All right. So both probes have to strike the

3  individual in order for the Taser to have any effect at

4  all, is that correct?

5    A    That's correct.

6    Q    So that's -- what would you call it?  The

7  initial deployment?

8    A    Yes.

9    Q    Or initial activation?

10   A    Yes.

11   Q    Probes fly out of the cartridge.  And do you

12  know how it operates?  Is it gas fired or electricity,

13  or what makes it fly?

14   A    The electricity sparks the cartridge, and then

15  it ejects the probes.

16   Q    Got it.  And the probes are on these wires, or

17  leads, that you've given some testimony about?

18   A    Yes.

19   Q    And they stay -- so the probe, if it's

20  successful, strikes the target.  The probe is connected

21  by this wire lead to the Taser itself, right?

22   A    That's correct.

23   Q    So the probes are -- what happens if the wire

24  breaks?

25   A    Then it would be ineffective.

1    Q    Or there's a loss of connection for some

2    reason?

3    A    It's ineffective.

4    Q    All right.  What happens if a probe falls out

5    of the target?

6    A    It's ineffective.  There would be no

7    incapacitation or pain compliance.

8    Q    All right.  So 1:04, the trigger is pulled for

9    the first time.  At least that's your understanding of

10   what this report of -- what's in the Taser event log

11   shows, right?

12   A    Correct.

13   Q    Pulled for two seconds.  Let's talk about

14   that.  Is there -- what happens if you just pull the

15   Taser trigger and do nothing else?  How long would the

16   Taser be active, do you know?

17   A    Five seconds.

18   Q    So explain to us, as best you can from your

19   experience and training, how come it's only two here?

20   A    Because that would explain that

21   Deputy Goepfert turned off the Taser.

22   Q    All right.  So from 1:04 to 1:06 is two

23   seconds, right?

24   A    Correct.

25   Q    So it's active.  And then what happens when

1    the Taser is not active?  Is the subject receiving any

2    kind of energy from the Taser?

3         A    Not at all.

4         Q    All right.  Let's find the next Taser trigger

5    pull here on Page 2 of Exhibit 14.  What is maybe --

6    what does it mean that the Taser is armed?  Do you know

7    what that means?

8         A    When he has the Taser deployed and removed

9    from his holster, there's a toggle switch that actually

10   turns on the Taser, like a power button.

11        Q    Let me show you what was marked as Exhibit 10

12   here.  Do you recognize what's shown in Exhibit 10?

13        A    Yes, it's X-26 Taser.

14        Q    All right.  Do you see this toggle that you're

15   describing?

16        A    I do.

17        Q    Where is it?  Can you point to it?

18        A    It's the top left.

19        Q    Is that what some people might call a safety?

20        A    Yes.

21        Q    All right.  What is that?  A green S that's on

22   the top of that?

23        A    Correct.

24        Q    So which position is armed?  Up or down?

25        A    Up.

1    Q    So you've got to unholster the weapon and then

2  flip the lever up to arm it?

3    A    Correct.

4    Q    So just unholstering it doesn't arm the Taser

5  for use, does it?

6    A    No.

7    Q    All right.  So before you can -- what if you

8  pull the trigger, and it's in the down position?

9    A    Nothing will happen.

10    Q    Nothing will happen?

11    A    No.

12    Q    So the blast doors wouldn't open, the probes

13  wouldn't fly?

14    A    That's correct.

15    Q    And, if you had already activated it and

16  deployed the probes, if it was in the unarmed, or safe

17  position, if you pulled the trigger again, would it

18  activate --

19    A    No.

20    Q    -- would it deliver energy through the leads

21  and probes?

22    A    No.

23    Q    All right.  So in order to either fire it or

24  cycle it -- is that the right phrase --

25    A    Uh-huh.

1      Q     -- you would have to have it in the armed

2   position?

3      A     Correct.

4      Q     With the lever up, is that right?

5      A     That is correct.

6      Q     So if Deputy Goepfert had pulled the trigger

7   and done nothing else, your understanding is that the

8   first cycle would have been five seconds?

9      A     That's correct.

10     Q     All right.  And in order for it to be anything

11  less than that, he would have had to have moved this --

12     A     Toggle switch.

13     Q     -- toggle switch to the safe position, to the

14  down position?

15     A     Correct.

16     Q     All right.  And so, when we go back to

17  Exhibit 14, at 16:01:07, the Taser is armed.  What does

18  that mean to you?

19     A     That he's toggled the switch in the up

20  position.

21     Q     So he's flipped it back to the armed, or up,

22  position?

23     A     Correct.

24     Q     All right.  And then at 16:01:08 the trigger

25  was pulled, and it says it was for three seconds.  All

1    right.  So let's pause there -- let me get my writing

2    instrument -- and build our timeline.  So 1:06 then to

3    1:08, it's off.  There's no energy being delivered to

4    Mr. DeGraw through the Taser from 1:06 to 1:08, at

5    least according to the information that's in

6    Exhibit 14, is that you're understanding?

7         A    Correct, yes.

8         Q    All right.  Maybe the better way to say it, or

9    ask this, is the Taser is not delivering any energy,

10   period, because it's been disarmed, is that right?

11        A    In the off position, correct, it's not

12   delivering any energy.

13        Q    And then at 1:08 the trigger was pulled for

14   three seconds.  So that would be, what -- 1:11 is on,

15   right?

16        A    Yes.

17        Q    Okay.  And, again, it's your

18   understanding -- this would work the same way, in that

19   if he had just pulled the trigger -- if a deputy

20   sheriff just pulls the trigger a second time and does

21   nothing further, how long is the exposure for?

22        A    Five seconds.

23        Q    So what would have had to have happen to be

24   less than five seconds?

25        A    Deputy Goepfert would have to put it in the

1  off position, put it back in safe.

2     Q    So return the lever --

3     A    Before the five seconds.

4     Q    -- before the five seconds runs?

5     A    Correct.

6     Q    All right.  And then it's got to rearmed

7  again --

8     A    Yes.

9     Q    -- before it can deliver energy again,

10 correct?

11    A    Yes.

12    Q    Okay.  So three seconds.  And then where's the

13 next trigger pull?  It's 01:16.  Do you see that?

14    A    Yes.

15    Q    1:16, trigger is pulled for one second, so

16 1:16 to 1:17 is the next cycle.  So from 1:11 to 1:16,

17 the Taser is not active, correct?

18    A    Correct.

19    Q    All right.  And then at 1:34 -- 16:01:34, the

20 trigger was pulled for five seconds, do you see that?

21    A    Yes.

22    Q    So from 1:34 to 1:39 is on again, which means

23 from 1:17 to 1:34 it's off.  Do you agree with that,

24 based on the information that's being relayed in

25 Exhibit 14 anyway?

1     A     Yes.

2     Q     All right.  And that is -- 1:39 minus 1:04 is

3     35 seconds.  Do you see that?  So the end of what would

4     be the fourth activation is five seconds after the

5     trigger is pulled.

6     A     Okay.

7     Q     Do you gree with that?

8     A     Yeah.

9     Q     And the beginning of the first application,

10    that's the blast doors and the probes flying and the

11    initial deployment, is 16:01:04, correct?

12    A     Correct.

13    Q     All right.  So that's 35 second, do you agree?

14    A     Yes.  Based on your math, yeah.

15    Q     Based on that math.  And then the last one is

16    out here.  So the Taser gets armed again at 1:59, but

17    then the trigger -- you see that on the fourth line on

18    Page 2?

19    A     Uh-huh.

20    Q     All right.  And then the trigger is pulled for

21    one second at 16:02:37.  Is that what that says?

22    A     Yes.

23    Q     It's one second.  So from 1:39 to 2:37 is

24    58 seconds, right --

25    A     Yeah.

1    Q    -- if I did the math right?  And, if you add

2    those two numbers together, that's this minute and

3    33 seconds that you were asked about this morning,

4    correct?

5    A    Correct, yeah.

6    Q    I'm just doing the math based on the

7    information that's in this document, right?  From the

8    time you heard the pop until the time that you went

9    hands-on with Mr. DeGraw, did a minute and 33 seconds

10   pass?

11   A    No.

12   Q    How do you know that?

13   A    Because it felt like seconds.  It felt

14   instant.

15   Q    I mean, did it feel like or was it, do you

16   know?

17   A    Well, it was.  Because as we enter -- he gets

18   popped, and we enter right away, and we see the

19   effects.  He's getting pain intolerance, but he's not

20   getting incapacitated.  He's fighting it, inching

21   forward, and then he falls on his butt.  I see him

22   brace again on the floor, and, at that point, we enter

23   the room and start to go hands-on with him.  But a

24   minute and 33 seconds hadn't passed during that

25   timeframe.

1     Q    I'm sorry?

2     A    A minute and 33 seconds hadn't passed within

3 that timeframe.

4     Q    Had not passed?

5     A    Correct.

6     Q    So you hear the pop, and then you step into

7 the doorway and make the observations.  We won't go

8 through that again.  You already gave testimony about

9 what you saw and what everybody was doing and what you

10 heard.  And then how much time passes before -- and at

11 that point you're aware of Sergeant Street, right?

12     A    Yes.

13     Q    All right.  And how much time do you think

14 passed between hearing that pop and your going into the

15 room with Sergeant Street and going hands-on with

16 Mr. DeGraw, as best as you can remember?

17     A    Maybe ten seconds.

18     Q    It was seconds?  It wasn't a minute and a

19 half?

20     A    No, it was never a minute and a half.

21     Q    All right.  Is there anything in Exhibit 14

22 that speaks to when you went in the room -- of how much

23 time passed between you hearing a pop and going in the

24 room?

25     A    No.

1    Q    Is there anything in Exhibit 14 that speaks to

2  whether you were hands-on with Mr. DeGraw?

3    A    No.

4    Q    When you first -- when you made your first

5  observation of the room -- you leave your position to

6  the left side of the doorway after hearing the pop, and

7  you can now see into the room?

8    A    Uh-huh.

9    Q    You've testified to what you see with

10  Mr. DeGraw going on.  You got ask some questions about,

11  you know, this firearm that's under the pillow.  Do you

12  remember that?

13    A    Uh-huh.

14    Q    All right.  You don't observe that until after

15  he's secured in handcuffs, correct?

16    A    That's correct.

17    Q    Do you know whether that firearm was or could

18  have been visible to anybody else?

19    A    I do not.

20    Q    At some point did you become aware of any

21  other weapons being in that room?

22    A    I saw the boxes of weapons.  I didn't see the

23  weapons themselves.

24    Q    And when did you see boxes associated with

25  weapons?

1      A      When we were inside the room and going

2  hands-on with Mr. DeGraw.

3      Q      Before he was secured in handcuffs?

4      A      Yeah.

5      Q      And, by boxes of weapons, what --

6      A      So long gun cases for larger rifles.

7      Q      Gun cases?

8      A      Yes.

9      Q      So you observed those when you go into the

10  room to secure Mr. DeGraw in handcuffs?

11      A      Correct.

12      Q      All right.

13          Let's take a listen to this Exhibit 22, which

14  is Deputy Keith Baldwin's COBAN.

15          MR. ROZELLE:  Let me do a little housekeeping

16      here.

17  BY MR. ROZELLE:

18      Q      All right.  Let me back this up slightly so we

19  can reorient.  We looked at this earlier with respect

20  to where vehicles were and identifying the DeGraw house

21  and that sort of thing.  Let me back this up here.  All

22  right.  So 4:08:50 on this clock.  And, let's see, do

23  you see the M1 in the upper center of the screen there?

24      A      Yes.

25      Q      That means mic package on, I think you said?

1    A    That's correct.

2    Q    All right.  So the audio that we're

3  hearing -- and describe that for me.  What is the mic

4  pack?  Where is this audio coming from?

5    A    The deputy's gun belt.  There's a holster with

6  a device -- it's a mic pack -- and it's activate as

7  soon as he activates the sirens or lights as emergency

8  mode.

9    Q    So there's an audio recorder that the deputy

10 has on him or herself on their person?

11   A    Correct.

12   Q    That is -- I would assume it's in the range of

13 whatever the broadcast capabilities are -- is being --

14 is transmitting back to the COBAN unit --

15   A    Correct.

16   Q    -- in your patrol vehicle, is that right?

17   A    That's correct.

18   Q    So the recording -- that audio device, as long

19 as the deputy has got the device on his or her belt,

20 and the belt is on his or her person, it's going where

21 you go?

22   A    Yes.

23   Q    Is that right?  All right.  So it's not coming

24 out of -- it's not the vehicle picking this up?

25   A    No, no, it's on Deputy Baldwin's person.

1    Q    All right.  Let's hit play.  And your

2  understanding of how this system operates is that mic

3  pack is on here, right?

4    A    Correct, because it shows the mic, M1.

5    Q    That's the M1?

6    A    Yeah.

7    Q    All right.  Now, let's hit play.  And here's

8  the question -- I'm going to let this thing play

9  through until I represent to you there's a point in

10  time when Deputy Baldwin is going to -- you'll see the

11  word "mute" come up here, and, at that point, I'm going

12  to stop playing it.  And it's about two minutes long.

13  So let's just listen to this, and then I'll have some

14  questions for you.  I'll hit play.

15        MR. ROZELLE:  And, Madam Court Reporter, you

16     don't need to take any of this down.

17        (Audio recording was played.)

18  BY MR. ROZELLE:

19    Q    Let me hit pause here.  Mic 1, mute, do you

20  see that?

21    A    Yes.

22    Q    What does that mean?

23    A    That Deputy Baldwin muted the mic pack

24  manually.

25    Q    So he manually hit the mute button?

1    A    Correct.

2    Q    All right.  And that's at 4:10:57, do you see

3  that?

4    A    Yeah.

5    Q    That it's been muted?

6    A    Yeah.

7    Q    Let me ask you this:  Do you hear yourself on

8  this audio recording?

9    A    I do.

10    Q    What part of this is you?

11    A    I believe I asked Sergeant Street, "Are you

12  good?"

13    Q    So "Are you good," that's you?

14    A    Yes.

15    Q    Do you hear anything else on here that you

16  think is you?

17    A    Asking Mr. DeGraw, "Are you okay?"

18    Q    So, "Are you okay, buddy," or something like

19  that?

20    A    Yes.

21    Q    Is that what you're referring to?

22    A    Yes, sir.

23    Q    Okay.  And what do you hear after that?

24    A    I hear some moaning, grunting.

25    Q    Who's that?

1     A    Mr. DeGraw.

2     Q    Did you assess Mr. DeGraw?

3     A    That would be -- Sergeant Street assessed him.

4     Q    Actually, let me back this up a little bit.

5 At what point can we say -- let me just ask you

6 this:  When you're asking Sergeant Street, "Are you

7 good," is Mr. DeGraw already handcuffed?

8     A    Yes.

9     Q    At any point, when you're securing Mr. DeGraw

10 in handcuffs, does he go limp?

11    A    No.

12    Q    Does he -- the resistance that you described,

13 the pulling away trying to get his hands under him,

14 grabbing the hand, grabbing the handcuffs, everything

15 that you described earlier, at any point prior to him

16 being secured in handcuffs does that activity cease?

17    A    No.

18    Q    Once he's secured in handcuffs, is he still

19 alive?

20    A    Yes.

21    Q    How do you know?

22    A    Because he's moaning and grunting.  You can

23 hear it in the video.  And afterwards -- after we asked

24 Mr. DeGraw, "Are you okay," he's not making -- he's

25 unresponsive, but then Sergeant Street put him in a

1  recovery position and gives him a sternum rub, and you

2  see his lips flutter.  And at that point is when he

3  asked Deputy Baldwin if he could get FD in there.

4      Q    And do you hear that on here?

5      A    Yes.

6      Q    You know, "Can you go ahead and get FD,

7  please," or words to that effect?

8      A    Yeah.  And you also hear Sergeant Street kind

9  of give a grasp of air, as if we were still -- just

10  finished handcuffing, and he kind of was just gasped

11  for air, like we were just fighting to get them on.

12  And he kind of took like a gasp of air, like we finally

13  just got it on.

14      Q    Like a "whew"?

15      A    Yeah, correct, it's on finally.

16      Q    That sound that you're describing in your

17  testimony, that's Sergeant Street?

18      A    Yes.

19      Q    Okay.  How did you observe Sergeant Street's

20  condition to be after you got Mr. DeGraw secured in

21  handcuffs?

22      A    Winded.

23      Q    Was he like that when he came on scene?

24      A    No.

25      Q    So you asked Mr. DeGraw if -- words to the

1    effect of, "Are you okay?  Are you okay, buddy?"

2        A    Yes, sir.

3        Q    Then let's go back and see if we find some of

4    this stuff, just to break this down a little bit.  Give

5    me a minute to queue this up here.

6             Just for our record, I'm at 4:09:16 here, and

7    I'm going to hit play.

8             (Audio recording was played.)

9    BY MR. ROZELLE:

10       Q    I'm going to pause it at 4:09:31.  Did you

11   hear -- tell me what you heard on that section we just

12   played.

13       A    I hear Sergeant Street gasp for air, as if he

14   was winded, kind of, "whew" sound.

15       Q    Do you hear anything else?

16       A    And I hear moaning from Mr. DeGraw.

17       Q    So the moaning is Mr. DeGraw?

18       A    Yes.

19       Q    All right.  And, at the time we're listening

20   to this, is he in handcuffs?

21       A    He is.

22       Q    Is anybody on him in any way?

23       A    No.

24       Q    Is anybody's hands on him in any way?

25       A    No.

    Q    Nobody is sitting on him?  On his chest?  On

his back?

    A    Absolutely not.

    Q    Did that ever happen?

    A    No.  My -- I was on his shoulder -- my knee

was kind of on the tip of his shoulder, but no one was

directly on top of him, no.  And, once we handcuffed

him, we stood up.

    Q    All right.  I'm going to hit play at 4:09:31.

         (Audio recording was played.)

BY MR. ROZELLE:

    Q    And I'm going to pause here at 4:09:40.  Tell

me what you heard there.

    A    Mr. DeGraw still continued to grunt, and it

sounds like we're up, and I'm asking Sergeant Street if

he's good.

    Q    And that's the, you know, "You good?  You good

here"?

    A    Yes, that's when we're up, and I'm assessing

if he's all right, because he was pretty winded.

    Q    Okay.  I'll hit play again.

         (Audio recording was played.)

BY MR. ROZELLE:

    Q    At 4:09:46, tell me what you have heard in

this last section we just played.

1    A    It sounds like he's still grunting, and I hear

2  Sergeant Street ask Deputy Baldwin to open the air, so

3  basically allow traffic continue -- the normal radio

4  traffic to continue?

5    A    So 10-8, Control 4, which means put it back in

6  service for --

7    A    Everyone else.

8    Q    -- normal traffic?

9    A    Yeah.

10    Q    So the emergency mode that has caused

11  Control 4 to be 10-3, taken out of service, or reserved

12  for this emergency, that's over, at least as far as

13  radio protocol goes?

14    A    That's correct.

15    Q    That's all that is?

16    A    That's correct.

17    Q    Okay.  And I'll hit play at 4:09:46.

18         (Audio recording was played.)

19  BY MR. ROZELLE:

20    Q    All right.  I'll pause 4:10:01.  Tell me what

21  you heard in that last 15 seconds I played.

22    A    I heard Deputy Baldwin ask to 10-3 the

23  channel, and then I can hear myself ask Mr. DeGraw,

24  "Are you all right," with a couple of slaps to his

25  back.

1    Q    The three sounds like hands clapping?

2    A    Correct.

3    Q    Is that a fair description of what --

4    A    Yeah.  It was kind of like a slap to the back

5    or like a small kind of tap asking if he's okay.

6         "Are you all right, buddy?"

7    Q    So you're tapping on him?

8    A    Yes.

9    Q    All right.  What was the purpose of that?

10   A    The purpose of that was -- as he was

11   unresponsive, to kind of like see if he would respond

12   to us, to see if he would make any kind of verbal

13   communication.

14   Q    What do you mean he was unresponsive?

15   Describe that to me.

16   A    He wasn't speaking.  He was just laying there

17   as if he was just catching his breath.

18   Q    When asked him, "Are you okay, you okay,

19   buddy," did he respond verbally to that?

20   A    No.

21   Q    And then you do this, you know, tapping him on

22   the back.  Did he respond to that?

23   A    No.

24   Q    What happened next?

25   A    After that, we -- Sergeant Street and I put

him in the recovery position, and Sergeant Street gave

him a sternum rub towards his chest, and we saw lips

flutter, which, I think, I put in the statement.  His

lips started moving.

    Q    Did you take Mr. DeGraw's pulse?

    A    I did not.

    Q    Do you know whether anybody else did?

    A    I believe so, but I can't recall.

    Q    So, let me just ask, do you know whether it

was done or not by anybody -- by any PCSO personnel?

    A    I can't recall.

    Q    Okay.  Do you remember -- before fire rescue

arrived on scene, do you know whether he had a pulse or

not?

    A    All I remember is the sternum rub and his lips

moving, which made me believe that he was still

breathing.

    Q    All right.  And I think we heard -- let's go

ahead and play this here.

        (Audio recording was played.)

BY MR. ROZELLE:

    Q    I paused two seconds later here at 4:10:03.

It sounded to me like, "sir."  Did you hear that?

    A    Go back.

    Q    Let me go back here.

```
 1              (Audio recording was played.)

 2      BY MR. ROZELLE:

 3          Q      What do you hear there?

 4          A      "Sir."

 5          Q      Is that you?

 6          A      Yeah.

 7          Q      Who are you speaking to?

 8          A      Mr. DeGraw.

 9          Q      And this is what you just testified to, trying

10      to get him to respond?

11          A      Yes.

12          Q      All right.

13              (Audio recording was played.)

14      BY MR. ROZELLE:

15          Q      So I paused at 4:10:32.  Tell me what you

16      heard in the last segment we just listened to.

17          A      I heard, "sir," and then there was some kind

18      of communication.  I couldn't make it out.  And then I

19      hear Deputy Baldwin ask for FD.

20          Q      On the radio?

21          A      Yes.

22          Q      Could you make out any of the other

23      communication?

24          A      In between?  No, I couldn't make it out.

25          Q      Do you know when FD came on scene?
```

1      A     I don't know a specific time, no.  It was

2   quickly.

3      Q     You would be guessing or speculating?

4      A     I would be guessing, yes.

5      Q     Did you start any CPR or other resuscitative

6   procedures on Mr. DeGraw?

7      A     We did not.  As soon as we're asking for FD,

8   they were right outside, and they had already entered

9   the building -- into the residence.

10      Q     Yeah.  Let me just ask why didn't you?

11      A     Because FD was already inside the residence

12   approaching upstairs.

13      Q     Okay.

14      A     And we believed he was still breathing at the

15   time.

16      Q     You spoke to detectives the same day this

17   event happened, right?

18      A     Correct.

19      Q     Had you heard any of this COBAN on that day?

20      A     I did not.

21      Q     When was the first time you heard anything on

22   that COBAN?

23      A     This would have been Friday, this past Friday.

24   I don't remember the actual date.

25           MR. ROZELLE:  Bear with me here.  If you want

1      to take a short break, this would be a good time do

2      it.  I believe I'm heading towards completion here.

3           (At which time a short recess was had.)

4  BY MR. ROZELLE:

5      Q    Deputy Martinez, take a look at what was

6  marked as Exhibit 1 here, which is a composite exhibit

7  of some of the statements that were taken by

8  detectives, and yours is Supplement 8.

9      A    Okay.

10     Q    And do you remember speaking to detectives

11 that night?

12     A    Yes.

13     Q    And they were -- tell me, generally, why that

14 happened?

15     A    They were just reviewing my statement of the

16 events that happened.

17     Q    All right.  So they asked you questions, and

18 you answered them?

19     A    Correct.

20     Q    And why is that done in this set of

21 circumstances, do you know?

22     A    To get a better understanding of what

23 occurred.

24     Q    All right.  Why are you doing this process in

25 lieu of a report?

1    A    Because there was an injury at the time.

2    Someone had passed away.

3    Q    It's an in-custody death investigation?

4    A    Correct.

5    Q    And so is your understanding of procedures

6    that you -- there's an interview by robbery/homicide

7    detectives, and that the deputies involved don't author

8    a report?

9    A    This's correct.

10    Q    So, for example --

11    A    And this would be the first time for me.

12    Q    This was your first experience with this set

13    of procedures?

14    A    Correct.

15    Q    All right.  So, for example, we don't

16    have -- I'll represent to you Exhibit 1 is not the

17    entire investigation in this case.  It's actually in

18    that notebook at the far end of the table.  If we were

19    to go through SO-163603788 -- I will pause there -- is

20    that what you understand to be the report number that's

21    associated with the events that gave rise to this case?

22    A    Yes.

23    Q    All right.  Nowhere in all the supplements to

24    that report is there a Deputy Martinez report, right?

25    A    Correct.

1      Q    So your report -- you know, I'm using air

2  quotes here -- is the --

3      A    The questions that were asked.

4      Q    -- are the questions that were asked and the

5  answers that you gave, is that right?

6      A    Correct.

7      Q    Okay.  If you look at -- the page, infamously,

8  doesn't have a number.  It's actually the seventh page.

9  Find eight and go back one.  And, just so I make sure

10  I -- to fit this in the narrative that you've already

11  gave here, towards the top here, EM is you, right?

12      A    Yes.

13      Q    Eddie Martinez?

14      A    Yes.

15      Q    And JT is Detective John Tobeck?

16      A    Yes.

17      Q    All right.  Towards the top there

18  Detective Tobeck is asking you basically -- and let me

19  say this -- read the first bit of that, and then the

20  question is:  Were you describing to him

21  this -- Mr. DeGraw trying to get up once he's on the

22  ground?

23      A    You want me to read that third sentence?

24      Q    Yeah, just read -- I'm trying to get oriented

25  to what's going on here.

1     A     From the top or --

2     Q     Yeah, from the top.  So he's on the ground --

3     A     "So he's on the ground.  Then, once

4  Deputy Goepfert, I'm assuming, turned the Taser off."

5  Then Detective Tobeck says, "Okay."  And then I

6  respond, "He started to get up -- he started to try to

7  get up, and we say, 'Sir, stay on the ground, stay on

8  the ground, sir,' and then he started to get up, and

9  I'm assuming Deputy Goepfert Tased again, because he

10  started bracing."

11     Q     Let me break that down.  It says, "And we say,

12  sir, 'get on the ground, stay on the ground.'"  Did you

13  say that to him?

14     A     Yes.

15     Q     To Mr. DeGraw?

16     A     Yes.

17     Q     Did you hear Deputy Goepfert say it?

18     A     Yes.

19     Q     Did it get said more than once by either of

20  you?

21     A     Yes.

22     Q     Did he comply with the command to stay on the

23  ground?

24     A     No.

25     Q     What did he do?

1     A     He started to try to get up.

2     Q     All right.  And then Detective Tobeck asks,

3     "You know, like when he was getting up, he was getting

4     up like I'm going to come, I'm going to get you, or was

5     he just trying to get up?"  And you explain -- it says,

6     "No, he was just trying to get up."

7     A     Because I couldn't verify if he was going to

8     come punch me in the face or not.  I mean, he was just

9     trying to get up.  So, by him trying to get up, I can't

10    depict of he's going to punch me in the face or he's

11    not going to punch me in the face.

12    Q     You don't know what he's trying to do?

13    A     Correct.  All I know is he's trying to get up.

14    Q     Gotcha.  So you're addressing the conduct.

15    You don't know why he's doing it, is that fair?

16    A     Correct, I can assume.

17    Q     And you guys, meaning both of you, were

18    telling him to stay down?

19    A     Yes.

20    Q     And that was what you told detectives, and

21    that's your testimony here today?

22    A     That's correct.

23    Q     All right.

24          MR. ROZELLE:  I don't think I have anything

25          more for you at this time.  Thank you very much.

1    Counsel may have some follow-up.

2                REDIRECT EXAMINATION

3    BY MR. CALLAHAN:

4        Q    Deputy Martinez, when he was just trying to

5    get up, you weren't even in the room, were you?

6            MR. ROZELLE:  Objection to form.  You can

7        answer.

8        A    No.

9    BY MR. CALLAHAN:

10       Q    There wasn't any risks to you at that time in

11   any way, was there?

12           MR. ROZELLE:  Objection to form.

13       A    I'm not sure.

14   BY MR. CALLAHAN:

15       Q    Let me put it this way:  You stated, "I

16   couldn't verify if he was going to punch me in the face

17   or not."  At the time you're referring to, you weren't

18   even in the room, correct?

19       A    Correct.  I was right outside the room.

20       Q    Okay.  Let me ask you just a few questions on

21   redirect here.  At any time during all these events,

22   Mr. DeGraw never verbally threatened anyone, did he?

23       A    Just made the screaming, grunting sounds.

24       Q    So that's no, correct?

25           MR. ROZELLE:  Objection to form.

1      A    Well, he made verbalization.  It was just not

2    in the form of words.

3    BY MR. CALLAHAN:

4      Q    Let me ask you again.  During these entire

5    events, did Mr. DeGraw ever verbally threaten you or

6    anyone?

7            MR. ROZELLE:  Object to form.  You can answer.

8      A    If you're asking did he make any verbal

9    comments in the form of words, no, he did not.

10   BY MR. CALLAHAN:

11     Q    Thank you.  During the entirety of the events

12   there were no weapons exposed in the room where these

13   events occurred?

14           MR. ROZELLE:  Objection to form.  You can

15       answer.

16     A    Yes, there was.  At the end we noticed the

17   weapon under the pillow.

18   BY MR. CALLAHAN:

19     Q    Let me limit the time then.  From the time

20   that you and Mr. Goepfert arrived at the top of

21   stairwell until the time Mr. DeGraw was subdued and

22   handcuffed, was there ever a time when any weapon was

23   exposed?

24     A    For me, no.  I can't speak for

25   Deputy Goepfert.

1    Q    Okay.  When you testified that you interpreted

2    his saying "rraah" as threatening or aggressive, or any

3    word that you applied to it, that's your interpretation

4    of that sound, is it not?

5    A    Correct.

6    Q    There was nothing about the sound itself that

7    contained any threatening words?

8    A    Just had an aggressive connotation.

9    Q    The connotation is just your interpretation of

10   it?

11   A    Correct.  It's whether a reasonable person

12   would believe whether I'm screaming for help, or I'm

13   screaming because I'm angry.

14   Q    Or he could have been confused, could he not?

15   A    If he was confused, it wouldn't be that -- I

16   mean, again, for a reasonable person to think if I'm

17   screaming angrily, I'm not necessarily confused.  I'm

18   just angry.

19   Q    You don't know, do you, what his state of mind

20   was?

21   A    I can't speak for his state of mind, correct.

22   Q    And you were told that he is believed to have

23   had seizures --

24         MR. ROZELLE:  Object to form.

25   BY MR. CALLAHAN:

1       Q       -- were you not?

2               MR. ROZELLE:  You can answer.

3       A       I was told that he may be having a seizure,

4   correct.

5   BY MR. CALLAHAN:

6       Q       And you don't know, do you, personally, or do

7   you know personally, anything at all about a

8   post-seizure state and what state of mind that would

9   put a person in?

10      A       No.

11      Q       And do you know if any of his military

12  experiences, his special ops, secret missions, what he

13  went through, and if his reported PTSD had anything to

14  do with his state of mind that he --

15      A       I was unaware -- at the time, I was unaware of

16  his special ops or any type of military affiliation.

17      Q       But you really had no knowledge of those

18  things that might have affected his state of mind at

19  the time?

20      A       No.  I can only base my observation of what I

21  saw and what I felt at the time.

22      Q       Did he ever even indicate to you anything that

23  showed that he knew you were a deputy?

24              MR. ROZELLE:  Object to the form.  You can

25      answer.

1    A    He never verbalized any words, but

2  Deputy Goepfert advised "Sheriff's Office." From

3  Deputy Goepfert he --

4    Q    You know, I understand what --

5         MR. ROZELLE:  Hold on.  Let him finish.

6    A    So he just basically verbalized who he was

7  and --

8    Q    I understood -- yeah, I'm sorry.  Go ahead.

9         I understood what you all said about it, but

10 the question wasn't about what you said.  It was did he

11 ever give you any indication that he even understood

12 that you were a deputy?

13   A    He just acknowledged everything with a scream.

14 So any time Deputy Goepfert made a comment, he would

15 scream basically acknowledging what he said with an

16 angry scream.

17   Q    And the scream -- the angry scream that you're

18 referring to is the sound you made which was like

19 "rraah" or "yaah"?

20   A    Correct, initially, yes.

21   Q    Now, you also testified about -- your phrase

22 was "Hands are going towards the pillow," when you're

23 referring to Mr. Goepfert lying in bed?

24   A    Mr. DeGraw.

25        MR. ROZELLE:  Objection.

1    Q    I wrote down you saying, "Hands are going

2  towards the pillow."  Is that your recollection of your

3  testimony?

4         MR. ROZELLE:  Yeah, I'm sorry to interrupt.

5     Mr. Goepfert was not lying in bed.

6         MR. CALLAHAN:  I'm sorry.  I got Goepfert and

7     DeGraw confused so many times.

8  BY MR. CALLAHAN:

9    Q    I'm referring, obviously, to Mr. DeGraw.

10   A    Mr. DeGraw was lying in the bed, and

11 Deputy Goepfert advised his hands were going towards

12 the pillow.

13   Q    Let me refer you to Mr. Goepfert's statement

14 about that.

15        MR. ROZELLE:  Where are we here?

16        MR. CALLAHAN:  Page 6.

17        MR. ROZELLE:  Of what?

18        THE WITNESS:  Which --

19        MR. CALLAHAN:  His statement.

20        MR. ROZELLE:  Which is what?

21        MR. CALLAHAN:  I'm sorry.  It's 21.

22        MR. ROZELLE:  Hang on just a second here.

23     Where are you?

24        MR. CALLAHAN:  Page 6.

25        MR. ROZELLE:  Okay.

1    BY MR. CALLAHAN:

2        Q    If you look at the middle, he's being

3    questioned by Tobeck and he says, "So his hands were

4    over his hand -- so his hands were above his head, and

5    he was lying on his back?"  And Goepfert responds, "He

6    kept turning over to his side, and, sir don't do that."

7            MR. ROZELLE:  Objection.  That's not what that

8        says so --

9            MR. CALLAHAN:  That's exactly what that says.

10           MR. ROZELLE:  You skipped a whole bunch of

11       stuff so --

12           MR. CALLAHAN:  I don't have to read the entire

13       statement to get to this point, sir.

14   BY MR. CALLAHAN:

15       Q    And if you go on down in the statement, "He

16   would lean to his left -- " -- this is Goepfert

17   talking -- " -- away from where I could see what he was

18   doing, where his hands were going."

19       A    I'm lost.

20           MR. ROZELLE:  You've got me totally lost.

21   BY MR. CALLAHAN:

22       Q    Okay.  Look down where it says, "His right

23   side?  Yes."  Do you see that?

24       A    I see that.

25       Q    Okay.  And then he answers again, "He would

1    lean to his left -- okay -- away from where I could say

2    what he was doing."

3        A    It says, "So he would -- " -- it's in a

4    question form.  "So he would lean over to the right or

5    left?"  I guess they were asking the question.

6        Q    Yes.  And he says, "He would lean to his

7    left."

8        A    Okay.

9        Q    "And then away from where I could see what he

10   was doing, where his hands were going.  And, when I

11   gave him, you know, the commands to turn back towards

12   me, let me see your hands, he did so."  Do you see

13   that?

14       A    Uh-huh.

15       Q    Now, that doesn't add up to somebody going

16   towards the pillow for a gun, does it?

17            MR. ROZELLE:  Objection to form.  You can

18       answer.

19       A    The statement where he's answering the

20   question doesn't add up, but what his statement to me

21   is, "His hands are going towards the pillow," is

22   completely different than what they asked him.

23       Q    Well, he's describing the situation, is he

24   not, in --

25       A    No, he's answering a question that they were

1    asking him.  They didn't ask him if he had made a

2    statement to me advising me that his hand was going

3    under the pillow.

4         Q    I understand --

5         A    His statement to me was his hands were going

6    under the pillow.  So he's answering a question.

7         Q    Okay.  I understand that distinction.  Bear

8    with me here.  Okay?

9         A    Okay.

10        Q    And then he states, if you look at the next

11   paragraph, "I was trying to get him out of the bedroom

12   at first, because I knew there were guns in there.  I

13   didn't want to go in there."  Okay.  "And it was -- you

14   know, there was a ladder there, and a table, and there

15   wasn't a lot of room to do anything in there.  He

16   finally sat on the edge of the bed."  Do you see that?

17        A    Uh-huh.

18        Q    And I think you testified earlier, did you

19   not, that you were not aware of these events?

20        A    Correct.

21        Q    All right.  And you didn't see inside the

22   room, nor were you aware of what Mr. DeGraw's movements

23   actually were?

24        A    Correct.

25        Q    Is that your testimony?

1    A    It's based off of what he told me -- Deputy

2  Goepfert -- correct.

3    Q    And you -- so you have no knowledge of what

4  actually occurred in there, either from anything

5  Goepfert told you or from what Mr. DeGraw said or what

6  you saw, in terms of his movements?

7        MR. ROZELLE:  Objection.  It's compound, and

8     it misstatements his testimony.

9  BY MR. CALLAHAN:

10   Q    Let me ask it differently.  Do you have any

11 knowledge of Mr. DeGraw's actual movements?

12   A    From inside the room, no.

13   Q    Okay.  You testified a little while ago

14 that -- about demonstrating the bracing movement, and

15 then Mr. DeGraw's reaction, I guess, to the shock is

16 the way you put it.

17   A    Uh-huh.

18   Q    And what you demonstrated, from my

19 observation, was holding your arms against your chest

20 with your fists closed?

21   A    It was his side.

22        MR. ROZELLE:  Objection.

23 BY MR. CALLAHAN:

24   Q    What I want you to do is describe for me what

25 you demonstrated for us.

1      A      So basically a stiffening, tightening, with

2   both arms to the sides and the kind of clenching of the

3   fists --

4      Q      Okay.

5      A      -- with the fists up towards -- kind of closer

6   to the shoulders --

7      Q      Okay.

8      A      -- and kind of inching, kind of shuffling his

9   feet towards us.

10     Q      And his movements, whatever they were, were

11  kind of shuffling movements?

12     A      Correct.

13     Q      Okay.

14     A      But he was approaching, like slowly shuffling,

15  in a direction towards us.

16     Q      And you all were in the doorway?

17     A      Correct.

18     Q      Now, where was he?

19     A      Inside the room.

20     Q      Okay.  Those boxes of weapons you referred to

21  in your testimony, were those cases closed?

22     A      Yeah.  They were long-gun cases.  They were

23  closed.

24     Q      All right.  So there were no guns actually

25  exposed during these events?

1          MR. ROZELLE:  Objection, asked and answered.

2     BY MR. CALLAHAN:

3          Q     In these cases.

4          MR. ROZELLE:  I'm sorry.  You mean the

5     long-gun cases?

6          MR. CALLAHAN:  Yeah.

7          MR. ROZELLE:  Gotcha.

8          A     Yeah, from my vantage, I didn't see any.  I

9     just saw the boxes.

10    BY MR. CALLAHAN:

11         Q     They were just gun cases that were closed?

12         A     Correct.  That's what I saw.

13         Q     And they were -- I wouldn't say locked, but

14    they were closed and snapped shut?

15         MR. ROZELLE:  Objection, counsel testifying.

16    BY MR. CALLAHAN:

17         Q     Well, what was the state of these cases?

18         MR. ROZELLE:  There you go.

19         A     They were -- I don't know if they were locked,

20    but they were closed.

21    BY MR. CALLAHAN:

22         Q     And they had latches on them?

23         A     I don't know if they were latched, but, yeah,

24    I'm sure they did.

25         Q     Okay.  I would like to ask you one more thing.

1  If you look at Page 4 of your statement.

2        A    My statement?

3        Q    Yes, which is No. 8.

4             MR. ROZELLE:  Supplement 8.

5  BY MR. CALLAHAN:

6        Q    You were asked, in the upper middle part of

7  the page there, about the cuffing process, and you've

8  described it here in your testimony.  Okay?

9        A    Uh-huh.

10       Q    Your words in response to Tobeck's inquiry of

11 you were -- in the middle of this paragraph -- "I

12 finally got it cuffed.  It was in a weird position."

13            MR. ROZELLE:  Hang on.  I'm sorry.  I'm slow.

14       I'm not sure I'm in the right paragraph.  Where are

15       you at on here?

16            MR. CALLAHAN:  The second -- you're correct.

17       The third line down.

18            MR. ROZELLE:  Oh, gotcha.

19 BY MR. CALLAHAN:

20       Q    "I finally got it cuffed.  It was in a weird

21 position.  And then, at that point, I got up,

22 sergeant Street got up, and then he was just kind of

23 went still."  The "he" you're referring to there is

24 Mr. DeGraw, right?

25       A    I'm trying to find it again.  Yes.

1      Q      And then you go on to say, "So we're all

2   saying, hey, hey, Don, Don, wake up.  What's going on?

3   Are you responsive?  What's going on?"  And you say,

4   "He's just standing still."  Do you mean laying still?

5      A      Correct.  He's unresponsive.

6      Q      Yeah.  And, again, you're referring to

7   Mr. DeGraw just laying still?

8      A      Correct.

9      Q      And then you say, "So we're thinking he may be

10  just laying there.  So at that point we roll him on his

11  side.  We're trying to see if we can (sic) a pulse."

12  Do you mean get a pulse?

13     A      Yes.

14     Q      So right immediately after you stood up, you

15  inquired if he was responsive, and Mr. DeGraw didn't

16  give you any response, did he?

17     A      No, he didn't verbalize any words.

18     Q      All right.  And who was trying to see if he

19  had a pulse?

20     A      I don't remember who.  I just remember

21  Sergeant Street issuing the sternum rub.

22     Q      But, before that, you say, "We're trying to

23  see if he had a pulse."

24     A      I just don't remember who, what individual --

25     Q      But that did happen?

1      A      From my recollection.

2      Q      Why were you trying to see if he had a pulse?

3      A      Because he wasn't verbalizing any words.  So,

4  when we put him in the recovery position,

5  Sergeant Street gave him that sternum rub, and then we

6  saw the kind of flickering of his lips like he was

7  breathing.

8      Q      Well, you say flickering the lips as if he was

9  breathing, that might have indicated a different

10  response, might not it?

11          MR. ROZELLE:  Objection to form.  You can

12      answer.

13      A      From my understanding, at the time and place,

14  I understood it as if he was breathing, from the

15  moaning earlier and the fighting.

16  BY MR. CALLAHAN:

17      Q      I understand what your understanding is.

18  That's what I'm asking about.  So let me ask you about

19  the lip flickering.  Do you know if that indicated

20  breathing or not?

21      A      From my understanding, yes.

22      Q      But it might have indicated something else?

23          MR. ROZELLE:  Objection to form.  You can

24      answer.

25      A      I couldn't answer that.  I don't know.  I can

1  only answer what I perceived at the time and place.

2  BY MR. CALLAHAN:

3      Q    Right.  So if -- why would anybody check for a

4  pulse unless they suspect that he might not have one?

5          MR. ROZELLE:  Objection to form.  You can

6      answer.

7      A    Because he was unresponsive.  He wasn't making

8  any words.  And, when we checked -- I don't remember

9  who checked for it, but, when we did the sternum rub,

10  we saw the flicker of his lips.  So my assumption was

11  he was still breathing, and FD was requested.

12      Q    But you don't know if your assumption was

13  correct?

14      A    I can only go based off what I know at the

15  time.

16      Q    Okay.  Do you have any idea at what point he

17  died?

18      A    No, I don't.

19      Q    Do you know if he died while you were there

20  with him?

21      A    I do not.

22          MR. CALLAHAN:  That's all I have.  Thank you.

23          MR. ROZELLE:  I have probably have one

24      follow-up, maybe two -- two things brought up on,

25      what, redirect -- so recross as on direct.

1        MR. CALLAHAN:  You can only have cross.

2        MR. ROZELLE:  I remember a judge saying there

3    will be no re, re, re in my courtroom.

4        MR. CALLAHAN:  In federal court there isn't

5    any re.

6                    RECROSS-EXAMINATION

7    BY MR. ROZELLE:

8        Q    Sir -- Deputy Martinez, you were asked on

9    redirect whether Mr. DeGraw verbally threatened anyone.

10   Do you recall that question?

11       A    Yes.

12       Q    Was Mr. DeGraw threatening when you were on

13   the scene?

14       A    No.

15       Q    I mean, not verbally in any manner -- was he a

16   threat?

17       A    At one point, yes, he was.

18       Q    All right.  By verbally threatening -- I just

19   want to make sure I understand what you're talking

20   about.  Did he articulate words?

21       A    He did not articulate any words.

22       Q    "I'm going to kill you, I'm going to hurt you,

23   I'm going to come get you," that kind of stuff, he

24   never said any of that?

25       A    No.

1      Q    In fact, he never said anything that was

2  recognizable English during the time that you

3  interacted with him?

4      A    He did not.

5      Q    Gotcha.  This statement that's in

6  Supplement 21 that Deputy Goepfert gave as part of

7  Composite Exhibit No. 1, in the middle of Page 6 -- you

8  were taken through some of this here -- first of all,

9  were you present for this statement?

10     A    I was not.

11     Q    So this is Deputy Goepfert speaking to

12 detectives.  You weren't there for any of that?

13     A    No, I was not.

14     Q    Let me just back up and say this:  Your

15 testimony, as far as what you know, is what you saw and

16 heard and perceived and observed on the scene, is that

17 right?

18     A    That's right.

19     Q    That's fair?

20     A    That's correct.

21     Q    What did you hear -- with respect to, you

22 know, the pillow and whatever it is that you hear about

23 the pillow, tell me what it is that you heard on the

24 scene.

25     A    I heard Deputy Goepfert refer to me that his

1    arms are going towards the pillow, go lethal.

2         Q    All right.

3         A    And that's the only reason I

4    re-holstered -- I removed my service weapon from my

5    holster.

6         Q    All right.  And so -- and let me just make

7    sure I understand this too.  You gave some testimony

8    about -- I think the question was do you have any

9    knowledge of Mr. DeGraw's movements in the room?  And

10   your answer was no.  And let me just make sure I

11   understand the nature of that testimony.  So until you

12   came into the doorway area where you're going to have

13   some view of Mr. DeGraw, that doesn't happen until

14   the -- until after the Taser goes pop, right?

15        A    That's correct.

16        Q    Okay.  So you have no visual knowledge of

17   Mr. DeGraw, as far as what Mr. DeGraw is doing,

18   correct?

19        A    Correct.

20        Q    So, for example, in this area that we're

21   talking about, you don't know whether Mr. DeGraw, in

22   fact, moved his hands towards the pillow, because you

23   didn't see it?

24        A    That's correct.

25        Q    But, as far as Deputy Goepfert saying what he

1    said, do you have knowledge, at least based on

2    Deputy Goepfert, about what was going on in that room?

3        A    Base on what he told me, yes.

4        Q    And then, based on Deputy Goepfert's

5    movements, for example, you gave some testimony in

6    another context earlier about him -- you saw

7    Deputy Goepfert backing up, correct?

8        A    Correct.

9        Q    And you heard movements in the room, correct?

10       A    Yes.

11       Q    So did that give you some information or

12   knowledge about what was going on in that room?

13       A    Yes.

14       Q    That you then made decisions based on

15   considering those circumstances, as far as what was

16   happening --

17           MR. CALLAHAN:  Object to the form of the

18       question.

19   BY MR. ROZELLE:

20       Q    -- and how you were going to respond, is that

21   correct?

22       A    Yes.

23       Q    All right.  You see where, middle of Page 6 of

24   Deputy Goepfert's statement, and it says GG there.  "So

25   his hands were above his head towards -- " -- do you

1    see that?

2        A    Where is that?

3        Q    Middle of the page --

4        A    Okay.

5        Q    "So his hands were above his head

6    towards -- "

7            And then Detective Tobeck says, "And he was

8    laying on his back."  Do you see that?

9        A    Yes.

10       Q    And then "Deputy Goepfert continues towards

11   his -- you know, by his pillow."

12           Do you see that?

13       A    Yeah.

14       Q    All right.  What's your understanding of what

15   that means?

16       A    That his hands were going towards his pillow,

17   and they were above his head near the pillow.

18           MR. ROZELLE:  I have nothing further for you.

19       Thank you.

20           MR. CALLAHAN:  I have one more question.

21           MR. ROZELLE:  Re, re.

22                        FURTHER REDIRECT

23   BY MR. CALLAHAN:

24       Q    Deputy Martinez, did you ever have any

25   evidence at any time that Mr. DeGraw ever reached under

1   the pillow?

2       A    Other than Deputy Goepfert advising me, no.

3       Q    Did he advise you he reached under the pillow.

4       A    He reached under -- sorry, hands towards the

5   pillow.  My apologies.

6       Q    And do you have any knowledge whatsoever that

7   anybody ever touched that gun during these events?

8       A    No.

9       Q    Do you have any knowledge if it was armed?

10      A    I do not.

11      Q    Do you have any knowledge if there was a

12  magazine in it?

13          MR. ROZELLE:  Objection, beyond the scope.

14          MR. CALLAHAN:  Okay.  Forget it.  Let's stop.

15      Thank you.

16          THE WITNESS:  No problem.

17          MR. CALLAHAN:  You have the right to read this

18      if you want.

19          MR. ROZELLE:  Yeah, if it's ordered, he'll

20      read.

21          MR. CALLAHAN:  And I am going to order it.  So

22      she will advise you, when the time comes and it's

23      printed, and you can show up and read it all and

24      correct any misstatements that are made in there, if

25      you see any.  Good luck and have fun doing that.  I

1    appreciate your time today.  You've been very

2    gracious.

3         THE WITNESS:  Thank you.

4         MR. ROZELLE:  I'll take a copy.

5         (DEPOSITION CONCLUDED AT 2:49 P.M.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          STIPULATION

2          It is hereby stipulated and agreed by and

3     between counsel present for the respective parties,

4     and the deponent, that the reading and signing of

5     the deposition is hereby REQUESTED.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF OATH

2    STATE OF FLORIDA      )

3    COUNTY OF PINELLAS    )

4        I, the undersigned authority, certify that

5    EDUARDO MARTINEZ personally appeared before me and was

6    duly sworn.

7        WITNESS my hand and official seal this the 7th day

8    of July, 2019.

9

10

11    _____
                     *Melinda McKenna*
12    MELINDA MCKENNA
      Notary Public - State of Florida
      Commission No. GG561
13    Expires:  June 8, 2020

14

15

16

17

18

19

20

21

22

23

24

25

D&D REPORTING SERVICE
3000 Gulf to Bay Boulevard
Suite 500
Clearwater, FL  33759
(727) 723-2002
(727) 723-2003 fax


July 7, 2019


Paul Rozelle, Esquire
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL  33778


RE:  Julie DeGraw, as Personal Representative of the
Estate of Donald C. DeGraw, deceased vs. Bob Gualtieri,
in his individual capacity as Pinellas County Sheriff,
and Gregory Goepfert, in his individual capacity as a
Pinellas County Deputy Sheriff


Dear Mr. Rozelle,

        Attached is the deposition transcript of
Eduardo Martinez's deposition taken on May 22, 2019.
Please have Mr. Martinez make any corrections he may
have to the deposition on the original errata sheet
herein within the next 30 days.

        The original transcript of this deposition has
been forwarded to Mr. Callahan.  Upon completion of the
errata sheet, please forward a copy to Mr. Callahan for
inclusion into the deposition transcript.

        If you have any questions, please do not
hesitate to contact me.


                        Sincerely,

                        *Melinda McKenna*

                        Melinda McKenna
                        Court Reporter


cc:    Michael T. Callahan, Esquire

I have read the foregoing pages, numbered 1 through 194, inclusive, and herewith subscribe to same as a correct transcription of the answers made by me to the questions herein recorded, subject to corrections thereof.

_____
EDUARDO MARTINEZ

Date:_____

PLEASE ATTACH TO THE DEPOSITION OF: EDUARDO MARTINEZ IN THE CASE
OF: Julie DeGraw, as Personal Representative of the Estate of
Donald C. DeGraw, deceased vs. Bob Gualtieri, in his individual
capacity as Pinellas County Sheriff, and Gregory Goepfert, in
his individual capacity as a Pinellas County Deputy Sheriff
Case No. 8:18-cv-2116-WFJ-SPF

ERRATA SHEET

INSTRUCTIONS:
Please read the transcript of your deposition and make note of
errors or amendments in transcription on this page. DO NOT MARK
on the original transcript itself. Please sign and date this
sheet.

| PAGE/LINE | READS | SHOULD READ |
|-----------|-------|-------------|
| 16/9 | intramuscular | neuromuscular |
| 42/19 | intramuscular | neuromuscular |
| 48/5 | we | he |
| 91/4 | wasn't an abnormal | wasn't a normal |
| 98/4 | Gray Bark | Split Fork |
| 121/1 | inject | eject |
| 162/5 | control | patrol |
| 162/11 | control | patrol |

_____

EDUARDO MARTINEZ

DATE: 11/15/19

PLEASE ATTACH TO THE DEPOSITION OF:  EDUARDO MARTINEZ
IN THE CASE OF:  Julie DeGraw, as Personal
Representative of the Estate of Donald C. DeGraw,
deceased vs. Bob Gualtieri, in his individual capacity
as Pinellas County Sheriff, and Gregory Goepfert, in
his individual capacity as a Pinellas County Deputy
Sheriff
Case No. 8:18-cv-2116-WFJ-SPF

ERRATA SHEET

INSTRUCTIONS:
    Please read the transcript of your deposition and
make note of errors or amendments in transcription on
this page.  DO NOT MARK on the original transcript
itself.  Please sign and date this sheet.

PAGE/LINE            READS                  SHOULD READ

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

                    _____

                    EDUARDO MARTINEZ

                    _____

                    DATE

STATE OF FLORIDA      )

COUNTY OF PINELLAS   )

    I, MELINDA MCKENNA, Court Reporter, certify that I was authorized to and did stenographically report the deposition of EDUARDO MARTINEZ; and that the transcript is a true record of the testimony given by the deponent.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    Dated this 7th day of July, 2019.


_____
MELINDA MCKENNA

**'**

**16:03:19** [1] - 27:8
**17** [1] - 37:11
**180** [1] - 126:15
**180-degree** [1] - 109:6
**19** [1] - 3:12
**1911-style** [1] - 60:4
**194** [1] - 198:2
**1:04** [4] - 142:6, 144:8, 144:22, 150:2
**1:06** [3] - 144:22, 148:2, 148:4
**1:08** [3] - 148:3, 148:4, 148:13
**1:11** [2] - 148:14, 149:16
**1:16** [3] - 149:15, 149:16
**1:17** [2] - 149:16, 149:23
**1:19** [1] - 138:2
**1:26** [1] - 138:5
**1:34** [3] - 149:19, 149:22, 149:23
**1:39** [3] - 149:22, 150:2, 150:23
**1:59** [1] - 150:16

## 0

**0** [2] - 111:10, 111:11
**001031** [1] - 92:17
**001032** [1] - 92:22
**01:16** [1] - 149:13
**048** [1] - 94:23
**04:06:13** [1] - 95:18
**04:07:55** [1] - 96:17
**04:08:33** [2] - 97:24, 99:7
**04:08:45** [1] - 99:13
**04:08:48** [1] - 100:23
**04:08:53** [1] - 101:21
**04:08:56** [1] - 100:7
**07** [1] - 95:16

## 1

**1** [9] - 3:12, 42:1, 136:4, 136:5, 156:19, 167:6, 168:16, 189:7, 198:1
**10** [6] - 12:23, 83:20, 83:23, 137:11, 145:11, 145:12
**10-3** [2] - 162:11, 162:22
**10-8** [1] - 162:5
**100** [3] - 53:10, 68:6, 71:9
**10750** [2] - 2:7, 197:8
**11** [1] - 134:25
**12** [1] - 69:22, 70:2
**13** [1] - 70:14, 70:20, 70:21
**14** [11] - 26:19, 71:16, 136:8, 136:10, 140:8, 145:5, 147:17, 148:6, 149:25, 152:21, 153:1
**15** [4] - 10:8, 72:13, 140:20, 162:21
**16** [1] - 3:13
**16:01** [1] - 26:24
**16:01:04** [3] - 27:25, 142:4, 150:11
**16:01:07** [2] - 27:2, 147:17
**16:01:08** [3] - 27:4, 27:17, 147:24
**16:01:34** [1] - 149:19
**16:02** [1] - 27:10
**16:02:37** [3] - 27:9, 28:3, 150:21

## 2

**2** [4] - 61:24, 68:9, 145:5, 150:18
**20** [11] - 3:13, 16:23, 16:24, 17:11, 18:1, 60:6, 60:10, 67:11, 67:13, 67:19, 72:23
**2009** [1] - 5:17
**2013** [3] - 17:12, 17:14, 17:24
**2016** [4] - 7:3, 9:17, 13:16, 95:16
**2019** [5] - 1:18, 196:8, 197:5, 197:15, 200:13
**2020** [1] - 196:13
**203** [1] - 2:2
**21** [6] - 3:14, 54:13, 54:14, 54:18, 177:21, 189:6
**22** [9] - 1:18, 3:15, 92:12, 92:15, 92:24, 93:9, 94:13, 154:13, 197:15
**23** [7] - 3:16, 85:18, 85:20, 92:21, 92:24, 134:10, 134:18
**28** [1] - 137:24
**2:37** [1] - 150:23
**2:49** [2] - 1:19, 194:5

## 3

**3** [2] - 44:23, 68:14
**30** [1] - 197:16
**3000** [2] - 1:21, 197:1

**33** [11] - 26:2, 26:4, 28:6, 28:16, 28:25, 29:8, 46:1, 151:3, 151:9, 151:24, 152:2
**33701** [1] - 2:3
**33759** [2] - 1:22, 197:2
**33778** [2] - 2:7, 197:8
**35** [2] - 150:3, 150:13

## 4

**4** [5] - 3:2, 92:23, 162:5, 162:11, 184:1
**449** [1] - 2:2
**48** [1] - 95:2
**4:08:50** [1] - 154:22
**4:09:16** [1] - 160:6
**4:09:31** [2] - 160:10, 161:9
**4:09:40** [1] - 161:12
**4:09:46** [2] - 161:24, 162:17
**4:10:01** [1] - 162:20
**4:10:03** [1] - 164:22
**4:10:32** [1] - 165:15
**4:10:57** [1] - 157:2
**4th** [1] - 69:20

## 5

**5** [14] - 16:12, 17:13, 17:25, 18:3, 41:11, 44:24, 68:22, 68:25, 77:19, 78:3, 78:14, 85:16, 85:22, 86:7
**500** [2] - 1:22, 197:2
**54** [1] - 3:14
**56** [1] - 100:11
**57527** [1] - 95:7
**58** [1] - 150:24
**5th** [1] - 45:11

## 6

**6** [5] - 69:2, 177:16, 177:24, 189:7, 191:23

## 7

**7** [1] - 197:5
**70** [1] - 93:23
**723-2002** [1] - 197:3
**723-2003** [1] - 197:3
**727** [2] - 197:3, 197:3
**7th** [4] - 9:17, 13:16, 196:7, 200:13

## 8

**8** [5] - 78:8, 167:8, 184:3, 184:4, 196:13
**88** [1] - 3:3
**8:18-cv-2116-WFJ-SPF** [2] - 1:6, 199:4

## 9

**9** [5] - 69:12, 69:17, 69:18, 69:20, 69:23
**92** [2] - 3:15, 3:16
**9:27** [1] - 1:19
**9th** [1] - 17:12

## A

**a.m** [1] - 1:19
**abide** [1] - 30:11
**able** [4] - 13:2, 15:18, 43:3, 75:24
**abnormal** [1] - 91:4
**about** [87] - 4:2, 6:7, 7:2, 7:7, 7:13, 9:15, 10:24, 12:23, 15:11, 15:14, 15:19, 18:11, 19:5, 20:1, 24:13, 24:14, 24:23, 30:14, 33:2, 41:15, 43:10, 44:7, 47:25, 54:5, 55:5, 56:18, 56:25, 57:14, 57:19, 58:12, 58:18, 59:2, 59:4, 60:1, 61:1, 67:10, 71:20, 71:22, 76:8, 76:10, 77:18, 78:17, 78:19, 78:22, 79:15, 79:16, 83:12, 84:14, 85:23, 98:16, 102:6, 102:12, 105:9, 108:14, 112:16, 117:15, 123:2, 127:4, 127:17, 130:13, 135:9, 137:24, 140:9, 143:17, 144:13, 151:3, 152:8, 153:10, 156:12, 174:6, 175:7, 176:9, 176:10, 176:21, 177:14, 181:14, 184:7, 186:18, 188:20, 189:22, 190:8, 190:21, 191:2, 191:6, 191:12
**above** [11] - 68:16, 70:23, 71:1, 71:3, 71:23, 72:10, 72:20, 178:4, 191:25, 192:5, 192:17
**absolutely** [6] - 19:9, 93:4, 133:3, 133:18, 141:7, 161:3
**academy** [1] - 60:7

**accomplish** [4] - 42:3, 68:11, 71:8, 82:3
**according** [1] - 148:5
**accurate** [3] - 27:24, 45:22, 135:2
**accurately** [1] - 104:13
**achieve** [1] - 123:14
**achieved** [1] - 44:20
**achieving** [2] - 42:7, 63:22
**acknowledge** [3] - 28:18, 59:8, 111:15
**acknowledged** [1] - 176:13
**acknowledging** [1] - 176:15
**across** [2] - 41:5, 110:2
**action** [3] - 69:13, 200:11, 200:12
**actions** [3] - 30:2, 45:17, 118:19
**activate** [5] - 93:24, 93:25, 146:18, 155:6
**activated** [6] - 96:25, 97:9, 121:25, 124:20, 141:14, 146:15
**activates** [1] - 155:7
**activation** [2] - 143:9, 150:4
**active** [7] - 6:14, 6:17, 38:20, 144:16, 144:25, 145:1, 149:17
**actively** [3] - 6:13, 25:11, 61:14
**activity** [2] - 22:4, 158:16
**actual** [3] - 74:15, 166:24, 181:11
**actually** [33] - 9:20, 10:14, 14:14, 17:20, 18:19, 19:15, 19:16, 20:18, 22:22, 23:1, 23:3, 23:16, 26:11, 27:18, 27:19, 28:9, 29:21, 30:2, 53:19, 72:17, 79:7, 98:12, 107:25, 130:3, 135:13, 145:9, 158:4, 168:17, 169:8, 180:23, 181:4, 182:24
**add** [3] - 151:1, 179:15, 179:20
**addressing** [1] - 171:14
**advancing** [1] - 96:2
**advise** [3] - 31:5, 193:3, 193:22
**advised** [15] - 7:15, 21:12, 35:20, 35:23, 35:25, 58:4, 59:6, 82:13, 111:9, 113:11, 117:19, 118:19, 176:2, 177:11
**advises** [4] - 91:19, 115:3, 115:4, 115:7

**advising** [15] - 15:12, 15:18, 18:16, 22:14, 25:15, 26:13, 42:15, 57:22, 82:25, 83:15, 113:7, 115:2, 120:13, 180:2, 193:2
**affect** [1] - 65:12
**affected** [2] - 61:5, 175:18
**affecting** [2] - 65:13, 66:19
**affiliation** [1] - 175:16
**affirm** [1] - 4:1
**after** [72] - 8:25, 11:5, 23:15, 24:15, 24:24, 30:1, 36:12, 36:14, 38:21, 39:10, 39:16, 39:18, 39:19, 39:23, 45:11, 46:8, 48:5, 48:17, 48:24, 49:3, 49:7, 49:23, 50:6, 50:12, 50:15, 50:19, 51:22, 52:7, 52:9, 53:3, 53:22, 53:24, 55:14, 56:19, 56:21, 57:7, 75:18, 76:9, 76:21, 79:2, 81:5, 81:16, 106:2, 113:12, 116:21, 117:5, 118:17, 118:18, 119:3, 120:1, 120:3, 120:4, 124:5, 124:14, 125:1, 125:10, 125:11, 126:23, 137:17, 141:20, 150:4, 153:6, 153:14, 157:23, 158:23, 159:20, 163:25, 185:14, 190:14
**aftermath** [1] - 55:24
**afterwards** [3] - 55:18, 59:17, 158:23
**again** [57] - 17:14, 17:19, 21:1, 25:3, 25:17, 30:22, 31:20, 31:21, 37:2, 37:15, 38:11, 38:14, 39:11, 39:17, 39:20, 41:11, 41:14, 44:20, 45:14, 49:24, 50:6, 56:6, 62:6, 66:13, 74:11, 77:18, 80:2, 83:6, 85:1, 85:12, 87:20, 93:21, 99:8, 109:10, 115:9, 118:22, 133:9, 135:14, 135:19, 136:24, 138:9, 141:18, 146:17, 148:17, 149:7, 149:9, 149:22, 150:16, 151:22, 152:8, 161:21, 170:9, 173:4, 174:16, 178:25, 184:25, 185:6
**against** [4] - 76:3, 101:13, 123:23, 181:19
**agency** [2] - 4:25, 89:12
**aggressive** [7] - 32:22, 32:25, 33:12, 33:15,

33:18, 174:2, 174:8
**aggressively** [2] - 22:18, 24:4
**agitation** [1] - 21:18
**ago** [6] - 10:13, 67:17, 78:17, 117:13, 122:16, 181:13
**agree** [11] - 68:12, 68:17, 68:25, 69:6, 69:10, 70:6, 72:10, 72:21, 84:12, 149:23, 150:13
**agreed** [1] - 195:2
**Agreement** [1] - 17:8
**ahead** [7] - 74:22, 92:10, 97:22, 136:25, 159:6, 164:19, 176:8
**ahold** [1] - 130:5
**air** [7] - 138:15, 159:9, 159:11, 159:12, 160:13, 162:2, 169:1
**alerted** [1] - 7:25
**alive** [1] - 158:19
**all** [207] - 8:13, 9:3, 10:2, 11:4, 11:14, 15:1, 17:22, 21:21, 22:3, 22:22, 23:2, 23:4, 23:13, 24:6, 24:10, 26:12, 29:12, 36:11, 36:14, 38:19, 39:7, 39:10, 39:22, 40:19, 44:19, 45:15, 47:8, 49:17, 50:8, 51:10, 52:24, 54:4, 59:1, 59:11, 59:12, 60:1, 68:1, 68:6, 68:8, 68:16, 70:23, 70:25, 71:3, 71:13, 71:23, 72:9, 72:13, 74:4, 74:8, 75:13, 80:21, 82:22, 83:2, 83:5, 83:11, 83:22, 84:12, 93:19, 94:12, 95:7, 95:15, 96:9, 97:22, 98:3, 98:15, 99:12, 100:10, 101:11, 101:24, 102:9, 102:11, 102:22, 103:8, 105:3, 105:25, 106:9, 106:16, 106:23, 107:1, 108:4, 108:14, 108:18, 109:9, 110:11, 110:13, 111:15, 112:1, 112:13, 112:15, 114:14, 116:9, 117:5, 118:7, 118:13, 121:5, 121:18, 124:16, 125:18, 125:20, 126:4, 127:6, 128:10, 128:17, 130:20, 131:23, 132:14, 132:21, 133:17, 133:22, 135:11, 135:12, 135:13, 136:2, 136:14, 136:19, 137:8, 137:14, 137:17, 137:25, 138:5, 138:9, 138:13,

139:3, 139:12, 139:20, 140:7, 140:15, 140:19, 141:1, 141:11, 141:12, 141:21, 142:4, 142:21, 143:2, 143:4, 144:4, 144:8, 144:22, 145:3, 145:4, 145:14, 145:21, 146:7, 146:23, 147:10, 147:16, 147:24, 147:25, 148:8, 149:6, 149:19, 150:2, 150:13, 150:20, 152:13, 152:21, 153:14, 154:12, 154:18, 154:21, 155:2, 155:23, 156:1, 156:7, 157:2, 160:19, 161:9, 161:20, 162:15, 162:20, 162:24, 163:6, 163:9, 164:15, 164:18, 165:12, 167:17, 167:24, 168:15, 168:23, 169:17, 171:2, 171:13, 171:23, 172:21, 175:7, 176:9, 180:21, 182:16, 182:24, 185:1, 185:18, 187:22, 188:18, 189:8, 190:2, 190:6, 191:23, 192:14, 193:23
**All** [1] - 72:20
**allow** [2] - 32:5, 162:3
**allowed** [2] - 46:17, 46:18
**allowing** [1] - 129:10
**almost** [1] - 134:25
**alone** [1] - 138:23
**along** [3] - 34:23, 38:6, 93:5
**already** [14] - 25:3, 42:17, 103:15, 109:1, 116:5, 119:19, 121:22, 130:7, 146:15, 152:8, 158:7, 166:8, 166:11, 169:10
**also** [11] - 8:15, 21:13, 21:19, 61:12, 90:24, 92:20, 94:8, 105:17, 105:19, 159:8, 176:21
**alterative** [2] - 63:23, 71:19
**alternative** [2] - 42:8, 72:8
**am** [6] - 20:17, 96:14, 193:21, 200:8, 200:10, 200:11
**amendment** [1] - 69:20
**amendments** [1] - 199:7
**among** [1] - 21:17
**and/or** [1] - 62:13
**anger** [1] - 63:7
**angle** [1] - 114:17
**angled** [1] - 37:4
**angrily** [1] - 174:17
**angry** [8] - 33:10, 33:12, 112:13, 113:1, 174:13, 174:18, 176:16, 176:17

**annual** [1] - 9:18
**annually** [1] - 10:3
**another** [6] - 4:25, 62:10, 63:4, 133:9, 141:19, 191:6
**answer** [52] - 13:9, 15:5, 16:20, 17:18, 18:15, 19:7, 20:7, 20:22, 21:24, 22:7, 26:8, 28:12, 29:4, 30:7, 31:12, 32:21, 33:5, 40:1, 45:13, 46:5, 50:1, 56:3, 57:9, 58:15, 58:23, 59:16, 62:23, 65:24, 66:11, 70:25, 71:14, 72:1, 74:2, 76:16, 82:6, 83:7, 83:25, 87:3, 87:19, 108:1, 172:7, 173:7, 173:15, 175:2, 175:25, 179:18, 186:12, 186:24, 186:25, 187:1, 187:6, 190:10
**answered** [4] - 68:10, 70:4, 167:18, 183:1
**answering** [3] - 179:19, 179:25, 180:6
**answers** [6] - 68:6, 68:7, 71:5, 169:5, 178:25, 198:3
**anticipation** [1] - 63:5
**any** [142] - 6:4, 6:17, 8:11, 9:3, 9:4, 9:8, 10:11, 13:18, 14:10, 14:23, 15:10, 16:10, 18:10, 18:11, 21:4, 23:21, 23:24, 24:3, 24:7, 25:7, 25:12, 25:18, 30:4, 32:13, 32:15, 33:21, 37:13, 38:22, 45:9, 45:11, 46:1, 46:2, 49:21, 52:1, 52:4, 52:18, 52:22, 52:25, 53:11, 56:13, 56:15, 57:12, 57:13, 57:14, 58:10, 58:11, 58:17, 59:1, 59:22, 70:14, 70:15, 70:24, 70:25, 71:6, 72:3, 82:22, 83:2, 83:5, 83:11, 83:12, 83:16, 86:12, 87:5, 87:23, 90:5, 91:5, 92:1, 99:15, 106:4, 106:9, 107:4, 107:7, 108:18, 110:24, 111:16, 112:25, 115:10, 115:14, 115:23, 117:11, 119:2, 119:22, 120:17, 128:2, 131:11, 132:4, 135:15, 138:17, 141:3, 141:8, 141:20, 143:3, 145:1, 148:9, 148:12, 153:20, 156:16, 158:9, 158:15, 160:22,

160:24, 163:12, 164:10, 165:22, 166:5, 166:19, 172:10, 172:11, 172:21, 173:8, 173:22, 174:2, 174:7, 175:11, 175:16, 176:1, 176:11, 176:14, 181:10, 183:8, 185:16, 185:17, 186:3, 187:8, 187:16, 188:5, 188:15, 188:21, 188:24, 189:12, 190:8, 192:24, 192:25, 193:6, 193:9, 193:11, 193:24, 193:25, 197:15, 197:20, 200:9, 200:10
**anybody** [11] - 21:5, 40:17, 104:6, 119:5, 134:4, 153:18, 160:22, 164:7, 184:18, 187:3, 193:7
**anybody's** [1] - 160:24
**anymore** [1] - 27:14
**anyone** [5] - 14:16, 138:18, 172:22, 173:6, 188:9
**anything** [39] - 12:23, 21:5, 24:2, 24:11, 25:7, 25:24, 34:6, 34:8, 34:14, 41:8, 60:1, 75:23, 82:9, 89:7, 102:23, 103:2, 105:3, 105:6, 105:25, 112:4, 112:10, 117:7, 117:25, 134:12, 137:18, 142:21, 147:10, 152:21, 153:1, 157:15, 160:15, 166:21, 171:24, 175:7, 175:13, 175:22, 180:15, 181:4, 189:1
**anytime** [1] - 110:24
**anyway** [1] - 149:25
**apart** [1] - 131:21
**apartment** [1] - 6:15
**apologies** [1] - 193:5
**apologize** [5] - 24:13, 56:23, 69:23, 78:11, 104:12
**apparently** [1] - 17:24
**appear** [1] - 55:24
**APPEARANCES** [1] - 2:1
**appeared** [7] - 51:13, 53:9, 60:3, 121:9, 123:2, 123:12, 196:5
**appears** [6] - 17:14, 29:11, 61:16, 66:3, 79:2, 135:6
**application** [2] - 19:12, 150:9
**applications** [2] - 18:21, 71:8
**applied** [3] - 12:3, 139:5, 174:3
**appreciate** [2] - 88:3, 194:1
**approach** [4] - 26:14,

83:16, 91:17, 104:13
**approached** [3] - 57:20, 124:13, 126:13
**approaching** [8] - 30:12, 59:5, 102:19, 103:9, 103:12, 104:17, 166:12, 182:14
**appropriate** [3] - 15:2, 71:11, 98:10
**Approximately** [1] - 79:25
**approximately** [1] - 5:20
**area** [18] - 36:23, 37:7, 37:17, 53:3, 64:21, 64:25, 65:4, 68:15, 92:1, 106:18, 113:20, 114:13, 117:19, 126:1, 139:16, 139:19, 190:12, 190:20
**areas** [3] - 16:6, 65:2, 68:14
**aren't** [1] - 67:9
**arm** [24] - 37:23, 46:17, 46:19, 47:1, 47:13, 48:8, 48:17, 49:4, 49:5, 49:19, 50:14, 128:8, 128:22, 128:24, 129:6, 131:18, 133:6, 133:7, 133:8, 139:18, 146:2, 146:4
**armed** [10] - 27:2, 27:8, 35:13, 145:6, 145:24, 147:1, 147:17, 147:21, 150:16, 193:9
**arms** [8] - 11:23, 44:11, 46:16, 129:5, 131:21, 181:19, 182:2, 190:1
**around** [3] - 91:16, 126:1, 130:10
**arrest** [3] - 64:24, 69:9, 70:3
**arrive** [4] - 51:20, 91:16, 98:25, 102:12
**arrived** [8] - 8:4, 58:2, 77:7, 86:2, 98:15, 164:13, 173:20
**articulate** [2] - 188:20, 188:21
**As** [3] - 68:22, 70:14, 70:24
**as** [149] - 1:4, 1:8, 1:9, 4:8, 6:6, 6:17, 7:17, 7:19, 7:20, 8:4, 9:4, 10:22, 11:2, 11:9, 11:18, 11:21, 14:14, 17:6, 17:14, 17:15, 19:1, 19:4, 19:24, 20:23, 25:10, 28:16, 31:9, 31:21, 33:7, 33:8, 33:9, 33:19, 37:11, 40:24, 45:6, 47:24, 48:20, 49:18, 53:24, 54:6, 57:3, 58:6, 58:19, 59:5, 59:9, 61:7, 61:13, 61:17, 64:11, 77:2,

77:22, 81:10, 83:17, 86:4, 88:21, 89:8, 91:17, 91:22, 94:16, 96:7, 96:11, 99:20, 101:3, 102:16, 102:17, 104:8, 104:25, 105:24, 106:17, 106:21, 109:11, 115:23, 116:9, 116:25, 117:17, 117:21, 119:21, 121:6, 124:9, 124:10, 126:25, 127:1, 129:21, 130:1, 132:17, 132:20, 134:18, 137:22, 140:8, 141:15, 141:16, 144:18, 145:11, 151:17, 152:16, 155:6, 155:7, 155:18, 155:19, 159:9, 160:13, 162:12, 163:10, 163:17, 166:7, 167:6, 174:2, 186:8, 186:14, 187:25, 189:6, 189:15, 190:17, 190:25, 191:15, 197:10, 197:11, 197:11, 198:3, 199:1, 199:3, 199:3
**ascend** [1] - 126:21
**ascending** [1] - 116:9
**ascends** [1] - 126:23
**ask** [47] - 7:7, 13:12, 17:2, 24:14, 38:13, 50:20, 55:4, 55:14, 66:13, 67:19, 76:8, 79:16, 84:14, 85:3, 85:12, 85:23, 87:8, 90:10, 92:1, 96:6, 98:9, 104:18, 106:3, 107:4, 107:25, 112:2, 118:24, 126:11, 127:12, 127:24, 141:13, 148:9, 153:10, 157:7, 158:5, 162:2, 162:22, 162:23, 164:9, 165:19, 166:10, 172:20, 173:4, 180:1, 181:10, 183:25, 186:18
**asked** [38] - 7:16, 8:5, 22:16, 25:2, 50:17, 51:3, 52:10, 52:14, 57:20, 73:17, 77:17, 79:17, 80:18, 81:19, 82:16, 83:20, 87:11, 89:22, 92:2, 102:24, 104:7, 106:2, 106:5, 106:7, 107:5, 151:3, 157:11, 158:23, 159:3, 159:25, 163:18, 167:17, 169:3, 169:4, 179:22, 183:1, 184:6, 188:8
**asking** [21] - 24:23, 65:25, 66:5, 73:17, 76:18, 80:1, 82:18, 88:18, 112:21, 119:21, 138:15, 157:17,

158:6, 161:15, 163:5, 166:7, 169:18, 173:8, 179:5, 180:1, 186:18
**asks** [3] - 103:2, 104:1, 171:2
**asleep** [1] - 7:16
**assess** [1] - 158:2
**assessed** [1] - 158:3
**assessing** [1] - 161:19
**assign** [3] - 90:12, 90:21, 90:24
**assigned** [9] - 6:10, 90:13, 90:14, 90:16, 90:24, 90:25, 92:19, 95:9
**assist** [4] - 6:19, 47:18, 89:12, 90:7
**assistance** [1] - 89:22
**Associate** [1] - 2:6
**associated** [3] - 18:23, 153:24, 168:21
**assume** [2] - 155:12, 171:16
**assumed** [2] - 35:22, 116:5
**assuming** [5] - 20:16, 45:21, 45:25, 170:4, 170:9
**assumption** [7] - 50:18, 80:12, 80:13, 80:15, 141:19, 187:10, 187:12
**AT** [1] - 194:5
**ATTACH** [1] - 199:1
**attach** [1] - 55:18
**attached** [4] - 17:6, 54:2, 60:21, 61:2
**Attached** [1] - 197:14
**attachment** [2] - 55:18, 66:23
**attempt** [10] - 32:2, 45:9, 46:1, 46:7, 46:8, 48:8, 69:2, 114:24, 116:11, 134:5
**attempted** [5] - 31:15, 31:17, 38:12, 39:5, 39:8
**attempting** [5] - 51:6, 72:18, 132:22, 133:25, 134:3
**attorney** [2] - 200:9, 200:11
**Attorney** [2] - 2:4, 2:8
**audio** [23] - 93:20, 94:1, 97:15, 97:17, 97:19, 134:7, 134:13, 134:23, 135:16, 135:23, 136:16, 136:23, 155:2, 155:4, 155:9, 155:18, 157:8, 160:8, 161:10, 161:22, 164:20, 165:1, 165:13
**Audio** [5] - 137:15, 138:3, 138:11, 156:17, 162:18
**audio-visual** [1] - 134:7

**author** [1] - 168:7
**authority** [1] - 196:4
**authorized** [1] - 200:4
**automatically** [1] - 94:3
**autopsy** [2] - 54:18, 54:23
**Autopsy** [1] - 3:14
**availability** [2] - 71:18, 72:7
**available** [1] - 40:16
**Avenue** [1] - 2:2
**avoid** [2] - 16:5, 64:24
**Avoidance** [1] - 18:8
**avoided** [1] - 68:15
**avoiding** [1] - 16:1
**aware** [27] - 12:14, 14:25, 21:4, 21:9, 50:9, 52:20, 57:5, 61:10, 62:20, 63:1, 63:15, 64:5, 64:17, 66:22, 67:4, 67:20, 67:23, 68:19, 89:1, 90:2, 90:19, 124:25, 125:8, 152:11, 153:20, 180:19, 180:22
**awareness** [1] - 50:11
**away** [25] - 13:7, 36:1, 36:6, 36:8, 40:11, 47:24, 48:23, 49:4, 49:7, 51:14, 65:12, 80:6, 124:17, 131:1, 131:15, 131:16, 131:19, 133:13, 133:14, 151:18, 158:13, 168:2, 178:17, 179:1, 179:9

## B

**back** [55] - 8:7, 11:1, 11:20, 12:3, 12:5, 13:11, 16:1, 19:11, 21:1, 21:15, 27:16, 27:23, 27:24, 35:5, 41:10, 65:2, 67:18, 76:24, 85:20, 88:9, 88:23, 90:22, 92:7, 94:12, 100:19, 104:4, 112:1, 129:21, 131:17, 135:14, 136:19, 137:25, 138:1, 140:5, 140:6, 147:16, 147:21, 149:1, 154:18, 154:21, 155:14, 158:4, 160:3, 161:2, 162:5, 162:25, 163:4, 163:22, 164:24, 164:25, 169:9, 178:5, 179:11, 189:14, 192:8
**backed** [1] - 22:13
**backing** [2] - 91:1, 191:7
**backup** [4] - 7:25, 8:3, 8:4, 89:10
**backward** [2] - 120:18, 124:17

**backwards** [5] - 26:15, 115:12, 120:21, 124:9, 124:12
**Baldwin** [13] - 14:22, 51:19, 51:23, 51:24, 99:20, 101:21, 140:12, 156:10, 156:23, 159:3, 162:2, 162:22, 165:19
**Baldwin's** [3] - 92:19, 154:14, 155:25
**bar** [2] - 97:3, 136:15
**barbs** [1] - 53:18
**bark** [1] - 98:4
**base** [2] - 175:20, 191:3
**based** [20] - 28:24, 29:2, 29:5, 29:9, 29:18, 30:1, 30:9, 45:16, 121:9, 140:21, 149:24, 150:14, 150:15, 151:6, 181:1, 187:14, 191:1, 191:4, 191:14
**basically** [36] - 6:9, 10:25, 11:17, 11:23, 15:16, 18:16, 34:10, 42:14, 42:25, 43:2, 43:4, 43:17, 46:15, 46:18, 46:20, 47:21, 51:21, 52:11, 57:20, 57:22, 59:5, 81:13, 91:11, 93:18, 113:24, 115:2, 119:1, 128:6, 129:20, 131:17, 131:19, 162:3, 169:18, 176:6, 176:15, 182:1
**basing** [1] - 29:23
**basis** [1] - 6:19
**bates** [2] - 92:17, 92:21
**Bay** [2] - 1:21, 197:1
**bear** [2] - 166:25, 180:7
**became** [2] - 50:9, 89:1
**because** [66] - 10:14, 11:18, 13:8, 19:15, 21:25, 23:10, 25:10, 31:13, 33:11, 34:24, 48:12, 50:4, 50:10, 50:13, 51:22, 52:12, 53:19, 56:4, 76:23, 77:13, 80:8, 81:15, 89:14, 89:21, 90:16, 91:4, 91:6, 91:12, 97:19, 102:16, 104:11, 112:12, 122:4, 123:7, 123:11, 124:9, 125:12, 125:23, 129:10, 129:19, 129:22, 131:10, 131:11, 135:18, 136:3, 139:8, 139:14, 141:25, 144:20, 148:10, 151:13, 151:17, 156:4, 158:22, 161:20, 166:11, 168:1, 170:9, 171:7, 174:13, 180:12, 186:3,

187:7, 190:22
**Because** [1] - 83:25
**become** [2] - 125:8, 153:20
**bed** [21] - 36:1, 37:7, 37:17, 38:5, 40:17, 47:24, 74:18, 74:25, 75:4, 75:10, 82:13, 82:14, 82:23, 83:6, 113:11, 118:20, 120:7, 176:23, 177:5, 177:10, 180:16
**bedroom** [3] - 108:10, 124:18, 180:11
**been** [48] - 4:20, 5:23, 11:7, 19:16, 19:17, 37:13, 37:14, 40:4, 40:6, 40:10, 43:2, 43:3, 57:15, 57:25, 74:25, 75:4, 75:8, 75:10, 76:24, 79:8, 79:9, 105:7, 114:22, 115:1, 120:3, 120:23, 121:12, 121:22, 121:25, 132:6, 133:8, 139:8, 139:13, 139:16, 139:18, 140:1, 140:7, 140:15, 147:8, 148:10, 153:18, 157:5, 166:23, 174:14, 194:1, 197:18
**before** [36] - 15:13, 23:6, 24:14, 24:19, 24:21, 34:17, 42:5, 48:3, 48:17, 58:21, 61:18, 63:20, 66:10, 75:18, 84:15, 89:15, 98:12, 103:2, 104:5, 112:2, 113:14, 120:1, 122:2, 124:8, 125:15, 128:13, 140:17, 146:7, 149:3, 149:4, 149:9, 152:10, 154:3, 164:12, 185:22, 196:5
**began** [2] - 22:17, 124:5
**begin** [2] - 45:4, 64:9
**beginning** [3] - 26:3, 136:21, 150:9
**begins** [3] - 26:23, 91:22, 117:1
**behavior** [2] - 42:4, 63:20
**behaviors** [1] - 30:10
**behind** [5] - 76:24, 80:10, 93:5, 98:20, 125:17
**being** [44] - 4:7, 6:20, 9:25, 11:16, 11:17, 19:23, 21:5, 21:19, 23:25, 24:11, 25:5, 25:8, 25:9, 25:12, 25:13, 25:19, 30:9, 30:23, 32:11, 39:14, 40:24, 42:12, 44:1, 45:17, 48:7, 65:11, 66:10, 71:25, 76:15, 86:1, 104:7, 105:9,

124:18, 124:25, 133:10, 135:22, 139:4, 148:3, 149:24, 153:21, 155:13, 158:16, 178:2
**believe** [16] - 8:19, 8:25, 12:10, 31:19, 34:10, 37:16, 52:10, 53:2, 86:23, 98:4, 106:24, 157:11, 164:8, 164:16, 167:2, 174:12
**believed** [2] - 166:14, 174:22
**belonging** [1] - 100:16
**belongs** [1] - 99:24
**below** [9] - 12:4, 15:24, 15:25, 16:3, 65:2, 65:3, 79:17, 79:20, 95:18
**belt** [3] - 155:5, 155:19, 155:20
**bend** [1] - 11:15
**beside** [1] - 38:5
**best** [8] - 25:21, 28:8, 80:13, 81:17, 117:21, 125:3, 144:18, 152:16
**better** [9] - 13:9, 16:8, 16:9, 37:13, 66:6, 71:9, 135:15, 148:8, 167:22
**between** [16] - 6:4, 31:2, 31:3, 32:1, 32:9, 37:6, 40:17, 107:3, 130:21, 130:25, 131:1, 152:14, 152:23, 165:24, 195:3
**beyond** [4] - 17:16, 19:3, 100:13, 193:13
**big** [2] - 40:18, 40:19
**bit** [11] - 7:7, 9:15, 13:12, 92:8, 102:4, 112:1, 115:16, 128:24, 158:4, 160:4, 169:19
**black** [1] - 86:22
**blade** [1] - 12:4
**blast** [6] - 12:19, 121:1, 121:3, 142:9, 146:12, 150:10
**bleeding** [2] - 53:2, 53:8
**block** [1] - 91:12
**blue** [1] - 38:6
**Bob** [3] - 88:14, 197:10, 199:2
**BOB** [1] - 1:8
**bodily** [3] - 69:13, 70:16, 71:7
**body** [24] - 8:14, 11:3, 11:5, 36:21, 37:18, 37:20, 37:25, 38:4, 40:8, 44:10, 46:16, 48:19, 53:1, 53:24, 55:19, 55:23, 57:2, 57:3, 61:5, 61:7, 68:14, 111:23, 117:2, 142:11

**bone** [2] - 130:17, 130:21
**both** [16] - 8:4, 9:12, 15:3, 22:25, 50:2, 50:4, 91:16, 98:12, 127:13, 129:1, 132:8, 142:15, 142:18, 143:2, 171:17, 182:2
**bottom** [5] - 27:6, 40:8, 62:2, 62:16, 81:10
**Boulevard** [2] - 1:21, 197:1
**box** [1] - 18:6
**boxes** [5] - 153:22, 153:24, 154:5, 182:20, 183:9
**brace** [3] - 29:24, 31:20, 151:22
**braced** [1] - 141:18
**bracing** [14] - 31:24, 42:22, 42:25, 43:9, 43:14, 43:16, 46:15, 81:10, 81:13, 121:8, 121:14, 141:18, 170:10, 181:14
**break** [9] - 54:8, 54:9, 103:8, 115:16, 124:3, 129:13, 160:4, 167:1, 170:11
**breaks** [2] - 69:5, 143:24
**breath** [1] - 163:17
**breathing** [11] - 50:9, 51:2, 51:7, 51:9, 164:17, 166:14, 186:7, 186:9, 186:14, 186:20, 187:11
**bringing** [1] - 129:20
**brings** [1] - 117:6
**broadcast** [1] - 155:13
**brother** [1] - 7:15
**brought** [1] - 187:24
**buddy** [4] - 157:18, 160:1, 163:6, 163:19
**build** [2] - 86:19, 148:2
**building** [1] - 166:9
**bulletin** [3] - 16:12, 19:19, 61:2
**bumping** [2] - 41:6, 77:23
**bunch** [1] - 178:10
**businesses** [1] - 6:16
**butt** [12] - 37:16, 38:8, 43:6, 43:12, 43:20, 44:15, 80:22, 81:4, 123:23, 141:17, 151:21
**buttocks** [1] - 40:9
**button** [2] - 145:10, 156:25
**BY** [97] - 1:24, 4:10, 15:6, 17:1, 19:10, 22:2, 22:9, 23:9, 24:25, 25:4, 27:22, 28:13, 29:6, 32:23, 54:16, 55:11, 57:11, 58:16, 59:18, 60:9, 61:23, 62:25, 66:2, 66:12, 67:3, 67:15, 68:4, 69:21, 71:2, 72:5, 74:5, 74:17, 76:19, 78:13,

82:10, 83:10, 85:2, 85:9, 85:21, 86:10, 86:14, 87:4, 87:22, 88:11, 93:1, 93:12, 97:13, 97:18, 99:11, 100:6, 100:22, 101:20, 107:24, 128:1, 132:9, 134:15, 134:24, 135:17, 135:24, 137:16, 138:4, 138:12, 154:17, 156:18, 160:9, 161:11, 161:23, 162:19, 164:21, 165:2, 165:14, 167:4, 172:3, 172:9, 172:14, 173:3, 173:10, 173:18, 174:25, 175:5, 177:8, 178:1, 178:14, 178:21, 181:9, 181:23, 182:10, 183:16, 183:21, 184:5, 184:16, 186:16, 187:2, 188:7, 191:19, 192:23

## C

**C** [3] - 1:5, 197:10, 199:2
**cab** [1] - 89:3
**call** [28] - 7:17, 88:19, 88:20, 88:25, 89:2, 89:6, 89:8, 89:11, 89:12, 89:19, 89:21, 89:23, 90:1, 90:3, 90:6, 90:7, 90:11, 90:17, 91:4, 105:13, 110:18, 117:3, 136:4, 143:6, 145:19
**CALLAHAN** [121] - 2:1, 4:10, 15:6, 16:22, 17:1, 19:10, 22:2, 22:9, 23:9, 24:16, 24:18, 24:22, 24:25, 25:2, 25:4, 27:21, 27:22, 28:13, 29:6, 32:23, 54:9, 54:12, 54:16, 54:24, 55:3, 55:6, 55:11, 57:11, 58:16, 59:18, 60:9, 61:23, 62:25, 65:17, 65:20, 66:2, 66:12, 67:3, 67:8, 67:12, 67:15, 68:2, 68:4, 69:17, 69:21, 70:20, 71:2, 72:2, 72:5, 73:15, 74:5, 74:13, 74:17, 76:17, 76:19, 78:5, 78:8, 78:11, 78:13, 82:10, 83:10, 84:25, 85:2, 85:9, 85:16, 85:18, 85:21, 86:7, 86:9, 86:10, 86:14, 87:4, 87:22, 88:2, 88:6, 101:20, 107:18, 107:23, 112:23, 127:23, 132:5, 172:3, 172:9, 172:14, 173:3, 173:10, 173:18,

174:25, 175:5, 177:6, 177:8, 177:16, 177:19, 177:21, 177:24, 178:1, 178:9, 178:12, 178:14, 178:21, 181:9, 181:23, 183:2, 183:6, 183:10, 183:16, 183:21, 184:5, 184:16, 184:19, 186:16, 187:2, 187:22, 188:1, 188:4, 191:17, 192:20, 192:23, 193:14, 193:17, 193:21
**Callahan** [4] - 2:1, 197:18, 197:18, 197:25
**Callahan..............** [1] - 3:2
**Callahan............172** [1] - 3:3
**Callahan.....192** [1] - 3:4
**called** [3] - 7:25, 130:17, 140:16
**calls** [2] - 6:2, 6:4
**calm** [5] - 32:11, 115:3, 115:10, 117:10, 119:2
**came** [12] - 7:15, 7:25, 33:14, 53:5, 53:9, 88:19, 88:20, 89:22, 90:11, 159:23, 165:25, 190:12
**camera** [2] - 93:18, 93:25
**can** [131] - 10:8, 12:17, 12:19, 13:4, 13:10, 15:4, 15:7, 15:15, 16:20, 17:17, 18:14, 19:7, 20:6, 20:21, 21:23, 22:6, 25:21, 25:25, 26:5, 26:8, 28:11, 28:19, 29:3, 29:25, 30:1, 30:6, 31:11, 32:20, 33:4, 34:15, 36:21, 37:1, 37:11, 39:25, 40:14, 40:22, 40:23, 44:3, 45:12, 46:4, 49:25, 54:21, 55:8, 56:2, 57:8, 58:14, 58:22, 59:15, 62:23, 63:6, 65:12, 65:23, 66:11, 72:1, 74:2, 76:13, 78:4, 78:9, 78:19, 78:23, 80:7, 81:17, 82:2, 82:5, 83:7, 85:1, 87:2, 87:19, 93:6, 93:8, 93:11, 93:23, 94:8, 94:10, 94:14, 94:15, 96:16, 99:5, 100:19, 102:1, 106:1, 107:25, 114:3, 114:5, 114:6, 115:13, 117:21, 118:20, 118:21, 119:11, 120:18, 120:21, 121:8, 128:24, 129:25, 131:7, 134:13, 135:15, 135:21, 135:22, 136:7, 137:25, 138:22, 144:18, 145:17, 146:7,

149:9, 152:16, 153:7, 154:19, 158:5, 158:22, 159:6, 162:23, 171:16, 172:6, 173:7, 173:14, 175:2, 175:20, 175:24, 179:17, 185:11, 186:11, 186:23, 186:25, 187:5, 187:14, 188:1, 193:23

**can't** [16] - 10:6, 10:7, 13:7, 34:11, 40:23, 56:8, 81:15, 118:20, 129:4, 129:5, 132:7, 164:8, 164:11, 171:9, 173:24, 174:21

**cannot** [2] - 114:7, 115:12

**capabilities** [1] - 155:13

**capacity** [6] - 1:8, 1:9, 197:11, 197:11, 199:2, 199:3

**capture** [2] - 64:20, 64:23

**capturing** [1] - 72:8

**cardiac** [6] - 18:22, 64:23, 65:5, 69:9, 70:3

**Cardiac** [1] - 64:20

**care** [1] - 82:8

**carpet** [1] - 53:3

**carries** [2] - 107:11, 108:16

**carry** [3] - 11:2, 11:7, 12:10

**cartridge** [5] - 121:2, 142:10, 143:11, 143:14

**cartridges** [1] - 9:20

**Case** [1] - 199:4

**case** [6] - 4:3, 28:22, 61:8, 88:16, 168:17, 168:21

**CASE** [2] - 1:6, 199:1

**cases** [8] - 154:6, 154:7, 182:21, 182:22, 183:3, 183:5, 183:11, 183:17

**catching** [1] - 163:17

**cause** [2] - 53:14, 63:6

**caused** [2] - 43:12, 162:10

**causes** [1] - 62:13

**causing** [1] - 69:9

**cc** [1] - 197:25

**CD** [1] - 92:16

**cease** [1] - 158:16

**center** [4] - 65:3, 96:21, 100:24, 154:23

**Central** [1] - 2:2

**certain** [3] - 20:1, 71:22, 94:5

**CERTIFICATE** [1] - 196:1

**Certificate** [2] - 3:5, 3:7

**Certification** [1] - 3:13

**certify** [3] - 196:4, 200:3, 200:8

**cetera** [1] - 60:23

**CEW** [32] - 16:13, 18:7, 18:20, 21:17, 41:14, 41:18, 41:25, 42:2, 42:6,

42:9, 42:15, 45:5, 45:7, 61:5, 62:6, 62:7, 62:13, 62:20, 63:5, 63:21, 63:24, 64:10, 64:12, 64:20, 68:9, 68:11, 68:23, 69:3, 69:5, 69:8, 70:3, 72:15

**chance** [1] - 18:9

**change** [1] - 132:14

**changed** [1] - 132:4

**channel** [3] - 138:7, 138:17, 162:23

**characterization** [1] - 132:6

**characterize** [1] - 11:25

**Charlie** [1] - 100:17

**check** [6] - 22:15, 50:21, 51:1, 112:8, 112:12, 187:3

**checked** [3] - 88:22, 187:8, 187:9

**chest** [12] - 8:20, 8:21, 16:3, 42:24, 44:11, 64:21, 64:25, 65:3, 68:15, 161:1, 164:2, 181:19

**chevy** [1] - 101:9

**Chevy** [1] - 101:10

**circumstance** [1] - 64:23

**circumstances** [2] - 167:21, 191:15

**cities** [1] - 6:22

**city** [6] - 6:10, 6:11, 6:13, 6:14, 6:16

**clapping** [1] - 163:1

**clarify** [9] - 23:2, 23:10, 23:20, 25:1, 25:10, 30:22, 85:12, 90:23, 130:12

**clarity** [1] - 73:13

**class** [1] - 10:22

**classroom** [1] - 10:5

**clawing** [1] - 130:2

**clear** [8] - 23:8, 24:14, 45:20, 74:4, 79:10, 79:14, 85:7, 91:14

**cleared** [1] - 22:15

**clearer** [1] - 70:8

**Clearwater** [2] - 1:22, 197:2

**clenching** [1] - 182:2

**clock** [4] - 96:8, 137:22, 154:22

**close** [3] - 37:5, 37:6, 79:18

**closed** [8] - 102:15, 102:17, 181:20, 182:21, 182:23, 183:11, 183:14, 183:20

**closer** [3] - 26:15, 66:18,

182:5

**clutched** [1] - 122:7

**COBAN** [10] - 3:15, 92:18, 93:9, 93:14, 95:9, 96:10, 154:14, 155:14, 166:19, 166:22

**collection** [1] - 140:10

**colloquially** [1] - 140:16

**color** [2] - 12:20, 86:21

**column** [3] - 61:3, 62:3, 62:16

**combative** [3] - 113:7, 119:25, 120:13

**come** [31] - 12:14, 22:15, 26:17, 50:8, 51:2, 51:4, 51:14, 60:16, 60:17, 82:8, 90:1, 93:5, 94:2, 94:6, 96:20, 97:19, 106:19, 106:21, 109:4, 112:8, 115:10, 116:7, 116:24, 118:10, 126:4, 134:11, 144:19, 156:11, 171:4, 171:8, 188:23

**comes** [4] - 89:6, 89:23, 124:24, 193:22

**coming** [13] - 5:1, 7:20, 7:21, 42:24, 57:25, 91:19, 103:17, 108:5, 125:18, 126:18, 155:4, 155:23

**command** [1] - 170:22

**commands** [9] - 72:19, 113:8, 113:13, 118:24, 119:25, 120:14, 124:11, 136:9, 179:11

**comment** [5] - 54:23, 58:24, 59:9, 76:6, 176:14

**comments** [1] - 173:9

**Commission** [1] - 196:12

**communicate** [1] - 134:5

**communicated** [1] - 102:25

**communication** [16] - 24:3, 24:19, 25:18, 33:21, 52:8, 52:18, 115:24, 117:11, 127:4, 127:7, 127:12, 138:6, 138:18, 163:13, 165:18, 165:23

**communications** [1] - 32:14

**community** [5] - 5:24, 6:8, 6:9, 6:13, 6:15

**compatriot** [1] - 19:12

**competent** [1] - 55:25

**complete** [1] - 137:12

**completed** [1] - 36:14

**completely** [9] - 7:19, 11:6, 11:10, 11:12, 11:18, 85:13, 121:12, 123:19,

179:22

**completion** [2] - 167:2, 197:18

**complexes** [1] - 6:15

**compliance** [7] - 42:7, 63:23, 71:11, 142:1, 142:3, 142:23, 144:7

**compliant** [2] - 133:10, 136:8

**comply** [2] - 82:16, 170:22

**complying** [1] - 31:21

**composite** [2] - 167:6, 189:7

**compound** [1] - 181:7

**compromised** [1] - 21:20

**computer** [1] - 99:7

**CONCLUDED** [1] - 194:5

**condition** [7] - 20:5, 20:9, 20:13, 20:14, 21:4, 71:20, 159:20

**conduct** [1] - 171:14

**conducted** [1] - 62:8

**conference** [1] - 122:17

**confined** [1] - 41:4

**conform** [1] - 80:5

**confront** [1] - 82:4

**confused** [5] - 48:21, 174:14, 174:15, 174:17, 177:7

**confusion** [1] - 85:7

**conjunction** [2] - 42:8, 63:24

**connected** [2] - 143:20, 200:11

**connection** [2] - 60:19, 144:1

**connotation** [2] - 174:8, 174:9

**consecutive** [1] - 54:13

**consider** [7] - 22:3, 22:5, 22:10, 42:8, 63:23, 69:12, 71:16

**consideration** [1] - 21:21

**considered** [1] - 71:10

**considering** [1] - 191:15

**constant** [1] - 132:3

**contact** [7] - 23:18, 23:19, 61:14, 108:24, 139:20, 139:25, 197:20

**contacted** [1] - 119:24

**contained** [3] - 67:17, 94:17, 174:7

**context** [3] - 76:16, 76:18, 191:6

**contingencies** [1] - 71:10

**continue** [5] - 46:24, 56:22, 103:7, 162:3, 162:4

**continued** [9] - 8:7, 8:10, 26:16, 31:13, 32:16,

50:20, 91:23, 119:23, 161:14

**continues** [6] - 113:11, 116:25, 117:9, 120:16, 120:19, 192:10

**continuing** [7] - 42:5, 62:19, 63:21, 105:1, 116:17, 118:23, 131:11

**continuous** [2] - 18:20, 18:25

**continuously** [5] - 42:24, 43:18, 43:21, 129:5, 130:1

**contribute** [1] - 18:21

**contributing** [1] - 69:9

**control** [8] - 6:3, 42:8, 45:2, 45:4, 61:6, 63:23, 64:8, 64:9

**Control** [3] - 61:7, 162:5, 162:11

**controlled** [1] - 62:8

**controlling** [1] - 72:8

**conversation** [17] - 23:3, 23:21, 23:24, 25:20, 30:24, 59:11, 84:18, 85:25, 104:25, 108:18, 112:25, 114:25, 115:15, 116:11, 117:9, 128:2, 132:18

**conversations** [2] - 21:9, 106:10

**cooperate** [1] - 99:7

**copy** [2] - 194:4, 197:18

**corner** [5] - 94:22, 95:13, 95:15, 125:13, 126:17

**correct** [176] - 7:4, 10:1, 13:17, 13:23, 14:1, 14:8, 16:4, 17:24, 24:9, 24:16, 27:21, 28:23, 31:5, 31:15, 32:8, 36:7, 36:13, 39:6, 41:7, 46:10, 47:10, 49:6, 56:10, 59:25, 66:8, 68:16, 69:7, 71:14, 72:10, 72:21, 75:3, 75:6, 75:9, 75:12, 80:20, 82:15, 89:21, 89:25, 94:7, 94:9, 94:11, 95:4, 95:6, 95:11, 95:14, 95:24, 97:4, 97:21, 98:7, 101:4, 102:8, 102:10, 102:21, 103:24, 106:14, 106:21, 106:22, 106:25, 108:13, 109:7, 109:18, 110:6, 110:7, 110:22, 113:3, 113:23, 114:20, 116:14, 116:15, 116:18, 116:22, 118:9, 118:16, 119:20, 119:21, 121:21, 122:3, 122:14, 122:23, 123:1, 123:16, 123:21,

124:19, 124:21, 124:23, 125:3, 127:5, 127:22, 128:12, 128:19, 130:9, 130:11, 130:23, 131:3, 131:8, 132:25, 137:9, 137:13, 142:14, 142:17, 143:4, 143:5, 143:22, 144:12, 144:24, 145:23, 146:3, 146:14, 147:3, 147:5, 147:9, 147:15, 147:23, 148:7, 148:11, 149:5, 149:10, 149:17, 149:18, 150:11, 150:12, 151:4, 151:5, 152:5, 153:15, 153:16, 154:11, 155:1, 155:11, 155:15, 155:17, 156:4, 157:1, 159:15, 162:14, 162:16, 163:2, 166:18, 167:19, 168:4, 168:9, 168:14, 168:25, 169:6, 171:13, 171:16, 171:22, 172:18, 172:19, 172:24, 174:5, 174:11, 174:21, 175:4, 176:20, 180:20, 180:24, 181:2, 182:12, 182:17, 183:12, 184:16, 185:5, 185:8, 187:13, 189:20, 190:15, 190:18, 190:19, 190:24, 191:7, 191:8, 191:9, 191:21, 193:24, 198:3

**corrections** [2] - 197:15, 198:5

**correctly** [3] - 68:10, 114:2, 124:16

**could** [25] - 11:6, 18:23, 26:12, 34:24, 39:23, 53:1, 64:23, 79:8, 79:9, 82:8, 89:19, 110:25, 111:2, 111:9, 115:11, 117:20, 133:2, 153:17, 159:3, 165:22, 174:14, 178:17, 179:1, 179:9

**couldn't** [14] - 11:14, 11:24, 33:25, 41:1, 41:5, 51:3, 51:11, 118:15, 131:20, 165:18, 165:24, 171:7, 172:16, 186:25

**council** [1] - 6:13

**Counsel** [2] - 1:16, 2:6

**counsel** [9] - 66:11, 88:13, 93:4, 134:11, 172:1, 183:15, 195:3, 200:9, 200:11

**County** [17] - 1:8, 1:10, 2:6, 4:17, 4:21, 4:24, 14:23, 65:21, 85:8, 88:14, 89:17, 105:16, 197:7, 197:11, 197:12,

199:3, 199:3

**COUNTY** [2] - 196:3, 200:2

**couple** [3] - 19:20, 96:14, 162:24

**course** [3] - 10:2, 73:14, 73:20

**court** [3] - 108:3, 112:17, 188:4

**Court** [5] - 97:16, 134:21, 156:15, 197:24, 200:3

**COURT** [3] - 1:1, 4:1, 92:13

**courtroom** [1] - 188:3

**courts** [2] - 71:16, 72:15

**CPR** [1] - 166:5

**criminology** [1] - 5:19

**CROSS** [1] - 88:10

**Cross** [1] - 3:3

**cross** [3] - 117:2, 124:3, 188:1

**CROSS-EXAMINATION** [1] - 88:10

**Cross-Examination** [1] - 3:3

**crossfire** [1] - 15:20

**crossing** [1] - 103:17

**crouching** [1] - 38:17

**crown** [1] - 101:10

**Crown** [2] - 101:10, 101:11

**cuff** [17] - 39:5, 39:8, 46:8, 46:18, 46:22, 46:23, 47:6, 47:18, 48:5, 48:25, 84:9, 129:9, 129:25, 131:9, 131:10, 131:16

**cuffed** [10] - 46:16, 48:17, 49:4, 76:11, 76:22, 77:2, 77:3, 77:13, 184:12, 184:20

**cuffing** [7] - 45:5, 46:11, 64:10, 69:4, 76:8, 76:10, 184:7

**cuffs** [3] - 76:13, 76:22, 77:10

**cumulative** [6] - 18:12, 18:21, 45:7, 64:12, 68:24, 69:3

**currently** [2] - 5:24, 6:10

**cursor** [1] - 134:14

**custody** [1] - 168:3

**cycle** [3] - 146:24, 147:8, 149:16

# D

**D&D** [1] - 1:21, 197:1

**dark** [1] - 86:20

**dart** [11] - 65:4, 65:6, 65:10, 65:12, 65:25, 66:1, 66:15, 66:18,

67:17, 70:4, 70:9

**dart-to-heart** [8] - 65:4, 65:6, 65:10, 65:25, 66:15, 67:17, 70:4, 70:9

**Date** [1] - 198:8

**date** [7] - 13:15, 17:12, 57:15, 94:20, 95:22, 166:24, 199:8

**DATE** [2] - 1:18, 199:25

**Dated** [1] - 200:13

**day** [18] - 10:9, 10:10, 12:8, 13:18, 14:11, 19:12, 20:3, 21:11, 21:22, 22:4, 58:2, 92:20, 96:4, 142:2, 166:16, 166:19, 196:7, 200:13

**days** [1] - 197:16

**deal** [1] - 23:12

**dealing** [14] - 13:5, 22:10, 56:14, 57:5, 61:10, 62:21, 63:16, 64:5, 64:17, 65:9, 66:18, 67:5, 67:23, 68:19

**dealings** [2] - 73:25

**dealt** [3] - 23:11, 58:21, 76:8

**Dear** [1] - 197:13

**death** [8] - 18:24, 19:5, 55:14, 62:14, 65:1, 70:16, 71:6, 168:3

**deceased** [3] - 1:5, 197:10, 199:2

**decisions** [1] - 191:14

**deem** [2] - 91:6, 91:13

**deemed** [1] - 39:1

**Defendants** [2] - 1:11, 2:8

**definition** [2] - 66:8, 67:14

**definitions** [1] - 67:16

**deGraw** [2] - 9:10, 45:10

**DeGraw** [152] - 12:9, 19:11, 19:15, 21:3, 21:22, 22:19, 23:4, 23:22, 25:7, 25:16, 25:22, 26:12, 26:13, 26:17, 29:24, 30:11, 30:20, 31:7, 32:10, 32:11, 33:19, 34:20, 35:1, 35:12, 35:20, 36:15, 39:19, 39:20, 42:18, 46:2, 46:21, 50:9, 52:2, 52:9, 52:12, 52:24, 53:7, 53:17, 54:19, 55:13, 56:15, 57:6, 57:13, 57:21, 58:12, 58:21, 59:2, 59:5, 59:21, 61:11, 62:21, 63:16, 64:6, 64:18, 66:18, 67:5, 67:24, 68:20, 74:1, 79:1, 79:19, 82:4, 82:12, 84:14, 87:14, 87:24,

88:17, 91:18, 91:23, 92:1, 101:25, 111:6, 112:5, 112:13, 114:6, 114:25, 115:12, 116:11, 116:18, 116:25, 117:1, 117:8, 117:11, 117:17, 118:13, 118:18, 118:19, 118:21, 118:25, 120:16, 120:19, 121:8, 121:19, 124:10, 125:7, 125:23, 129:1, 129:3, 129:17, 132:25, 133:25, 134:4, 139:2, 139:4, 141:16, 148:4, 151:9, 152:16, 153:2, 153:10, 154:2, 154:10, 154:20, 157:17, 158:1, 158:2, 158:7, 158:9, 158:24, 159:20, 159:25, 160:16, 160:17, 161:14, 162:23, 165:8, 166:6, 169:21, 170:15, 172:22, 173:5, 173:21, 176:24, 177:7, 177:9, 177:10, 181:5, 184:24, 185:7, 185:15, 188:9, 188:12, 190:13, 190:17, 190:21, 192:25, 197:10, 197:10, 199:1, 199:2

**DEGRAW** [2] - 1:3, 1:5

**DeGraw's** [11] - 20:3, 30:2, 37:12, 45:16, 84:15, 134:2, 164:5, 180:22, 181:11, 181:15, 190:9

**DeGraws** [1] - 98:6

**DeLeon** [1] - 26:22

**delirium** [1] - 21:18

**deliver** [2] - 146:20, 149:9

**delivered** [1] - 148:3

**delivering** [2] - 148:9, 148:12

**demonstrated** [2] - 181:18, 181:25

**demonstrating** [2] - 129:16, 181:14

**demonstration** [1] - 122:5

**department** [8] - 5:2, 7:17, 82:8, 85:10, 86:2, 89:13, 89:18, 140:10

**depending** [1] - 35:16

**depends** [2] - 10:4, 79:13

**depict** [1] - 171:10

**depicts** [1] - 37:12

**deploy** [8] - 13:16, 13:18, 13:21, 14:14, 14:17, 15:19, 15:22, 31:25

**deployed** [21] - 8:12, 14:1, 14:2, 14:6, 14:7, 14:10, 25:6, 28:25, 31:9, 32:6, 32:11, 36:4, 36:9, 36:11, 120:22, 120:24, 121:1,

124:18, 145:8, 146:16

**deploying** [3] - 9:21, 16:6, 68:9

**deployment** [11] - 27:17, 27:25, 28:2, 29:20, 30:16, 30:18, 42:6, 63:21, 74:15, 143:7, 150:11

**deploys** [1] - 26:18

**deponent** [3] - 4:7, 195:4, 200:7

**depose** [1] - 13:8

**DEPOSITION** [3] - 1:14, 194:5, 199:1

**deposition** [11] - 92:16, 92:21, 134:18, 195:5, 197:14, 197:15, 197:16, 197:17, 197:19, 199:6, 200:5

**depositions** [1] - 3:12

**Deputies** [1] - 140:11

**deputies** [9] - 11:1, 15:19, 58:11, 84:19, 86:1, 86:12, 89:17, 90:6, 168:7

**deputy** [132] - 4:14, 4:15, 4:22, 5:25, 6:1, 8:15, 8:17, 12:8, 14:21, 22:13, 22:21, 25:6, 25:22, 26:11, 26:14, 30:17, 31:9, 31:20, 31:25, 34:23, 36:9, 43:17, 43:19, 45:18, 48:6, 48:24, 54:17, 55:12, 57:17, 68:5, 72:24, 73:1, 75:1, 79:19, 82:13, 82:16, 83:3, 83:5, 83:12, 83:14, 84:17, 86:16, 86:24, 87:12, 88:2, 88:12, 88:13, 89:9, 90:10, 91:22, 93:2, 93:13, 94:8, 96:10, 96:11, 98:11, 102:12, 102:24, 103:5, 103:6, 104:20, 104:21, 106:9, 107:25, 108:24, 109:1, 109:10, 110:5, 111:6, 112:2, 112:21, 113:1, 113:12, 114:4, 114:15, 114:24, 115:9, 115:11, 115:22, 115:25, 116:10, 116:17, 116:20, 117:6, 117:7, 117:14, 117:22, 118:23, 119:5, 119:9, 119:13, 119:21, 120:7, 120:16, 120:18, 122:13, 124:2, 124:17, 129:2, 133:24, 138:20, 139:15, 144:21, 147:6, 148:19, 148:25, 154:14, 155:9, 155:19, 155:25, 156:10,

156:23, 162:2, 162:22, 165:19, 167:5, 168:24, 170:9, 170:17, 172:4, 175:23, 176:12, 176:14, 177:11, 189:6, 189:11, 190:25, 191:2, 191:7, 192:10, 192:24, 193:2

**Deputy** [48] - 1:10, 14:22, 23:17, 26:13, 30:3, 30:12, 32:4, 35:20, 35:22, 35:25, 51:23, 55:12, 57:21, 75:21, 82:25, 84:24, 88:22, 89:10, 92:18, 96:17, 99:9, 99:18, 99:20, 99:24, 101:21, 104:1, 104:8, 113:10, 114:8, 115:13, 118:18, 124:8, 125:17, 126:8, 134:16, 135:4, 159:3, 170:4, 173:25, 176:2, 176:3, 181:1, 188:8, 189:25, 191:4, 191:24, 197:12, 199:3

**deputy's** [5] - 94:19, 95:8, 95:9, 97:3, 155:5

**describe** [21] - 24:5, 39:23, 40:16, 40:23, 43:25, 47:20, 58:1, 81:9, 81:17, 94:15, 121:13, 122:4, 123:22, 129:15, 129:18, 131:13, 131:14, 155:3, 163:15, 181:24

**described** [10] - 16:7, 47:24, 48:2, 48:7, 48:22, 84:18, 86:4, 158:12, 158:15, 184:8

**describes** [1] - 85:25

**describing** [9] - 81:11, 87:14, 87:21, 87:23, 129:14, 145:15, 159:16, 169:20, 179:23

**DESCRIPTION** [1] - 3:11

**description** [2] - 86:24, 163:3

**desired** [1] - 123:14

**details** [2] - 93:22, 140:12

**Detective** [1] - 171:2

**detective** [5] - 26:22, 169:15, 169:18, 170:5, 192:7

**detectives** [6] - 166:16, 167:8, 167:10, 168:7, 171:20, 189:12

**determine** [3] - 31:8, 51:6, 84:19

**determining** [2] - 65:11, 71:17

**device** [3] - 155:6, 155:18, 155:19

**diagnosing** [1] - 20:23

**didn't** [43] - 13:22, 13:25, 20:25, 21:25, 23:3, 23:12, 23:13, 26:10, 28:15, 29:21, 30:2, 30:11, 32:4, 34:1, 38:13, 41:8, 50:3, 50:17, 51:2, 58:1, 59:23, 66:4, 72:2, 74:20, 76:7, 80:9, 80:17, 83:8, 99:7, 123:11, 123:12, 123:14, 124:14, 141:25, 153:22, 166:10, 180:1, 180:13, 180:21, 183:8, 185:15, 185:17, 190:23

**died** [2] - 187:17, 187:19

**different** [8] - 12:14, 23:16, 33:6, 35:18, 69:18, 70:22, 179:22, 186:9

**differently** [1] - 181:10

**Direct** [1] - 3:2

**direct** [1] - 187:25

**DIRECT** [1] - 4:9

**direction** [3] - 99:20, 122:12, 182:15

**directives** [1] - 71:12

**directly** [4] - 11:8, 75:5, 106:13, 161:7

**disagree** [1] - 30:4

**disarmed** [1] - 148:10

**discharge** [6] - 13:22, 14:4, 25:23, 26:2, 26:21, 61:15

**discharged** [8] - 25:11, 25:20, 26:11, 30:10, 30:24, 31:20, 32:4, 61:14

**discharges** [2] - 32:1, 68:11

**discharging** [2] - 14:4, 15:13

**discomfort** [1] - 63:7

**discussed** [2] - 19:8, 45:18

**discussing** [5] - 9:19, 126:25, 128:5, 128:6, 128:15

**discussion** [9] - 54:4, 55:10, 57:12, 57:13, 57:18, 58:10, 58:17, 59:1, 88:7

**discussions** [1] - 9:23

**Disk** [1] - 3:16

**dispatch** [3] - 137:3, 137:4, 138:15

**dispatcher** [1] - 138:22

**distance** [3] - 65:4, 65:6, 70:4

**distances** [1] - 65:11

**distinction** [1] - 180:7

**distinctions** [1] - 114:21

**DISTRICT** [2] - 1:1, 1:1

diverted [2] - 41:9, 67:18
**DIVISION** [1] - 1:2
**DO** [1] - 199:7
**Do** [2] - 4:1, 86:21
**do** [240] - 4:5, 6:19, 6:20, 7:5, 7:6, 7:24, 8:3, 10:5, 10:11, 12:7, 12:11, 12:13, 12:16, 12:22, 13:21, 14:19, 15:7, 15:12, 16:15, 16:18, 17:5, 17:15, 19:1, 19:20, 19:23, 25:3, 26:17, 30:4, 33:2, 34:14, 39:13, 41:13, 42:12, 44:5, 44:10, 46:7, 50:5, 50:23, 51:24, 51:25, 53:5, 53:11, 55:17, 56:13, 60:1, 60:10, 60:23, 61:13, 61:15, 62:4, 62:15, 63:10, 63:24, 65:6, 66:13, 68:12, 68:16, 68:25, 69:6, 69:10, 69:24, 69:25, 70:4, 70:6, 70:8, 72:10, 72:21, 76:20, 76:21, 79:19, 81:25, 82:22, 83:2, 83:15, 84:9, 84:10, 84:12, 86:15, 87:5, 87:7, 87:15, 87:16, 87:17, 87:23, 87:25, 89:4, 89:11, 90:10, 91:3, 92:8, 92:10, 93:2, 93:8, 94:23, 95:16, 95:18, 95:25, 96:8, 96:14, 96:17, 96:21, 97:5, 97:24, 98:3, 98:10, 99:13, 99:15, 100:1, 100:10, 100:23, 100:25, 101:5, 101:7, 102:22, 106:15, 107:1, 108:18, 109:9, 110:16, 111:5, 111:8, 112:3, 112:10, 113:4, 113:5, 113:9, 114:2, 117:5, 117:7, 119:14, 123:3, 123:6, 124:2, 125:4, 125:15, 125:20, 126:19, 126:23, 127:13, 128:2, 129:18, 130:15, 130:18, 132:24, 133:11, 133:24, 134:4, 136:2, 136:15, 136:25, 137:18, 138:9, 138:13, 138:20, 139:7, 140:1, 140:4, 140:13, 140:19, 141:21, 141:25, 142:21, 143:11, 144:15, 144:16, 145:6, 145:12, 145:14, 145:16, 149:13, 149:20, 149:23, 150:3, 150:7, 150:13, 151:12, 151:15, 152:13, 153:11, 153:17, 153:19, 154:15, 154:22, 156:19, 157:2, 157:7, 157:9, 157:15, 157:23, 158:21, 159:4, 160:15, 163:14, 163:21, 164:7, 164:9, 164:12, 164:13, 165:3, 165:25, 167:1, 167:10, 167:21, 170:25, 171:12, 174:19, 175:6, 175:11, 175:14, 178:6, 178:23, 179:12, 180:15, 180:16, 181:10, 181:24, 185:4, 185:12, 186:19, 187:16, 187:19, 187:21, 188:10, 190:8, 191:1, 191:25, 192:8, 192:12, 193:6, 193:9, 193:10, 193:11, 197:20
**doctor** [2] - 20:23, 20:25
**document** [4] - 66:10, 69:24, 140:9, 151:7
**documents** [1] - 85:15
**does** [45] - 6:1, 6:8, 10:2, 18:10, 19:3, 78:22, 80:5, 93:22, 94:2, 97:1, 103:2, 104:5, 104:6, 104:23, 105:3, 105:6, 105:9, 105:16, 105:25, 106:9, 111:15, 111:17, 114:24, 116:15, 116:24, 117:5, 123:20, 125:18, 126:6, 126:10, 127:6, 127:12, 136:10, 137:22, 138:16, 142:21, 145:6, 146:5, 147:17, 148:20, 156:22, 158:10, 158:12, 158:16, 179:16
**doesn't** [9] - 91:25, 97:16, 116:13, 135:19, 146:4, 169:8, 179:15, 179:20, 190:13
**doing** [23] - 5:1, 5:4, 6:17, 6:20, 9:20, 23:1, 33:19, 46:21, 49:17, 93:8, 130:1, 131:24, 133:22, 151:6, 152:9, 167:24, 171:15, 178:18, 179:2, 179:10, 190:17, 193:25
**Don** [2] - 185:2
**don't** [76] - 10:4, 12:21, 17:20, 20:17, 25:17, 26:9, 33:15, 34:12, 38:2, 45:14, 45:16, 51:16, 52:3, 53:13, 53:15, 53:19, 53:21, 54:23, 55:15, 56:5, 56:6, 75:14, 75:16, 75:20, 76:17, 78:7, 79:6, 82:18, 82:21, 82:24, 83:4, 83:8, 83:9, 83:19, 85:5, 85:11, 91:6, 91:12, 91:13, 102:9, 109:19, 115:10, 115:14, 119:2, 120:17, 120:19, 134:22, 141:20, 153:14, 156:16, 166:1, 166:24, 168:7, 168:15, 171:12, 171:15, 171:24, 174:19, 175:6, 178:6, 178:12, 183:19, 183:23, 185:20, 185:24, 186:25, 187:8, 187:12, 187:18, 190:21
**Donald** [2] - 197:10, 199:2
**DONALD** [1] - 1:5
**done** [9] - 11:9, 28:22, 75:18, 77:16, 130:7, 133:2, 147:7, 164:10, 167:20
**door** [21] - 37:5, 37:9, 91:18, 102:15, 102:20, 103:3, 103:10, 103:20, 104:15, 104:16, 106:19, 106:21, 110:2, 110:9, 110:17, 111:5, 112:3, 113:21, 116:17, 124:4
**doors** [6] - 12:19, 121:1, 121:3, 142:9, 146:12, 150:10
**doorway** [38] - 34:24, 35:4, 35:5, 35:10, 38:4, 39:24, 40:3, 40:11, 40:12, 40:18, 73:3, 73:4, 73:5, 73:6, 73:7, 73:8, 73:9, 73:18, 73:21, 73:25, 74:7, 74:9, 74:19, 75:2, 75:23, 109:13, 109:14, 109:16, 109:20, 110:24, 113:19, 114:10, 116:4, 121:8, 152:7, 153:6, 182:16, 190:12
**down** [30] - 11:7, 19:20, 27:6, 32:11, 32:12, 34:3, 81:9, 84:1, 87:8, 103:8, 111:18, 115:3, 115:10, 115:16, 117:10, 117:18, 119:2, 129:13, 134:22, 145:24, 146:8, 147:14, 156:16, 160:4, 170:11, 171:18, 177:1, 178:15, 178:22, 184:17
**download** [6] - 28:19, 140:10, 140:16, 140:20, 140:23, 141:3
**downloading** [1] - 26:21
**downloads** [2] - 140:17, 141:6
**draw** [2] - 120:8, 120:12
**dresser** [6] - 37:7, 37:17, 40:5, 40:20, 75:13, 75:17
**drew** [3] - 115:5, 118:8, 120:2

91:12, 91:13, 102:9, 109:19, 110:10, 115:14, 119:2, 120:17, 120:19, 134:22, 141:20, 153:14, 156:16, 166:1, 166:24, 168:7, 168:15, 171:12, 171:15, 171:24, 174:19, 175:6, 178:6, 178:12, 183:19, 183:23, 185:20, 185:24, 186:25, 187:8, 187:12, 187:18, 190:21
**Donald** [2] - 197:10, 199:2
**DONALD** [1] - 1:5
**done** [9] - 11:9, 28:22, 75:18, 77:16, 130:7, 133:2, 147:7, 164:10, 167:20
**door** [21] - 37:5, 37:9, 91:18, 102:15, 102:20, 103:3, 103:10, 103:20, 104:15, 104:16, 106:19, 106:21, 110:2, 110:9, 110:17, 111:5, 112:3, 113:21, 116:17, 124:4

driveway [2] - 101:24, 101:25
**driving** [2] - 94:18, 100:1
**drove** [1] - 98:12
**due** [2] - 133:9, 133:10
**duly** [2] - 4:7, 196:6
**Dunedin** [3] - 6:24, 6:25
**duration** [5] - 42:2, 45:7, 63:19, 64:13, 69:3
**during** [34] - 16:19, 23:24, 24:14, 24:22, 26:1, 26:4, 30:16, 34:8, 44:9, 45:5, 45:25, 46:6, 46:11, 49:7, 52:4, 59:14, 59:19, 59:20, 64:10, 69:5, 73:14, 73:20, 73:25, 74:11, 75:21, 132:15, 134:3, 151:24, 172:21, 173:4, 173:11, 182:25, 189:2, 193:7
**duties** [1] - 5:23

## E

**E** [2] - 70:23, 70:25
**each** [2] - 29:12, 95:9
**earlier** [15] - 51:19, 91:24, 105:7, 105:11, 105:13, 123:24, 124:11, 132:1, 135:9, 140:8, 154:19, 158:15, 180:18, 186:15, 191:6
**easily** [1] - 44:3
**east** [3] - 36:23, 80:19, 101:12
**ECD** [2] - 65:11, 65:12
**eddie** [1] - 169:13
**edge** [1] - 180:16
**EDUARDO** [7] - 1:14, 4:6, 196:5, 198:7, 199:1, 199:23, 200:5
**Eduardo** [2] - 4:14, 197:15
**effect** [12] - 11:20, 34:3, 105:20, 117:14, 121:11, 123:13, 123:14, 127:18, 130:14, 143:3, 159:7, 160:1
**effective** [13] - 8:16, 18:17, 19:13, 19:17, 25:13, 42:16, 42:20, 42:23, 123:3, 123:17, 141:23, 142:2, 142:16
**effects** [16] - 18:12, 21:17, 45:7, 56:23, 56:25, 62:14, 62:18, 62:20, 64:12, 68:24, 68:25, 125:22, 139:9, 139:11, 139:17, 151:19
**Effects** [1] - 62:4

**efficiently** [1] - 93:8
**eight** [1] - 169:9
**either** [12] - 9:1, 9:16, 36:11, 47:15, 47:17, 55:2, 58:11, 89:21, 98:10, 146:23, 170:19, 181:4
**ejects** [1] - 143:15
**electrical** [1] - 62:8
**electricity** [2] - 143:12, 143:14
**eliminate** [1] - 69:15
**else** [23] - 14:16, 18:18, 33:3, 34:6, 38:5, 49:11, 56:11, 105:3, 105:6, 105:25, 108:14, 112:10, 117:25, 138:18, 140:24, 144:15, 147:7, 153:18, 157:15, 160:15, 162:7, 164:7, 186:22
**EM** [1] - 169:11
**emergency** [5] - 111:1, 138:21, 155:7, 162:10, 162:12
**employ** [1] - 7:11
**employed** [2] - 4:16, 4:21
**employee** [2] - 200:9, 200:10
**EMTs** [1] - 77:12
**encompass** [2] - 6:15, 9:19
**encompasses** [1] - 6:12
**encountered** [2] - 12:8, 21:22
**encountering** [1] - 21:3
**end** [8] - 26:3, 44:12, 130:21, 131:9, 137:21, 150:3, 168:18, 173:16
**energized** [1] - 124:20
**energy** [7] - 52:14, 145:2, 146:20, 148:3, 148:9, 148:12, 149:9
**Enforcement** [1] - 16:14
**engage** [2] - 114:24, 116:10
**English** [1] - 189:2
**enough** [1] - 40:25
**enroute** [1] - 88:22
**enter** [17] - 39:7, 91:7, 91:13, 105:1, 124:2, 124:6, 125:1, 125:4, 127:10, 127:15, 128:13, 128:18, 128:20, 151:17, 151:18, 151:22
**entered** [5] - 39:2, 39:4, 124:15, 128:21, 166:8
**entering** [2] - 89:15, 103:19
**entire** [5] - 11:22, 115:1, 168:17, 173:4, 178:12
**entirety** [4] - 23:19, 71:25,

72:4, 173:11
**entitled** [2] - 16:13, 17:7
**entitlement** [1] - 62:3
**entrance** [2] - 37:12, 40:11
**entry** [2] - 106:18, 108:19
**entryway** [1] - 106:20
**Errata** [1] - 3:6
**errata** [2] - 197:16, 197:18
**ERRATA** [1] - 199:5
**errors** [1] - 199:7
**ESQUIRE** [2] - 2:1, 2:5
**Esquire** [2] - 197:7, 197:25
**essentially** [1] - 127:20
**Estate** [2] - 197:10, 199:2
**ESTATE** [1] - 1:4
**estimate** [3] - 40:14, 40:22, 80:13
**et** [1] - 60:23
**evaluate** [1] - 77:16
**even** [7] - 34:17, 38:16, 61:4, 172:5, 172:18, 175:22, 176:11
**event** [19] - 7:5, 7:13, 9:17, 14:24, 23:25, 26:1, 34:17, 41:10, 46:11, 72:15, 76:8, 76:9, 76:10, 77:19, 81:7, 141:8, 141:22, 144:10, 166:17
**events** [24] - 46:1, 46:6, 57:16, 59:2, 59:14, 59:19, 59:20, 73:14, 74:6, 74:14, 75:19, 83:17, 94:5, 102:5, 120:6, 167:16, 168:21, 172:21, 173:5, 173:11, 173:13, 180:19, 182:25, 193:7
**eventually** [7] - 43:5, 43:7, 43:19, 77:9, 121:16, 125:24, 132:24
**ever** [38] - 7:10, 9:8, 11:10, 14:16, 23:6, 24:2, 33:20, 33:22, 35:9, 38:11, 38:14, 38:16, 39:11, 39:17, 39:20, 44:5, 47:17, 49:24, 50:5, 50:11, 53:7, 54:1, 54:4, 59:13, 73:14, 73:15, 75:23, 142:2, 161:4, 173:5, 173:22, 175:22, 176:11, 192:24, 192:25, 193:7
**everybody** [3] - 122:5, 135:2, 152:9
**everyone** [1] - 162:7
**everything** [6] - 9:13, 26:5, 112:8, 112:12, 158:14, 176:13
**evidence** [2] - 28:8, 192:25
**exact** [1] - 25:21

**exactly** [4] - 46:14, 111:8, 114:8, 178:9
**exam** [2] - 17:5, 17:19
**Examination** [5] - 3:2, 3:3, 3:3, 3:4, 3:4
**EXAMINATION** [4] - 4:9, 88:10, 172:2, 188:6
**examined** [1] - 4:8
**examiner's** [1] - 54:25
**example** [5] - 95:23, 168:10, 168:15, 190:20, 191:5
**excited** [1] - 21:18
**excuse** [4] - 32:24, 107:18, 127:23, 132:5
**exercise** [1] - 9:21
**exerting** [1] - 52:14
**exertion** [3] - 21:18, 45:8, 64:13
**exhaustion** [1] - 18:21
**Exhibit** [40] - 12:23, 16:12, 16:24, 17:11, 17:13, 17:25, 18:1, 18:3, 26:19, 37:11, 41:11, 44:24, 54:14, 54:18, 60:6, 60:10, 67:11, 67:13, 67:19, 72:23, 92:15, 92:21, 92:24, 93:9, 94:13, 134:10, 134:18, 140:8, 145:5, 145:11, 145:12, 147:17, 148:6, 149:25, 152:21, 153:1, 154:13, 167:6, 168:16, 189:7
**exhibit** [6] - 16:23, 45:22, 54:13, 67:9, 140:3, 167:6
**exhibits** [2] - 92:9, 140:5
**EXHIBITS** [1] - 3:9
**Exhibits** [1] - 3:12
**exists** [1] - 95:5
**exit** [1] - 142:10
**exited** [1] - 8:4
**experience** [5] - 10:24, 55:17, 56:1, 144:19, 168:12
**experienced** [2] - 45:8, 64:13
**experiences** [1] - 175:12
**experts** [2] - 65:10, 70:2
**Expires** [1] - 196:13
**explain** [6] - 76:13, 91:9, 139:10, 144:18, 144:20, 171:5
**explained** [1] - 111:7
**exposed** [4] - 59:13, 173:12, 173:23, 182:25
**exposure** [16] - 41:14, 41:18, 42:2, 42:6, 44:25, 45:5, 63:19, 63:21, 64:10, 64:21, 68:23,

69:3, 69:6, 141:3, 141:10, 148:21
**exposures** [1] - 18:25
**expressing** [1] - 112:13
**extent** [2] - 51:6, 77:19
**extra** [1] - 64:22
**eye** [1] - 125:13

## F

**F'ing** [1] - 7:22
**face** [6] - 11:8, 124:1, 171:8, 171:10, 171:11, 172:16
**facing** [5] - 99:19, 101:12, 114:14, 114:16, 114:18
**fact** [7] - 8:25, 23:15, 56:20, 57:14, 58:20, 189:1, 190:22
**factor** [1] - 65:11
**factors** [2] - 70:3, 71:16
**fair** [3] - 163:3, 171:15, 189:19
**fairness** [1] - 135:1
**fall** [4] - 43:12, 81:3, 81:4, 120:11
**falls** [7] - 25:15, 77:24, 77:25, 121:16, 123:23, 144:4, 151:21
**false** [1] - 68:22
**familiar** [2] - 74:22, 93:13
**familiarity** [3] - 56:13, 56:15, 141:3
**family** [1] - 106:24
**far** [19] - 20:23, 35:5, 40:11, 48:20, 53:24, 54:6, 57:3, 58:19, 80:6, 94:16, 96:7, 127:1, 137:22, 162:12, 168:18, 189:15, 190:17, 190:25, 191:15
**fashion** [1] - 76:24
**fatal** [5] - 63:8, 110:18, 110:23, 110:24, 113:21
**fax** [1] - 197:3
**FD** [13] - 51:14, 57:25, 88:21, 91:24, 105:7, 105:9, 159:3, 159:6, 165:19, 165:25, 166:7, 166:11, 187:11
**fear** [1] - 63:6
**federal** [1] - 188:4
**feel** [5] - 11:4, 11:10, 91:6, 139:24, 151:15
**feeling** [1] - 43:5
**feet** [19] - 35:6, 35:10, 36:25, 37:8, 37:13, 40:4, 40:15, 40:22, 79:24, 79:25, 80:1, 80:2, 80:8,

121:19, 122:21, 122:23, 134:2, 182:9

**fell** [11] - 11:8, 11:18, 30:13, 43:6, 43:19, 53:15, 78:23, 80:19, 123:19, 124:1, 141:16

**fellow** [1] - 9:7

**felt** [9] - 11:14, 30:9, 77:21, 139:9, 139:11, 139:17, 151:13, 175:21

**fence** [1] - 8:15

**few** [8] - 7:1, 43:9, 51:16, 60:25, 68:7, 98:24, 102:11, 172:20

**field** [1] - 97:25

**fight** [3] - 43:3, 81:10, 81:12

**fighting** [22] - 19:16, 42:25, 43:4, 43:17, 44:2, 52:12, 52:13, 77:22, 81:14, 121:11, 123:8, 123:11, 125:23, 129:3, 129:6, 132:20, 151:20, 159:11, 186:15

**figure** [1] - 99:5

**figured** [1] - 89:9

**files** [1] - 55:14

**final** [1] - 39:22

**finally** [11] - 46:25, 50:2, 64:20, 72:13, 76:11, 129:12, 159:12, 159:15, 180:16, 184:12, 184:20

**financially** [1] - 200:12

**find** [9] - 13:4, 13:10, 17:6, 78:9, 100:19, 145:4, 160:3, 169:9, 184:25

**finding** [1] - 8:23

**fine** [3] - 7:20, 52:17

**finger** [1] - 8:9

**finish** [1] - 176:5

**finished** [1] - 159:10

**fire** [18] - 7:17, 21:12, 22:15, 51:4, 77:7, 82:8, 85:10, 86:2, 89:13, 89:18, 89:24, 90:6, 100:24, 101:1, 111:2, 111:3, 146:23, 164:12

**firearm** [10] - 107:11, 111:13, 117:20, 118:4, 118:6, 120:2, 120:6, 120:8, 153:11, 153:17

**fired** [1] - 143:12

**Firm** [1] - 2:1

**firs** [1] - 142:7

**first** [63] - 4:7, 17:25, 23:14, 25:22, 26:20, 26:22, 27:20, 27:24, 29:14, 30:16, 36:3, 37:24, 38:1, 43:11, 43:15, 44:9, 46:7, 48:25,

49:3, 60:12, 61:1, 61:3, 72:18, 72:24, 72:25, 82:11, 92:11, 94:13, 94:17, 98:18, 102:25, 104:18, 106:5, 106:6, 109:9, 110:13, 121:18, 122:2, 124:1, 124:22, 124:25, 125:5, 125:8, 126:1, 126:15, 127:12, 134:10, 137:17, 138:6, 144:9, 147:8, 150:9, 153:4, 166:21, 168:11, 168:12, 169:19, 180:12, 189:8

**fists** [4] - 122:7, 181:20, 182:3, 182:5

**fit** [2] - 34:25, 169:10

**five** [15] - 11:4, 11:5, 11:8, 11:11, 29:11, 29:16, 86:19, 144:17, 147:8, 148:22, 148:24, 149:3, 149:4, 149:20, 150:4

**FL** [5] - 1:22, 2:3, 2:7, 197:2, 197:8

**flicker** [1] - 187:10

**flickering** [3] - 186:6, 186:8, 186:19

**flight** [1] - 72:14

**flip** [1] - 146:2

**flipped** [1] - 147:21

**floor** [5] - 31:24, 36:19, 44:12, 79:11, 151:22

**FLORIDA** [3] - 1:1, 196:2, 200:1

**Florida** [3] - 1:25, 5:11, 196:12

**flow** [1] - 101:14

**flutter** [2] - 159:2, 164:3

**fly** [4] - 142:9, 143:11, 143:13, 146:13

**flying** [1] - 150:10

**focus** [1] - 138:22

**fold** [1] - 11:15

**follow** [3] - 88:15, 172:1, 187:24

**follow-up** [2] - 172:1, 187:24

**following** [2] - 39:9, 70:2

**follows** [1] - 4:8

**foot** [1] - 75:4

**force** [9] - 10:12, 68:23, 70:14, 70:15, 70:24, 71:6, 71:11, 71:18, 71:22

**forced** [1] - 71:7

**ford** [2] - 101:10, 101:11

**forearm** [1] - 129:21

**foregoing** [1] - 198:1

**forget** [1] - 193:14

**form** [58] - 15:4, 16:20, 17:17, 18:14, 19:7, 20:6,

20:21, 21:23, 22:6, 23:5, 26:7, 28:11, 29:3, 30:6, 30:8, 31:11, 32:20, 33:4, 39:25, 45:12, 46:4, 49:25, 56:2, 57:8, 58:14, 58:22, 59:15, 60:8, 61:21, 61:25, 62:1, 62:22, 65:23, 66:9, 67:2, 74:2, 76:14, 82:5, 83:7, 87:2, 87:19, 107:19, 112:23, 172:6, 172:12, 172:25, 173:2, 173:7, 173:9, 173:14, 174:24, 175:24, 179:4, 179:17, 186:11, 186:23, 187:5, 191:17

**forth** [1] - 79:16

**forward** [11] - 8:2, 18:17, 38:10, 38:14, 44:2, 44:8, 77:23, 92:15, 122:24, 151:21, 197:18

**forwarded** [1] - 197:18

**four** [5] - 40:15, 79:25, 80:1, 137:6, 137:7

**fourth** [3] - 29:16, 150:4, 150:17

**foyer** [2] - 106:18, 107:2

**frailties** [1] - 71:21

**frame** [12] - 10:5, 10:7, 26:9, 94:13, 95:5, 95:23, 98:1, 99:16, 100:10, 100:24, 101:6, 110:17

**free** [1] - 138:17

**Friday** [2] - 166:23

**from** [131] - 5:14, 11:22, 12:17, 14:8, 15:2, 15:25, 19:5, 21:4, 21:9, 21:18, 22:19, 25:5, 25:22, 26:3, 30:16, 32:6, 35:5, 35:10, 35:24, 36:1, 37:15, 38:10, 38:13, 40:2, 40:11, 40:21, 41:9, 41:24, 42:9, 44:19, 44:24, 46:24, 47:11, 47:13, 47:24, 48:14, 49:15, 50:19, 52:7, 53:5, 53:8, 53:9, 53:16, 54:24, 55:7, 55:13, 55:17, 56:1, 56:5, 56:11, 59:7, 59:13, 60:7, 60:16, 60:17, 63:24, 65:13, 65:21, 66:10, 66:23, 67:11, 72:14, 75:24, 76:7, 76:15, 77:11, 79:22, 82:11, 85:23, 86:1, 89:3, 89:19, 89:22, 89:24, 90:1, 91:12, 91:20, 92:18, 92:23, 111:23, 113:6, 113:10, 113:11, 114:3, 115:5, 115:15,

117:1, 118:4, 118:18, 121:1, 121:12, 124:17, 128:9, 129:8, 129:25, 131:1, 131:19, 138:17, 138:18, 141:18, 144:18, 144:22, 145:2, 145:9, 148:4, 149:16, 149:22, 149:23, 150:23, 151:7, 155:4, 160:16, 170:1, 170:2, 173:19, 176:2, 178:17, 179:1, 179:9, 181:4, 181:5, 181:12, 181:18, 183:8, 186:1, 186:13, 186:14, 186:21, 190:4

**front** [14] - 13:1, 15:25, 28:25, 60:6, 65:3, 75:5, 78:6, 101:1, 101:25, 103:20, 106:19, 106:21, 110:25, 134:17

**frontal** [1] - 64:24

**full** [9] - 4:13, 44:7, 61:6, 79:20, 121:11, 122:10, 123:8, 123:12, 123:25

**fully** [5] - 31:17, 38:15, 42:23, 44:22, 61:9

**fun** [1] - 193:25

**functions** [1] - 6:16

**funnel** [4] - 110:18, 110:23, 110:24, 113:22

**Further** [1] - 3:4

**FURTHER** [1] - 192:22

**further** [12] - 38:22, 65:12, 83:16, 115:11, 115:14, 117:8, 119:2, 119:22, 120:17, 148:21, 192:18, 200:8

**FYI** [1] - 136:12

## G

**G** [1] - 2:5

**gait** [1] - 122:22

**gas** [1] - 143:12

**gasp** [2] - 159:12, 160:13

**gasped** [1] - 159:10

**gave** [19] - 43:5, 43:19, 50:25, 88:16, 113:12, 123:2, 123:24, 135:8, 140:8, 152:8, 164:1, 168:21, 169:5, 169:11, 179:11, 186:5, 189:6, 190:7, 191:5

**general** [2] - 139:16, 139:18

**General** [1] - 2:6

**generally** [3] - 93:13, 93:22, 167:13

**gentleman** [4] - 7:18, 8:13,

8:23, 20:4
**GEOPFERT** [1] - 1:9
**Geopfert** [4] - 12:8, 13:9, 14:17, 14:21
**gesture** [1] - 8:9
**get** [74] - 7:19, 8:5, 8:6, 8:10, 10:22, 11:2, 22:15, 31:13, 31:23, 32:3, 32:5, 32:7, 38:24, 46:16, 46:25, 47:17, 48:23, 51:3, 51:15, 51:17, 52:13, 56:11, 76:11, 77:3, 77:14, 79:11, 81:15, 81:21, 81:22, 81:23, 85:3, 91:17, 91:25, 98:12, 113:14, 114:3, 120:12, 123:7, 123:11, 123:12, 128:7, 129:4, 129:12, 131:10, 131:16, 131:20, 132:24, 133:11, 136:18, 148:1, 158:13, 159:3, 159:6, 159:11, 165:10, 167:22, 169:21, 169:24, 170:6, 170:7, 170:8, 170:19, 171:1, 171:4, 171:5, 171:6, 171:9, 171:13, 172:5, 178:13, 180:11, 185:12, 188:23
**gets** [3] - 126:6, 150:16, 151:17
**getting** [15] - 16:9, 26:15, 31:24, 49:1, 81:20, 81:21, 93:21, 113:6, 133:6, 133:7, 133:22, 151:19, 151:20, 171:3
**GG** [1] - 191:24
**GG561** [1] - 196:12
**give** [14] - 4:2, 4:13, 10:8, 40:14, 40:22, 84:6, 84:7, 118:24, 138:15, 159:9, 160:4, 176:11, 185:16, 191:11
**given** [4] - 17:20, 130:12, 143:17, 200:6
**gives** [2] - 121:16, 159:1
**giving** [4] - 66:8, 83:12, 118:24, 121:14
**go** [52] - 13:11, 15:12, 17:25, 21:15, 27:16, 27:24, 35:23, 41:10, 50:4, 55:8, 60:25, 61:24, 79:15, 84:2, 88:5, 92:10, 97:24, 102:13, 108:23, 110:19, 110:20, 118:1, 121:6, 123:20, 125:6, 125:12, 127:2, 128:9, 136:24, 139:3, 140:3, 140:6, 147:16, 151:23, 152:7, 154:9, 155:21,

158:10, 159:6, 160:3, 164:18, 164:24, 164:25, 168:19, 169:9, 176:8, 178:15, 180:13, 183:18, 185:1, 187:14, 190:1
**Go** [1] - 115:6
**Goepfert** [145] - 22:13, 22:21, 23:17, 25:6, 25:22, 26:11, 26:13, 26:14, 30:3, 30:12, 30:17, 31:9, 31:20, 31:25, 32:4, 34:8, 34:18, 34:19, 34:23, 35:20, 35:22, 35:25, 36:9, 43:17, 43:19, 45:10, 45:18, 46:2, 48:6, 48:24, 49:10, 52:9, 52:19, 52:21, 54:5, 57:17, 57:18, 57:21, 58:3, 59:2, 59:8, 72:24, 73:1, 75:1, 75:21, 78:23, 78:25, 79:19, 82:2, 82:13, 82:16, 82:23, 82:25, 83:3, 83:5, 83:12, 83:14, 86:25, 88:13, 88:22, 89:10, 90:10, 91:22, 99:24, 102:12, 102:24, 103:5, 103:6, 104:1, 104:8, 104:20, 104:21, 106:9, 108:24, 109:1, 109:10, 110:5, 111:6, 112:2, 112:21, 113:1, 113:10, 113:12, 114:4, 114:8, 114:15, 114:24, 115:9, 115:11, 115:13, 115:22, 115:25, 116:10, 116:17, 116:20, 117:6, 117:7, 117:14, 117:22, 118:23, 119:5, 119:9, 119:13, 119:21, 120:7, 120:16, 120:18, 122:13, 124:2, 124:8, 124:17, 125:17, 126:8, 129:2, 133:24, 140:11, 144:21, 147:6, 148:25, 170:4, 170:9, 170:17, 173:20, 173:25, 176:2, 176:3, 176:14, 176:23, 177:5, 177:6, 177:11, 178:5, 178:16, 181:2, 181:5, 189:6, 189:11, 189:25, 190:25, 191:2, 191:7, 192:10, 193:2, 197:11, 199:3
**Goepfert's** [8] - 98:11, 99:9, 99:18, 118:18, 139:15, 177:13, 191:4, 191:24
**goes** [9] - 11:3, 23:7, 103:6, 109:5, 109:6, 128:25, 137:23, 162:13,

190:14
**going** [95] - 6:12, 6:16, 7:22, 7:24, 8:3, 16:22, 27:18, 32:3, 53:12, 67:18, 71:24, 81:21, 82:9, 82:25, 84:8, 85:20, 90:16, 91:9, 92:6, 92:9, 93:9, 93:10, 96:10, 96:14, 98:8, 99:6, 102:4, 102:24, 103:5, 104:3, 104:7, 104:9, 104:22, 106:11, 107:18, 117:18, 117:24, 119:3, 125:16, 126:12, 128:7, 134:8, 134:9, 134:19, 135:11, 135:12, 135:14, 135:20, 136:19, 138:1, 138:22, 140:6, 142:12, 152:14, 152:15, 152:23, 153:10, 154:1, 155:20, 156:8, 156:10, 156:11, 160:7, 160:10, 161:9, 161:12, 169:25, 171:4, 171:7, 171:10, 171:11, 172:16, 176:22, 177:1, 177:11, 178:18, 179:10, 179:15, 179:21, 180:2, 180:5, 185:2, 185:3, 188:22, 188:23, 190:1, 190:12, 191:2, 191:12, 191:20, 192:16, 193:21
**Gonna** [1] - 79:22
**gonna** [3] - 84:2, 84:8, 84:9
**good** [14] - 4:11, 4:12, 43:1, 52:12, 77:2, 157:12, 157:13, 158:7, 161:16, 161:17, 167:1, 193:25
**got** [37] - 11:18, 26:24, 31:14, 31:19, 31:22, 35:19, 41:9, 41:22, 42:10, 50:16, 51:22, 68:5, 68:15, 70:17, 71:3, 74:16, 80:3, 80:14, 81:1, 82:11, 86:13, 97:23, 98:18, 104:13, 143:16, 146:1, 149:6, 153:10, 155:19, 159:13, 159:20, 177:6, 178:20, 184:12, 184:20, 184:21, 184:22
**gotcha** [6] - 104:11, 107:4, 171:14, 183:7, 184:18, 189:5
**gotten** [1] - 31:25
**grab** [4] - 118:6, 128:25, 129:2, 129:21
**grabbed** [7] - 37:23, 46:17, 47:13, 48:5, 48:12, 130:3, 130:5

**grabbing** [19] - 46:21, 46:22, 48:2, 48:22, 49:19, 50:14, 129:6, 129:7, 129:16, 129:23, 131:17, 131:18, 133:7, 133:14, 133:15, 139:18, 158:14
**grabs** [2] - 128:22, 128:24
**gracious** [1] - 194:2
**graduate** [1] - 5:14
**grasp** [1] - 159:9
**gray** [2] - 12:20, 98:4
**great** [1] - 93:21
**greater** [1] - 68:23
**gree** [1] - 150:7
**green** [2] - 12:20, 145:21
**Gregory** [2] - 197:11, 199:3
**GREGORY** [1] - 1:9
**grey** [1] - 86:22
**groin** [1] - 16:1
**ground** [26] - 8:5, 8:6, 8:11, 11:17, 25:15, 25:16, 30:13, 31:6, 31:7, 36:18, 38:25, 43:12, 47:21, 49:16, 123:19, 123:20, 125:24, 169:22, 170:2, 170:3, 170:7, 170:8, 170:12, 170:23
**grunt** [1] - 161:14
**grunting** [4] - 157:24, 158:22, 162:1, 172:23
**GUALTIERI** [1] - 1:8
**Gualtieri** [3] - 88:14, 197:10, 199:2
**guess** [4] - 9:3, 16:8, 179:5, 181:15
**guessing** [2] - 166:3, 166:4
**guesstimating** [1] - 80:8
**guide** [2] - 12:22, 46:20
**guided** [1] - 11:17
**Gulf** [2] - 1:21, 197:1
**gun** [10] - 79:15, 111:12, 154:6, 154:7, 155:5, 179:16, 182:22, 183:5, 183:11, 193:7
**guns** [2] - 180:12, 182:24
**guys** [9] - 99:6, 103:9, 104:13, 104:25, 105:19, 105:22, 105:24, 106:16, 171:17

## H

**hadn't** [2] - 151:24, 152:2
**hair** [2] - 86:4, 86:21
**hairline** [2] - 86:5, 86:23
**half** [4] - 10:9, 10:10,

152:19, 152:20
**hall** [1] - 110:2
**hallway** [6] - 34:24, 84:5, 86:16, 109:24, 110:25, 113:19
**hand** [40] - 8:9, 31:24, 41:17, 46:21, 46:23, 46:24, 48:11, 48:12, 48:14, 48:15, 61:3, 62:2, 62:16, 75:11, 76:12, 76:22, 77:10, 94:22, 95:12, 95:15, 101:7, 101:13, 115:4, 129:8, 129:19, 129:20, 129:22, 129:23, 129:25, 130:2, 130:3, 130:7, 131:7, 133:14, 158:14, 178:4, 180:2, 196:7
**handcuff** [12] - 37:24, 38:1, 46:25, 48:13, 49:3, 50:14, 128:8, 129:24, 130:5, 130:8, 133:11, 133:15
**handcuffed** [18] - 37:23, 39:10, 39:14, 39:16, 39:18, 39:20, 39:23, 49:23, 50:2, 50:6, 50:12, 50:15, 52:9, 53:3, 133:6, 158:7, 161:7, 173:22
**handcuffing** [6] - 45:19, 51:23, 52:7, 53:25, 128:4, 159:10
**handcuffs** [22] - 37:21, 52:14, 128:5, 128:7, 129:6, 129:7, 129:11, 129:17, 130:13, 132:22, 132:24, 134:1, 134:4, 153:15, 154:3, 154:10, 158:10, 158:14, 158:16, 158:18, 159:21, 160:20
**handed** [1] - 17:2
**handheld** [2] - 16:13, 41:25
**hands** [43] - 8:7, 35:21, 47:8, 48:7, 82:25, 87:13, 87:24, 117:15, 117:18, 117:24, 119:3, 125:6, 127:2, 129:8, 129:12, 131:16, 131:21, 139:4, 139:17, 151:9, 151:23, 152:15, 153:2, 154:2, 158:13, 160:24, 163:1, 176:22, 177:1, 177:11, 178:3, 178:4, 178:18, 179:10, 179:12, 179:21, 180:5, 190:22, 191:25, 192:5, 192:16, 193:4
**hands-on** [9] - 125:6, 127:2, 139:4, 139:17, 151:9, 151:23, 152:15,

153:2, 154:2
**hang** [6] - 24:12, 73:13, 84:21, 99:7, 177:22, 184:13
**happen** [9] - 38:19, 49:2, 83:9, 146:9, 146:10, 148:23, 161:4, 185:25, 190:13
**happened** [11] - 11:10, 30:23, 38:8, 46:14, 58:1, 121:23, 123:17, 163:24, 166:17, 167:14, 167:16
**happening** [6] - 56:24, 57:1, 58:2, 125:22, 126:17, 191:16
**happens** [13] - 91:15, 103:25, 108:22, 118:17, 120:15, 121:5, 128:20, 142:7, 142:18, 143:23, 144:4, 144:14, 144:25
**happy** [1] - 33:10
**hard** [3] - 13:1, 43:25, 135:6
**harm** [4] - 9:4, 69:13, 70:16, 71:7
**harmed** [1] - 8:13
**has** [30] - 4:20, 18:4, 28:19, 56:21, 64:21, 70:16, 71:6, 91:20, 92:4, 95:9, 97:19, 103:6, 105:4, 105:6, 107:11, 108:16, 109:1, 121:22, 121:25, 122:7, 129:7, 130:8, 132:4, 145:8, 155:10, 155:19, 162:10, 197:17
**having** [15] - 16:18, 18:11, 21:8, 40:20, 59:3, 83:3, 83:6, 84:18, 85:25, 103:4, 103:13, 103:22, 104:24, 105:5, 175:3
**he** [505] - 7:19, 7:21, 7:24, 7:25, 8:3, 8:6, 8:7, 8:9, 8:11, 9:1, 19:15, 19:17, 20:8, 20:9, 20:10, 21:4, 21:8, 21:10, 22:17, 23:6, 23:22, 23:25, 24:2, 24:3, 24:4, 24:6, 24:7, 24:8, 24:11, 24:16, 24:17, 24:18, 24:19, 24:22, 25:5, 25:8, 25:14, 25:15, 26:14, 26:16, 26:18, 29:22, 30:10, 30:13, 31:9, 31:13, 31:14, 31:15, 31:16, 31:17, 31:18, 31:19, 31:21, 31:22, 31:23, 31:24, 32:1, 32:3, 32:13, 32:15, 32:16, 33:20, 33:21, 33:22, 33:24, 34:1, 34:10, 34:11, 35:1, 35:7,

35:8, 35:9, 36:1, 36:23, 37:14, 37:15, 37:16, 37:22, 37:24, 38:9, 38:10, 38:12, 38:14, 38:16, 38:21, 38:22, 38:24, 38:25, 39:3, 39:10, 39:11, 39:13, 39:14, 39:16, 39:18, 39:23, 40:6, 41:3, 41:5, 41:7, 42:22, 42:23, 42:24, 42:25, 43:1, 43:2, 43:3, 43:4, 43:9, 43:11, 43:12, 43:14, 43:16, 43:17, 43:19, 43:23, 44:5, 44:9, 44:10, 44:12, 44:20, 44:21, 45:14, 45:17, 46:11, 46:15, 47:5, 47:7, 47:8, 47:23, 48:13, 48:16, 49:7, 49:12, 49:13, 49:15, 49:17, 49:19, 49:21, 49:24, 50:3, 50:6, 50:10, 50:12, 50:13, 50:15, 50:17, 50:18, 50:20, 50:22, 51:2, 51:9, 51:13, 51:19, 51:21, 52:1, 52:4, 52:11, 52:15, 52:16, 52:17, 53:3, 53:15, 53:19, 54:5, 55:4, 56:6, 56:9, 56:22, 57:14, 57:23, 58:4, 58:6, 58:20, 58:24, 59:6, 59:22, 73:2, 73:4, 73:6, 73:9, 73:18, 73:19, 73:21, 73:24, 74:7, 74:8, 74:18, 76:23, 77:3, 77:7, 77:9, 77:11, 77:18, 77:24, 79:18, 79:19, 79:22, 80:6, 80:8, 80:18, 80:21, 80:23, 80:24, 80:25, 81:12, 81:15, 81:20, 81:21, 81:23, 82:13, 82:16, 83:13, 83:15, 83:25, 84:1, 84:17, 85:25, 86:1, 86:2, 86:3, 86:4, 86:18, 86:23, 87:8, 87:11, 90:11, 90:13, 90:14, 91:20, 92:4, 92:19, 98:19, 101:24, 103:2, 103:6, 104:21, 105:4, 105:6, 106:13, 107:11, 108:16, 109:13, 111:15, 111:17, 111:21, 111:24, 112:20, 112:22, 112:25, 113:1, 113:11, 114:10, 114:14, 115:1, 115:3, 115:4, 115:6, 115:7, 116:13, 116:15, 116:23, 116:24, 116:25, 117:1, 117:17, 117:23, 117:25, 118:1, 118:6, 118:19,

118:24, 119:3, 119:6, 119:7, 119:10, 119:11, 119:23, 120:17, 120:19, 120:20, 121:6, 121:11, 121:12, 121:16, 121:19, 121:22, 122:6, 122:9, 122:15, 123:8, 123:10, 123:11, 123:12, 123:19, 123:20, 123:22, 123:23, 123:25, 124:1, 124:9, 124:11, 124:13, 124:24, 125:14, 125:16, 125:18, 125:21, 125:24, 126:6, 126:10, 126:13, 126:23, 127:12, 128:7, 128:8, 128:22, 128:23, 128:24, 128:25, 129:7, 129:22, 130:3, 131:11, 131:23, 132:7, 132:10, 132:11, 132:12, 132:13, 132:17, 132:19, 132:20, 132:21, 132:23, 133:5, 134:2, 139:14, 141:16, 141:17, 141:18, 141:19, 145:8, 147:11, 148:19, 151:17, 151:21, 154:3, 155:7, 156:25, 158:10, 158:12, 158:18, 159:2, 159:3, 159:10, 159:12, 159:23, 160:13, 160:20, 160:21, 161:20, 163:10, 163:11, 163:12, 163:14, 163:16, 163:17, 163:19, 163:22, 164:13, 164:16, 166:14, 170:6, 170:8, 170:9, 170:22, 170:25, 171:1, 171:3, 171:5, 171:6, 171:7, 171:8, 172:4, 172:16, 172:22, 173:1, 173:8, 173:9, 174:14, 174:15, 174:22, 175:3, 175:12, 175:14, 175:22, 175:23, 176:1, 176:3, 176:6, 176:10, 176:11, 176:13, 176:14, 176:15, 178:3, 178:5, 178:15, 178:17, 178:25, 179:2, 179:3, 179:4, 179:6, 179:9, 179:12, 179:23, 180:1, 180:10, 180:15, 181:1, 182:14, 182:18, 184:22, 184:23, 185:9, 185:15, 185:16, 185:17, 185:18, 185:23, 186:2, 186:3, 186:6, 186:8, 186:14, 187:4, 187:7, 187:11, 187:16, 187:19, 188:15, 188:17, 188:20, 188:21, 188:23, 189:1, 189:4, 190:25, 191:3, 192:7, 193:3, 193:4,

197:15
**He** [1] - 178:5
**he'll** [1] - 193:19
**he's** [89] - 23:1, 25:11,
25:12, 25:17, 25:19,
33:10, 33:11, 77:22,
77:23, 81:13, 81:14,
81:15, 84:8, 90:16,
106:17, 108:10, 108:12,
109:18, 110:8, 110:11,
110:20, 114:12, 114:16,
115:7, 118:19, 119:1,
120:7, 120:13, 121:14,
122:10, 122:12, 122:21,
122:23, 126:1, 128:6,
128:9, 128:22, 129:3,
129:5, 129:6, 129:7,
129:19, 129:10, 129:19,
129:21, 129:23, 130:1,
130:5, 130:7, 131:13,
131:16, 131:19, 131:23,
147:19, 147:21, 151:19,
151:20, 153:15, 158:18,
158:22, 158:24, 161:16,
161:20, 162:1, 163:5,
169:21, 170:2, 170:3,
171:10, 171:12, 171:13,
171:15, 178:2, 179:19,
179:23, 179:25, 180:6,
185:5
**He's** [1] - 185:4
**head** [20] - 16:1, 36:25,
37:2, 37:3, 37:5, 37:6,
37:13, 37:17, 40:2, 58:6,
59:9, 74:25, 87:13,
87:24, 109:16, 111:17,
178:4, 191:25, 192:5,
192:17
**heading** [2] - 44:24, 167:2
**headings** [1] - 65:10
**heads** [1] - 136:12
**health** [2] - 51:6, 71:20
**hear** [59] - 97:14, 111:20,
112:3, 112:5, 112:6,
112:7, 112:10, 112:13,
115:15, 117:5, 117:7,
118:20, 118:21, 119:4,
119:11, 120:6, 134:4,
134:20, 134:22, 135:1,
135:6, 135:15, 135:20,
135:21, 135:22, 136:3,
136:7, 136:25, 137:8,
137:18, 137:19, 138:6,
138:10, 138:13, 138:14,
152:6, 157:7, 157:15,
157:23, 157:24, 158:23,
159:4, 159:8, 160:11,
160:13, 160:15, 160:16,
162:1, 162:23, 164:23,
165:3, 165:19, 170:17,

189:21, 189:22
**heard** [24] - 82:12, 83:14,
108:5, 111:21, 135:5,
135:18, 138:24, 141:15,
151:8, 152:10, 160:11,
161:13, 161:24, 162:21,
162:22, 164:18, 165:16,
165:17, 166:19, 166:21,
189:16, 189:23, 189:25,
191:9
**hearing** [5] - 116:10,
152:14, 152:23, 153:6,
155:3
**heart** [18] - 62:18, 64:21,
64:25, 65:4, 65:6, 65:10,
65:12, 65:13, 65:14,
65:25, 66:1, 66:15,
66:20, 66:20, 67:17,
68:15, 70:4, 70:9
**heartbeats** [1] - 64:22
**held** [3] - 10:25, 11:16,
46:19
**hell** [1] - 55:7
**help** [8] - 6:21, 12:24, 13:4,
31:6, 32:12, 33:7, 108:3,
174:12
**her** [23] - 7:15, 20:23,
21:10, 91:19, 95:9,
102:23, 102:24, 103:7,
103:9, 104:3, 104:6,
106:2, 106:3, 106:5,
106:6, 106:10, 106:15,
106:18, 108:5, 108:19,
138:1, 155:19, 155:20
**here** [103] - 5:20, 7:2,
12:21, 13:7, 22:14,
22:17, 27:24, 28:7, 31:6,
32:12, 44:11, 45:21,
54:10, 55:6, 56:4, 73:16,
78:4, 78:10, 87:8, 87:11,
92:10, 93:8, 94:12,
94:14, 94:22, 96:1, 96:6,
96:15, 96:16, 97:17,
97:23, 98:1, 98:11, 99:6,
99:12, 100:7, 100:23,
101:18, 102:11, 104:4,
104:11, 105:19, 105:22,
108:3, 112:8, 112:12,
112:17, 114:2, 114:22,
115:2, 117:10, 122:5,
122:16, 129:14, 130:17,
130:20, 134:8, 134:12,
134:14, 134:16, 135:3,
135:19, 136:15, 138:9,
138:10, 140:4, 140:6,
140:16, 142:6, 144:19,
145:5, 145:12, 150:16,
154:16, 154:21, 156:3,
156:11, 156:19, 157:15,
159:4, 160:5, 160:6,

161:12, 161:18, 164:19,
164:22, 164:25, 166:25,
167:2, 167:6, 169:2,
169:11, 169:25, 171:21,
172:21, 177:15, 177:22,
180:8, 184:8, 184:15,
189:8
**here's** [1] - 156:7
**hereby** [2] - 195:2, 195:5
**herein** [3] - 4:7, 197:16,
198:4
**herewith** [1] - 198:2
**herself** [1] - 155:10
**hesitate** [1] - 197:20
**Hey** [3] - 112:7, 127:14,
128:17
**hey** [3] - 112:21, 185:2
**higher** [5] - 66:19, 131:5,
131:6, 131:9, 132:19
**higher-pitched** [1] -
132:19
**him** [189] - 7:16, 7:20, 7:21,
8:5, 8:10, 8:16, 8:17, 9:4,
22:13, 22:14, 22:15,
22:16, 22:17, 22:22,
23:11, 23:12, 23:15,
23:24, 24:10, 24:19,
24:23, 25:2, 25:12,
25:18, 25:20, 31:5, 32:5,
32:6, 34:3, 34:6, 34:8,
35:9, 35:17, 36:4, 37:18,
37:21, 38:1, 38:7, 39:3,
39:5, 39:8, 43:12, 43:16,
46:8, 47:6, 47:9, 47:11,
47:14, 47:15, 47:17,
47:18, 48:4, 48:7, 48:8,
48:23, 49:18, 49:21,
49:23, 50:2, 50:3, 50:5,
50:12, 50:20, 50:24,
50:25, 51:4, 51:22,
51:23, 52:6, 52:7, 52:25,
53:4, 53:22, 53:23,
53:25, 54:1, 54:2, 55:4,
57:22, 59:4, 59:23,
67:13, 75:5, 75:22,
76:16, 76:22, 77:13,
79:19, 80:6, 80:9, 81:3,
82:17, 82:18, 82:23,
83:3, 83:6, 83:12, 83:13,
83:15, 84:2, 84:9, 88:5,
88:23, 90:22, 91:1,
98:20, 98:25, 109:10,
110:14, 111:8, 111:16,
111:20, 112:5, 112:7,
112:10, 113:12, 114:9,
115:1, 115:15, 118:15,
119:1, 119:22, 120:21,
122:2, 124:10, 124:25,
125:12, 125:14, 125:15,
125:20, 126:4, 126:16,

126:19, 126:21, 126:23,
128:23, 129:9, 131:17,
132:18, 132:22, 133:9,
133:10, 133:11, 133:17,
133:19, 133:23, 134:5,
139:11, 151:21, 151:23,
155:10, 158:3, 158:13,
158:15, 158:25, 159:1,
160:22, 160:24, 161:1,
161:7, 161:8, 163:7,
163:18, 163:21, 164:1,
164:2, 165:10, 169:20,
170:13, 171:9, 171:18,
176:5, 179:11, 179:22,
180:1, 180:11, 185:10,
186:4, 186:5, 187:20,
189:3, 191:6
**his** [225] - 1:8, 1:9, 8:6, 8:7,
8:9, 8:14, 8:16, 8:19,
8:21, 9:8, 20:9, 20:13,
21:6, 21:25, 22:3, 23:23,
26:18, 30:10, 31:24,
33:12, 35:21, 36:9,
36:21, 36:25, 37:2, 37:3,
37:5, 37:6, 37:8, 37:13,
37:16, 37:17, 37:18,
37:20, 37:22, 37:23,
37:24, 37:25, 38:4, 38:8,
39:22, 40:2, 40:4, 40:5,
40:8, 40:17, 42:23, 43:5,
43:6, 43:12, 43:20,
44:10, 44:11, 44:15,
46:16, 46:17, 46:23,
46:24, 47:8, 47:13,
47:19, 47:22, 48:2, 48:6,
48:8, 48:11, 48:12,
48:19, 48:23, 49:5, 49:8,
49:10, 49:12, 49:16,
49:19, 50:20, 50:25,
51:1, 51:6, 51:7, 51:13,
52:13, 52:25, 53:24,
55:14, 55:23, 57:22,
58:6, 58:20, 59:9, 61:5,
61:7, 73:25, 75:8, 75:10,
76:12, 76:22, 77:10,
80:22, 81:4, 81:14,
82:25, 86:17, 86:21,
87:13, 92:5, 95:9,
107:12, 108:16, 111:10,
111:17, 111:23, 115:4,
115:22, 116:1, 116:13,
116:20, 117:6, 117:15,
117:18, 117:19, 117:24,
119:3, 121:19, 122:7,
122:21, 122:23, 123:22,
123:25, 128:22, 129:2,
129:5, 129:8, 129:12,
129:19, 129:20, 129:21,
129:22, 131:16, 131:18,
131:21, 132:18, 134:2,
139:18, 141:17, 145:9,

151:21, 155:19, 155:20,
158:13, 159:2, 161:1,
161:2, 161:5, 161:6,
162:24, 163:17, 164:2,
164:3, 164:15, 174:2,
174:19, 174:21, 175:11,
175:12, 175:13, 175:14,
175:16, 175:18, 177:11,
177:19, 178:3, 178:4,
178:5, 178:6, 178:16,
178:18, 179:1, 179:6,
179:10, 179:20, 179:21,
180:2, 180:5, 181:6,
181:8, 181:21, 182:8,
182:10, 185:10, 186:6,
187:10, 189:25, 190:22,
191:25, 192:5, 192:8,
192:11, 192:16, 192:17,
197:11, 197:11, 199:2,
199:3

**His** [1] - 178:22

**hit** [31] - 8:14, 8:15, 11:18,
11:23, 15:16, 80:23,
80:25, 83:21, 93:10,
95:25, 98:8, 99:6, 100:4,
100:7, 133:21, 135:11,
137:17, 142:10, 142:12,
156:1, 156:7, 156:14,
156:19, 156:25, 160:7,
161:9, 161:21, 162:17

**hits** [2] - 125:14, 125:16

**hold** [1] - 176:5

**holding** [6] - 49:16, 79:15,
81:14, 128:6, 134:2,
181:19

**holds** [1] - 128:7

**holster** [15] - 14:8, 14:10,
35:24, 115:6, 115:8,
115:21, 118:3, 118:4,
118:5, 119:12, 119:13,
120:12, 145:9, 155:5,
190:5

**holstered** [4] - 36:2, 118:7,
118:22, 190:4

**honestly** [1] - 75:20

**hostile** [4] - 22:18, 32:19,
32:22, 32:24

**hour** [3] - 93:23, 94:19,
95:2

**house** [17] - 20:3, 99:2,
102:13, 102:19, 103:9,
103:14, 103:15, 103:16,
103:18, 103:19, 104:13,
105:1, 107:7, 107:8,
107:14, 154:20

**housekeeping** [4] - 92:11,
92:20, 140:4, 154:15

**how** [67] - 4:11, 4:18, 6:6,
6:25, 10:2, 11:25, 22:10,
24:5, 26:10, 26:11, 28:9,

29:7, 29:12, 29:21,
33:16, 34:2, 34:4, 35:5,
37:5, 40:11, 40:18,
43:23, 44:5, 44:14,
45:14, 45:23, 47:20,
51:15, 53:11, 57:2,
79:18, 80:5, 80:21,
81:11, 88:18, 88:24,
89:1, 89:2, 90:10, 93:22,
98:20, 116:23, 120:23,
122:9, 122:15, 126:19,
127:6, 128:6, 130:13,
132:16, 136:2, 139:7,
139:10, 141:3, 141:13,
143:12, 144:15, 144:19,
148:21, 151:12, 152:10,
152:13, 152:22, 156:2,
158:21, 159:19, 191:20

**huh** [29] - 28:14, 47:4,
48:10, 63:11, 64:1,
70:18, 76:5, 81:2, 81:8,
83:24, 84:11, 87:10,
90:18, 96:19, 99:14,
101:17, 107:15, 107:17,
136:17, 137:1, 137:5,
146:25, 150:19, 153:8,
153:13, 179:14, 180:17,
181:17, 184:9

**hurt** [1] - 188:22

**hurting** [1] - 33:11

**husband** [6] - 20:23,
91:20, 103:4, 103:22,
104:10, 104:24

**husband's** [2] - 103:13,
105:5

---

## I

**i'll** [1] - 134:25

**I'll** [17] - 26:3, 26:7, 55:9,
69:23, 92:17, 93:7,
94:21, 100:7, 134:17,
135:18, 156:13, 156:14,
161:21, 162:17, 162:20,
168:16, 194:4

**I'm** [144] - 5:24, 6:10, 6:11,
7:22, 10:4, 14:25, 16:22,
17:19, 19:8, 20:23,
22:25, 23:8, 24:23,
25:12, 25:15, 25:20,
27:18, 27:21, 27:23,
28:10, 28:15, 29:23,
33:9, 33:10, 33:19, 34:5,
34:20, 39:19, 40:13,
41:16, 43:10, 44:6,
48:20, 49:1, 50:3, 52:20,
53:6, 53:9, 53:10, 53:16,
53:24, 53:25, 55:1, 55:6,
55:21, 55:22, 58:5, 59:5,
59:23, 65:15, 65:20,

67:12, 67:18, 69:16,
70:19, 71:3, 71:24, 72:2,
72:6, 72:23, 76:18, 78:5,
79:1, 80:7, 81:21, 83:8,
84:23, 84:25, 86:6, 92:6,
93:7, 93:8, 93:10, 96:12,
98:8, 98:21, 99:6,
104:12, 107:18, 107:21,
108:4, 121:7, 121:13,
125:19, 125:25, 129:24,
130:1, 130:19, 131:17,
134:18, 135:1, 135:11,
135:12, 135:14, 135:20,
136:18, 140:25, 151:6,
152:1, 156:8, 156:11,
160:6, 160:7, 160:10,
161:9, 161:12, 161:15,
161:19, 167:2, 169:1,
169:24, 170:4, 170:9,
171:4, 172:13, 174:12,
174:13, 174:16, 174:17,
176:8, 177:4, 177:6,
177:9, 177:21, 178:19,
183:4, 183:24, 184:13,
184:14, 184:25, 186:18,
188:22, 188:23

**I've** [4] - 17:2, 94:12,
96:17, 99:12

**idea** [3] - 53:11, 86:16,
187:16

**ideal** [1] - 130:14

**ideally** [3] - 130:20, 131:2,
131:6

**identification** [3] - 16:25,
54:15, 92:25

**identified** [3] - 65:10, 70:2,
101:2

**identify** [2] - 13:5, 93:11

**identifying** [1] - 154:20

**ill** [2] - 8:23, 72:17

**illustrate** [2] - 96:1, 96:16

**immediate** [1] - 72:14

**immediately** [4] - 11:3,
45:2, 64:9, 109:19,
110:1, 136:20, 185:14

**impaired** [1] - 57:7

**Impala** [1] - 101:9

**imply** [1] - 20:25

**impose** [1] - 69:13

**impossible** [2] - 133:8,
135:1

**IN** [1] - 199:1

**in-custody** [1] - 168:3

**in-service** [6] - 9:13, 9:16,
9:18, 15:3, 17:16, 60:20

**incapacitate** [1] - 11:21

**incapacitated** [11] - 7:16,
8:24, 11:6, 11:12, 11:19,
11:22, 19:17, 43:2, 61:9,
121:12, 151:20

**incapacitating** [2] - 42:7,
63:22

**incapacitation** [8] - 16:9,
42:19, 123:8, 123:15,
123:25, 142:1, 142:25,
144:7

**inch** [1] - 129:11

**inches** [1] - 122:19

**inching** [3] - 124:10,
151:20, 182:8

**incident** [3] - 7:2, 20:3,
88:17

**include** [3] - 19:3, 62:18,
71:18

**included** [1] - 19:8

**includes** [1] - 21:17

**including** [3] - 9:13, 45:5,
64:10

**inclusion** [1] - 197:19

**inclusive** [1] - 198:2

**increase** [3] - 18:23, 62:14,
65:4

**Indemnification** [1] - 17:8

**INDEX** [1] - 3:1

**indicate** [3] - 33:22, 97:1,
175:22

**indicated** [3] - 186:9,
186:19, 186:22

**indication** [1] - 176:11

**individual** [9] - 1:8, 1:9,
7:15, 143:3, 185:24,
197:11, 197:11, 199:2,
199:3

**individuals** [6] - 19:20,
20:2, 21:16, 41:19,
62:19, 133:7

**inducing** [1] - 64:22

**ineffective** [17] - 8:14,
19:15, 39:1, 42:6, 42:18,
45:15, 45:18, 63:22,
123:6, 123:9, 127:17,
141:25, 142:20, 143:25,
144:3, 144:6

**ineffectiveness** [2] - 19:4,
128:16

**infamously** [1] - 169:7

**inform** [1] - 66:6

**information** [16] - 16:14,
16:19, 18:7, 41:25,
60:22, 63:1, 90:2, 90:5,
94:16, 96:16, 96:20,
136:11, 148:5, 149:24,
151:7, 191:11

**informaton** [1] - 42:13

**initial** [15] - 9:12, 10:12,
29:24, 29:25, 53:20,
73:25, 79:2, 81:5, 81:6,
81:16, 97:9, 141:15,
143:7, 143:9, 150:11

**initially** [26] - 9:16, 22:12,

23:17, 23:18, 23:19,
30:11, 31:19, 31:22,
31:23, 38:9, 43:7, 43:14,
53:16, 59:23, 60:3,
73:17, 73:18, 77:13,
80:8, 108:19, 115:22,
126:12, 132:17, 139:15,
141:24, 176:20
**initiated** [1] - 124:12
**initiates** [1] - 121:6
**initiating** [3] - 42:5, 63:20,
113:8
**initiation** [1] - 47:2
**inject** [1] - 121:1
**injuries** [2] - 52:22, 52:25
**injurious** [3] - 63:8, 71:19,
72:7
**injury** [4] - 18:24, 19:5,
62:15, 65:1, 168:1
**inquired** [1] - 185:15
**inquiry** [1] - 184:10
**inside** [12] - 35:2, 37:4,
75:23, 102:6, 103:16,
103:17, 121:7, 154:1,
166:11, 180:21, 181:12,
182:19
**instant** [1] - 151:14
**instructed** [1] - 15:22
**instruction** [2] - 17:20,
18:11
**INSTRUCTIONS** [1] -
199:6
**instructions** [5] - 16:14,
18:10, 41:25, 83:12,
118:25
**instructor** [2] - 9:23, 61:16
**Instructor** [3] - 17:7,
60:22, 61:1
**instrument** [1] - 148:2
**intend** [1] - 15:23
**interacted** [1] - 189:3
**interested** [1] - 200:12
**interpose** [1] - 27:19
**interpretation** [2] - 174:3,
174:9
**interpreted** [1] - 174:1
**interrupt** [1] - 177:4
**intervening** [1] - 28:5
**interview** [2] - 78:8, 168:6
**interviewed** [1] - 84:17
**interviewer** [3] - 79:18,
81:20, 83:21
**interviewing** [2] - 76:9,
77:18
**into** [28] - 7:18, 21:21,
39:9, 41:6, 41:9, 73:9,
73:21, 77:24, 77:25,
78:24, 81:3, 91:25,
93:21, 99:2, 103:14,
105:1, 114:18, 121:7,
121:16, 124:7, 124:24,
152:6, 152:14, 153:7,
154:9, 166:9, 190:12,
197:19
**intolerance** [1] - 151:19
**intramuscular** [2] - 16:9,
42:19
**introduction** [1] - 42:1
**investigation** [2] - 168:3,
168:17
**invited** [1] - 93:5
**involve** [3] - 6:8, 15:10,
51:5
**involved** [5] - 13:15, 14:24,
20:4, 79:4, 168:7
**involvement** [1] - 88:17
**isn't** [4] - 66:10, 128:17,
134:12, 188:4
**issued** [1] - 140:11
**issuing** [4] - 119:25,
124:11, 136:9, 185:21
**it's** [95] - 6:3, 6:4, 6:19,
8:20, 11:9, 13:1, 19:6,
19:8, 25:18, 27:19,
33:12, 41:20, 43:25,
44:2, 54:24, 56:24, 57:1,
60:7, 61:12, 61:15,
62:10, 65:20, 70:24,
77:20, 78:7, 78:8, 83:22,
85:7, 85:10, 85:22, 89:7,
89:23, 91:6, 92:16,
93:17, 98:4, 98:10,
101:8, 101:12, 102:16,
102:17, 104:2, 109:20,
121:1, 122:21, 126:15,
127:1, 127:9, 127:13,
127:14, 127:21, 130:24,
134:19, 135:6, 136:2,
140:15, 143:19, 144:3,
144:6, 144:19, 144:25,
145:13, 145:18, 146:8,
148:3, 148:10, 148:11,
148:17, 149:6, 149:13,
149:23, 150:23, 155:6,
155:12, 155:20, 155:23,
155:24, 155:25, 156:12,
157:5, 159:15, 168:3,
168:17, 169:8, 174:11,
177:21, 179:3, 181:1,
181:7, 193:19, 193:22
**items** [1] - 40:20
**its** [3] - 28:19, 71:25,
123:14
**itself** [9] - 19:14, 21:15,
57:4, 81:14, 140:23,
141:24, 143:21, 174:6,
199:8

**J**

**jerk** [1] - 8:8
**John** [1] - 169:15
**Jones'** [1] - 96:11
**JT** [1] - 169:15
**judge** [1] - 188:2
**JULIE** [1] - 1:3
**Julie** [2] - 197:10, 199:1
**July** [4] - 17:12, 196:8,
197:5, 200:13
**June** [1] - 196:13
**just** [161] - 5:25, 6:3, 6:24,
11:2, 12:4, 14:12, 15:16,
16:8, 19:4, 22:14, 22:16,
23:2, 24:4, 24:13, 24:16,
26:7, 27:18, 30:8, 33:8,
35:4, 44:24, 47:3, 50:4,
51:8, 51:11, 51:17,
54:22, 55:4, 57:2, 57:20,
58:6, 58:24, 62:6, 62:22,
66:9, 66:23, 67:5, 67:8,
67:10, 67:11, 67:13,
68:7, 71:24, 73:13,
74:19, 75:2, 76:24, 77:6,
77:13, 78:17, 79:17,
79:20, 81:21, 81:23,
82:7, 82:14, 83:9, 84:6,
84:7, 85:6, 85:22, 87:8,
87:9, 87:20, 88:12, 89:4,
90:23, 92:10, 92:15,
92:20, 93:7, 93:10,
93:16, 94:15, 95:25,
96:15, 98:9, 100:13,
102:3, 102:5, 108:4,
113:1, 114:2, 114:10,
114:25, 117:9, 117:10,
117:12, 119:10, 119:11,
119:14, 119:15, 122:16,
128:4, 128:15, 129:10,
129:11, 130:12, 131:10,
131:25, 133:6, 134:13,
135:1, 135:11, 135:15,
136:11, 140:21, 140:23,
142:3, 144:14, 146:4,
148:19, 148:20, 151:6,
156:13, 158:5, 159:9,
159:10, 159:11, 159:13,
160:4, 160:6, 160:11,
161:25, 163:16, 163:17,
164:9, 165:9, 165:16,
166:10, 167:15, 169:9,
169:24, 171:5, 171:6,
171:8, 172:4, 172:20,
172:23, 173:1, 174:8,
174:9, 174:18, 176:6,
176:13, 177:22, 183:9,
183:11, 184:22, 185:4,
185:7, 185:10, 185:20,
185:24, 188:18, 189:14,

190:6, 190:10

**K**

**keep** [3] - 32:6, 79:1,
107:19
**keeps** [1] - 115:9
**Keith** [2] - 92:19, 154:14
**kept** [2] - 30:12, 178:6
**key** [2] - 65:11, 70:3
**kick** [1] - 133:21
**kill** [3] - 7:22, 9:8, 188:22
**Kind** [1] - 86:22
**kind** [53] - 8:2, 8:8, 9:15,
18:16, 37:4, 37:6, 37:16,
37:22, 40:3, 44:2, 47:22,
49:16, 50:25, 51:21,
52:12, 53:3, 58:6, 77:23,
86:4, 86:5, 86:23, 90:3,
107:3, 114:17, 121:15,
122:23, 126:17, 127:13,
128:22, 128:23, 130:1,
131:11, 141:1, 145:2,
159:8, 159:10, 159:12,
160:14, 161:6, 163:4,
163:5, 163:11, 163:12,
165:17, 182:2, 182:5,
182:8, 182:11, 184:22,
186:6, 188:23
**kinda** [4] - 77:20, 77:22,
80:23
**knee** [3] - 47:21, 49:8,
161:5
**kneeling** [2] - 49:13, 49:15
**knew** [4] - 45:17, 71:20,
175:23, 180:12
**know** [100] - 10:5, 11:5,
12:21, 15:19, 16:15,
20:8, 20:17, 21:25, 26:9,
26:10, 26:11, 29:21,
30:2, 30:8, 33:15, 44:5,
45:14, 45:15, 45:16,
51:12, 51:16, 51:24,
52:5, 53:5, 53:15, 53:19,
54:1, 56:5, 56:6, 56:18,
56:23, 56:25, 59:24,
59:25, 60:1, 65:6, 66:4,
78:20, 85:5, 85:11,
86:15, 86:21, 87:17,
90:10, 96:8, 106:10,
108:1, 109:9, 115:2,
120:23, 124:3, 128:5,
130:18, 134:13, 136:2,
139:7, 140:1, 140:19,
141:21, 143:12, 144:16,
145:6, 151:12, 151:16,
153:11, 153:17, 158:21,
159:6, 161:17, 163:21,
164:7, 164:9, 164:13,
165:25, 166:1, 167:21,

169:1, 171:3, 171:12, 171:13, 171:15, 174:19, 175:6, 175:7, 175:11, 176:4, 179:11, 180:14, 183:19, 183:23, 186:19, 186:25, 187:12, 187:14, 187:19, 189:15, 189:22, 190:21, 192:11
**knowledge** [10] - 175:17, 181:3, 181:11, 190:9, 190:16, 191:1, 191:12, 193:6, 193:9, 193:11
**knows** [1] - 55:5

## L

**L** [1] - 97:1
**labeled** [1] - 60:22
**lack** [1] - 68:2
**ladder** [17] - 44:17, 75:7, 75:15, 75:17, 77:25, 78:23, 78:24, 79:4, 79:11, 80:24, 81:3, 84:7, 121:16, 123:23, 180:14
**laid** [1] - 41:5
**land** [2] - 41:8, 80:21
**landed** [1] - 80:25
**landing** [9] - 38:7, 76:4, 109:5, 109:12, 125:15, 125:16, 126:2, 126:9, 126:10
**lands** [1] - 123:22
**language** [1] - 111:23
**laptop** [1] - 134:16
**large** [1] - 1:25
**larger** [1] - 154:6
**Largo** [2] - 2:7, 197:8
**last** [16] - 10:3, 25:23, 27:7, 28:2, 28:3, 29:16, 30:17, 38:21, 44:20, 109:23, 127:6, 137:22, 150:15, 161:25, 162:21, 165:16
**latched** [1] - 183:23
**latches** [1] - 183:22
**later** [4] - 10:21, 74:21, 128:10, 164:22
**Law** [2] - 2:1, 16:14
**lawful** [5] - 8:11, 30:12, 42:3, 68:11, 71:8
**lay** [3] - 41:1, 84:2, 84:8
**laying** [8] - 40:25, 82:14, 117:18, 163:16, 185:4, 185:7, 185:10, 192:8
**lead** [2] - 64:23, 143:21
**leading** [1] - 127:23
**leads** [2] - 143:17, 146:20
**lean** [4] - 178:16, 179:1, 179:4, 179:6
**least** [7] - 28:24, 68:11,

130:10, 144:9, 148:5, 162:12, 191:1
**leave** [5] - 72:3, 102:4, 102:11, 153:5
**left** [41] - 37:23, 46:17, 47:13, 47:19, 48:8, 48:14, 49:4, 61:3, 62:2, 62:16, 74:22, 74:24, 75:1, 75:11, 77:6, 94:22, 95:12, 99:18, 101:7, 101:13, 106:24, 110:17, 110:21, 111:4, 113:19, 113:21, 114:17, 114:19, 114:21, 116:4, 116:16, 128:8, 128:22, 129:23, 145:18, 153:6, 178:16, 179:1, 179:5, 179:7
**left-hand** [8] - 61:3, 62:2, 62:16, 75:11, 94:22, 95:12, 101:7, 101:13
**left-right** [1] - 114:21
**leg** [3] - 8:21, 12:4, 48:6
**legal** [1] - 71:11
**legs** [10] - 11:21, 11:23, 40:8, 48:2, 48:19, 48:23, 49:10, 49:12, 49:16, 129:3
**length** [4] - 12:12, 12:18, 12:25, 13:2
**lengths** [1] - 12:15
**less** [6] - 71:19, 72:7, 109:16, 118:3, 147:11, 148:24
**less-lethal** [1] - 118:3
**let** [74] - 7:7, 8:6, 12:22, 13:3, 13:11, 15:19, 21:1, 23:10, 23:20, 26:1, 27:23, 32:24, 37:10, 50:4, 54:25, 55:12, 60:25, 66:13, 68:6, 69:22, 72:6, 78:2, 78:20, 85:3, 85:12, 88:18, 90:10, 90:23, 92:8, 94:12, 94:21, 95:25, 96:6, 96:15, 100:4, 100:19, 104:4, 104:11, 104:18, 112:1, 114:2, 115:16, 118:24, 126:10, 126:11, 129:13, 141:12, 145:11, 148:1, 154:15, 154:18, 154:21, 156:8, 156:19, 157:7, 158:4, 158:5, 164:9, 164:25, 166:10, 169:18, 170:11, 172:15, 172:20, 173:4, 173:19, 176:5, 177:13, 179:12, 181:10, 186:18, 189:14, 190:6, 190:10
**Let's** [1] - 78:9
**let's** [42] - 13:4, 17:25,

19:18, 21:1, 21:15, 41:10, 44:23, 47:2, 54:9, 54:12, 61:24, 62:8, 83:21, 88:5, 92:15, 99:5, 99:8, 103:8, 134:7, 134:8, 134:19, 135:19, 136:18, 137:14, 137:25, 138:1, 138:9, 140:3, 140:4, 140:7, 141:11, 144:13, 145:4, 148:1, 154:13, 154:22, 156:1, 156:7, 156:13, 160:3, 164:18, 193:14
**lethal** [5] - 35:23, 115:6, 118:1, 118:3, 190:1
**Letter** [1] - 3:6
**lever** [3] - 146:2, 147:4, 149:2
**liaison** [5] - 6:9, 6:11, 6:18, 6:20, 6:23
**lieu** [1] - 167:25
**lieutenant** [3] - 84:25, 86:1, 87:6
**Lieutenant** [2] - 85:4, 86:11
**life** [1] - 7:7
**light** [2] - 69:14, 97:3
**lights** [4] - 94:2, 96:24, 97:2, 155:7
**like** [76] - 10:8, 11:10, 17:5, 28:16, 30:9, 30:15, 31:23, 32:19, 33:9, 33:17, 37:7, 40:3, 44:6, 51:13, 55:21, 56:1, 60:4, 73:13, 76:7, 77:21, 77:25, 78:19, 80:23, 81:21, 84:5, 84:8, 84:19, 85:23, 86:18, 87:13, 87:18, 87:21, 92:3, 94:19, 96:9, 96:24, 98:23, 104:2, 104:9, 106:23, 109:19, 109:20, 109:24, 120:18, 121:14, 121:15, 122:21, 122:22, 122:25, 127:1, 131:21, 135:6, 139:11, 145:10, 151:13, 151:15, 157:18, 159:11, 159:12, 159:14, 159:23, 161:15, 162:1, 163:1, 163:4, 163:5, 163:11, 164:23, 171:3, 171:4, 176:18, 182:14, 183:25, 186:6
**limit** [1] - 173:19
**limited** [1] - 71:18
**limp** [1] - 158:10
**line** [7] - 26:20, 26:22, 111:3, 113:25, 150:17, 184:17
**lip** [1] - 186:19

**lips** [8] - 51:13, 159:2, 164:2, 164:4, 164:15, 186:6, 186:8, 187:10
**listen** [2] - 154:13, 156:13
**listened** [1] - 165:16
**listening** [2] - 120:14, 160:19
**literally** [1] - 28:17
**little** [18] - 7:7, 9:15, 13:10, 13:11, 78:17, 84:5, 92:7, 102:4, 112:1, 115:16, 128:24, 131:5, 140:4, 142:5, 154:15, 158:4, 160:4, 181:13
**live** [1] - 98:6
**living** [2] - 106:23, 107:2
**local** [1] - 6:16
**locate** [1] - 13:7
**located** [1] - 108:11
**location** [2] - 53:18, 54:6
**locked** [2] - 183:13, 183:19
**log** [3] - 141:8, 141:22, 144:10
**long** [18] - 4:18, 6:6, 6:25, 10:2, 28:9, 29:12, 51:15, 53:11, 122:15, 126:19, 127:6, 144:15, 148:21, 154:6, 155:18, 156:12, 182:22, 183:5
**long-gun** [2] - 182:22, 183:5
**longer** [1] - 68:23
**look** [28] - 12:22, 16:13, 17:3, 17:13, 18:3, 18:5, 19:18, 26:19, 26:23, 27:6, 27:16, 28:2, 44:23, 51:4, 55:15, 55:25, 78:6, 78:14, 86:18, 93:9, 134:9, 140:7, 167:5, 169:7, 178:2, 178:22, 180:10, 184:1
**looked** [1] - 154:19
**looking** [11] - 19:11, 37:11, 40:7, 41:10, 78:4, 89:2, 93:7, 94:15, 109:15, 119:11, 121:9
**looks** [3] - 17:5, 94:19, 96:24
**loose** [1] - 46:23
**loss** [1] - 144:1
**lost** [2] - 178:19, 178:20
**lot** [2] - 7:18, 180:15
**low** [5] - 64:21, 69:10, 117:3, 117:7, 118:12
**low-ready** [1] - 118:12
**lower** [9] - 12:5, 15:24, 16:2, 65:2, 65:13, 71:7, 95:15, 96:1
**luck** [1] - 193:25
**lunch** [1] - 88:8

**lying** [4] - 176:23, 177:5, 177:10, 178:5

# M

**M1** [4] - 97:5, 154:23, 156:4, 156:5
**Madam** [3] - 97:16, 134:21, 156:15
**made** [22] - 8:9, 23:18, 23:19, 76:6, 89:13, 103:14, 103:15, 108:19, 113:17, 117:17, 119:19, 132:7, 153:4, 164:16, 172:23, 173:1, 176:14, 176:18, 180:1, 191:14, 193:24, 198:3
**magazine** [1] - 193:12
**mailbox** [1] - 100:14
**maintain** [1] - 61:6
**major** [1] - 5:18
**make** [38] - 24:7, 24:13, 25:3, 25:18, 27:23, 33:21, 38:16, 41:7, 45:20, 54:12, 67:10, 82:7, 89:7, 89:15, 104:4, 104:12, 107:21, 108:23, 109:11, 109:12, 113:2, 114:2, 121:18, 127:16, 141:1, 141:11, 152:7, 163:12, 165:18, 165:22, 165:24, 169:9, 173:8, 188:19, 190:6, 190:10, 197:15, 199:7
**makes** [7] - 24:6, 104:3, 109:6, 112:20, 120:20, 120:25, 143:13
**making** [9] - 24:3, 25:20, 32:15, 32:17, 108:4, 115:23, 117:11, 158:24, 187:7
**manager** [1] - 6:14
**manner** [7] - 22:18, 42:13, 76:25, 123:9, 131:11, 133:5, 188:15
**manual** [3] - 65:8, 65:16, 65:19
**manually** [5] - 93:24, 94:9, 94:10, 156:24, 156:25
**many** [14] - 26:10, 26:11, 29:7, 29:22, 30:2, 31:9, 34:2, 34:4, 43:23, 44:5, 45:14, 45:23, 141:13, 177:7
**MARK** [1] - 199:7
**mark** [3] - 92:9, 92:15, 92:20
**marked** [11] - 3:12, 16:23, 16:24, 37:10, 54:14,

92:24, 99:19, 134:18, 140:8, 145:11, 167:6
**MARTINEZ** [7] - 1:14, 4:6, 196:5, 198:7, 199:1, 199:23, 200:5
**Martinez** [16] - 4:14, 4:15, 54:17, 55:12, 68:5, 88:12, 93:2, 135:4, 140:12, 167:5, 168:24, 169:13, 172:4, 188:8, 192:24, 197:15
**Martinez's** [1] - 197:15
**Martinez)....** [1] - 3:13
**mass** [1] - 65:3
**material** [1] - 17:4
**materials** [11] - 17:23, 61:24, 62:1, 64:2, 64:14, 65:17, 65:21, 66:22, 67:4, 67:6, 67:19
**math** [4] - 150:14, 150:15, 151:1, 151:6
**matter** [2] - 61:17, 135:19
**maximum** [1] - 10:18
**may** [29] - 6:15, 13:4, 13:9, 18:21, 20:9, 20:10, 21:8, 21:16, 35:22, 37:13, 37:14, 41:19, 57:6, 57:23, 57:24, 59:6, 59:7, 61:4, 61:6, 61:14, 62:14, 62:19, 63:8, 71:16, 91:20, 172:1, 175:3, 185:9, 197:15
**May** [2] - 1:18, 197:15
**maybe** [14] - 8:19, 8:21, 35:6, 51:13, 80:2, 85:7, 91:11, 98:22, 120:20, 126:20, 145:5, 148:8, 152:17, 187:24
**mayor** [1] - 6:14
**McKenna** [2] - 1:24, 197:23
**MCKENNA** [3] - 196:11, 200:3, 200:16
**me** [167] - 4:13, 6:1, 7:7, 7:13, 7:15, 8:6, 9:15, 10:8, 10:24, 11:7, 11:23, 12:22, 13:3, 13:11, 15:1, 17:3, 21:1, 23:10, 23:20, 25:21, 26:1, 26:5, 26:18, 27:1, 27:23, 29:12, 30:15, 30:18, 32:9, 32:24, 35:20, 36:10, 37:10, 38:8, 40:14, 40:22, 42:21, 45:1, 46:14, 46:18, 47:3, 47:20, 47:25, 54:25, 55:12, 55:25, 60:12, 60:25, 66:13, 68:6, 69:22, 72:6, 78:2, 78:20, 78:23, 81:11, 82:2, 85:3,

85:12, 88:18, 89:1, 90:10, 90:23, 91:9, 92:8, 94:12, 94:15, 94:21, 95:25, 96:6, 96:7, 96:15, 98:9, 100:4, 100:19, 102:22, 104:4, 104:11, 104:18, 107:5, 107:18, 111:7, 112:1, 112:6, 114:2, 115:3, 115:4, 115:16, 116:23, 117:17, 118:24, 119:11, 121:9, 123:12, 126:10, 126:11, 127:11, 127:23, 129:13, 132:5, 135:4, 138:10, 139:10, 141:13, 145:11, 148:1, 154:15, 154:18, 154:21, 155:3, 156:19, 157:7, 158:4, 158:5, 160:5, 160:11, 161:13, 161:24, 162:20, 163:15, 164:9, 164:16, 164:23, 164:25, 165:15, 166:10, 166:25, 167:13, 168:11, 169:18, 169:23, 170:11, 171:8, 171:10, 171:11, 172:15, 172:16, 172:20, 173:4, 173:19, 173:24, 177:13, 178:20, 179:12, 179:20, 180:2, 180:5, 180:8, 181:1, 181:10, 181:24, 186:18, 189:14, 189:23, 189:25, 190:6, 190:10, 191:3, 193:2, 196:5, 197:20, 198:4
**mean** [35] - 13:21, 14:6, 16:2, 20:25, 23:6, 33:2, 42:21, 43:25, 44:6, 55:19, 56:19, 57:13, 72:2, 76:12, 84:2, 89:11, 97:8, 108:9, 109:19, 118:2, 122:15, 133:21, 136:10, 138:16, 145:6, 147:18, 151:15, 156:22, 163:14, 171:8, 174:16, 183:4, 185:4, 185:12, 188:15
**meaning** [4] - 57:7, 79:18, 111:24, 171:17
**means** [16] - 35:23, 42:16, 45:11, 46:3, 62:7, 65:6, 66:14, 73:15, 87:17, 91:8, 138:17, 145:7, 149:22, 154:25, 162:5, 192:15
**meant** [4] - 14:7, 66:7, 78:6, 125:25
**meantime** [1] - 108:25
**measures** [2] - 42:8, 63:23
**medical** [16] - 18:23, 20:4, 20:8, 20:13, 20:14,

20:16, 20:19, 21:4, 21:12, 21:25, 54:25, 89:8, 89:11, 89:23, 90:3, 91:4
**medications** [1] - 84:15
**medium** [1] - 86:19
**meetings** [2] - 6:13
**Melinda** [2] - 1:24, 197:23
**MELINDA** [3] - 196:11, 200:3, 200:16
**member** [1] - 85:7
**memory** [2] - 124:24, 141:13
**mental** [1] - 71:20
**mentally** [2] - 8:23, 72:17
**mention** [2] - 35:19, 117:17
**mentioned** [7] - 9:1, 32:17, 34:2, 51:19, 57:22, 58:25, 59:4
**mentions** [3] - 91:23, 91:25, 107:10
**Metabolic** [1] - 62:4
**metabolic** [3] - 18:22, 62:14, 68:24
**metabolically** [1] - 21:20
**methods** [2] - 71:19, 72:8
**mic** [10] - 96:24, 97:9, 97:10, 97:20, 154:25, 155:3, 155:6, 156:2, 156:4, 156:23
**Mic** [1] - 156:19
**MICHAEL** [1] - 2:1
**Michael** [1] - 197:25
**mid** [1] - 61:3
**MIDDLE** [1] - 1:1
**middle** [12] - 41:13, 41:17, 77:19, 83:22, 114:12, 126:9, 178:2, 184:6, 184:11, 189:7, 191:23, 192:3
**might** [9] - 21:10, 56:22, 66:19, 145:19, 175:18, 186:9, 186:10, 186:22, 187:4
**miles** [3] - 93:23, 94:19, 95:2
**military** [2] - 175:11, 175:16
**mind** [8] - 9:8, 54:8, 55:15, 174:19, 174:21, 175:8, 175:14, 175:18
**mine** [1] - 85:20
**minimize** [4] - 18:24, 45:6, 64:12, 69:2
**minimizing** [1] - 63:18
**minus** [1] - 150:2
**minute** [18] - 26:2, 26:4, 28:6, 28:16, 28:25, 29:7, 41:10, 45:25, 67:18,

88:5, 137:24, 151:2,
151:9, 151:24, 152:2,
152:18, 152:20, 160:5
**minute-and-33-second** [1]
- 34:9
**minutes** [4] - 10:8, 51:16,
102:12, 156:12
**misread** [1] - 69:23
**miss** [1] - 142:18
**missions** [1] - 175:12
**misstatements** [2] - 181:8,
193:24
**moaning** [5] - 157:24,
158:22, 160:16, 160:17,
186:15
**mode** [2] - 155:8, 162:10
**model** [2] - 12:17, 12:24
**moment** [5] - 25:22, 35:9,
67:16, 117:13, 122:16
**months** [1] - 7:1
**more** [17] - 6:5, 6:19,
18:16, 21:10, 23:11,
23:12, 25:25, 38:2,
48:23, 56:13, 109:16,
123:10, 142:1, 170:19,
171:25, 183:25, 192:20
**morning** [12] - 4:11, 21:13,
21:14, 58:1, 88:16,
91:24, 105:8, 105:11,
105:13, 112:16, 130:13,
151:3
**mortgages** [1] - 5:5
**mostly** [2] - 6:3, 57:2
**motion** [1] - 129:17
**mounted** [1] - 93:17
**mouth** [3] - 53:8, 53:9,
108:5
**move** [24] - 11:6, 11:14,
11:24, 13:8, 13:9, 18:17,
18:18, 38:22, 39:11,
39:17, 39:20, 42:16,
49:24, 50:4, 92:15,
105:1, 110:17, 115:11,
115:14, 119:2, 119:22,
127:2, 129:5, 131:7
**moved** [10] - 37:19, 48:15,
50:3, 53:4, 79:6, 79:13,
84:3, 84:4, 147:11,
190:22
**movement** [3] - 118:20,
119:12, 181:14
**movements** [10] - 57:2,
57:3, 180:22, 181:6,
181:11, 182:10, 182:11,
190:9, 191:5, 191:9
**moves** [2] - 124:17
**moving** [21] - 39:3, 39:14,
48:20, 50:5, 50:10,
51:13, 77:20, 77:23,
79:4, 79:7, 83:22,

106:16, 118:21, 120:18,
120:21, 122:12, 122:23,
122:24, 128:9, 164:4,
164:16
**MPH** [1] - 94:23
**MR** [277] - 4:10, 15:4, 15:6,
16:20, 16:22, 17:1,
17:17, 18:14, 19:7,
19:10, 20:6, 20:21,
21:23, 22:2, 22:6, 22:9,
23:5, 23:9, 24:12, 24:16,
24:17, 24:18, 24:21,
24:22, 24:25, 25:2, 25:4,
26:7, 27:18, 27:21,
27:22, 28:11, 28:13,
29:3, 29:6, 30:6, 31:11,
32:20, 32:23, 33:4,
39:25, 45:12, 46:4,
49:25, 54:8, 54:9, 54:12,
54:16, 54:22, 54:24,
55:1, 55:3, 55:4, 55:6,
55:8, 55:11, 56:2, 57:8,
57:11, 58:14, 58:16,
58:22, 59:15, 59:18,
60:8, 60:9, 61:21, 61:23,
62:22, 62:25, 65:15,
65:17, 65:18, 65:20,
65:23, 66:2, 66:9, 66:12,
67:2, 67:3, 67:6, 67:8,
67:9, 67:12, 67:15, 68:2,
68:4, 69:16, 69:17,
69:19, 69:21, 70:19,
70:20, 70:21, 70:23,
71:2, 71:24, 72:2, 72:4,
72:5, 73:13, 73:15, 74:2,
74:5, 74:11, 74:13,
74:16, 74:17, 76:14,
76:17, 76:19, 78:3, 78:5,
78:7, 78:8, 78:9, 78:11,
78:13, 82:5, 82:10, 83:7,
83:10, 84:21, 84:24,
84:25, 85:1, 85:2, 85:6,
85:9, 85:14, 85:16,
85:17, 85:18, 85:19,
85:21, 86:6, 86:7, 86:8,
86:9, 86:10, 86:13,
86:14, 87:2, 87:4, 87:19,
87:22, 88:2, 88:4, 88:6,
88:9, 88:11, 92:9, 92:14,
93:1, 93:4, 93:12, 97:13,
97:16, 97:18, 99:11,
100:6, 100:22, 101:20,
107:18, 107:21, 107:23,
107:24, 112:23, 127:23,
128:1, 132:5, 132:9,
134:11, 134:15, 134:21,
134:24, 135:17, 135:24,
137:16, 138:4, 138:12,
154:15, 154:17, 156:15,
156:18, 160:9, 161:11,
161:23, 162:19, 164:21,

165:2, 165:14, 166:25,
167:4, 171:24, 172:3,
172:6, 172:9, 172:12,
172:14, 172:25, 173:3,
173:7, 173:10, 173:14,
173:18, 174:24, 174:25,
175:2, 175:5, 175:24,
176:5, 176:25, 177:4,
177:6, 177:8, 177:15,
177:16, 177:17, 177:19,
177:20, 177:21, 177:22,
177:24, 177:25, 178:1,
178:7, 178:9, 178:10,
178:12, 178:14, 178:20,
178:21, 179:17, 181:7,
181:9, 181:22, 181:23,
183:1, 183:2, 183:4,
183:6, 183:7, 183:10,
183:15, 183:16, 183:18,
183:21, 184:4, 184:5,
184:13, 184:16, 184:18,
184:19, 186:11, 186:16,
186:23, 187:2, 187:5,
187:22, 187:23, 188:1,
188:2, 188:4, 188:7,
191:17, 191:19, 192:18,
192:20, 192:21, 192:23,
193:13, 193:14, 193:17,
193:19, 193:21, 194:4
**mr** [1] - 117:11
**Mr** [172] - 3:2, 3:3, 3:3, 3:4,
3:4, 9:10, 12:9, 13:9,
14:17, 19:11, 19:15,
20:3, 21:3, 21:22, 22:19,
23:4, 23:22, 25:7, 25:16,
25:22, 26:12, 26:13,
26:17, 29:24, 30:2,
30:11, 30:20, 31:7,
32:10, 32:11, 33:19,
34:18, 34:19, 34:20,
35:1, 35:12, 35:20,
36:15, 37:12, 39:19,
39:20, 42:18, 45:10,
45:16, 46:2, 46:21, 50:9,
52:2, 52:9, 52:12, 52:24,
53:7, 53:17, 54:19,
55:13, 56:15, 57:6,
57:13, 57:21, 58:12,
58:21, 59:2, 59:8, 59:21,
61:11, 62:21, 63:16,
64:6, 64:18, 66:18, 67:5,
67:24, 68:20, 74:1,
78:23, 78:25, 79:1,
79:19, 82:4, 82:12,
84:15, 87:14, 112:5,
112:13, 114:6, 114:25,
115:12, 116:11, 116:18,
116:25, 117:1, 117:8,
117:17, 118:13, 118:18,
118:19, 118:21, 118:25,
120:16, 120:19, 121:8,

121:19, 124:10, 125:7,
125:23, 129:1, 129:3,
129:17, 132:25, 133:25,
134:2, 134:4, 139:2,
139:4, 141:16, 148:4,
151:9, 152:16, 153:2,
153:10, 154:2, 154:10,
157:17, 158:1, 158:2,
158:7, 158:9, 158:24,
159:20, 159:25, 160:16,
160:17, 161:14, 162:23,
164:5, 165:8, 166:6,
169:21, 170:15, 172:22,
173:5, 173:20, 173:21,
176:23, 176:24, 177:5,
177:9, 177:10, 177:13,
180:22, 181:5, 181:11,
181:15, 184:24, 185:7,
185:15, 188:9, 188:12,
190:9, 190:13, 190:17,
190:21, 192:25, 197:13,
197:15, 197:18, 197:18
**Mrs** [7] - 59:5, 84:14,
91:18, 91:23, 92:1, 111:6
**much** [7] - 88:3, 98:20,
98:21, 152:10, 152:13,
152:22, 171:25
**muscle** [1] - 61:6
**must** [2] - 69:12, 71:11
**mute** [3] - 156:11, 156:19,
156:25
**muted** [2] - 156:23, 157:5
**my** [84] - 7:20, 7:21, 7:23,
8:1, 8:2, 8:3, 8:4, 8:14,
8:20, 9:3, 11:5, 11:8,
11:22, 11:23, 12:4,
14:12, 15:7, 24:18, 29:9,
29:18, 29:21, 35:23,
35:24, 36:2, 36:10, 37:3,
37:15, 40:2, 46:21,
47:21, 49:15, 50:14,
69:18, 78:16, 80:15,
81:18, 103:4, 103:13,
103:22, 104:9, 104:24,
105:5, 113:6, 115:5,
115:8, 118:3, 118:22,
125:3, 125:13, 128:5,
129:6, 129:22, 129:23,
129:24, 130:2, 133:14,
135:6, 136:3, 138:9,
141:18, 148:1, 161:5,
167:15, 175:20, 181:18,
183:8, 184:2, 186:1,
186:13, 186:21, 187:10,
188:3, 190:4, 193:5,
196:7
**myself** [6] - 10:14, 14:21,
39:2, 49:20, 136:3,
162:23

# N

**name** [2] - 4:13, 86:17
**narcotic** [1] - 9:2
**narrative** [3] - 119:19, 140:12, 169:10
**nature** [5] - 89:7, 89:23, 90:3, 105:23, 190:11
**near** [6] - 38:4, 64:21, 64:25, 68:15, 110:6, 192:17
**necessarily** [2] - 119:10, 174:17
**neck** [3] - 15:25, 16:1, 65:2
**need** [8] - 30:22, 36:10, 42:16, 90:6, 97:17, 134:22, 142:15, 156:16
**needed** [1] - 89:10
**needing** [1] - 33:7
**negotiation** [1] - 72:18
**neither** [1] - 20:17
**neuromuscular** [2] - 123:15, 142:25
**never** [12] - 31:14, 31:16, 36:11, 44:20, 59:21, 73:11, 124:13, 152:20, 172:22, 176:1, 188:24, 189:1
**next** [25] - 7:24, 8:3, 11:7, 16:22, 19:19, 27:3, 54:12, 63:18, 64:8, 80:18, 91:15, 92:12, 103:25, 108:22, 111:5, 119:4, 120:15, 121:5, 138:6, 145:4, 149:13, 149:16, 163:24, 180:10, 197:16
**night** [1] - 167:11
**nightstand** [3] - 40:4, 41:2, 41:3
**nine** [1] - 12:2
**no** [162] - 4:25, 9:6, 9:11, 10:10, 10:20, 13:19, 14:18, 16:8, 16:11, 16:16, 16:21, 19:15, 20:25, 21:6, 21:25, 22:23, 23:12, 23:14, 23:23, 24:8, 24:19, 24:24, 25:8, 27:9, 27:15, 31:17, 31:19, 33:21, 34:7, 34:13, 34:21, 35:11, 36:5, 36:10, 38:15, 39:19, 39:21, 41:20, 42:20, 43:9, 43:14, 44:22, 46:6, 47:16, 48:12, 49:22, 50:7, 50:10, 50:13, 50:16, 50:18, 51:8, 52:5, 52:23, 53:15, 54:3, 54:6,
56:23, 57:10, 58:13, 59:20, 62:1, 65:7, 69:19, 70:22, 73:5, 73:10, 73:19, 75:25, 76:2, 77:5, 77:7, 77:9, 83:8, 83:17, 83:19, 84:1, 84:9, 84:16, 86:16, 90:4, 90:8, 105:11, 105:15, 106:12, 106:17, 108:1, 108:21, 109:22, 113:25, 115:1, 116:15, 119:15, 122:11, 128:16, 133:20, 133:22, 133:23, 134:6, 138:21, 139:6, 140:2, 140:18, 141:5, 141:10, 142:3, 142:22, 142:23, 142:25, 144:6, 146:6, 146:11, 146:19, 146:22, 148:3, 151:11, 152:20, 152:25, 153:3, 155:25, 158:11, 158:17, 159:24, 160:23, 160:25, 161:5, 161:6, 161:7, 163:20, 163:23, 165:24, 166:1, 170:24, 171:6, 172:8, 172:24, 173:9, 173:12, 173:24, 175:10, 175:17, 175:20, 179:25, 181:3, 181:12, 182:24, 185:17, 187:18, 188:3, 188:14, 188:25, 189:13, 190:10, 190:16, 193:2, 193:8, 193:16
**No** [26] - 12:23, 16:24, 26:19, 37:11, 44:23, 54:14, 54:18, 68:14, 68:22, 68:25, 69:12, 69:17, 69:18, 69:20, 69:22, 70:2, 70:14, 71:16, 78:8, 81:23, 92:17, 92:21, 184:3, 189:7, 196:12, 199:4
**NO** [2] - 1:6, 3:11
**nobody** [2] - 94:14, 161:1
**nodding** [2] - 58:8, 59:9
**nods** [1] - 111:18
**noise** [4] - 112:15, 117:12, 121:10
**none** [1] - 52:21
**nor** [3] - 180:22, 200:10, 200:11
**normal** [6] - 50:19, 76:24, 122:22, 132:18, 162:3, 162:8
**north** [2] - 35:4, 37:3
**Nos** [1] - 92:24
**NOT** [1] - 199:7
**not** [172] - 6:17, 6:20, 8:11, 10:4, 11:6, 11:7, 12:13, 13:2, 13:16, 13:23, 14:25, 15:16, 15:17,
15:20, 17:19, 18:17, 20:8, 20:16, 20:24, 22:17, 23:8, 24:3, 24:15, 25:12, 25:14, 25:19, 26:12, 26:14, 26:17, 28:6, 28:10, 28:15, 28:18, 30:23, 31:21, 31:25, 32:10, 32:15, 33:10, 33:19, 33:21, 33:24, 34:5, 37:6, 39:4, 40:13, 40:19, 42:15, 44:4, 44:6, 44:7, 46:16, 47:16, 49:22, 50:3, 51:25, 52:5, 52:20, 53:6, 53:10, 53:16, 53:24, 53:25, 55:1, 55:21, 56:4, 56:24, 59:23, 59:24, 59:25, 61:8, 69:19, 71:18, 71:25, 72:14, 72:15, 73:12, 83:8, 83:15, 84:16, 84:23, 85:7, 87:7, 87:16, 87:25, 96:12, 98:21, 100:3, 109:20, 115:23, 116:15, 117:11, 118:14, 119:10, 119:22, 120:13, 121:7, 121:12, 122:21, 123:3, 125:19, 127:1, 127:4, 127:9, 127:14, 127:21, 129:9, 130:19, 133:3, 133:4, 133:10, 133:18, 134:6, 136:8, 139:25, 140:25, 141:2, 141:7, 141:23, 145:1, 145:3, 148:9, 148:11, 149:17, 151:19, 152:4, 153:19, 155:23, 155:24, 158:24, 161:3, 164:6, 164:10, 164:14, 166:7, 166:20, 168:16, 171:8, 171:11, 172:13, 172:17, 173:1, 173:9, 174:4, 174:14, 174:17, 175:1, 177:5, 178:7, 179:24, 180:19, 184:14, 186:10, 186:20, 187:4, 187:21, 188:15, 188:21, 189:4, 189:10, 189:13, 193:10, 197:20, 200:8
**Notary** [1] - 1:24, 196:12
**note** [1] - 199:7
**notebook** [1] - 168:18
**noted** [1] - 107:22
**notes** [3] - 88:25, 89:2, 89:20
**nothing** [12] - 4:3, 11:10, 71:9, 142:24, 143:1, 144:15, 146:9, 146:10, 147:7, 148:21, 174:6, 192:18
**notice** [2] - 1:16, 52:6
**noticed** [4] - 80:24, 88:21, 88:24, 173:16
**now** [24] - 16:18, 17:2, 18:9, 23:15, 29:18, 30:15, 41:22, 66:14, 67:18, 70:8, 77:15, 78:22, 79:3, 79:23, 87:5, 97:23, 98:9, 100:10, 129:1, 153:7, 156:7, 176:21, 179:15, 182:18
**nowhere** [1] - 168:23
**numb** [1] - 11:4
**number** [10] - 42:1, 63:18, 68:11, 71:7, 92:12, 94:20, 95:8, 95:10, 168:20, 169:8
**numbered** [1] - 198:1
**numbering** [1] - 92:14
**numbers** [1] - 151:2

# O

**OATH** [1] - 196:1
**Oath**............................ **196** [1] - 3:5
**obeying** [1] - 8:11
**object** [18] - 16:20, 19:7, 26:7, 54:22, 56:2, 59:15, 60:8, 71:24, 74:2, 76:14, 83:7, 87:19, 107:18, 112:23, 132:5, 173:7, 174:24, 191:17
**Object** [1] - 175:24
**objection** [38] - 15:4, 17:17, 18:14, 20:6, 20:21, 23:5, 27:19, 45:12, 46:4, 49:25, 58:14, 61:21, 62:22, 65:15, 65:23, 66:9, 67:2, 67:6, 78:3, 84:21, 87:2, 107:22, 127:25, 172:6, 172:12, 172:25, 173:14, 176:25, 178:7, 179:17, 181:7, 181:22, 183:1, 183:15, 186:11, 186:23, 187:5, 193:13
**Objection** [12] - 21:23, 22:6, 28:11, 29:3, 30:6, 31:11, 32:20, 33:4, 39:25, 57:8, 58:22, 82:5
**objectionably** [1] - 42:3
**objectives** [3] - 42:4, 68:12, 71:8
**observation** [5] - 121:19, 127:16, 153:5, 175:20, 181:19
**observations** [1] - 152:7
**observe** [4] - 53:7, 54:1,

153:14, 159:19
**observed** [5] - 7:18, 7:20, 7:21, 154:9, 189:16
**observing** [1] - 69:5
**obviously** [5] - 33:18, 37:18, 73:19, 80:8, 177:9
**occasion** [7] - 7:11, 9:9, 29:13, 29:14, 29:15, 106:6
**occur** [3] - 17:10, 48:4, 102:6
**occurred** [7] - 7:3, 9:17, 26:3, 98:5, 167:23, 173:13, 181:4
**occurring** [3] - 20:18, 95:22, 104:25
**OF** [10] - 1:1, 1:4, 1:14, 196:1, 196:2, 196:3, 199:1, 199:1, 200:1, 200:2
**off** [21] - 25:14, 29:23, 29:25, 55:10, 86:5, 86:23, 88:5, 88:7, 94:10, 118:19, 120:7, 121:9, 136:18, 144:21, 148:3, 148:11, 149:1, 149:23, 170:4, 181:1, 187:14
**office** [9] - 4:17, 4:21, 5:21, 6:12, 54:25, 65:8, 89:24, 99:17, 176:2
**Office** [9] - 2:6, 4:24, 65:16, 65:18, 65:21, 85:8, 112:7, 112:11, 197:7
**officer** [7] - 6:18, 68:10, 69:2, 69:15, 70:15, 70:25, 72:18
**officer's** [2] - 69:13, 71:17
**officers** [4] - 14:24, 57:14, 71:19, 71:21
**official** [1] - 196:7
**oh** [6] - 10:20, 41:21, 50:16, 60:20, 71:5, 184:18
**okay** [200] - 5:1, 5:20, 6:22, 7:7, 7:9, 9:7, 9:12, 10:11, 10:24, 12:17, 13:6, 13:14, 14:2, 14:9, 14:16, 15:10, 16:17, 17:10, 18:2, 18:9, 18:19, 19:3, 19:11, 19:18, 19:22, 20:12, 21:2, 21:9, 21:15, 23:2, 25:1, 27:1, 27:6, 27:16, 28:5, 28:8, 31:18, 34:2, 34:17, 38:7, 38:16, 38:21, 40:16, 41:9, 42:21, 44:16, 44:23, 45:20, 45:24, 46:7, 47:15, 47:23, 48:7, 48:16, 49:23, 50:17,

50:20, 50:22, 51:9, 52:6, 52:11, 52:15, 53:7, 53:17, 55:4, 55:16, 56:8, 56:11, 58:10, 59:8, 59:12, 59:21, 60:21, 60:25, 61:24, 62:10, 62:13, 66:4, 66:22, 69:22, 70:1, 70:11, 70:14, 72:23, 73:16, 73:21, 74:25, 75:21, 76:6, 77:17, 78:15, 78:16, 78:21, 79:10, 79:15, 80:11, 80:16, 80:18, 81:6, 81:9, 81:19, 81:20, 82:2, 83:20, 84:14, 85:12, 86:24, 87:17, 88:1, 89:11, 90:9, 90:16, 91:8, 92:6, 94:12, 94:21, 96:4, 96:14, 97:5, 98:8, 99:2, 99:5, 100:16, 101:1, 101:18, 102:3, 103:12, 103:25, 104:4, 105:5, 105:9, 106:3, 106:13, 107:8, 108:25, 110:1, 111:8, 112:9, 112:12, 113:2, 114:24, 115:16, 116:3, 116:23, 117:13, 117:21, 117:25, 118:23, 120:4, 120:10, 120:15, 120:23, 121:18, 125:4, 125:8, 130:12, 140:3, 148:17, 149:12, 150:6, 157:17, 157:18, 157:23, 158:24, 159:19, 160:1, 161:21, 162:17, 163:5, 163:18, 164:12, 166:13, 167:9, 169:7, 170:5, 172:20, 174:1, 177:25, 178:22, 178:25, 179:1, 179:8, 180:7, 180:8, 180:9, 180:13, 181:13, 182:4, 182:7, 182:13, 182:20, 183:25, 184:8, 187:16, 190:16, 192:4, 193:14
**Oldsmar** [4] - 6:11, 6:24, 136:4, 136:5
**oldsmar** [1] - 6:22
**once** [19] - 10:16, 35:25, 36:9, 38:25, 41:2, 48:12, 50:2, 50:16, 77:16, 111:4, 114:25, 128:21, 139:16, 158:18, 161:7, 169:21, 170:3, 170:19
**one** [57] - 7:3, 8:14, 8:19, 8:20, 8:21, 9:9, 10:15, 12:1, 12:10, 13:4, 21:10, 27:10, 27:20, 28:3, 28:5, 29:16, 29:17, 29:25, 34:25, 44:25, 46:18, 46:22, 48:5, 48:12,

48:13, 48:22, 51:8, 61:5, 65:9, 67:17, 68:16, 79:16, 84:18, 85:22, 85:25, 86:3, 87:9, 109:5, 128:8, 129:7, 129:22, 131:17, 133:6, 133:7, 135:21, 142:18, 149:15, 150:15, 150:21, 150:23, 161:6, 169:9, 183:25, 187:4, 187:23, 188:17, 192:20
**ones** [1] - 56:5
**only** [21] - 24:15, 25:18, 29:23, 30:1, 30:23, 31:6, 32:12, 33:14, 34:15, 34:25, 40:23, 82:24, 83:14, 125:1, 132:6, 144:19, 175:20, 187:1, 187:14, 188:1, 190:3
**onto** [3] - 37:16, 81:14, 97:23
**open** [6] - 102:15, 102:16, 103:9, 142:9, 146:12, 162:2
**opening** [1] - 102:16
**opens** [7] - 91:18, 102:18, 102:19, 103:3, 104:15, 104:16
**operates** [2] - 143:12, 156:2
**opportunity** [2] - 13:8, 69:4
**opposite** [1] - 99:20
**ops** [2] - 175:12, 175:16
**or** [181] - 4:1, 7:16, 8:23, 9:1, 9:16, 12:20, 15:7, 18:12, 18:20, 18:24, 18:25, 19:5, 21:10, 21:18, 21:19, 23:6, 23:19, 24:7, 25:14, 29:9, 29:18, 29:23, 33:3, 33:8, 34:1, 34:3, 37:13, 38:4, 38:5, 40:17, 42:5, 42:7, 42:9, 42:23, 43:6, 45:9, 45:10, 46:2, 47:5, 48:17, 49:10, 50:3, 52:8, 52:22, 53:14, 53:16, 54:5, 56:15, 57:13, 58:1, 58:11, 61:25, 62:15, 63:8, 63:20, 63:22, 63:24, 65:1, 67:14, 68:22, 68:24, 69:8, 69:9, 70:15, 70:16, 70:24, 71:7, 72:9, 72:14, 72:19, 73:6, 73:14, 74:23, 75:18, 77:10, 77:25, 79:4, 79:8, 80:2, 80:13, 81:21, 83:13, 85:20, 86:19, 90:24, 91:12, 93:5, 93:24, 95:9, 98:11,

102:15, 103:13, 104:6, 105:19, 106:15, 106:23, 107:2, 107:4, 109:16, 110:24, 112:21, 117:15, 117:20, 118:24, 119:14, 120:1, 120:10, 120:20, 122:22, 123:6, 124:3, 124:17, 124:20, 124:25, 125:15, 126:8, 129:15, 130:10, 131:4, 131:21, 133:13, 137:6, 139:12, 139:24, 140:20, 140:23, 141:3, 141:6, 141:8, 141:21, 141:23, 142:18, 143:9, 143:12, 143:13, 143:16, 144:1, 144:7, 145:24, 146:16, 146:23, 147:21, 148:8, 151:15, 153:17, 155:7, 155:10, 155:19, 155:20, 157:18, 159:7, 162:11, 163:5, 164:10, 164:13, 166:3, 166:5, 170:1, 171:4, 171:8, 171:10, 172:17, 173:5, 174:2, 174:12, 174:14, 175:6, 175:16, 176:19, 179:4, 181:5, 186:20, 191:11, 199:7, 200:9, 200:10, 200:11
**order** [8] - 30:12, 31:21, 134:9, 142:16, 143:3, 146:23, 147:10, 193:21
**ordered** [1] - 193:19
**orders** [1] - 8:11
**orient** [2] - 93:6, 102:3
**oriented** [4] - 96:9, 96:12, 114:3, 169:24
**original** [2] - 197:16, 197:17, 199:7
**originally** [2] - 15:3, 124:14
**other** [58] - 8:15, 8:17, 8:24, 9:7, 9:9, 10:25, 13:3, 14:10, 14:17, 14:23, 15:19, 16:10, 21:6, 32:15, 42:16, 45:11, 46:3, 46:23, 48:11, 48:17, 52:18, 57:14, 58:10, 58:11, 61:6, 66:22, 71:21, 79:16, 83:12, 83:17, 89:12, 90:5, 96:16, 96:20, 105:10, 105:11, 106:10, 108:18, 109:6, 110:1, 112:11, 117:12, 128:2, 128:3, 128:15, 128:25, 129:25, 131:19, 133:8, 138:18, 138:21, 141:20, 153:21, 165:22, 166:5, 193:2

**otherwise** [1] - 21:10
**our** [20] - 50:18, 85:6, 88:12, 89:14, 89:22, 92:11, 92:12, 93:14, 94:14, 108:3, 112:17, 122:4, 122:16, 127:7, 129:15, 134:7, 138:22, 148:2, 160:6
**out** [59] - 6:21, 7:19, 8:23, 9:7, 14:7, 14:9, 21:13, 21:14, 22:16, 33:14, 35:25, 36:10, 41:3, 42:23, 47:11, 47:23, 48:8, 48:16, 48:18, 57:25, 59:13, 72:3, 79:4, 79:11, 83:22, 84:3, 84:4, 84:6, 84:7, 88:20, 89:6, 91:17, 91:24, 99:5, 105:17, 105:19, 105:24, 108:3, 108:5, 112:8, 112:12, 115:8, 115:18, 115:21, 116:14, 116:20, 125:12, 128:23, 142:9, 143:11, 144:4, 150:16, 155:24, 162:11, 165:18, 165:22, 165:24, 180:11
**outside** [19] - 22:19, 51:17, 73:5, 73:6, 73:8, 74:7, 74:8, 74:19, 75:2, 75:22, 110:11, 110:12, 110:18, 110:19, 113:21, 114:10, 125:20, 166:8, 172:19
**over** [21] - 7:17, 11:10, 11:15, 15:12, 17:25, 20:3, 21:18, 25:6, 26:23, 30:18, 46:8, 46:9, 75:11, 87:13, 87:24, 134:12, 162:12, 178:4, 178:6, 179:4
**over-exertion** [1] - 21:18
**own** [2] - 56:1, 141:13

### P

**p.m** [4] - 1:19, 95:18, 96:17, 97:24
**P.M** [1] - 194:5
**pack** [6] - 96:24, 97:20, 155:4, 155:6, 156:3, 156:23
**package** [1] - 154:25
**PAGE** [2] - 3:1, 3:11
**page** [30] - 16:15, 26:20, 27:20, 27:24, 41:17, 45:21, 61:1, 61:3, 61:24, 77:19, 78:3, 78:14, 79:17, 80:18, 83:20, 83:23, 85:16, 85:22, 86:7, 145:5, 150:18, 169:7, 169:8, 177:16,

177:24, 184:1, 184:7, 192:3, 199:7
**Page** [2] - 189:7, 191:23
**PAGE/LINE** [1] - 199:9
**pages** [2] - 16:16, 198:1
**pain** [17] - 11:4, 11:14, 11:25, 42:20, 43:4, 43:17, 44:2, 63:5, 63:7, 123:10, 123:11, 139:24, 142:1, 142:3, 142:23, 144:7, 151:19
**pamphlet** [3] - 16:21, 17:7, 41:24
**panic** [1] - 63:6
**paragraph** [8] - 27:12, 41:13, 41:16, 42:10, 79:20, 180:11, 184:11, 184:14
**paragraphs** [1] - 19:21
**parked** [4] - 99:6, 101:11, 101:22, 101:24
**parking** [1] - 7:18
**part** [14] - 10:22, 17:15, 19:19, 19:24, 40:8, 60:12, 61:5, 64:2, 64:14, 74:13, 130:21, 157:10, 184:6, 189:6
**participate** [1] - 52:1
**particular** [2] - 21:4, 95:23
**particularly** [2] - 21:16, 62:19
**parties** [2] - 195:3, 200:9
**parties'** [1] - 200:10
**pass** [1] - 151:10
**passed** [6] - 151:24, 152:2, 152:4, 152:14, 152:23, 168:2
**passenger's** [1] - 7:19
**passes** [1] - 152:10
**passively** [1] - 72:16
**past** [1] - 166:23
**patrol** [6] - 5:25, 6:1, 6:21, 92:23, 134:10, 155:16
**patrolman** [1] - 6:6
**patrolmen** [1] - 9:25
**PAUL** [1] - 2:5
**Paul** [2] - 88:13, 197:7
**pause** [18] - 93:10, 96:6, 96:15, 97:14, 100:7, 101:21, 103:8, 125:18, 125:20, 126:19, 135:18, 137:17, 148:1, 156:19, 160:10, 161:12, 162:20, 168:19
**paused** [8] - 94:12, 96:17, 99:12, 100:23, 136:24, 138:5, 164:22, 165:15
**pauses** [1] - 125:21
**payroll** [1] - 94:19, 95:8, 95:10

**PCSO** [3] - 92:17, 92:22, 164:10
**people** [2] - 63:8, 145:19
**pepper** [3] - 10:18, 86:5, 86:22
**per** [3] - 93:23, 94:19, 95:2
**perceive** [1] - 131:14
**perceived** [2] - 72:17, 187:1, 189:16
**percent** [3] - 53:10, 68:6, 71:9
**perforatory** [1] - 54:22
**period** [7] - 30:16, 34:9, 74:3, 74:12, 75:21, 141:17, 148:10
**perpendicular** [2] - 41:1, 109:24
**person** [23] - 15:23, 21:20, 24:25, 40:25, 51:8, 56:16, 56:21, 57:6, 69:5, 69:14, 71:22, 72:9, 72:13, 72:16, 72:17, 104:18, 133:9, 155:10, 155:20, 155:25, 174:11, 174:16, 175:9
**person's** [3] - 69:9, 69:14, 71:20
**Personal** [3] - 1:4, 197:10, 199:1
**personally** [3] - 175:6, 175:7, 196:5
**personnel** [1] - 164:10
**Petersburg** [1] - 2:3
**photo** [1] - 55:13
**photograph** [4] - 12:24, 37:12, 40:7, 54:18
**Photograph**......................
[1] - 3:14
**photos** [2] - 13:4, 54:19
**phrase** [6] - 62:10, 66:7, 66:14, 67:17, 146:24, 176:21
**physical** [3] - 21:19, 66:1, 72:19
**physically** [1] - 25:19
**physiologic** [3] - 18:22, 62:13, 68:24
**Physiologic** [1] - 62:3
**pick** [1] - 122:6
**picking** [2] - 122:21, 155:24
**pillow** [35] - 35:21, 36:1, 57:24, 59:7, 59:13, 83:1, 92:5, 107:12, 108:17, 111:10, 115:5, 117:15, 117:19, 117:24, 119:4, 153:11, 173:17, 176:22, 177:2, 177:12, 179:16, 179:21, 180:3, 180:6, 189:22, 189:23, 190:1,

190:22, 192:11, 192:16, 192:17, 193:1, 193:3, 193:5
**PINELLAS** [2] - 196:3, 200:2
**Pinellas** [17] - 1:8, 1:9, 2:6, 4:17, 4:21, 4:24, 14:23, 65:21, 85:8, 88:14, 89:17, 105:16, 197:7, 197:11, 197:12, 199:3, 199:3
**pitched** [1] - 132:19
**place** [4] - 37:24, 39:22, 186:13, 187:1
**PLACE** [1] - 1:21
**placed** [1] - 132:24
**placement** [2] - 66:1, 130:15
**placing** [1] - 35:21
**plain** [1] - 124:4
**Plaintiff** [3] - 1:6, 1:16, 2:4
**Plaintiff's** [1] - 16:24
**play** [24] - 93:10, 95:25, 97:11, 98:8, 99:6, 100:4, 101:18, 134:19, 135:11, 135:14, 135:20, 136:14, 137:14, 138:2, 156:1, 156:7, 156:8, 156:14, 160:7, 161:9, 161:21, 162:17, 164:19
**played** [23] - 97:12, 99:10, 100:5, 100:21, 101:19, 134:23, 135:16, 135:23, 136:23, 137:15, 138:3, 138:11, 156:17, 160:8, 160:12, 161:10, 161:22, 161:25, 162:18, 162:21, 164:20, 165:1, 165:13
**playing** [1] - 156:12
**please** [7] - 4:13, 32:10, 115:14, 127:24, 159:7, 197:18, 197:20
**Please** [4] - 26:16, 197:15, 199:6, 199:8
**PLEASE** [1] - 199:1
**point** [58] - 7:16, 7:23, 8:8, 8:10, 13:25, 23:6, 25:15, 26:10, 38:10, 38:14, 39:2, 43:3, 44:19, 46:22, 47:16, 48:22, 50:8, 51:9, 73:22, 76:1, 77:24, 78:2, 80:7, 89:9, 101:22, 113:2, 113:10, 115:3, 115:7, 115:17, 116:21, 119:18, 119:23, 120:22, 123:10, 123:20, 124:2, 124:10, 125:23, 126:25, 129:1, 129:7, 133:23, 145:17, 151:22, 152:11, 153:20, 156:9, 156:11,

158:5, 158:9, 158:15, 159:2, 178:13, 184:21, 185:10, 187:16, 188:17
**police** [2] - 6:17, 55:14
**Police** [1] - 3:16
**policing** [4] - 5:24, 6:5, 6:8, 6:9
**policy** [1] - 71:11
**pop** [11] - 29:24, 120:25, 121:22, 125:11, 141:15, 151:8, 152:6, 152:14, 152:23, 153:6, 190:14
**popped** [2] - 53:21, 151:18
**portion** [4] - 10:6, 60:13, 134:7
**portions** [1] - 61:6
**position** [31] - 38:17, 50:24, 76:11, 76:13, 76:23, 77:10, 111:4, 116:5, 116:16, 116:24, 117:2, 118:10, 118:12, 123:25, 128:23, 145:24, 146:8, 146:17, 147:2, 147:13, 147:14, 147:20, 147:22, 148:11, 149:1, 153:5, 159:1, 164:1, 184:12, 184:21, 186:4
**positioned** [4] - 114:3, 114:12, 139:14, 139:15
**positive** [1] - 53:10
**possible** [5] - 15:24, 16:6, 20:10, 61:8, 64:24
**possibly** [5] - 10:10, 21:8, 29:23, 77:2, 123:12
**post** [4] - 56:16, 56:19, 56:24, 175:8
**post-seizure** [3] - 56:16, 56:19, 175:8
**postictal** [2] - 57:6, 57:7
**potential** [2] - 65:1, 68:24
**potentially** [1] - 111:1
**power** [4] - 45:5, 64:11, 69:4, 145:10
**practical** [4] - 9:20, 10:6, 45:6, 64:11
**predicate** [1] - 68:3
**preferred** [2] - 65:1, 65:4
**preparation** [1] - 118:6
**prepared** [1] - 61:8
**presence** [3] - 89:14, 89:16, 125:9
**present** [3] - 135:2, 189:9, 195:3
**presented** [2] - 54:17, 55:13
**pretty** [1] - 161:20
**previous** [1] - 3:12
**previously** [3] - 37:10, 60:7, 101:2
**printed** [1] - 193:23

**prior** [50] - 4:23, 5:1, 5:6, 5:25, 6:22, 7:8, 7:10, 7:12, 20:4, 20:8, 21:3, 21:13, 21:14, 23:22, 23:23, 25:9, 35:9, 35:12, 35:17, 35:24, 41:4, 56:14, 57:5, 57:25, 58:12, 59:2, 61:10, 62:2, 62:21, 63:1, 63:12, 63:16, 64:3, 64:5, 64:17, 66:17, 66:24, 66:25, 67:5, 67:8, 67:20, 67:23, 68:19, 74:6, 74:14, 74:15, 124:18, 140:18, 141:2, 158:15
**prison** [1] - 10:19
**proactive** [1] - 6:5
**probability** [2] - 64:22, 69:8
**probably** [3] - 12:2, 79:22, 187:23
**probe** [5] - 16:8, 43:1, 143:19, 143:20, 144:4
**probes** [19] - 11:1, 42:23, 53:21, 54:2, 55:18, 55:24, 81:11, 81:12, 142:10, 142:19, 143:2, 143:11, 143:15, 143:16, 143:23, 146:12, 146:16, 146:21, 150:10
**problem** [1] - 193:16
**procedures** [5] - 45:4, 64:10, 166:6, 168:5, 168:13
**proceeded** [1] - 109:2
**proceeding** [1] - 106:17
**proceeds** [1] - 106:13
**process** [6] - 47:6, 47:24, 49:7, 103:19, 167:24, 184:7
**produced** [1] - 65:8
**professional** [2] - 20:17, 20:19
**profound** [1] - 21:17
**prolonged** [2] - 18:12, 18:20
**prone** [7] - 47:5, 47:7, 48:7, 48:20, 84:8, 129:1, 129:19
**prones** [1] - 128:23
**proper** [2] - 14:3, 76:25
**protocol** [1] - 162:13
**psychologically** [1] - 21:19
**PTSD** [10] - 9:1, 59:3, 59:7, 59:8, 91:21, 91:25, 103:6, 105:4, 105:6, 175:13
**Public** [2] - 1:24, 196:12
**public** [1] - 69:14

**publication** [1] - 17:14
**pull** [9] - 7:17, 48:8, 98:25, 131:15, 142:7, 144:14, 145:5, 146:8, 149:13
**pulled** [30] - 7:18, 8:2, 8:9, 27:4, 27:10, 28:3, 29:22, 30:3, 30:11, 46:18, 47:11, 47:23, 48:16, 48:18, 49:4, 49:7, 115:8, 142:5, 142:6, 144:8, 144:13, 146:17, 147:6, 147:25, 148:13, 148:19, 149:15, 149:20, 150:5, 150:20
**pulling** [9] - 48:4, 48:23, 131:15, 131:16, 131:19, 131:21, 133:12, 133:14, 158:13
**pulls** [1] - 148:20
**pulse** [11] - 51:1, 51:3, 51:7, 164:5, 164:13, 185:11, 185:12, 185:19, 185:23, 186:2, 187:4
**punch** [5] - 133:21, 171:8, 171:10, 171:11, 172:16
**purpose** [5] - 83:21, 91:1, 123:7, 163:9, 163:10
**Pursuant** [1] - 1:16
**push** [4] - 49:19, 135:20, 136:14, 138:2
**pushed** [2] - 84:4, 84:6
**put** [22] - 7:23, 8:7, 36:6, 36:8, 37:18, 37:20, 39:3, 48:13, 50:24, 87:13, 115:4, 140:5, 148:25, 149:1, 158:25, 162:5, 163:25, 164:3, 172:15, 175:9, 181:16, 186:4
**puts** [1] - 117:2

**Q**

**question** [29] - 9:4, 15:7, 38:3, 38:13, 55:22, 68:9, 74:14, 76:15, 80:1, 85:3, 98:8, 106:2, 107:6, 107:19, 112:24, 135:20, 138:10, 156:8, 169:20, 176:10, 179:4, 179:5, 179:20, 179:25, 180:6, 188:10, 190:8, 191:18, 192:20
**questioned** [1] - 178:3
**questioning** [1] - 30:14
**questions** [11] - 88:4, 88:15, 127:24, 153:10, 156:14, 167:17, 169:3, 169:4, 172:20, 197:20, 198:4

**queue** [1] - 160:5
**quickly** [1] - 166:2
**quotes** [1] - 169:2

**R**

**Radio** [1] - 3:16
**radio** [21] - 7:25, 92:22, 113:2, 113:5, 113:7, 113:14, 113:17, 119:19, 119:24, 120:1, 120:10, 120:11, 120:13, 134:10, 135:8, 137:3, 137:21, 138:7, 162:3, 162:13, 165:20
**radion** [2] - 135:7, 136:4
**rage** [1] - 63:7
**ran** [1] - 43:15
**random** [1] - 96:15
**range** [2] - 10:8, 155:12
**rank** [1] - 4:20
**rare** [1] - 64:22
**rate** [1] - 62:18
**rather** [2] - 86:25, 129:15
**Rd** [1] - 2:7
**RE** [1] - 197:10
**re** [11] - 77:3, 85:3, 115:8, 129:25, 188:3, 188:5, 190:4, 192:21
**Re** [1] - 3:6
**re-ask** [1] - 85:3
**re-cuff** [1] - 129:25
**re-cuffed** [1] - 77:3
**re-holster** [1] - 115:8
**re-holstered** [1] - 190:4
**reach** [3] - 93:23, 116:16, 129:2
**reached** [3] - 192:25, 193:3, 193:4
**reaching** [1] - 129:20
**reacquire** [1] - 109:10
**reaction** [3] - 42:5, 63:20, 181:15
**reacts** [1] - 57:3
**read** [24] - 17:21, 18:10, 27:1, 28:20, 44:25, 45:22, 66:6, 66:10, 66:23, 67:5, 67:11, 67:13, 67:16, 71:25, 76:15, 169:19, 169:23, 169:24, 178:12, 193:17, 193:20, 193:23, 198:1, 199:6
**READ** [1] - 199:9
**reading** [7] - 41:24, 44:24, 71:3, 78:15, 78:20, 87:20, 195:4
**Reading** [1] - 3:6
**READS** [1] - 199:9

**ready** [4] - 117:2, 117:3, 117:7, 118:12
**realize** [1] - 23:11
**really** [6] - 10:4, 10:5, 34:14, 56:4, 56:8, 175:17
**rearmed** [1] - 149:6
**reason** [5] - 16:10, 30:4, 97:23, 144:2, 190:3
**reasonable** [3] - 42:3, 174:11, 174:16
**reasonableness** [1] - 71:17
**reasonably** [2] - 45:6, 64:11
**reassess** [2] - 42:4, 63:19
**recall** [25] - 12:24, 15:15, 26:6, 36:21, 37:1, 53:21, 73:12, 75:14, 75:16, 79:3, 79:6, 82:21, 82:24, 83:4, 83:8, 83:9, 83:19, 84:10, 87:15, 117:22, 134:6, 164:8, 164:11, 188:10
**received** [4] - 9:18, 44:9, 139:21, 141:19
**receiving** [1] - 145:1
**recess** [3] - 54:11, 88:8, 167:3
**recited** [1] - 67:8
**recognizable** [1] - 189:2
**recognize** [13] - 17:3, 19:1, 19:20, 20:2, 55:17, 60:10, 60:23, 62:15, 63:25, 97:25, 98:3, 99:15, 145:12
**recollection** [35] - 7:5, 8:20, 10:11, 12:7, 12:11, 16:18, 17:15, 18:11, 19:23, 25:21, 29:9, 29:19, 29:21, 30:19, 37:3, 37:15, 40:2, 42:12, 50:5, 76:20, 78:16, 78:22, 80:5, 81:18, 83:2, 83:5, 83:11, 83:18, 87:5, 87:23, 113:6, 125:3, 177:2, 186:1
**record** [19] - 55:8, 55:10, 62:7, 85:6, 88:5, 88:7, 88:9, 88:12, 92:11, 93:11, 94:14, 97:17, 122:4, 122:6, 129:15, 134:8, 135:2, 160:6, 200:6
**recorded** [1] - 198:4
**recorder** [1] - 155:9
**recording** [18] - 93:17, 134:23, 135:16, 135:23, 136:23, 137:15, 138:3, 138:11, 155:18, 156:17, 157:8, 160:8, 161:10,

161:22, 162:18, 164:20, 165:1, 165:13
**Recording**.......... [1] - 3:16
**Recording**....................... [1] - 3:15
**records** [1] - 26:2
**recovery** [5] - 50:24, 128:23, 159:1, 164:1, 186:4
**Recross** [1] - 3:4
**recross** [1] - 187:25
**RECROSS** [1] - 188:6
**Recross-Examination** [1] - 3:4
**RECROSS-EXAMINATION** [1] - 188:6
**redeployed** [1] - 36:2
**REDIRECT** [2] - 172:2, 192:22
**Redirect** [2] - 3:3, 3:4
**redirect** [3] - 172:21, 187:25, 188:9
**redraw** [1] - 119:16
**reduce** [5] - 41:14, 41:18, 44:25, 64:25, 65:5
**reduction** [1] - 42:1
**refer** [2] - 177:13, 189:25
**reference** [1] - 128:4
**referred** [2] - 38:7, 182:20
**referring** [10] - 62:7, 67:12, 99:22, 157:21, 172:17, 176:18, 176:23, 177:9, 184:23, 185:6
**reflect** [3] - 26:2, 27:13, 56:9
**reflected** [1] - 27:25
**refresh** [2] - 18:11, 78:22
**regard** [1] - 123:18
**regarding** [1] - 88:16
**regretted** [1] - 10:21
**reholster** [1] - 120:7
**related** [1] - 70:3
**relation** [1] - 74:18
**relative** [2] - 200:8, 200:10
**relax** [6] - 22:16, 32:11, 115:3, 115:10, 117:10, 119:2
**relayed** [1] - 149:24
**release** [1] - 61:2
**Release** [1] - 17:8
**released** [2] - 48:14, 50:3
**relevant** [1] - 71:21
**remain** [5] - 73:24, 74:8, 110:19, 113:13, 120:17
**remained** [1] - 77:11
**remember** [31] - 14:19, 34:12, 34:14, 34:15, 49:22, 52:3, 75:20, 82:18, 82:21, 82:22,

82:24, 83:9, 106:1, 107:1, 113:5, 113:6, 123:3, 127:11, 130:15, 141:20, 152:16, 153:12, 164:12, 164:15, 166:24, 167:10, 185:20, 185:24, 187:8, 188:2
**remove** [7] - 14:8, 40:20, 46:24, 115:25, 118:3, 129:8, 129:24
**removed** [9] - 35:23, 75:13, 75:15, 75:18, 115:22, 118:22, 128:5, 145:8, 190:4
**removes** [1] - 117:1
**reorient** [1] - 154:19
**repeated** [2] - 18:12, 18:24
**Repeated** [1] - 18:20
**repeatedly** [1] - 19:6
**repeating** [1] - 107:19
**rephrase** [5] - 15:8, 15:9, 54:25, 55:12, 69:22
**report** [20] - 28:24, 29:5, 29:9, 29:10, 29:11, 29:18, 30:5, 140:9, 140:19, 140:21, 140:22, 141:21, 144:10, 167:25, 168:8, 168:20, 168:24, 169:1, 200:4
**REPORTED** [1] - 1:24
**reported** [3] - 57:15, 58:20, 175:13
**REPORTER** [2] - 4:1, 92:13
**Reporter** [5] - 97:16, 134:21, 156:15, 197:24, 200:3
**reporter** [2] - 108:3, 112:17
**Reporter**........................ **200** [1] - 3:7
**Reporting** [1] - 1:21
**REPORTING** [1] - 197:1
**reports** [1] - 88:20
**represent** [8] - 26:1, 26:3, 92:16, 92:17, 92:22, 134:17, 156:9, 168:16
**Representative** [3] - 1:4, 197:10, 199:2
**representing** [1] - 135:1
**REQUESTED** [1] - 195:5
**requested** [3] - 89:13, 89:16, 187:11
**requirements** [1] - 71:12
**reread** [1] - 72:6
**rescue** [7] - 21:13, 22:15, 51:4, 77:7, 89:24, 90:6, 164:12
**reserve** [1] - 7:23
**reserved** [1] - 162:11
**residence** [10] - 88:17,

91:7, 91:12, 91:13, 91:18, 102:1, 102:6, 102:17, 166:9, 166:11
**resist** [1] - 131:12
**resistance** [3] - 42:5, 63:20, 158:12
**resisting** [12] - 46:15, 48:13, 50:13, 50:19, 52:13, 72:16, 76:23, 129:10, 131:13, 131:14, 133:10, 133:12
**respect** [2] - 154:19, 189:21
**respective** [1] - 195:3
**respiratory** [1] - 18:22
**respond** [8] - 32:13, 58:3, 163:11, 163:19, 163:22, 165:10, 170:6, 191:20
**responding** [1] - 6:3
**responds** [4] - 6:2, 112:25, 113:1, 178:5
**response** [9] - 50:18, 63:6, 87:12, 104:6, 104:8, 112:20, 184:10, 185:16, 186:10
**responsive** [2] - 185:3, 185:15
**resting** [2] - 39:22, 50:18
**restrain** [4] - 45:2, 45:10, 46:2, 61:7
**restraining** [3] - 49:18, 52:1, 72:9
**restraint** [2] - 45:4, 64:9
**restraints** [5] - 37:18, 39:3, 77:14, 133:11, 133:23
**result** [2] - 9:5, 52:25
**resuscitative** [1] - 166:5
**retrain** [1] - 64:9
**return** [1] - 149:2
**review** [7] - 61:20, 61:22, 66:24, 67:20, 68:7, 78:19, 89:6
**reviewed** [4] - 62:1, 63:12, 64:3, 64:14
**reviewing** [2] - 89:3, 167:15
**revolver** [2] - 13:24, 14:12
**rewind** [1] - 104:11
**rhythm** [1] - 62:18
**rifles** [1] - 154:6
**right** [234] - 9:3, 10:2, 13:7, 14:5, 15:1, 17:22, 18:3, 18:5, 22:3, 22:22, 23:2, 23:10, 23:13, 24:10, 24:21, 29:12, 36:11, 36:14, 37:16, 38:19, 39:7, 39:10, 39:22, 41:17, 43:13, 44:19, 46:19, 47:1, 47:8, 48:15, 49:5, 49:17, 49:19, 50:8,

51:14, 51:21, 52:24, 54:4, 54:7, 54:24, 59:1, 59:12, 60:1, 68:1, 68:6, 68:8, 72:13, 74:8, 74:23, 75:8, 75:13, 77:4, 78:5, 80:21, 85:4, 93:19, 95:7, 95:15, 96:2, 97:20, 97:22, 98:3, 98:15, 99:12, 100:10, 101:3, 101:11, 101:24, 102:7, 102:11, 102:13, 102:22, 103:8, 103:10, 105:3, 105:12, 105:25, 106:9, 106:18, 106:20, 106:23, 107:1, 108:4, 108:14, 108:18, 109:9, 109:13, 109:18, 109:21, 110:3, 110:9, 110:11, 110:13, 110:20, 111:15, 112:1, 112:2, 112:15, 114:11, 114:13, 114:14, 114:21, 115:18, 116:9, 116:21, 117:5, 118:7, 118:13, 118:15, 121:5, 121:18, 121:20, 123:20, 123:24, 124:16, 126:2, 126:4, 127:6, 128:9, 128:10, 128:11, 128:17, 130:20, 131:23, 132:21, 133:17, 135:11, 136:2, 136:14, 136:19, 137:8, 137:12, 137:14, 137:17, 137:25, 138:5, 138:9, 138:13, 139:3, 139:20, 140:7, 140:15, 140:19, 141:1, 141:11, 141:21, 142:4, 142:13, 143:2, 143:21, 144:4, 144:8, 144:11, 144:22, 144:23, 145:4, 145:14, 145:21, 146:7, 146:23, 146:24, 147:4, 147:10, 147:16, 147:24, 148:1, 148:8, 148:10, 148:15, 149:6, 149:19, 150:2, 150:13, 150:20, 150:24, 151:1, 151:7, 151:18, 152:11, 152:13, 152:21, 153:14, 154:12, 154:18, 154:22, 155:2, 155:16, 155:23, 156:1, 156:3, 156:7, 157:2, 160:19, 161:9, 161:20, 162:20, 162:24, 163:6, 163:9, 164:18, 165:12, 166:8, 166:17, 167:17, 167:24, 168:15, 168:23, 168:24, 169:5, 169:11, 169:17, 171:2, 171:23, 172:19, 178:22, 179:4, 180:21, 182:24, 184:14, 184:24, 185:14, 185:18,

187:3, 188:18, 189:17, 189:18, 190:2, 190:6, 190:14, 191:23, 192:14, 193:17
**right-hand** [2] - 41:17, 95:15
**ripped** [1] - 42:23
**rise** [1] - 168:21
**Risk** [1] - 18:7
**risk** [15] - 18:24, 19:5, 41:14, 41:18, 42:1, 44:25, 61:2, 62:14, 64:25, 65:13, 66:19, 69:12, 70:16, 71:6, 72:14
**Risks** [2] - 17:8, 18:7
**risks** [5] - 18:23, 60:23, 65:5, 69:8, 172:10
**RN** [1] - 20:20
**Road** [1] - 197:8
**road** [1] - 101:13
**roadway** [1] - 94:18
**robbery/homicide** [1] - 168:6
**Robert** [1] - 92:18
**roll** [1] - 185:10
**room** [83] - 22:20, 23:16, 35:2, 36:16, 36:24, 37:13, 38:1, 38:5, 39:3, 39:4, 39:7, 39:9, 40:21, 40:24, 48:23, 73:19, 74:21, 75:24, 77:24, 79:5, 82:3, 83:13, 92:4, 106:23, 106:24, 107:2, 107:11, 107:16, 108:6, 108:12, 110:5, 110:11, 110:12, 110:20, 113:13, 113:25, 114:18, 118:20, 118:21, 119:12, 119:23, 121:7, 122:5, 122:17, 124:3, 124:6, 124:7, 124:14, 124:15, 124:24, 125:1, 125:2, 125:4, 125:20, 127:10, 127:15, 128:14, 128:18, 128:20, 128:21, 135:3, 151:23, 152:15, 152:22, 152:24, 153:5, 153:7, 153:21, 154:1, 154:10, 172:5, 172:18, 172:19, 173:12, 180:15, 180:22, 181:12, 182:19, 190:9, 191:2, 191:9, 191:12
**routinely** [1] - 89:4
**ROZELLE** [158] - 2:5, 15:4, 16:20, 17:17, 18:14, 19:7, 20:6, 20:21, 21:23, 22:6, 23:5, 24:12, 24:17, 24:21, 26:7, 27:18, 28:11, 29:3, 30:6, 31:11, 32:20, 33:4, 39:25,

45:12, 46:4, 49:25, 54:8, 54:22, 55:1, 55:4, 55:8, 56:2, 57:8, 58:14, 58:22, 59:15, 60:8, 61:21, 62:22, 65:15, 65:18, 65:23, 66:9, 67:2, 67:6, 67:9, 69:16, 69:19, 70:19, 70:21, 70:23, 71:24, 72:4, 73:13, 74:2, 74:11, 74:16, 76:14, 78:3, 78:7, 78:9, 82:5, 83:7, 84:21, 84:24, 85:1, 85:6, 85:14, 85:17, 85:19, 86:6, 86:8, 86:13, 87:2, 87:19, 88:4, 88:9, 88:11, 92:9, 92:14, 93:1, 93:4, 93:12, 97:13, 97:16, 97:18, 99:11, 100:6, 100:22, 107:21, 107:24, 128:1, 132:9, 134:11, 134:15, 134:21, 134:24, 135:17, 135:24, 154:15, 154:17, 156:15, 156:18, 160:9, 161:11, 161:23, 162:19, 164:21, 165:2, 165:14, 166:25, 167:4, 171:24, 172:6, 172:12, 172:25, 173:7, 173:14, 174:24, 175:2, 175:24, 176:5, 176:25, 177:4, 177:15, 177:17, 177:20, 177:22, 177:25, 178:7, 178:10, 178:20, 179:17, 181:7, 181:22, 183:1, 183:4, 183:7, 183:15, 183:18, 184:4, 184:13, 184:18, 186:11, 186:23, 187:5, 187:23, 188:2, 188:7, 191:19, 192:18, 192:21, 193:13, 193:19, 194:4
**Rozelle** [3] - 88:13, 197:7, 197:13
**Rozelle................** [1] - 3:3
**Rozelle................188** [1] - 3:4
**rraah** [4] - 112:18, 132:17, 174:2, 176:19
**Rraah** [1] - 33:18
**rraahs** [1] - 120:20
**rub** [9] - 51:1, 51:12, 51:14, 159:1, 164:2, 164:15, 185:21, 186:5, 187:9
**run** [1] - 94:2
**running** [3] - 7:14, 88:20, 109:24
**runs** [1] - 149:4

# S

**S** [1] - 145:21
**safe** [11] - 45:6, 61:12, 61:15, 64:11, 82:7, 89:15, 91:6, 91:13, 146:16, 147:13, 149:1
**safety** [2] - 18:7, 145:19
**said** [63] - 22:24, 24:16, 24:19, 24:22, 25:23, 26:5, 26:6, 29:18, 30:15, 30:19, 30:20, 30:25, 31:22, 32:9, 32:24, 34:11, 34:14, 34:15, 34:16, 38:7, 38:13, 39:16, 44:6, 50:15, 52:11, 52:17, 65:16, 65:18, 68:9, 68:14, 71:13, 72:20, 73:19, 74:13, 74:14, 76:10, 80:19, 81:23, 87:13, 98:16, 105:22, 107:9, 108:7, 110:9, 111:21, 111:24, 113:5, 115:6, 117:14, 118:1, 129:16, 135:22, 136:7, 138:24, 154:25, 170:19, 176:9, 176:10, 176:15, 181:5, 188:24, 189:1, 191:1
**salt** [2] - 86:5, 86:22
**salt-and-pepper** [1] - 86:5
**same** [25] - 11:2, 34:9, 34:10, 45:21, 57:15, 58:24, 59:9, 59:11, 61:17, 69:24, 91:16, 92:14, 96:9, 96:10, 96:13, 98:16, 102:13, 108:12, 127:13, 127:20, 129:24, 132:8, 148:18, 166:16, 198:3
**sat** [2] - 43:5, 180:16
**saw** [26] - 29:24, 35:1, 36:4, 43:15, 51:23, 51:24, 53:2, 72:24, 72:25, 84:5, 89:8, 90:9, 115:25, 116:3, 122:5, 152:9, 153:22, 164:2, 175:21, 181:6, 183:9, 183:12, 186:6, 187:10, 189:15, 191:6
**say** [68] - 5:17, 6:7, 13:21, 15:24, 24:2, 24:5, 24:6, 25:7, 33:20, 33:24, 34:4, 34:6, 34:8, 36:23, 37:2, 40:3, 52:16, 56:19, 58:5, 66:3, 79:22, 79:25, 80:2, 85:1, 86:19, 102:23, 103:2, 104:6, 104:21, 104:23, 105:3, 105:6, 105:13, 105:16, 105:25,

107:4, 107:8, 108:14, 111:8, 112:7, 112:10, 117:7, 117:23, 117:25, 120:7, 122:10, 123:6, 127:9, 127:17, 131:13, 133:12, 137:22, 148:8, 158:5, 169:19, 170:7, 170:11, 170:13, 170:17, 179:1, 183:13, 185:1, 185:3, 185:9, 185:22, 186:8, 189:14

**saying** [22] - 22:25, 24:10, 25:12, 33:23, 33:25, 34:3, 34:10, 74:4, 76:20, 79:1, 83:8, 84:10, 87:15, 105:9, 112:11, 112:21, 119:5, 174:2, 177:1, 185:2, 188:2, 190:25

**says** [42] - 19:1, 28:7, 62:3, 62:6, 69:18, 69:19, 86:3, 86:4, 92:2, 94:23, 97:5, 103:4, 103:5, 103:13, 103:22, 107:13, 107:16, 107:20, 108:6, 112:22, 119:3, 119:7, 119:9, 119:10, 119:11, 127:20, 128:8, 136:24, 147:25, 150:21, 170:5, 170:11, 171:5, 178:3, 178:8, 178:9, 178:22, 179:3, 179:6, 191:24, 192:7

**scale** [1] - 12:1

**scenario** [1] - 23:19

**scenarios** [1] - 35:18

**scene** [20] - 14:16, 14:20, 28:15, 30:9, 82:7, 86:2, 89:17, 90:6, 91:17, 98:13, 98:15, 100:2, 108:20, 125:9, 159:23, 164:13, 165:25, 188:13, 189:16, 189:24

**school** [2] - 5:7, 5:8

**scissors** [1] - 84:5

**scope** [1] - 193:13

**scream** [10] - 33:9, 33:13, 33:15, 119:24, 176:13, 176:15, 176:16, 176:17

**screaming** [22] - 7:22, 24:4, 33:6, 33:7, 33:8, 33:10, 33:11, 87:21, 117:12, 132:2, 132:8, 132:12, 132:13, 132:21, 138:14, 138:24, 139:1, 172:23, 174:12, 174:13, 174:17

**screen** [7] - 93:6, 94:15, 94:17, 94:22, 96:15, 96:21, 154:23

**scroll** [1] - 136:15

**seal** [1] - 196:7

**seat** [1] - 7:19

**second** [20] - 13:3, 18:20, 26:20, 27:7, 27:11, 27:19, 28:3, 29:14, 29:16, 29:17, 55:9, 126:20, 148:20, 149:15, 150:13, 150:21, 150:23, 177:22, 184:16

**seconds** [52] - 11:4, 11:5, 11:9, 11:11, 26:3, 26:5, 27:5, 27:25, 28:6, 28:16, 28:17, 29:1, 29:8, 29:14, 29:15, 29:16, 30:9, 43:9, 45:23, 46:1, 98:23, 98:24, 100:11, 127:9, 134:25, 137:6, 137:11, 142:5, 144:13, 144:17, 144:23, 147:8, 147:25, 148:14, 148:22, 148:24, 149:3, 149:4, 149:12, 149:20, 150:3, 150:4, 150:24, 151:3, 151:9, 151:13, 151:24, 152:2, 152:17, 152:18, 162:21, 164:22

**secret** [1] - 175:12

**section** [8] - 18:4, 18:5, 63:4, 63:18, 64:8, 160:11, 161:25

**secure** [4] - 132:22, 133:25, 134:4, 154:10

**secured** [5] - 153:15, 154:3, 158:16, 158:18, 159:20

**securing** [1] - 158:9

**security** [1] - 10:19

**see** [138] - 7:24, 8:3, 8:6, 12:22, 13:1, 13:4, 13:10, 25:13, 26:12, 26:13, 34:18, 41:13, 41:21, 44:3, 50:21, 51:1, 56:4, 59:23, 60:3, 62:4, 62:8, 63:9, 63:10, 70:4, 74:20, 75:23, 78:9, 78:15, 79:20, 80:9, 80:17, 81:3, 93:6, 94:14, 94:16, 94:23, 95:16, 95:19, 96:1, 96:17, 96:21, 97:5, 97:25, 98:10, 98:25, 99:5, 99:13, 100:1, 100:7, 100:10, 100:16, 100:19, 100:23, 101:5, 102:5, 102:9, 103:9, 109:9, 110:13, 112:2, 114:3, 114:6, 114:9, 115:11, 115:12, 118:15, 118:21, 120:18, 120:19, 120:21, 121:8, 122:2, 124:2, 124:14, 125:12, 125:14, 125:15, 125:20,

125:21, 126:1, 126:4, 126:12, 126:14, 126:16, 126:19, 126:21, 126:23, 129:18, 133:19, 133:24, 134:13, 135:15, 136:15, 137:25, 140:12, 140:13, 145:14, 149:13, 149:20, 150:3, 150:17, 151:18, 151:21, 153:7, 153:9, 153:22, 153:24, 154:22, 154:23, 156:10, 156:20, 157:2, 159:2, 160:3, 163:11, 163:12, 178:17, 178:23, 178:24, 179:9, 179:12, 180:16, 180:21, 183:8, 185:11, 185:18, 185:23, 186:2, 190:23, 191:23, 192:1, 192:8, 192:12, 193:25

**seeing** [6] - 17:15, 35:12, 35:17, 90:1, 109:10, 141:2

**seem** [1] - 28:16

**seems** [1] - 76:21

**seen** [3] - 35:9, 140:15, 140:17

**sees** [2] - 91:18, 91:19

**segment** [1] - 165:16

**seizing** [1] - 57:3

**seizure** [25] - 20:10, 20:14, 21:8, 21:11, 22:3, 56:16, 56:19, 56:21, 56:24, 57:1, 57:7, 57:23, 58:12, 59:5, 59:6, 59:9, 91:20, 103:4, 103:13, 103:23, 104:10, 104:24, 105:5, 175:3, 175:8

**seizures** [3] - 57:15, 58:21, 174:23

**self** [3] - 90:12, 90:24, 90:25

**self-assign** [2] - 90:12, 90:24

**self-assigned** [1] - 90:25

**sentence** [7] - 18:20, 24:7, 26:23, 27:3, 27:7, 62:15, 169:23

**separate** [3] - 42:9, 43:10, 63:24

**separately** [1] - 98:13

**September** [5] - 7:3, 7:10, 9:17, 13:16, 95:16

**sequela** [1] - 8:22

**sequence** [4] - 82:22, 120:6, 120:11, 128:10

**sequencing** [1] - 141:12

**sequential** [1] - 92:12

**Sergeant** [39] - 14:21, 37:22, 39:2, 46:17, 46:19, 46:25, 48:9,

51:12, 52:15, 100:17, 124:5, 124:7, 125:6, 125:9, 125:25, 126:7, 127:2, 127:3, 127:15, 128:3, 128:13, 128:21, 131:18, 137:20, 138:14, 140:11, 152:11, 152:15, 158:6, 158:25, 159:8, 159:17, 160:13, 161:15, 162:2, 163:25, 164:1, 185:21, 186:5

**sergeant** [18] - 39:7, 39:9, 47:13, 50:25, 51:3, 52:10, 101:5, 101:16, 124:14, 125:1, 126:1, 127:20, 133:19, 139:3, 157:11, 158:3, 159:19, 184:22

**serious** [8] - 18:24, 62:15, 65:1, 70:16, 71:6, 71:7, 72:14, 89:7

**service** [18] - 6:2, 6:4, 9:13, 9:16, 9:18, 13:24, 14:12, 14:13, 15:3, 17:16, 60:20, 88:19, 89:5, 105:14, 118:8, 162:6, 162:11, 190:4

**SERVICE** [1] - 197:1

**Service** [1] - 1:21

**set** [4] - 92:14, 126:15, 167:20, 168:12

**seven** [1] - 86:19

**seventh** [1] - 169:8

**shaking** [1] - 80:24

**she** [43] - 20:10, 20:19, 20:25, 21:7, 21:12, 58:1, 58:24, 91:18, 91:19, 91:25, 92:2, 102:18, 102:19, 103:2, 103:3, 103:12, 103:22, 104:3, 104:5, 104:6, 104:15, 104:16, 104:23, 105:3, 105:6, 105:9, 105:16, 105:22, 105:25, 107:8, 107:9, 107:10, 107:13, 107:16, 108:5, 108:6, 108:14, 111:9, 193:22

**she's** [6] - 20:16, 20:20, 92:3, 102:16, 104:9

**sheet** [4] - 61:16, 197:16, 197:18, 199:8

**SHEET** [1] - 199:5

**Sheet..............................199** [1] - 3:6

**sheriff** [4] - 14:23, 88:14, 138:20, 148:20

**Sheriff** [6] - 1:8, 1:10, 197:11, 197:12, 199:3, 199:4

**sheriff's** [11] - 4:17, 4:21,

5:2, 5:21, 6:12, 65:8, 85:8, 89:24, 99:17, 112:11, 176:2

**Sheriff's** [7] - 2:6, 4:24, 65:16, 65:18, 65:21, 112:7, 197:7

**sheriffs** [1] - 105:16

**shock** [4] - 44:20, 139:22, 139:23, 181:15

**shocked** [2] - 139:8, 140:1

**shook** [1] - 58:6

**shoot** [3] - 8:17, 11:1, 111:2

**short** [5] - 54:8, 54:9, 54:11, 167:1, 167:3

**shortest** [1] - 42:2

**shot** [1] - 44:9

**shots** [3] - 31:4, 65:2, 65:3

**SHOULD** [1] - 199:9

**should** [9] - 16:5, 22:4, 25:10, 68:10, 69:2, 71:10, 72:15, 92:4, 96:13

**shoulder** [6] - 12:4, 47:19, 47:22, 49:8, 161:5, 161:6

**shoulders** [1] - 182:6

**show** [4] - 37:10, 78:4, 145:11, 193:23

**showed** [2] - 129:14, 175:23

**shown** [1] - 145:12

**shows** [12] - 17:12, 29:14, 29:15, 29:16, 29:17, 69:20, 95:12, 141:22, 142:5, 144:11, 156:4

**shrugs** [1] - 111:17

**shuffling** [4] - 122:25, 182:8, 182:11, 182:14

**shut** [1] - 183:14

**sic** [1] - 185:11

**side** [25] - 34:24, 37:16, 37:22, 41:17, 47:19, 50:25, 51:12, 53:20, 80:19, 81:14, 84:3, 101:7, 101:13, 110:1, 110:9, 110:17, 111:4, 128:24, 128:25, 131:18, 153:6, 178:6, 178:23, 181:21, 185:11

**sides** [1] - 182:2

**sight** [1] - 113:25

**sign** [1] - 199:8

**Signal** [2] - 111:10, 136:10

**signal** [2] - 111:11, 136:8

**significance** [1] - 138:19

**signing** [1] - 195:4

**Signing**...................**197** [1] - 3:6

**signs** [2] - 56:15, 56:21

**simple** [1] - 93:16

**simply** [1] - 67:19

**simultaneous** [1] - 18:25

**since** [3] - 4:20, 6:7, 58:18

**Sincerely** [1] - 197:22

**single** [1] - 132:7

**singular** [1] - 41:20

**Sir** [2] - 115:10, 117:9

**sir** [40] - 4:11, 5:22, 9:14, 17:2, 18:9, 27:23, 31:7, 68:13, 72:12, 72:22, 78:16, 94:25, 95:20, 96:3, 96:5, 99:23, 99:25, 101:17, 109:25, 110:10, 111:14, 111:19, 111:25, 112:7, 115:13, 115:19, 116:6, 116:8, 116:19, 119:2, 157:22, 160:2, 164:23, 165:4, 165:17, 170:8, 170:12, 178:6, 178:13, 188:8

**sirens** [2] - 94:2, 155:7

**sister** [1] - 8:25

**sit** [3] - 82:17, 82:20, 83:6

**site** [1] - 111:3

**sitting** [6] - 49:13, 55:6, 82:23, 84:1, 106:24, 161:1

**situated** [2] - 36:22, 38:4

**situation** [4] - 7:14, 111:1, 138:21, 179:23

**situations** [1] - 61:13

**six** [4] - 4:19, 5:21, 10:12, 86:19

**skills** [1] - 72:19

**skin** [1] - 86:20

**skip** [2] - 60:5, 69:23

**skipped** [3] - 97:22, 97:24, 178:10

**slam** [2] - 8:1, 8:2

**slanted** [1] - 37:4

**slap** [1] - 163:4

**slaps** [1] - 162:24

**slightly** [1] - 154:18

**slow** [2] - 104:12, 184:13

**slowly** [2] - 43:22, 182:14

**small** [13] - 40:24, 40:25, 43:23, 44:2, 44:8, 75:10, 75:13, 75:17, 121:15, 122:18, 130:21, 163:5

**smith's** [1] - 96:10

**snapped** [1] - 183:14

**SO-163603788** [1] - 168:19

**Some** [1] - 19:19

**some** [48] - 7:16, 8:24, 9:1, 13:3, 13:24, 21:16, 24:22, 41:19, 49:18, 53:2, 62:19, 63:8, 73:21, 77:19, 77:24, 78:17, 79:11, 88:4, 88:14, 96:16, 113:2, 115:17, 116:11, 116:21, 123:2,

123:20, 127:3, 129:13, 130:13, 136:18, 139:24, 140:8, 143:17, 144:1, 145:19, 153:10, 153:20, 156:13, 157:24, 160:3, 165:17, 167:7, 172:1, 189:8, 190:7, 190:13, 191:5, 191:11

**somebody** [4] - 48:22, 56:11, 136:24, 179:15

**someone** [5] - 33:8, 44:4, 48:2, 111:1, 168:2

**something** [19] - 6:20, 12:21, 18:18, 22:4, 33:3, 41:6, 50:11, 63:12, 63:15, 69:18, 89:4, 89:19, 91:5, 105:23, 117:14, 117:15, 140:23, 157:18, 186:22

**somewhat** [2] - 19:14, 77:21

**somewhere** [2] - 38:5, 49:10

**soon** [8] - 11:9, 11:18, 45:6, 61:7, 64:11, 109:11, 155:7, 166:7

**sorry** [33] - 6:24, 27:21, 34:20, 39:19, 41:16, 43:6, 43:10, 50:16, 55:22, 56:24, 58:5, 60:20, 65:15, 65:20, 68:2, 69:16, 70:19, 72:2, 72:6, 78:5, 79:1, 84:25, 86:6, 101:10, 125:25, 152:1, 176:8, 177:4, 177:6, 177:21, 183:4, 184:13, 193:4

**sort** [3] - 15:14, 141:8, 154:21

**sound** [15] - 24:6, 32:17, 33:14, 33:17, 112:15, 112:18, 112:20, 120:25, 132:7, 132:17, 159:16, 160:14, 174:4, 174:6, 176:18

**sounded** [1] - 164:23

**sounds** [6] - 87:18, 87:21, 161:15, 162:1, 163:1, 172:23

**south** [2] - 5:11, 84:4

**space** [9] - 40:16, 41:5, 43:23, 79:11, 79:14, 84:1, 84:7, 84:8, 84:9

**sparks** [1] - 143:14

**speak** [9] - 22:16, 86:11, 103:7, 104:19, 106:6, 116:17, 136:21, 173:24, 174:21

**speaking** [10] - 23:15, 23:18, 57:21, 74:3,

93:22, 112:5, 163:16, 165:7, 167:10, 189:11

**speaks** [4] - 104:6, 127:12, 152:22, 153:1

**special** [2] - 175:12, 175:16

**specific** [6] - 16:21, 25:25, 38:2, 48:1, 73:16, 166:1

**specifically** [5] - 52:20, 56:14, 66:4, 92:3, 107:10

**specifics** [1] - 91:25

**speculating** [1] - 166:3

**speed** [1] - 95:3

**spoke** [3] - 24:8, 117:22, 166:16

**spots** [2] - 55:23, 56:4

**spray** [1] - 10:18

**spread** [4] - 11:22, 16:8, 43:1

**squared** [2] - 86:5, 86:23

**St** [1] - 2:3

**stage** [1] - 91:5

**staged** [1] - 88:22

**staging** [6] - 88:21, 88:24, 89:9, 91:8, 91:10, 91:11

**staircase** [5] - 26:16, 106:20, 109:15, 109:17, 109:24

**stairs** [17] - 72:25, 73:1, 106:17, 109:2, 109:4, 110:19, 112:3, 116:7, 116:10, 125:18, 126:4, 126:7, 126:15, 126:16, 126:18, 126:21, 126:24

**stairway** [7] - 51:17, 73:18, 108:23, 120:19, 125:12, 125:17, 126:8

**stairwell** [1] - 173:21

**stand** [12] - 25:17, 32:2, 38:11, 38:14, 38:15, 40:17, 75:10, 81:25, 82:18, 83:3, 83:13, 93:5

**standards** [1] - 71:12

**standing** [18] - 35:7, 35:10, 44:4, 44:20, 51:11, 73:2, 73:24, 74:19, 75:2, 75:7, 75:22, 110:6, 110:8, 110:25, 115:7, 121:9, 121:14, 185:4

**stands** [2] - 115:7, 125:21

**start** [9] - 7:21, 8:1, 47:2, 88:18, 109:10, 115:11, 117:1, 151:23, 166:5

**started** [11] - 8:1, 37:20, 47:5, 50:21, 115:23, 164:4, 170:6, 170:8, 170:10, 171:1

**starting** [1] - 18:19

**startle** [1] - 63:6

**starts** [3] - 19:19, 86:11,

136:20
**STATE** [2] - 196:2, 200:1
**State** [1] - 1:25, 196:12
**state** [13] - 21:1, 22:1,
56:16, 57:6, 58:12,
77:20, 174:19, 174:21,
175:8, 175:14, 175:18,
183:17
**stated** [3] - 72:15, 79:10,
172:15
**statement** [18] - 78:18,
85:23, 87:20, 164:3,
167:15, 177:13, 177:19,
178:13, 178:15, 179:19,
179:20, 180:2, 180:5,
184:1, 184:2, 189:5,
189:9, 191:24
**statements** [2] - 104:3,
167:7
**states** [11] - 18:19, 30:8,
42:2, 61:4, 63:5, 63:19,
64:8, 65:9, 87:8, 87:11,
180:10
**STATES** [1] - 1:1
**stay** [21] - 8:5, 25:16,
26:13, 26:17, 31:5, 31:7,
32:11, 34:3, 73:24,
83:15, 91:11, 115:14,
119:22, 119:23, 143:19,
170:7, 170:12, 170:22,
171:18
**Stay** [1] - 25:16
**stenographically** [1] -
200:4
**step** [9] - 44:2, 73:9, 73:21,
92:7, 109:20, 109:23,
115:10, 124:9, 152:6
**stepladder** [3] - 40:20,
77:25, 78:18
**stepped** [1] - 36:1
**steps** [7] - 26:15, 43:23,
44:5, 44:8, 120:17,
121:15, 122:15
**sternum** [9] - 51:1, 51:12,
51:14, 159:1, 164:2,
164:15, 185:21, 186:5,
187:9
**stick** [1] - 85:20
**stiffening** [1] - 182:1
**still** [40] - 36:4, 44:4, 50:10,
50:13, 53:22, 68:12,
68:16, 68:25, 69:6, 70:6,
72:10, 72:21, 77:22,
77:23, 84:12, 85:11,
103:12, 106:16, 115:12,
115:13, 119:1, 121:9,
123:8, 129:9, 131:7,
131:23, 132:21, 139:4,
158:18, 159:9, 161:14,
162:1, 164:16, 166:14,

184:23, 185:4, 185:7,
187:11
**stipulated** [1] - 195:2
**STIPULATION** [1] - 195:1
**stomach** [2] - 37:24, 40:5
**stood** [5] - 52:7, 113:11,
119:6, 119:7, 161:8,
185:14
**stop** [11] - 32:24, 78:2,
92:6, 98:10, 106:15,
113:13, 126:6, 126:10,
134:25, 156:12, 193:14
**stopped** [4] - 39:18, 45:16,
45:19, 106:18
**Stovall** [8] - 84:17, 84:22,
84:24, 84:25, 85:4, 86:1,
87:6, 87:15
**Stovall's** [1] - 85:16
**straight** [2] - 74:22, 127:24
**street** [30] - 39:9, 45:10,
46:25, 48:12, 48:14,
51:3, 52:8, 52:10, 52:21,
54:5, 57:13, 79:8, 97:25,
98:4, 98:6, 100:17,
124:15, 125:1, 127:3,
127:15, 127:20, 128:3,
128:13, 128:21, 133:19,
139:3, 157:11, 158:3,
159:17, 184:22
**Street** [36] - 14:21, 37:22,
39:2, 39:7, 46:2, 46:17,
46:19, 47:13, 48:9,
49:17, 50:25, 51:12,
52:15, 124:5, 124:7,
125:6, 125:25, 126:1,
126:7, 127:2, 131:18,
137:20, 138:14, 140:11,
152:11, 152:15, 158:6,
158:25, 159:8, 160:13,
161:15, 162:2, 163:25,
164:1, 185:21, 186:5
**street's** [3] - 101:5, 101:16,
159:19
**Street's** [1] - 125:9
**stress** [5] - 18:22, 45:8,
63:4, 63:7, 64:13
**stride** [1] - 122:22
**strides** [2] - 44:7, 122:10
**strike** [8] - 15:17, 133:17,
133:19, 133:21, 133:23,
142:15, 143:2
**strikes** [1] - 143:20
**strong** [1] - 133:5
**struggle** [3] - 21:19, 46:24,
52:24
**struggling** [5] - 31:18,
32:1, 32:3, 46:11, 51:22
**students** [1] - 9:25
**study** [1] - 61:18
**stuff** [5] - 83:22, 84:6,

160:4, 178:11, 188:23
**stumbles** [1] - 125:24
**stupidly** [1] - 10:15
**subdued** [1] - 173:21
**subduing** [1] - 72:9
**subject** [19] - 17:11, 42:7,
45:8, 61:4, 61:5, 61:7,
61:8, 61:17, 63:22,
64:14, 113:7, 115:23,
119:24, 120:13, 131:7,
136:8, 142:16, 145:1,
198:4
**subject's** [3] - 42:4, 63:19,
66:20
**subscribe** [1] - 198:2
**successful** [1] - 143:20
**successfully** [2] - 49:23,
50:6
**such** [1] - 41:4
**suffered** [1] - 59:6
**suffering** [2] - 20:10, 91:20
**suite** [1] - 197:2
**Suite** [2] - 1:22, 2:2
**sum** [1] - 42:15
**summary** [2] - 26:21,
45:21
**supine** [1] - 47:5
**supplement** [4] - 85:17,
140:20, 184:4, 189:6
**Supplement** [1] - 167:8
**supplements** [1] - 168:23
**sure** [46] - 10:4, 17:19,
19:8, 20:24, 24:13, 25:3,
27:23, 28:10, 28:15,
34:5, 40:13, 41:7, 44:6,
50:3, 53:6, 53:10, 53:16,
53:24, 53:25, 55:1,
59:23, 67:10, 82:7,
84:23, 85:24, 88:6, 89:7,
96:12, 98:21, 104:5,
104:12, 107:21, 108:4,
114:2, 125:19, 130:19,
140:25, 141:1, 141:11,
169:9, 172:13, 183:24,
184:14, 188:19, 190:7,
190:10
**surface** [1] - 52:25
**susceptibility** [1] - 20:1
**susceptible** [2] - 21:16,
62:20
**suspect** [1] - 187:4
**swear** [1] - 4:1
**switch** [4] - 145:9, 147:12,
147:13, 147:19
**switched** [1] - 129:22
**sworn** [2] - 4:7, 196:6
**sympathy** [1] - 112:17
**symptoms** [2] - 56:16,
56:22
**synopsis** [1] - 140:13

**system** [5] - 28:19, 93:14,
93:17, 94:1, 156:2

## T

**T** [2] - 2:1, 197:25
**table** [6] - 78:18, 79:4,
84:3, 168:18, 180:14
**Tahoe** [1] - 99:19
**tahoe** [1] - 100:13
**take** [36] - 9:12, 11:9, 13:3,
13:15, 14:7, 16:13,
17:13, 17:19, 18:3, 18:4,
19:18, 21:21, 26:19,
43:24, 44:23, 51:4,
51:15, 54:8, 54:9, 55:15,
60:18, 76:3, 78:14, 82:8,
93:9, 111:4, 115:20,
120:17, 134:22, 140:7,
154:13, 156:16, 164:5,
167:1, 167:5, 194:4
**TAKEN** [1] - 1:16
**taken** [7] - 55:14, 92:18,
140:4, 162:11, 167:7,
189:8, 197:15
**takes** [1] - 116:20
**taking** [11] - 26:15, 61:18,
63:2, 63:13, 64:3, 66:24,
66:25, 67:20, 122:10,
122:16, 126:17
**talk** [7] - 22:14, 78:19,
91:23, 106:15, 106:18,
116:25, 144:13
**talking** [23] - 7:2, 22:19,
22:22, 23:1, 24:12, 33:2,
35:16, 41:15, 43:10,
44:7, 67:10, 75:22,
76:10, 87:5, 115:1,
119:1, 126:25, 132:18,
136:3, 178:17, 188:19,
190:21
**TAMPA** [1] - 1:2
**tap** [1] - 163:5
**tapping** [2] - 163:7, 163:21
**target** [6] - 9:22, 65:1,
65:4, 68:14, 143:20,
144:5
**targeting** [1] - 64:24
**tase** [5] - 79:2, 80:9, 81:5,
81:16, 132:20
**tased** [11] - 24:11, 25:12,
25:13, 25:22, 38:9,
38:21, 43:11, 43:15,
79:19, 80:9, 170:9
**Tased** [6] - 10:14, 10:22,
11:3, 44:1, 132:19
**taser** [100] - 7:11, 17:5,
17:10, 18:17, 19:12,
19:14, 19:16, 20:2,

24:15, 25:14, 25:19, 26:18, 26:21, 27:17, 28:19, 29:20, 29:22, 29:25, 30:10, 30:11, 30:17, 30:18, 31:4, 31:9, 36:2, 36:4, 36:9, 36:10, 38:20, 43:18, 46:1, 53:20, 55:17, 55:24, 60:15, 61:13, 65:9, 74:6, 74:14, 77:19, 81:10, 81:12, 81:13, 113:14, 115:8, 115:21, 115:23, 116:1, 116:13, 118:22, 119:16, 120:8, 121:6, 121:8, 121:10, 121:11, 121:14, 121:25, 123:3, 123:7, 123:9, 123:13, 125:22, 125:24, 127:1, 127:4, 139:4, 139:9, 139:15, 140:16, 140:20, 141:4, 141:6, 141:8, 141:14, 141:15, 141:19, 141:22, 141:24, 142:20, 143:3, 143:21, 144:15, 144:16, 144:21, 145:1, 145:2, 145:4, 145:6, 145:8, 145:10, 145:13, 147:17, 148:9, 149:17, 150:16, 170:4, 190:14

**Taser** [72] - 3:13, 8:12, 8:14, 8:18, 9:9, 9:19, 9:20, 9:21, 10:2, 11:2, 11:20, 12:7, 13:13, 13:16, 14:12, 14:14, 15:2, 15:11, 15:12, 15:13, 15:17, 15:18, 15:20, 15:21, 15:22, 16:6, 25:6, 25:11, 25:23, 26:12, 27:2, 27:8, 27:13, 30:3, 30:23, 31:21, 31:25, 32:4, 32:6, 35:25, 39:1, 56:5, 62:11, 64:3, 65:22, 115:18, 116:20, 117:6, 118:5, 118:7, 120:12, 120:22, 120:23, 120:25, 121:13, 124:12, 124:18, 125:10, 125:23, 128:16, 140:17, 142:8, 142:16, 144:10, 146:4, 148:4

**Tasered** [2] - 45:17, 121:22

**tasered** [13] - 23:22, 23:25, 25:5, 25:8, 25:9, 25:17, 45:15, 53:17, 53:20, 54:5, 56:6, 56:9, 80:6

**Tasering** [1] - 9:5

**tasering** [7] - 23:23, 34:17, 36:14, 45:11, 52:4, 53:16, 75:18

**tasers** [1] - 140:10

**Tasers** [2] - 9:13, 18:13

**Tasing** [1] - 45:19

**tasing** [6] - 24:20, 45:22, 46:6, 46:9, 81:6, 132:15

**tasings** [1] - 141:20

**taught** [1] - 19:24

**technique** [1] - 70:15

**techniques** [1] - 70:25

**tell** [59] - 6:1, 7:13, 8:10, 9:15, 10:7, 10:24, 12:17, 12:19, 13:2, 15:1, 17:3, 21:7, 25:21, 26:5, 29:12, 29:25, 30:1, 30:15, 30:18, 32:9, 33:25, 37:11, 38:8, 42:21, 46:14, 51:11, 53:1, 55:9, 55:25, 56:8, 60:12, 78:23, 80:7, 81:11, 82:2, 89:1, 89:19, 93:7, 93:16, 96:7, 98:9, 102:1, 102:22, 107:5, 111:6, 112:6, 116:23, 119:13, 120:16, 127:11, 135:4, 138:10, 160:11, 161:12, 161:24, 162:20, 165:15, 167:13, 189:23

**telling** [3] - 33:9, 47:25, 171:18

**temporary** [1] - 63:7

**ten** [2] - 12:1, 152:17

**tenor** [2] - 132:4, 132:14

**terminology** [1] - 70:10

**terms** [4] - 8:22, 39:24, 93:16, 181:6

**Test** [1] - 3:13

**test** [20] - 60:7, 60:13, 60:17, 60:18, 60:21, 61:3, 61:17, 61:19, 61:25, 62:2, 63:2, 63:13, 64:3, 64:15, 66:24, 66:25, 67:21, 68:5, 70:12

**testified** [16] - 4:8, 19:4, 42:17, 90:9, 112:16, 117:13, 124:11, 127:16, 132:1, 141:16, 153:9, 165:9, 174:1, 176:21, 180:18, 181:13

**testify** [2] - 34:11, 34:15

**testifying** [1] - 183:15

**testimony** [25] - 4:2, 88:15, 102:6, 114:1, 123:2, 123:23, 130:13, 130:15, 132:7, 135:9, 140:9, 143:17, 152:8, 159:17, 171:21, 177:3, 180:25, 181:8, 182:21, 184:8, 189:15, 190:7, 190:11, 191:5, 200:6

**text** [1] - 76:7

**than** [21] - 9:7, 14:17, 21:6, 21:10, 23:17, 32:15, 86:25, 90:5, 105:10, 105:11, 106:10, 112:11, 117:12, 128:3, 128:15, 131:6, 147:11, 148:24, 170:19, 179:22, 193:2

**thank** [10] - 19:18, 56:12, 88:1, 88:2, 171:25, 173:11, 187:22, 192:19, 193:15, 194:3

**thanks** [1] - 107:23

**that** [698] - 4:2, 5:6, 5:16, 5:25, 6:4, 6:10, 6:12, 6:15, 7:2, 7:3, 7:8, 7:13, 7:15, 7:23, 8:8, 8:10, 8:22, 9:1, 9:7, 9:12, 9:17, 9:19, 10:7, 10:24, 11:9, 12:8, 12:21, 12:23, 12:24, 13:4, 13:15, 13:18, 14:2, 14:10, 15:19, 15:20, 16:13, 17:6, 17:14, 18:9, 18:10, 18:17, 19:1, 19:12, 19:20, 19:23, 20:3, 20:9, 20:10, 21:4, 21:8, 21:10, 21:11, 21:12, 21:13, 21:14, 21:21, 21:22, 22:4, 22:14, 23:3, 23:22, 25:2, 25:10, 25:15, 26:1, 26:2, 26:4, 26:5, 26:6, 26:8, 26:9, 26:10, 26:23, 26:24, 27:1, 27:13, 27:17, 28:8, 28:15, 28:18, 28:22, 29:7, 29:23, 29:25, 30:1, 30:22, 31:8, 32:17, 33:14, 33:22, 33:24, 34:3, 34:4, 35:9, 35:20, 35:23, 35:24, 35:25, 36:6, 36:8, 36:12, 37:11, 38:6, 38:8, 38:10, 38:13, 38:14, 38:19, 39:2, 40:6, 40:7, 40:25, 41:4, 41:5, 41:7, 41:10, 42:1, 42:10, 42:13, 42:15, 42:20, 42:21, 43:4, 44:3, 44:9, 44:16, 44:19, 44:25, 45:20, 45:21, 45:22, 46:11, 46:19, 46:24, 47:23, 47:24, 48:4, 48:5, 48:14, 48:16, 48:24, 49:1, 49:7, 49:8, 49:22, 50:9, 50:11, 50:18, 50:19, 51:2, 51:9, 52:5, 52:20, 53:1, 53:5, 53:11, 55:1, 55:14, 55:23, 56:11, 57:6, 57:14, 57:22, 57:24, 57:25, 58:1, 58:2, 58:4, 58:12, 58:20, 58:24, 59:6, 59:24, 59:25, 60:5, 60:21, 60:23, 61:10, 61:12, 61:14, 62:1, 62:3, 62:4, 62:7, 62:14, 62:15, 62:21, 63:1, 63:5, 63:6, 63:9, 63:10, 63:12, 63:15, 63:25, 64:2, 64:5, 64:14, 64:17, 65:8, 66:6, 66:11, 66:14, 66:18, 66:23, 67:4, 67:7, 67:8, 67:13, 68:12, 68:16, 68:17, 68:19, 68:25, 69:6, 69:10, 69:13, 69:15, 69:22, 70:4, 70:6, 70:17, 71:3, 71:22, 71:25, 72:11, 72:15, 72:21, 73:12, 74:13, 75:17, 75:21, 76:6, 76:7, 76:12, 76:20, 77:6, 77:10, 77:11, 77:25, 78:2, 78:16, 78:22, 79:6, 79:10, 79:17, 79:20, 80:3, 80:5, 80:13, 81:1, 81:6, 81:17, 81:25, 82:9, 82:25, 83:14, 83:21, 83:22, 84:4, 84:6, 84:9, 84:10, 84:12, 84:23, 85:5, 85:11, 85:18, 86:3, 86:24, 87:11, 87:15, 87:17, 88:15, 88:18, 88:21, 88:24, 89:1, 89:2, 89:4, 89:8, 89:12, 89:16, 89:23, 90:2, 90:9, 90:11, 90:19, 90:23, 91:3, 91:5, 91:19, 91:20, 91:24, 92:10, 92:12, 92:17, 92:18, 92:19, 93:6, 93:10, 94:5, 94:24, 95:1, 95:5, 95:7, 95:8, 95:11, 95:16, 95:18, 95:19, 95:21, 95:25, 96:8, 96:18, 96:21, 96:23, 97:1, 97:3, 97:6, 97:8, 97:9, 97:20, 97:25, 98:5, 98:6, 98:9, 98:12, 99:13, 99:22, 99:24, 100:1, 100:20, 101:1, 101:2, 101:24, 101:25, 102:5, 103:2, 103:25, 104:2, 104:5, 104:6, 105:7, 105:11, 105:13, 105:16, 105:20, 105:23, 105:25, 106:2, 106:5, 106:6, 106:21, 107:1, 107:10, 107:11, 108:5, 108:6, 108:9, 108:10, 108:19, 109:1, 109:6, 109:11, 109:16, 109:20, 110:2, 110:5, 110:6, 110:9, 110:25, 111:9, 111:21, 111:24, 112:16, 112:20, 112:22, 113:7, 113:9,

113:10, 115:3, 115:4,
115:6, 115:15, 115:16,
115:17, 115:18, 115:20,
116:3, 116:13, 116:21,
117:14, 117:16, 117:17,
117:19, 117:20, 117:22,
118:2, 118:17, 118:18,
118:19, 119:6, 119:9,
119:14, 119:23, 119:24,
120:11, 120:13, 120:20,
120:22, 120:25, 121:10,
121:20, 122:16, 122:20,
123:3, 123:4, 123:9,
123:18, 123:24, 124:10,
124:24, 125:14, 125:15,
125:23, 126:1, 126:2,
126:11, 126:25, 127:6,
127:11, 127:18, 128:3,
129:13, 129:25, 130:1,
130:7, 130:15, 130:17,
131:1, 131:4, 132:7,
132:14, 133:2, 133:5,
133:12, 134:3, 134:6,
135:8, 135:13, 135:14,
135:18, 135:25, 136:15,
136:20, 136:25, 137:2,
137:12, 137:21, 138:5,
138:16, 138:19, 138:20,
139:7, 139:16, 140:3,
140:11, 140:13, 141:8,
141:19, 141:20, 142:2,
143:4, 143:17, 144:14,
144:20, 145:6, 145:7,
145:9, 145:14, 145:19,
145:21, 145:22, 146:24,
147:4, 147:5, 147:7,
147:11, 147:18, 147:19,
148:6, 148:10, 148:14,
148:18, 149:13, 149:20,
149:23, 150:2, 150:3,
150:7, 150:15, 150:17,
150:21, 151:3, 151:8,
151:12, 151:22, 151:24,
152:3, 152:8, 152:11,
152:14, 152:22, 153:1,
153:12, 153:14, 153:17,
153:21, 154:21, 154:25,
155:2, 155:3, 155:9,
155:12, 155:16, 155:18,
155:23, 156:2, 156:11,
156:20, 156:22, 156:23,
157:3, 157:5, 157:15,
157:19, 157:21, 157:23,
157:25, 158:3, 158:12,
158:15, 158:16, 159:2,
159:4, 159:7, 159:16,
159:23, 160:11, 161:4,
162:10, 162:15, 162:21,
163:3, 163:9, 163:10,
163:15, 163:19, 163:22,
163:25, 164:16, 164:23,

165:5, 166:19, 166:22,
167:7, 167:11, 167:13,
167:16, 167:20, 168:6,
168:7, 168:18, 168:20,
168:21, 168:24, 169:3,
169:4, 169:5, 169:10,
169:19, 169:23, 170:11,
170:13, 171:15, 171:20,
172:10, 173:20, 174:1,
174:3, 174:4, 174:6,
174:15, 174:22, 175:3,
175:8, 175:14, 175:18,
175:22, 175:23, 176:11,
176:12, 176:17, 177:2,
177:14, 178:6, 178:7,
178:9, 178:23, 178:24,
179:13, 179:15, 179:25,
180:2, 180:7, 180:16,
180:19, 180:25, 181:14,
183:11, 184:21, 185:10,
185:22, 185:25, 186:5,
186:9, 186:19, 186:25,
187:4, 188:10, 188:23,
188:24, 189:1, 189:2,
189:6, 189:12, 189:16,
189:22, 189:23, 189:25,
190:11, 190:13, 190:20,
191:2, 191:11, 191:12,
191:14, 191:20, 192:1,
192:2, 192:8, 192:12,
192:15, 192:16, 192:25,
193:6, 193:7, 193:24,
193:25, 195:4, 196:4,
200:3, 200:5, 200:8
**that's** [110] - 15:18, 16:15,
17:11, 20:1, 20:17, 24:6,
24:23, 25:13, 26:4, 28:7,
30:15, 30:25, 37:23,
40:19, 43:15, 45:25,
49:1, 54:23, 55:1, 58:25,
62:10, 66:3, 66:10,
68:25, 69:19, 70:22,
76:18, 77:16, 79:17,
80:12, 80:15, 89:19,
91:8, 93:17, 95:3, 95:4,
95:6, 95:22, 96:4, 96:7,
96:20, 98:4, 99:19,
100:13, 101:16, 102:25,
106:6, 106:22, 109:16,
110:7, 110:13, 115:5,
115:15, 116:15, 116:22,
120:22, 121:21, 123:22,
124:13, 128:10, 130:9,
133:9, 137:6, 143:5,
143:6, 143:22, 144:9,
145:21, 146:14, 147:9,
148:5, 149:24, 150:10,
150:13, 151:2, 151:7,
153:11, 153:16, 155:1,
155:17, 156:5, 157:2,
157:13, 159:17, 161:17,

161:19, 162:12, 162:14,
162:15, 162:16, 168:20,
171:21, 171:22, 172:24,
174:3, 178:7, 178:9,
183:12, 186:18, 187:22,
189:5, 189:18, 189:19,
189:20, 190:3, 190:15,
190:24
**THE** [11] - 4:1, 4:5, 70:22,
74:15, 84:23, 92:13,
177:18, 193:16, 194:3,
199:1, 199:1
**their** [3] - 90:7, 131:7,
155:10
**them** [20] - 21:17, 32:9,
46:20, 47:11, 49:13,
51:15, 58:17, 66:25,
89:22, 91:14, 129:8,
129:12, 131:19, 131:20,
134:9, 142:15, 159:11,
167:18, 183:22
**themselves** [1] - 153:23
**then** [118] - 8:12, 10:6,
17:25, 22:17, 25:1,
25:14, 26:18, 27:12,
30:13, 35:25, 37:17,
37:24, 39:18, 46:24,
49:4, 50:17, 50:19,
50:25, 51:3, 72:6, 72:15,
77:3, 77:16, 77:22, 81:9,
81:19, 84:5, 89:22,
95:18, 97:5, 101:1,
102:3, 103:5, 103:25,
104:3, 107:9, 109:5,
109:10, 109:20, 109:23,
110:1, 110:8, 112:13,
115:5, 115:6, 115:8,
115:9, 116:20, 120:8,
120:10, 120:12, 121:6,
121:15, 121:16, 122:9,
124:12, 125:24, 126:13,
126:16, 126:17, 126:21,
127:2, 127:9, 127:14,
128:8, 128:9, 128:18,
128:25, 132:19, 133:7,
137:11, 141:16, 141:18,
143:14, 143:25, 144:25,
146:1, 147:24, 148:2,
148:13, 149:6, 149:12,
149:19, 150:15, 150:17,
150:20, 151:21, 152:6,
152:10, 156:13, 158:25,
160:3, 162:23, 163:21,
165:17, 165:18, 169:19,
170:3, 170:5, 170:8,
171:2, 173:19, 178:25,
179:9, 180:10, 181:15,
184:21, 184:22, 185:1,
185:9, 186:5, 191:4,
191:14, 192:7, 192:10

**there** [124] - 4:18, 5:4,
5:14, 9:3, 9:4, 11:11,
12:23, 13:1, 14:23,
14:25, 16:12, 17:4,
21:14, 22:25, 23:14,
28:5, 34:24, 35:19,
35:22, 40:6, 41:1, 41:2,
45:9, 46:1, 46:14, 48:13,
50:8, 50:17, 51:15,
51:21, 51:23, 52:4, 52:6,
52:18, 55:23, 57:23,
57:25, 59:7, 76:6, 78:1,
78:12, 78:14, 79:12,
79:20, 81:11, 82:11,
84:1, 84:2, 84:3, 84:19,
85:19, 86:3, 86:12,
87:12, 91:24, 92:3, 92:6,
98:18, 99:18, 105:7,
105:9, 105:10, 105:12,
105:13, 105:17, 106:4,
107:3, 107:4, 107:7,
109:14, 111:9, 117:20,
125:17, 126:19, 128:9,
129:2, 130:25, 131:4,
132:6, 134:12, 137:18,
141:17, 144:6, 144:14,
148:1, 152:21, 153:1,
154:23, 159:3, 161:13,
163:16, 165:3, 165:17,
168:1, 168:19, 168:24,
169:17, 172:10, 172:11,
173:12, 173:16, 173:22,
174:6, 180:12, 180:13,
180:14, 180:15, 181:4,
182:24, 183:18, 184:7,
184:23, 185:10, 187:19,
188:2, 188:4, 189:12,
191:24, 193:11, 193:24
**there's** [48] - 16:16, 30:1,
32:22, 33:6, 33:7, 33:9,
35:18, 36:10, 55:23,
57:23, 62:3, 63:4, 84:3,
92:1, 92:2, 94:5, 96:20,
97:1, 97:19, 99:9, 99:19,
106:20, 106:23, 107:9,
107:10, 107:13, 107:16,
108:6, 108:10, 108:12,
109:5, 109:15, 109:19,
109:20, 109:23, 110:2,
130:21, 132:6, 138:21,
144:1, 145:9, 148:3,
155:5, 155:9, 156:9,
168:6
**thereafter** [1] - 27:12
**thereof** [1] - 198:5
**these** [20] - 31:2, 57:16,
59:14, 62:18, 67:4,
67:20, 67:23, 83:17,
102:5, 122:15, 134:8,
143:16, 172:21, 173:4,

173:12, 180:19, 182:25,
183:3, 183:17, 193:7
**they** [66] - 7:17, 10:25,
11:1, 11:6, 11:7, 11:23,
12:14, 12:25, 15:20,
15:24, 40:10, 51:16,
51:17, 53:22, 55:18,
55:25, 56:8, 58:2, 67:9,
75:18, 82:8, 88:21,
88:24, 89:13, 89:14,
89:22, 91:5, 91:6, 91:12,
91:13, 92:3, 96:9, 96:13,
105:10, 105:12, 122:8,
129:9, 142:9, 142:10,
142:12, 143:19, 166:8,
167:13, 167:15, 167:17,
179:5, 179:22, 179:25,
180:1, 182:10, 182:22,
183:11, 183:13, 183:14,
183:19, 183:20, 183:22,
183:23, 183:24, 187:4,
192:17
**they'll** [1] - 91:11
**they're** [5] - 12:20, 80:1,
91:9, 96:12, 142:12
**thing** [15] - 79:16, 82:24,
83:14, 85:22, 87:9,
102:25, 103:25, 106:5,
119:4, 127:21, 133:22,
141:9, 154:21, 156:8,
183:25
**things** [9] - 15:14, 43:11,
60:25, 71:13, 77:24,
86:3, 96:14, 175:18,
187:24
**think** [32] - 8:20, 37:9,
42:17, 52:10, 53:2,
54:23, 76:21, 77:15,
78:7, 98:15, 101:12,
103:4, 103:5, 103:13,
103:22, 104:9, 104:24,
105:5, 110:8, 114:1,
127:13, 127:17, 130:24,
152:13, 154:25, 157:16,
164:3, 164:18, 171:24,
174:16, 180:18, 190:8
**thinking** [2] - 55:7, 185:9
**thinks** [1] - 20:10
**third** [3] - 29:15, 169:23,
184:17
**this** [180] - 4:2, 16:18,
16:21, 17:10, 17:15,
17:21, 18:19, 19:19,
21:15, 24:14, 26:20,
27:13, 28:22, 30:4,
30:16, 34:8, 37:2, 43:3,
47:5, 47:16, 47:24,
54:12, 61:1, 61:16,
61:18, 63:2, 69:19, 76:9,
78:18, 80:7, 81:15, 84:3,

85:23, 88:16, 88:18,
88:19, 89:9, 90:1, 92:7,
92:8, 92:18, 93:5, 93:11,
94:14, 94:17, 95:5,
95:23, 96:6, 96:17,
97:11, 97:22, 97:23,
97:24, 97:25, 98:1, 98:6,
99:12, 99:15, 100:19,
101:5, 101:22, 102:4,
102:9, 102:11, 103:14,
104:12, 104:18, 104:25,
112:2, 112:15, 112:16,
114:25, 119:18, 119:21,
123:10, 127:17, 128:17,
128:25, 129:16, 130:12,
130:13, 130:17, 131:24,
134:9, 134:12, 134:13,
134:16, 134:17, 134:25,
135:3, 135:12, 135:14,
135:19, 135:21, 136:14,
136:16, 136:18, 137:22,
138:1, 138:6, 140:3,
140:5, 140:9, 140:18,
140:19, 140:23, 141:2,
141:13, 141:21, 143:21,
144:10, 145:14, 147:11,
148:9, 148:18, 151:2,
151:3, 151:7, 153:11,
154:13, 154:18, 154:19,
154:21, 154:22, 155:4,
155:24, 156:2, 156:8,
156:13, 156:16, 157:7,
157:8, 157:10, 158:4,
158:6, 160:4, 160:5,
160:20, 161:25, 162:12,
163:21, 164:19, 165:9,
166:16, 166:19, 166:23,
167:1, 167:20, 167:24,
168:11, 168:12, 168:17,
168:21, 169:10, 169:19,
169:21, 171:25, 172:15,
178:13, 178:16, 184:11,
189:5, 189:8, 189:9,
189:11, 189:14, 190:7,
190:20, 193:17, 196:7,
197:17, 199:7, 199:8,
200:13
**this's** [1] - 168:9
**those** [12] - 10:15, 11:5,
11:11, 67:17, 68:7,
71:13, 151:2, 154:9,
175:17, 182:20, 182:21,
191:15
**though** [1] - 61:4
**thought** [5] - 14:2, 25:2,
25:22, 42:17, 78:11
**threat** [3] - 69:14, 72:14,
188:16
**threaten** [1] - 173:5
**threatened** [2] - 172:22,

188:9
**threatening** [5] - 9:8,
174:2, 174:7, 188:12,
188:18
**three** [17] - 6:7, 27:4,
29:15, 29:23, 35:6,
52:21, 56:4, 58:11,
67:16, 79:24, 80:2,
120:20, 137:6, 147:25,
148:14, 149:12, 163:1
**threshold** [2] - 103:17,
124:3
**through** [22] - 3:12, 17:3,
40:10, 53:22, 60:25,
61:4, 72:23, 78:20, 92:7,
94:21, 103:20, 106:19,
106:21, 140:4, 146:20,
148:4, 152:8, 156:9,
168:19, 175:13, 189:8,
198:2
**throughout** [3] - 92:2,
107:9, 107:13
**tightening** [1] - 182:1
**time** [85] - 6:4, 10:5, 10:7,
23:6, 23:14, 23:15,
23:22, 25:5, 26:9, 26:10,
28:3, 28:5, 30:16, 36:3,
38:21, 43:11, 43:15,
54:11, 71:9, 74:3, 74:11,
90:2, 91:5, 91:16, 94:20,
95:5, 95:22, 96:1, 96:4,
96:10, 98:16, 102:13,
103:14, 108:19, 115:2,
116:13, 122:2, 124:22,
124:25, 125:5, 127:13,
129:24, 132:8, 134:3,
135:18, 137:22, 141:17,
142:5, 142:7, 144:9,
148:20, 151:8, 152:10,
152:13, 152:23, 156:10,
160:19, 166:1, 166:15,
166:21, 167:1, 167:3,
168:1, 168:11, 171:25,
172:10, 172:17, 172:21,
173:19, 173:21, 173:22,
175:15, 175:19, 175:21,
176:14, 186:13, 187:1,
187:15, 189:2, 192:25,
193:22, 194:1
**TIME** [1] - 1:19
**timeframe** [4] - 98:21,
104:2, 151:25, 152:3
**timeline** [1] - 148:2
**times** [13] - 26:10, 26:11,
29:7, 29:11, 29:22, 30:3,
31:9, 34:4, 45:14,
120:21, 136:18, 141:13,
177:7
**timing** [1] - 141:12
**tip** [1] - 161:6

**TO** [1] - 199:1
**Tobeck** [8] - 76:9, 77:18,
169:15, 169:18, 170:5,
171:2, 178:3, 192:7
**Tobeck's** [1] - 184:10
**today** [4] - 4:11, 7:3,
171:21, 194:1
**together** [11] - 46:20,
52:14, 99:3, 102:13,
104:14, 129:4, 129:5,
129:11, 131:20, 140:5,
151:2
**toggle** [4] - 145:9, 145:14,
147:12, 147:13
**toggled** [1] - 147:19
**told** [13] - 16:5, 20:9, 21:5,
45:23, 47:3, 59:4,
111:15, 171:20, 174:22,
175:3, 181:1, 181:5,
191:3
**tolerance** [2] - 42:20,
123:10
**tone** [3] - 33:9, 33:12,
33:18
**too** [4] - 6:23, 36:6, 105:22,
190:7
**took** [4] - 44:5, 46:19,
70:11, 84:7, 102:5,
133:6, 159:12
**tool** [2] - 70:15, 70:24
**top** [20] - 18:3, 18:5, 47:15,
47:17, 49:21, 72:25,
73:1, 86:9, 96:21, 112:3,
116:7, 126:6, 145:18,
145:22, 161:7, 169:11,
169:17, 170:1, 170:2,
173:20
**topic** [1] - 19:23
**torso** [2] - 15:24, 16:2
**total** [4] - 45:7, 64:12, 69:3,
141:25
**totally** [1] - 178:20
**touched** [1] - 193:7
**touching** [2] - 139:11,
139:13
**toward** [2] - 43:18, 77:20
**towards** [61] - 7:20, 7:21,
7:25, 8:8, 26:18, 35:21,
37:3, 37:9, 37:17, 40:3,
40:4, 42:24, 43:16, 44:4,
44:11, 48:6, 48:20,
49:20, 80:19, 83:1,
102:17, 109:13, 109:18,
113:12, 114:16, 114:18,
115:4, 117:18, 117:24,
119:4, 119:11, 119:22,
120:18, 121:15, 121:17,
124:10, 125:16, 126:9,
129:20, 131:15, 141:16,
164:2, 167:2, 169:11,

169:17, 176:22, 177:2,
177:11, 179:11, 179:16,
179:21, 182:5, 182:9,
182:15, 190:1, 190:22,
191:25, 192:6, 192:10,
192:16, 193:4
**traffic** [10] - 6:2, 7:14,
92:23, 101:14, 134:10,
138:22, 138:23, 162:3,
162:4, 162:8
**trained** [2] - 42:12, 42:14
**training** [27] - 9:13, 9:16,
9:18, 9:21, 10:12, 13:11,
15:2, 15:10, 15:12,
16:19, 17:10, 17:16,
17:23, 19:3, 19:24, 41:9,
60:7, 60:15, 60:20,
61:18, 65:9, 65:17,
65:20, 65:22, 71:12,
121:10, 144:19
**transcript** [7] - 122:6,
197:14, 197:17, 197:19,
199:6, 199:7, 200:5
**transcription** [2] - 198:3,
199:7
**transmission** [9] - 113:3,
113:18, 119:20, 120:1,
135:7, 135:8, 137:8,
137:11, 137:21
**transmitting** [1] - 155:14
**travel** [1] - 99:20
**tried** [1] - 38:1
**trigger** [23] - 27:4, 27:10,
27:13, 94:5, 142:4,
142:6, 142:7, 144:8,
144:15, 145:4, 146:8,
146:17, 147:6, 147:24,
148:13, 148:19, 148:20,
149:13, 149:15, 149:20,
150:5, 150:17, 150:20
**triple** [2] - 136:19, 136:20
**truck** [2] - 100:24, 101:1
**true** [5] - 26:4, 45:25,
68:22, 71:13, 200:6
**truth** [2] - 4:3, 4:14
**try** [7] - 38:24, 93:6, 99:8,
129:25, 135:19, 170:6,
171:1
**trying** [46] - 25:13, 31:23,
32:6, 46:20, 47:6, 47:18,
48:21, 49:19, 69:15,
81:10, 81:12, 81:15,
81:22, 81:23, 82:3,
107:21, 129:1, 129:2,
129:4, 129:9, 129:11,
129:17, 129:21, 129:24,
131:10, 131:15, 131:16,
133:11, 133:13, 158:13,
165:9, 169:21, 169:24,
171:5, 171:6, 171:9,

171:12, 171:13, 172:4,
180:11, 184:25, 185:11,
185:18, 185:22, 186:2
**turn** [7] - 93:24, 94:8,
109:6, 109:11, 109:12,
135:12, 179:11
**turned** [4] - 25:14, 94:10,
144:21, 170:4
**turning** [2] - 126:16, 178:6
**turns** [1] - 145:10
**Two** [1] - 80:2
**two** [27] - 10:25, 11:1,
27:25, 29:14, 29:23,
35:6, 35:10, 35:18,
43:10, 55:23, 57:15,
58:11, 91:12, 92:9,
120:20, 130:22, 133:6,
135:22, 142:5, 144:13,
144:19, 144:22, 151:2,
156:12, 164:22, 187:24
**type** [7] - 9:1, 11:2, 24:7,
33:12, 71:22, 139:24,
175:16
**types** [1] - 33:6
**typically** [6] - 6:3, 12:19,
15:18, 92:4, 107:11,
108:16

# U

**uh** [28] - 47:4, 48:10,
63:11, 64:1, 70:18, 76:5,
81:2, 81:8, 83:24, 84:11,
87:10, 90:18, 96:19,
99:14, 101:17, 107:15,
107:17, 136:17, 137:1,
137:5, 146:25, 150:19,
153:8, 153:13, 179:14,
180:17, 181:17, 184:9
**uh-huh** [28] - 47:4, 48:10,
63:11, 64:1, 70:18, 76:5,
81:2, 81:8, 83:24, 84:11,
87:10, 90:18, 96:19,
99:14, 101:17, 107:15,
107:17, 136:17, 137:1,
137:5, 146:25, 150:19,
153:8, 153:13, 179:14,
180:17, 181:17, 184:9
**Ulmerton** [2] - 2:7, 197:8
**ulna** [1] - 130:24
**unarmed** [1] - 146:16
**unaware** [3] - 20:13,
175:15
**uncertainty** [1] - 78:17
**uncuffed** [3] - 77:3, 77:7,
77:11
**under** [29] - 18:7, 42:1,
44:23, 45:5, 46:16,
57:24, 59:7, 59:12,

59:13, 63:4, 63:18, 64:8,
64:11, 64:20, 69:4,
69:20, 92:5, 107:12,
108:16, 111:10, 140:13,
153:11, 158:13, 173:17,
180:3, 180:6, 192:25,
193:3, 193:4
**underneath** [5] - 47:8,
47:11, 47:14, 48:8,
131:17
**undersigned** [1] - 196:4
**understand** [31] - 14:5,
15:7, 30:25, 33:25, 36:3,
37:25, 38:3, 76:7, 76:17,
77:1, 77:9, 77:15, 77:17,
94:14, 104:5, 107:22,
108:4, 108:9, 118:2,
124:16, 141:2, 141:11,
141:12, 168:20, 176:4,
180:4, 180:7, 186:17,
188:19, 190:7, 190:11
**understanding** [21] -
13:12, 15:1, 24:18,
49:15, 55:21, 66:14,
66:17, 70:8, 96:7, 109:1,
144:9, 147:7, 148:6,
148:18, 156:2, 167:22,
168:5, 186:13, 186:17,
186:21, 192:14
**understands** [1] - 24:17
**understood** [14] - 33:22,
58:4, 58:7, 70:11,
111:20, 111:21, 111:23,
111:24, 114:1, 115:17,
176:8, 176:9, 176:11,
186:14
**unfortunately** [1] - 40:23
**unholster** [2] - 115:25,
146:1
**unholstering** [1] - 146:4
**unholsters** [1] - 117:6
**unholsters** [1] - 116:23
**unit** [1] - 155:14
**UNITED** [1] - 1:1
**university** [1] - 5:11
**unless** [2] - 43:25, 187:4
**unmarked** [1] - 101:9
**unresponsive** [5] - 158:25,
163:11, 163:14, 185:5,
187:7
**unresponsiveness** [1] -
50:21
**until** [19] - 9:9, 9:16, 25:6,
25:23, 30:17, 39:4, 39:8,
44:19, 45:11, 77:11,
91:14, 124:14, 151:8,
153:14, 156:9, 173:21,
190:11, 190:13, 190:14
**up** [145] - 11:5, 11:16,
18:18, 21:1, 22:13,

25:17, 27:23, 31:13,
31:14, 31:19, 31:22,
31:23, 31:24, 31:25,
32:2, 32:3, 32:5, 32:7,
35:19, 38:11, 38:14,
38:15, 38:16, 38:24,
42:15, 43:5, 43:19,
44:12, 44:20, 50:17,
51:15, 51:17, 51:22,
52:7, 73:18, 76:3, 81:15,
81:20, 81:21, 81:22,
81:24, 82:3, 82:11,
82:17, 82:18, 82:20,
83:3, 87:12, 88:15,
88:23, 90:22, 91:1, 92:7,
94:2, 94:13, 95:12,
96:20, 97:19, 98:25,
100:19, 102:17, 102:18,
104:4, 106:17, 108:23,
109:2, 109:4, 109:5,
109:6, 109:15, 110:19,
111:18, 112:1, 113:11,
115:7, 116:7, 119:6,
119:7, 122:6, 122:21,
123:23, 125:12, 125:16,
125:18, 125:21, 126:4,
126:16, 126:18, 129:20,
131:4, 131:5, 131:6,
131:9, 135:12, 135:13,
135:14, 136:12, 136:19,
137:25, 138:1, 138:17,
142:9, 145:24, 145:25,
146:2, 147:4, 147:19,
147:21, 154:18, 154:21,
155:24, 156:11, 158:4,
160:5, 161:8, 161:15,
161:19, 169:21, 170:6,
170:7, 170:8, 171:1,
171:3, 171:4, 171:5,
171:6, 171:9, 171:13,
172:1, 172:5, 179:15,
179:20, 182:5, 184:21,
184:22, 185:2, 185:14,
187:24, 189:14, 191:7,
193:23
**Upon** [1] - 197:18
**upper** [4] - 94:22, 95:12,
154:23, 184:6
**upstairs** [9] - 22:13, 57:20,
84:15, 91:22, 103:6,
106:4, 106:13, 108:23,
166:12
**us** [26] - 8:8, 9:19, 17:20,
28:25, 42:24, 52:12,
52:13, 56:8, 57:25,
89:14, 91:18, 91:19,
93:16, 102:3, 114:3,
126:13, 128:15, 129:10,
131:19, 134:17, 138:15,
144:18, 163:12, 181:25,
182:9, 182:15

USAA [1] - 5:3
Use [1] - 42:2
use [26] - 13:12, 15:2,
15:11, 15:23, 18:12,
21:17, 28:19, 62:13,
62:20, 63:5, 63:6, 68:10,
68:22, 70:14, 70:15,
70:24, 71:6, 71:10,
71:17, 72:18, 92:14,
132:6, 134:7, 134:9,
146:5
used [12] - 9:9, 12:8, 19:6,
27:14, 28:9, 29:7, 62:10,
70:15, 70:25, 71:23,
72:16, 113:15
user [2] - 60:22, 61:16
User [2] - 17:7, 61:2
USF [1] - 5:12
using [5] - 69:3, 114:21,
114:22, 134:14, 169:1
utilize [1] - 13:24
utilized [1] - 59:21

Vic [1] - 101:11
Victoria [1] - 101:10
video [8] - 97:12, 99:10,
100:5, 100:21, 101:19,
102:4, 102:9, 158:23
view [3] - 97:25, 134:12,
190:13
visible [4] - 40:6, 40:10,
118:13, 153:18
visual [3] - 121:19, 134:7,
190:16
volume [1] - 135:12
volunteer [1] - 104:5
volunteered [2] - 10:15,
10:21
vs [3] - 1:7, 197:10, 199:2

## W

waistband [1] - 8:8
wait [2] - 8:3, 110:18
waited [1] - 7:24
wake [1] - 185:2
walk [5] - 40:17, 91:22,
94:21, 99:2, 113:12
walked [1] - 124:13
walking [11] - 43:16, 43:18,
43:21, 44:3, 102:17,
102:18, 104:9, 122:10,
122:22, 124:12
wall [12] - 34:24, 36:23,
38:6, 41:1, 44:16, 75:1,
75:7, 75:11, 76:3, 80:10,
80:19, 121:17
want [23] - 5:17, 24:13,
36:23, 37:2, 45:20,
67:10, 79:16, 87:8,
91:13, 93:2, 98:9,
104:12, 129:14, 130:20,
130:24, 131:1, 141:1,
166:25, 169:23, 180:13,
181:24, 188:19, 193:18
wanted [4] - 23:2, 41:7,
83:13, 89:14
warned [2] - 15:14, 71:21
warning [5] - 17:22, 18:4,
18:5, 21:15, 61:16
Warnings [1] - 17:7
warnings [6] - 15:10,
16:14, 19:5, 41:25,
60:23, 61:2
was [501] - 4:7, 5:16, 5:18,
7:14, 7:15, 7:19, 7:21,
7:24, 8:3, 8:6, 8:11, 8:13,
8:14, 8:16, 8:23, 9:1, 9:3,
9:4, 9:7, 9:9, 10:14, 11:6,
11:11, 11:14, 11:17,
11:18, 11:20, 12:2, 12:3,
12:7, 12:10, 12:24, 13:2,

## V

V [1] - 1:3
vantage [2] - 76:1, 183:8
vehicle [25] - 7:20, 7:21,
7:23, 8:1, 8:2, 91:17,
92:19, 93:18, 94:18,
95:3, 98:11, 99:9, 99:17,
99:18, 99:22, 100:1,
100:8, 100:16, 101:2,
101:5, 101:8, 155:16,
155:24
vehicles [3] - 8:5, 99:15,
154:20
verbal [14] - 24:3, 25:18,
32:13, 32:15, 33:21,
113:8, 115:24, 117:11,
119:25, 120:14, 131:23,
136:9, 163:12, 173:8
verbalization [1] - 173:1
verbalize [1] - 185:17
verbalized [2] - 176:1,
176:6
verbalizing [4] - 26:16,
115:9, 115:13, 186:3
verbally [7] - 108:1,
163:19, 172:22, 173:5,
188:9, 188:15, 188:18
verbatim [1] - 17:21
verbiage [1] - 140:22
verify [2] - 171:7, 172:16
very [10] - 26:22, 37:6,
40:19, 44:19, 69:10,
88:3, 122:18, 133:5,
171:25, 194:1
vic [1] - 101:10

14:2, 14:19, 16:24, 19:8,
19:11, 19:14, 19:15,
19:16, 20:9, 20:13,
20:19, 20:25, 21:13,
22:1, 22:13, 22:21,
23:14, 23:22, 23:25,
24:3, 24:4, 24:11, 24:24,
25:5, 25:6, 25:8, 26:13,
26:14, 27:2, 27:4, 27:8,
27:10, 27:12, 27:13,
27:17, 28:9, 28:16,
28:22, 28:25, 29:7,
29:22, 30:10, 30:14,
30:18, 30:23, 31:8,
31:18, 31:21, 31:23,
32:1, 32:3, 32:6, 32:10,
32:15, 32:19, 33:14,
33:19, 34:10, 34:23,
35:1, 35:7, 35:8, 35:10,
35:14, 35:19, 35:20,
36:1, 36:14, 36:15,
36:21, 36:23, 36:25,
37:2, 37:3, 37:5, 37:6,
37:8, 37:15, 37:16,
37:18, 37:20, 37:22,
37:24, 37:25, 38:4, 38:6,
38:9, 38:10, 38:21,
38:25, 39:1, 39:3, 39:9,
39:10, 39:14, 39:16,
39:18, 39:19, 39:22,
39:23, 40:2, 40:18,
40:25, 41:3, 41:4, 42:18,
42:20, 42:22, 42:24,
42:25, 43:3, 43:4, 43:5,
43:7, 43:9, 43:11, 43:14,
43:16, 43:17, 44:16,
44:17, 45:9, 45:14,
45:15, 45:16, 45:17,
45:18, 46:1, 46:7, 46:8,
46:9, 46:11, 46:15,
46:21, 47:5, 47:7, 47:19,
47:21, 47:23, 48:5,
48:13, 48:14, 48:16,
48:17, 48:18, 48:24,
49:7, 49:10, 49:12,
49:13, 49:15, 49:17,
49:19, 49:21, 50:6,
50:10, 50:12, 50:13,
50:15, 50:17, 50:18,
50:20, 50:22, 51:2, 51:9,
51:11, 51:21, 52:4, 52:9,
52:11, 52:15, 52:17,
52:18, 53:3, 53:11,
53:14, 53:15, 53:17,
53:19, 53:20, 54:5,
54:11, 54:14, 55:14,
56:6, 56:9, 57:21, 58:2,
59:11, 59:13, 63:12,
63:15, 64:2, 65:8, 69:15,
71:22, 73:2, 73:4, 73:6,
73:18, 73:19, 74:7,

74:13, 74:18, 74:22,
74:24, 75:1, 75:7, 75:22,
76:6, 76:11, 76:12,
76:23, 77:3, 77:6, 77:7,
77:9, 77:10, 77:11,
77:21, 77:25, 78:16,
79:6, 79:13, 79:18,
79:22, 80:6, 80:9, 81:6,
81:12, 81:20, 81:21,
81:23, 82:7, 82:9, 82:12,
82:13, 83:15, 83:21,
83:25, 84:1, 84:17,
84:19, 84:20, 86:21,
87:21, 88:8, 88:20,
88:21, 88:25, 89:3, 89:8,
89:9, 89:12, 89:13,
89:16, 90:3, 90:5, 90:7,
90:13, 90:14, 91:5,
91:24, 92:18, 92:19,
101:2, 104:2, 105:14,
107:5, 110:5, 113:14,
115:20, 117:15, 117:18,
117:19, 118:14, 120:1,
120:4, 120:22, 121:11,
122:9, 123:3, 123:6,
123:8, 123:9, 123:10,
123:17, 124:10, 124:11,
126:12, 131:5, 131:11,
132:10, 132:11, 132:12,
132:13, 132:19, 132:20,
133:5, 133:6, 133:22,
134:2, 134:23, 135:16,
135:23, 136:5, 136:23,
137:15, 138:3, 138:11,
139:14, 141:14, 141:17,
141:22, 141:24, 142:1,
142:2, 142:4, 142:6,
145:11, 146:16, 147:25,
148:13, 149:20, 151:15,
151:17, 152:9, 152:18,
152:20, 153:17, 154:3,
156:17, 159:10, 159:23,
160:8, 160:14, 161:5,
161:6, 161:10, 161:20,
161:22, 162:18, 163:4,
163:9, 163:10, 163:14,
163:16, 163:17, 164:10,
164:16, 164:20, 165:1,
165:13, 165:17, 166:1,
166:11, 166:14, 166:21,
167:3, 167:5, 168:1,
168:12, 171:3, 171:4,
171:6, 171:7, 171:8,
171:20, 172:4, 172:11,
172:16, 172:19, 173:1,
173:16, 173:21, 173:22,
174:6, 174:15, 174:20,
175:3, 175:15, 176:6,
176:10, 176:18, 176:22,
177:5, 177:10, 178:5,
178:17, 179:2, 179:10,

180:2, 180:5, 180:11, 180:13, 180:14, 181:19, 181:21, 182:14, 182:18, 183:17, 184:12, 184:20, 184:22, 185:15, 185:18, 186:6, 186:8, 186:14, 187:7, 187:10, 187:11, 187:12, 188:12, 188:15, 188:17, 189:1, 189:10, 189:13, 190:8, 190:10, 191:2, 191:12, 191:15, 192:7, 193:9, 193:11, 196:5, 200:4

**wasn't** [22] - 20:19, 32:3, 38:20, 42:22, 43:7, 43:8, 50:9, 72:4, 80:9, 91:4, 121:11, 122:9, 130:14, 135:13, 141:17, 152:18, 163:16, 172:10, 176:10, 180:15, 186:3, 187:7

**way** [30] - 8:24, 11:13, 49:18, 49:21, 52:1, 59:9, 59:22, 61:3, 77:6, 77:11, 81:17, 84:4, 84:6, 92:8, 94:13, 109:5, 111:16, 114:14, 121:16, 132:4, 135:12, 135:13, 135:14, 148:8, 148:18, 160:22, 160:24, 172:11, 172:15, 181:16

**we** [189] - 6:19, 6:20, 8:4, 8:5, 8:10, 8:12, 9:18, 10:5, 10:6, 12:21, 12:22, 13:3, 13:4, 13:10, 15:12, 17:19, 17:20, 18:16, 21:12, 21:13, 22:12, 22:13, 22:14, 22:16, 22:24, 23:14, 23:15, 23:17, 23:18, 25:10, 28:24, 33:25, 35:16, 35:19, 37:10, 37:18, 39:1, 39:15, 39:18, 40:19, 41:7, 42:14, 42:16, 45:17, 45:19, 45:22, 46:20, 48:5, 48:13, 50:2, 50:4, 50:16, 50:17, 50:20, 50:21, 50:24, 51:2, 51:14, 51:21, 53:3, 54:8, 55:8, 57:24, 61:14, 61:15, 61:20, 61:22, 67:18, 69:12, 69:24, 69:25, 74:13, 74:14, 76:21, 77:2, 77:13, 77:16, 78:4, 78:9, 78:19, 79:23, 84:2, 84:3, 84:4, 84:5, 84:8, 85:14, 85:20, 91:14, 91:16, 91:17, 92:12, 93:5, 93:8, 94:16, 94:18, 95:25, 96:15, 97:14, 97:23, 98:10, 98:12,

98:14, 99:4, 99:5, 99:12, 100:7, 100:10, 100:19, 101:5, 101:7, 102:5, 102:9, 110:18, 113:8, 117:3, 119:18, 124:5, 126:25, 127:9, 127:13, 127:14, 128:9, 128:21, 129:4, 129:11, 131:10, 131:15, 131:20, 132:17, 133:22, 133:23, 134:16, 134:17, 134:20, 135:2, 135:15, 136:15, 137:8, 137:25, 139:16, 140:5, 141:11, 147:16, 151:17, 151:18, 151:22, 152:7, 154:1, 154:18, 154:19, 158:5, 158:23, 159:9, 159:11, 159:12, 160:3, 160:11, 161:7, 161:8, 161:25, 163:25, 164:2, 164:18, 165:16, 166:7, 166:14, 168:15, 168:18, 170:7, 170:11, 173:16, 177:15, 185:10, 185:11, 186:4, 186:5, 187:8, 187:9, 187:10

**we'll** [12] - 13:7, 13:9, 14:3, 25:1, 25:3, 56:11, 85:3, 92:7, 92:10, 92:14, 92:20, 102:11

**we're** [58] - 6:20, 7:2, 13:5, 13:15, 22:16, 22:25, 24:14, 25:13, 31:6, 32:12, 41:14, 41:24, 43:10, 44:6, 44:7, 45:21, 46:21, 62:7, 67:10, 74:4, 76:10, 78:4, 84:9, 85:16, 92:9, 93:8, 94:15, 102:4, 102:16, 102:17, 102:18, 103:17, 104:8, 104:17, 109:15, 112:8, 112:12, 115:2, 117:10, 119:25, 128:5, 128:7, 129:1, 129:4, 129:10, 133:10, 134:9, 134:14, 136:9, 155:2, 160:19, 161:15, 161:19, 166:7, 185:1, 185:9, 185:11, 190:20

**We're** [1] - 185:22

**we've** [2] - 103:15, 114:21

**weapon** [35] - 13:18, 13:22, 14:9, 14:10, 14:13, 14:17, 35:19, 35:22, 35:24, 36:2, 36:12, 57:23, 57:24, 59:7, 59:12, 59:22, 60:2, 60:4, 62:9, 92:5, 108:16, 111:12, 115:5, 115:8, 117:20, 118:3, 118:8, 118:11, 118:22, 119:12,

119:14, 146:1, 173:17, 173:22, 190:4

**weapons** [21] - 92:1, 92:2, 92:4, 106:4, 107:5, 107:7, 107:9, 107:10, 107:13, 107:16, 108:6, 108:10, 108:12, 108:15, 153:21, 153:22, 153:23, 153:25, 154:5, 173:12, 182:20

**weird** [6] - 76:11, 76:12, 76:22, 77:10, 184:12, 184:20

**welcome** [1] - 134:11

**well** [32] - 5:24, 10:8, 11:21, 14:14, 17:6, 17:14, 20:14, 22:12, 22:25, 25:10, 30:14, 31:17, 31:23, 35:18, 43:7, 49:18, 50:2, 54:24, 61:13, 80:7, 91:9, 105:24, 107:5, 114:12, 118:24, 125:21, 141:24, 151:17, 173:1, 179:23, 183:17, 186:8

**went** [22] - 5:12, 10:12, 20:2, 22:12, 23:16, 29:25, 45:19, 48:6, 72:25, 73:1, 73:18, 82:3, 84:15, 87:11, 88:22, 130:14, 135:3, 139:17, 151:8, 152:22, 175:13, 184:23

**were** [183] - 3:12, 5:1, 5:4, 5:8, 6:22, 11:11, 11:15, 12:11, 12:25, 14:23, 14:25, 15:14, 15:22, 16:5, 21:3, 21:9, 21:13, 22:14, 22:19, 22:22, 23:14, 24:10, 33:8, 33:23, 33:25, 34:2, 34:22, 35:12, 35:16, 39:15, 40:4, 40:19, 42:14, 44:24, 46:20, 47:15, 47:20, 51:13, 51:17, 51:21, 53:21, 53:22, 57:5, 61:10, 62:20, 63:1, 63:15, 64:5, 64:17, 66:5, 66:8, 66:22, 67:4, 67:19, 67:23, 68:19, 71:13, 72:10, 72:20, 74:21, 75:17, 75:18, 75:24, 76:3, 76:13, 76:22, 77:10, 77:17, 79:3, 79:17, 81:19, 82:3, 82:25, 83:20, 84:2, 84:8, 86:12, 88:24, 90:2, 90:19, 90:23, 92:24, 96:24, 98:20, 99:22, 100:1,

105:10, 105:12, 105:17, 105:19, 105:22, 105:24, 106:4, 113:8, 113:17, 116:3, 117:18, 117:21, 118:6, 118:13, 120:2, 122:7, 122:8, 122:16, 126:25, 129:9, 129:16, 131:4, 131:6, 131:10, 131:15, 132:18, 133:22, 133:25, 139:10, 139:20, 139:25, 140:3, 140:11, 151:3, 153:2, 154:1, 154:20, 159:9, 159:11, 166:8, 167:7, 167:13, 167:15, 168:18, 169:3, 169:4, 169:20, 171:17, 172:5, 173:12, 174:22, 175:1, 175:23, 176:12, 177:11, 178:3, 178:4, 178:18, 179:5, 179:10, 179:25, 180:5, 180:12, 180:19, 180:22, 180:23, 182:10, 182:16, 182:21, 182:22, 182:24, 183:11, 183:13, 183:14, 183:19, 183:20, 183:23, 184:6, 184:11, 186:2, 187:19, 188:8, 188:12, 189:8, 189:9, 191:20, 191:25, 192:5, 192:16, 192:17

**weren't** [4] - 57:12, 172:5, 172:17, 189:12

**west** [2] - 34:23, 114:16

**what** [291] - 4:20, 5:1, 5:4, 5:18, 5:23, 6:1, 6:8, 6:22, 7:24, 8:3, 10:7, 11:13, 12:7, 12:11, 12:17, 12:24, 12:25, 13:2, 13:5, 15:1, 15:14, 16:15, 19:1, 20:24, 21:7, 21:25, 22:25, 23:6, 24:10, 24:17, 24:18, 24:23, 25:23, 28:7, 29:19, 30:8, 30:14, 30:15, 30:18, 30:19, 30:25, 32:9, 33:2, 33:14, 33:17, 33:22, 33:25, 34:11, 34:15, 34:16, 35:15, 37:10, 39:13, 42:21, 44:10, 46:14, 47:2, 48:18, 48:21, 49:1, 49:14, 49:17, 50:23, 51:24, 52:8, 52:16, 53:14, 53:17, 55:1, 55:4, 55:21, 55:25, 56:18, 56:21, 56:25, 57:18, 58:1, 58:2, 58:5, 60:12, 60:14, 60:19, 62:7, 65:6, 66:3, 66:4, 66:6, 66:14, 67:10, 69:19, 70:9, 71:19, 72:3, 74:3, 74:11, 76:12,

76:13, 76:18, 76:21, 78:4, 79:24, 81:11, 82:2, 82:11, 83:21, 85:17, 86:17, 86:18, 86:21, 87:11, 87:17, 89:11, 90:3, 91:8, 91:9, 91:15, 92:11, 93:2, 93:7, 93:11, 93:16, 94:16, 95:1, 96:7, 96:8, 96:12, 97:1, 98:3, 102:22, 104:23, 105:13, 106:3, 106:7, 107:5, 107:8, 107:20, 108:6, 108:9, 108:14, 108:22, 110:16, 110:18, 111:5, 111:6, 111:8, 111:15, 111:21, 111:24, 112:6, 113:5, 113:10, 116:23, 117:3, 117:15, 117:21, 117:22, 118:2, 118:10, 118:17, 120:15, 121:5, 123:11, 123:17, 124:2, 125:21, 126:12, 126:23, 127:11, 128:20, 129:16, 129:18, 131:14, 132:1, 133:10, 134:17, 134:20, 134:22, 135:3, 135:4, 135:19, 135:21, 136:7, 136:10, 137:22, 138:10, 138:13, 138:16, 140:7, 142:6, 142:18, 143:6, 143:13, 143:23, 144:4, 144:10, 144:14, 144:25, 145:5, 145:6, 145:7, 145:11, 145:19, 145:21, 146:7, 147:17, 148:14, 148:23, 150:3, 150:21, 152:9, 153:9, 154:5, 155:3, 156:22, 157:10, 157:21, 157:23, 158:5, 160:11, 161:13, 161:24, 162:20, 163:3, 163:9, 163:14, 163:24, 165:3, 165:9, 165:15, 167:5, 167:22, 168:20, 170:25, 171:12, 171:20, 174:19, 175:8, 175:12, 175:20, 175:21, 176:4, 176:9, 176:10, 176:15, 177:17, 177:20, 178:7, 178:9, 178:17, 179:2, 179:9, 179:20, 179:22, 180:22, 181:1, 181:3, 181:5, 181:18, 181:24, 183:12, 183:17, 185:24, 186:17, 186:18, 187:1, 187:14, 187:16, 187:25, 188:19, 189:15, 189:21, 189:23, 190:17, 190:25, 191:2, 191:3, 191:12, 191:15, 192:14
**What's** [2] - 103:5, 104:9

**what's** [28] - 67:11, 94:16, 95:7, 95:21, 96:23, 97:8, 102:24, 104:3, 104:7, 104:21, 104:22, 106:11, 110:23, 111:11, 119:4, 125:22, 126:17, 130:17, 135:22, 138:1, 138:19, 141:13, 144:10, 145:12, 169:25, 185:2, 185:3, 192:14
**whatever** [7] - 76:15, 90:7, 112:21, 142:12, 155:13, 182:10, 189:22
**whatsoever** [1] - 193:6
**when** [161] - 5:16, 6:19, 10:3, 10:12, 13:21, 17:10, 20:2, 22:12, 23:15, 23:17, 23:18, 23:20, 23:25, 24:11, 25:5, 25:8, 25:10, 25:11, 25:17, 25:18, 25:20, 29:23, 30:10, 30:22, 30:23, 30:24, 35:1, 35:16, 35:18, 36:3, 36:8, 37:15, 37:18, 37:20, 38:1, 38:8, 38:9, 38:19, 38:20, 38:25, 43:11, 43:14, 43:15, 44:1, 45:15, 45:16, 45:17, 45:23, 47:5, 47:12, 47:23, 48:4, 48:16, 49:1, 49:8, 50:8, 50:21, 51:2, 51:13, 51:19, 51:21, 51:22, 52:6, 52:7, 53:15, 53:19, 56:19, 58:2, 59:4, 60:3, 61:12, 61:15, 62:7, 64:24, 70:11, 72:16, 72:24, 72:25, 73:1, 73:14, 73:17, 73:20, 77:7, 77:18, 78:20, 78:23, 79:19, 80:6, 80:8, 80:24, 80:25, 81:20, 82:3, 82:11, 82:16, 86:2, 90:1, 91:25, 98:9, 98:10, 102:5, 103:12, 108:19, 109:4, 109:9, 113:17, 114:8, 115:5, 115:20, 115:22, 116:3, 120:22, 120:25, 121:18, 122:10, 125:4, 125:6, 125:8, 125:16, 125:25, 126:6, 128:20, 132:19, 133:12, 139:3, 142:7, 144:25, 145:8, 147:16, 152:22, 153:4, 153:24, 154:1, 154:9, 156:10, 158:6, 158:9, 159:2, 159:23, 161:19, 163:18, 165:25, 166:21, 171:3, 172:4, 173:22, 174:1, 176:22, 179:10, 186:4, 187:8,

187:9, 188:12, 193:22
**where** [110] - 5:10, 7:14, 8:6, 8:17, 9:9, 11:23, 12:3, 15:16, 15:17, 15:22, 16:2, 19:19, 26:14, 26:17, 34:22, 35:1, 35:3, 35:21, 36:15, 36:17, 36:21, 36:25, 37:8, 37:13, 37:14, 37:20, 37:23, 37:25, 39:22, 40:3, 41:16, 41:19, 44:16, 53:5, 53:17, 53:21, 54:1, 54:5, 55:7, 55:18, 56:6, 56:9, 60:16, 60:17, 60:18, 61:13, 66:1, 69:16, 70:19, 73:2, 74:18, 75:1, 75:7, 78:15, 79:23, 82:12, 82:23, 83:13, 83:15, 85:14, 86:6, 86:8, 92:3, 94:23, 99:5, 110:8, 110:13, 111:1, 113:17, 114:8, 115:14, 116:3, 119:18, 119:23, 120:10, 120:17, 123:22, 124:4, 125:14, 126:8, 130:21, 133:24, 138:6, 139:14, 141:17, 145:17, 154:20, 155:4, 155:20, 173:12, 177:15, 177:23, 178:17, 178:18, 178:22, 179:1, 179:9, 179:10, 179:19, 182:18, 184:14, 190:12, 191:23, 192:2
**where's** [1] - 149:12
**whether** [16] - 12:20, 65:11, 71:21, 79:3, 140:19, 141:21, 141:22, 153:2, 153:17, 164:7, 164:9, 164:13, 174:11, 174:12, 188:9, 190:21
**whew** [2] - 159:14, 160:14
**which** [37] - 16:12, 17:2, 18:23, 28:19, 35:23, 37:12, 45:23, 48:14, 50:19, 50:24, 54:11, 54:13, 54:18, 56:5, 60:22, 63:8, 88:8, 92:21, 92:22, 101:8, 114:14, 117:19, 121:9, 134:10, 138:17, 145:24, 149:22, 154:13, 162:5, 164:3, 164:16, 167:3, 167:6, 176:18, 177:18, 177:20, 184:3
**while** [17] - 11:11, 13:10, 32:10, 39:14, 46:21, 56:24, 57:1, 57:21, 75:22, 78:17, 89:4, 102:18, 131:23, 132:22,

133:25, 181:13, 187:19
**white** [2] - 100:13, 101:9
**who** [23] - 13:9, 14:19, 20:4, 34:14, 75:13, 75:15, 79:13, 84:19, 84:23, 85:5, 85:11, 86:12, 86:15, 89:16, 98:18, 104:18, 127:12, 165:7, 176:6, 185:18, 185:20, 185:24, 187:9
**who's** [4] - 84:21, 137:2, 139:1, 157:25
**whole** [2] - 4:3, 178:10
**whom** [1] - 4:15
**why** [18] - 16:5, 31:8, 40:19, 90:21, 91:3, 113:9, 123:6, 124:13, 131:9, 133:4, 138:19, 166:10, 167:13, 167:20, 167:24, 171:15, 186:2, 187:3
**wife** [6] - 20:9, 21:6, 35:21, 57:22, 58:20, 117:19
**will** [23] - 4:3, 9:19, 12:22, 12:24, 13:8, 17:6, 26:19, 28:18, 55:6, 88:4, 92:16, 92:22, 93:24, 93:25, 96:15, 140:5, 140:9, 146:9, 146:10, 168:19, 188:3, 193:22
**winded** [3] - 159:22, 160:14, 161:20
**window** [1] - 69:4
**wire** [2] - 143:21, 143:23
**wires** [7] - 12:12, 12:18, 12:25, 31:18, 139:21, 139:25, 143:16
**wiring** [1] - 139:13
**with** [148] - 4:25, 5:21, 6:13, 6:21, 8:17, 9:10, 9:18, 9:21, 9:25, 10:18, 11:1, 13:5, 13:16, 19:19, 21:9, 22:10, 23:4, 23:11, 23:12, 23:21, 23:24, 24:19, 25:18, 25:20, 30:4, 30:24, 31:18, 35:15, 41:2, 42:9, 42:13, 46:12, 47:2, 50:12, 51:5, 51:22, 52:8, 52:18, 52:24, 53:23, 54:5, 54:17, 55:13, 56:14, 56:15, 57:5, 57:12, 57:13, 57:18, 58:10, 58:17, 58:21, 59:1, 60:19, 60:25, 61:10, 61:12, 61:14, 62:21, 63:16, 63:24, 64:6, 64:18, 65:9, 66:11, 66:18, 67:5, 67:24, 68:12, 68:17, 68:20,

68:22, 68:25, 69:6, 69:10, 70:6, 70:14, 70:24, 71:11, 71:25, 72:11, 72:21, 72:23, 74:1, 74:22, 76:8, 84:12, 84:18, 85:25, 86:5, 86:11, 87:24, 90:7, 93:2, 93:13, 93:20, 94:18, 106:10, 108:19, 108:24, 112:25, 113:1, 115:17, 116:17, 116:24, 118:10, 120:20, 125:6, 125:22, 128:2, 130:7, 131:9, 134:5, 135:13, 139:4, 139:20, 139:25, 142:18, 147:4, 149:23, 150:7, 151:9, 151:23, 152:15, 153:2, 153:9, 153:24, 154:2, 154:19, 155:5, 162:24, 166:25, 168:12, 168:21, 170:22, 175:14, 176:13, 176:15, 180:8, 181:20, 182:1, 182:5, 187:20, 189:3, 189:21, 200:11

**within** [3] - 104:2, 152:2, 197:16

**without** [4] - 41:5, 72:18, 93:21, 133:8

**WITNESS** [8] - 4:5, 70:22, 74:15, 84:23, 177:18, 193:16, 194:3, 196:7

**witness** [4] - 66:11, 78:4, 107:20, 127:24

**won't** [2] - 122:6, 152:7

**word** [5] - 14:3, 33:3, 33:20, 156:11, 174:3

**words** [20] - 24:8, 25:12, 34:3, 105:19, 108:5, 117:22, 127:17, 130:14, 159:7, 159:25, 173:2, 173:9, 174:7, 176:1, 184:10, 185:17, 186:3, 187:8, 188:20, 188:21

**work** [6] - 4:23, 6:6, 6:17, 48:23, 93:22, 148:18

**worked** [4] - 4:18, 5:3, 5:20, 10:18

**working** [10] - 4:23, 48:11, 49:4, 77:21, 127:1, 127:4, 127:9, 127:14, 127:21, 128:17

**works** [1] - 71:9

**would** [93] - 4:13, 6:7, 11:8, 11:25, 13:1, 14:4, 14:6, 18:4, 19:16, 19:17, 20:14, 24:5, 24:6, 27:1, 28:8, 30:15, 31:5, 31:20, 31:24, 40:2, 40:4, 40:6, 40:10, 43:1, 44:25,

48:24, 54:13, 74:25, 75:4, 75:8, 75:10, 76:7, 78:19, 84:19, 85:18, 85:23, 86:19, 86:24, 111:2, 114:16, 117:3, 120:3, 122:9, 123:17, 123:19, 124:1, 124:4, 127:24, 133:8, 138:19, 139:8, 139:9, 139:10, 139:13, 139:16, 139:17, 139:18, 139:21, 140:1, 143:6, 143:25, 144:6, 144:15, 144:20, 146:17, 146:20, 147:1, 147:8, 147:11, 148:14, 148:18, 148:23, 148:25, 150:3, 155:12, 158:3, 163:11, 163:12, 166:3, 166:4, 166:23, 167:1, 168:11, 174:12, 175:8, 176:14, 178:16, 178:25, 179:3, 179:4, 179:6, 183:25, 187:3

**wouldn't** [10] - 20:15, 24:7, 28:9, 43:2, 76:23, 86:25, 146:12, 146:13, 174:15, 183:13

**wrist** [3] - 130:10, 130:18, 131:2

**writing** [1] - 148:1

**wrong** [1] - 50:12

**wrote** [3] - 71:23, 72:9, 177:1

# X

**X-26** [1] - 145:13
**X26** [1] - 12:10

# Y

**yaah** [1] - 176:19
**Yaah** [1] - 33:3
**yeah** [61] - 12:2, 23:8, 23:20, 26:25, 30:25, 32:19, 36:7, 41:23, 42:14, 45:3, 47:14, 54:9, 55:20, 59:11, 61:22, 66:3, 70:10, 70:13, 76:17, 78:7, 79:13, 80:15, 81:5, 85:6, 87:12, 98:24, 99:17, 114:12, 119:1, 119:8, 119:10, 120:5, 121:5, 121:24, 126:10, 126:12, 132:3, 150:8, 150:14, 150:25, 151:5, 154:4, 156:6, 157:4, 157:6, 159:8, 159:15, 162:9, 163:4,

165:6, 166:10, 169:24, 170:2, 176:8, 182:22, 183:6, 183:8, 183:23, 185:6, 192:13, 193:19

**Yeah** [2] - 60:18, 177:4

**years** [4] - 4:19, 5:21, 6:7, 10:13

**yell** [5] - 22:17, 32:16, 112:14, 113:1, 132:19

**yelling** [17] - 24:4, 24:5, 32:16, 32:18, 87:21, 115:23, 117:1, 117:12, 129:3, 131:25, 132:1, 132:3, 132:8, 132:10, 132:11, 132:21, 137:19

**yes** [242] - 5:9, 5:13, 5:22, 7:12, 9:14, 9:24, 10:14, 10:17, 10:23, 12:6, 13:23, 17:9, 18:9, 19:2, 19:25, 22:8, 24:1, 28:1, 28:4, 28:21, 29:5, 30:21, 33:1, 35:8, 36:20, 38:18, 38:23, 38:25, 39:12, 40:8, 41:2, 41:12, 42:11, 42:19, 44:13, 44:18, 46:13, 49:9, 54:20, 56:17, 58:8, 58:9, 59:10, 60:11, 60:24, 61:12, 62:5, 62:12, 62:17, 62:24, 63:3, 63:14, 63:17, 64:4, 64:7, 64:16, 64:19, 66:16, 66:21, 67:1, 67:12, 67:16, 67:22, 67:25, 68:13, 68:18, 68:21, 69:1, 69:7, 69:11, 69:25, 70:5, 70:7, 70:10, 71:15, 72:12, 72:22, 73:23, 74:10, 77:13, 79:14, 79:21, 80:4, 81:5, 81:18, 82:1, 84:13, 87:1, 89:6, 90:15, 90:20, 91:2, 92:13, 93:15, 94:4, 94:25, 95:17, 95:20, 96:3, 96:5, 96:22, 97:7, 98:2, 98:14, 98:17, 99:1, 99:4, 99:21, 99:23, 99:25, 100:9, 100:12, 100:15, 100:18, 101:15, 101:17, 101:23, 102:2, 102:14, 103:1, 103:11, 103:21, 105:2, 105:18, 105:21, 105:24, 106:8, 108:1, 108:2, 108:8, 109:3, 109:8, 109:25, 110:4, 110:10, 110:15, 111:14, 111:19, 111:22, 111:25, 112:19, 112:25, 113:16, 114:23, 115:19, 116:2, 116:6, 116:8, 116:12, 116:19,

117:4, 119:17, 120:9, 121:4, 122:1, 122:20, 123:5, 124:9, 125:12, 126:3, 126:5, 126:22, 127:8, 127:19, 128:4, 130:4, 130:6, 130:16, 131:22, 132:23, 133:1, 133:16, 135:10, 136:1, 136:6, 136:13, 136:22, 137:10, 137:19, 138:8, 138:25, 140:14, 140:22, 143:8, 143:10, 143:18, 145:13, 145:20, 148:7, 148:16, 149:8, 149:11, 149:14, 149:21, 150:1, 150:14, 150:22, 152:12, 154:8, 154:24, 155:22, 156:21, 157:14, 157:20, 157:22, 158:8, 158:20, 159:5, 159:18, 160:2, 160:18, 161:19, 163:8, 165:11, 165:21, 166:4, 167:12, 168:22, 169:12, 169:14, 169:16, 170:14, 170:16, 170:18, 170:21, 171:19, 173:16, 176:20, 178:23, 179:6, 184:3, 184:25, 185:13, 186:21, 188:11, 188:17, 191:3, 191:10, 191:13, 191:22, 192:9

**yet** [1] - 100:3

**you'll** [7] - 16:13, 17:13, 26:23, 28:18, 38:2, 48:1, 156:10

**you're** [54] - 6:17, 15:19, 23:10, 27:21, 33:2, 33:7, 40:7, 44:1, 44:3, 44:4, 47:25, 48:21, 54:24, 74:21, 78:15, 78:20, 80:18, 81:11, 89:5, 93:4, 93:13, 102:6, 102:19, 103:16, 103:19, 110:25, 116:9, 116:10, 124:25, 127:23, 129:13, 132:22, 134:11, 139:11, 145:14, 148:6, 152:11, 157:21, 158:6, 158:9, 159:16, 163:7, 171:14, 172:17, 173:8, 176:17, 176:22, 184:16, 184:23, 185:6, 188:19, 190:12

**you've** [13] - 4:20, 5:20, 16:6, 18:9, 80:14, 141:2, 143:17, 146:1, 153:9, 169:10, 178:20, 184:7, 194:1

**your** [122] - 4:13, 4:20, 5:18, 5:23, 10:12, 11:3, 11:21, 13:11, 13:12,

13:24, 14:9, 14:14, 15:1,
15:2, 15:10, 16:19,
17:16, 17:23, 18:11,
19:3, 19:12, 19:24,
25:21, 29:19, 30:18,
32:13, 33:9, 35:12, 36:4,
38:3, 41:9, 46:7, 49:8,
55:17, 56:1, 56:14, 60:7,
61:2, 61:18, 63:13, 64:3,
64:15, 66:23, 68:5,
75:24, 76:24, 78:8,
78:18, 78:22, 79:15,
80:5, 83:25, 87:24,
88:16, 92:16, 92:21,
96:7, 98:10, 100:8,
102:5, 107:19, 107:22,
108:25, 111:4, 113:17,
114:1, 114:3, 115:17,
116:5, 116:16, 118:8,
118:10, 119:13, 119:19,
120:1, 120:2, 122:5,
124:24, 130:3, 134:18,
137:8, 137:11, 140:5,
141:13, 144:9, 144:18,
147:7, 148:17, 150:14,
152:14, 153:4, 153:5,
155:16, 156:1, 159:16,
168:5, 168:12, 169:1,
171:21, 174:3, 174:9,
176:21, 177:2, 179:12,
180:25, 181:19, 181:20,
182:21, 184:1, 184:8,
184:10, 186:17, 187:12,
189:14, 190:10, 192:14,
194:1, 199:6
**yours** [2] - 101:3, 167:8
**yourself** [5] - 4:12, 51:5,
133:2, 157:7

## Z

**zero** [1] - 136:20
**zeros** [2] - 134:19, 136:19



### VERSION 19
## TASER® Conducted Electrical Weapons (CEWs)
## Part 1: User Certification Test
#### PRINT LEGIBLY AND CLEARLY PLEASE!

Name: Eduardo Martinez Jr. 58404

Agency: _____

Training Date: 7/9/13   Location: _____

1. TASER CEWs are designed to affect:
   a) The central nervous system
   b) The motor nervous system
   c) The sensory nervous system
   **d) Both b & c**

2. In deploying a CEW the officer should:
   **a) Use the least number of CEW discharges to accomplish lawful objectives**
   b) Keep pulling the CEW trigger until the person submits
   c) Hold the trigger back (continuous CEW discharge) as long as it takes until the person submits to the officer's commands
   d) Use the CEW as a torture device to gain the person's complete compliance

3. When deploying or using a CEW sensitive CEW target areas of the body to be avoided when practicable or possible include:
   a) Head
   b) Throat
   c) Chest/breast
   d) Chest area near the heart
   e) Genitals
   f) Known pre-existing injury areas
   **g) All of the above**

4. The preferred target areas (with the exception of sensitive CEW target areas) for CEW deployment are:
   a) Lower center mass (below chest or area of the heart) and legs for front shots
   b) Below the neck area for back shots
   c) Anywhere on the person's body
   d) a and b
   **e) a and b (with the back being the most preferred area)**



EXHIBIT
20
PENGUIN 800-631-6989

5. (True)/False   As with any use of force, the longer the CEW exposure the greater the potential cumulative physiologic or metabolic effects.

6. Officers should attempt to minimize the total or cumulative CEW exposure duration by:
   a) Using the window of opportunity
   b) Cuffing under power
   c) Observing the person during breaks in the CEW exposure
   d) All of the above

7. When deploying probes to the front of a person's body, the CEW should generally be aimed:
   a) At the face
   b) At the chest or area of the heart
   c) So as to split the hemispheres (the beltline)
   d) At the throat
   e) At the head

8. The risk (or probability) of a CEW causing or contributing to a person's cardiac arrest is:
   a) Zero (to infinity)
   b) Very high
   c) High
   d) Higher than the risk of death or serious injury from a firearm
   e) Very low

9. (True)/False   Under the 4th Amendment to the U.S. Constitutional standard: in judging whether [an officer's] actions were reasonable, we must consider the risk of bodily harm that [the officer's] actions posed to [the person] in light of the [person's] threat to the public that [the officer] was trying to eliminate.

10. (True)/False   CEW use against a non-violent misdemeanant who appears to pose no immediate threat and who is given no warning is unconstitutional excessive force.

11. (True)/False   It is an excessive and unreasonable use of force for an officer to repeatedly administer electrical shocks with a CEW on a person who is no longer armed, has been brought to the ground, has been restrained physically by several other officers, and is no longer actively resisting arrest.

12. Experts have identified the following key factors related to CEW cardiac risks:
   a) Dart-to-heart ("DTH") distances
   b) Amount of delivered electrical charge
   c) Probe (or dart) anywhere on a person's body
   d) A and B

13. As with any use of force tool or technique used by an officer:
   a) Any use of force has a risk of death or serious body harm
   b) The lower the number of force applications to accomplish lawful objectives the better
   c) Nothing works 100 percent of the time and contingencies should be considered.
   d) The use of force must be in compliance with appropriate legal, policy, and training directives, standards, and requirements
   e) All of the above

14. Factors courts may consider in determining the reasonableness of an officer's use of force include, but are not limited to;
   a) The availability of (less injurious) alternative methods of capturing, controlling, restraining, or subduing a person
   b) What officers knew about the person's health, mental condition, or other relevant frailties
   c) Whether officers warned the person that a certain type of force was about to be used, if possible
   d) All of the above

15. If the person is not an immediate threat or a flight risk from a serious event, then, courts have stated that a CEW should not be used:
   a) When the person is passively resisting
   b) When the person is actually or perceived to be mentally ill
   c) Without the officer first attempting to use negotiation, commands, or physical skills
   d) All of the above

16. The term (currently) used for describing the incapacitating effects of a CEW is;
   a) Electro-muscular disruption (EMD)
   b) Electro-muscular incapacitation (EMI)
   c) Neuro-muscular disruption (NMD)
   d) Neuro-muscular incapacitation (NMI)

17. Deploying the CEW probes into the person, even at close or point blank range, is often a better option than a drive stun with the cartridge removed because;
   e) It allows the person deploying the CEW to disengage and still deliver some effects of the CEW
   f) It allows the person deploying the CEW to drive stun away from the probes with the cartridge still attached and increase the effects if needed
   g) A drive stun with a cartridge removed will usually result in more significant "signature" marks than a probe deployment
   h) All of the above

18. A drive stun is sometimes not very effective because:
   a) It is usually difficult to maintain contact with a combative person
   b) The spread of the contact points on the person is generally not large enough to cause NMI
   c) A pressure point application on a combative person may be difficult to achieve
   d) All of the above

19. True/False: The more electrode pairs on a CEW applied to a person during a drive stun the greater the foreseeable quantum of force.

PCSO 004659

20. During CEW voluntary exposures which of the following are required safety rules?
    a) Always use two spotters when volunteer is standing
    b) Spotters must hold volunteers under the armpit to stabilize the shoulder and upper arm and avoid twisting their shoulder
    c) The volunteer may be held up or carefully lowered to the ground
    d) All of the above

21. The handheld electronic weapons manufactured by TASER are referred to as:
    a) Electronic Control Weapons
    b) Shock devices
    c) Conducted Electrical Weapons
    d) Conducted Energy Weapons

22. When a violent person is incapacitated by the effects of the CEW and it is reasonably safe to do so, cover officer(s) should attempt to control/cuff the person under power. Doing so may;
    a) Reduce the need for additional cycles, exposure, or cumulative exposures
    b) Reduce the likelihood the person will roll during the cycle
    c) Reduce the potential of injury to the officer(s) while the person is incapacitated only during the cycle
    d) All of the above

23. Why is a cartridge deployment, even at close range, often more desirable than a drive stun?
    a) Both probes make contact for the full 5 seconds.
    b) Less chance of multiple "signature marks" on the person.
    c) NMI can be achieved if a drive stun is applied over 9" – 12" from the darts.
    d) All of the above

24. The standard CEW cycle if the trigger is pulled and released is:
    a) 10 seconds
    b) 5 seconds
    c) 4 seconds
    d) The cycle always stops as soon as the trigger is released

25. A daily CEW spark test is recommended to:
    a) Verify the CEW is operating
    b) Create muscle memory
    c) Practice drawing and holstering the CEW
    d) Teach proper CEW safety

26. When using spent TASER cartridges for drills, it is important to:
    a) Visually inspect each cartridge to verify there are no probes in it
    b) Visually inspect each cartridge to verify there are no wires in it
    c) Load the cartridge, point in a safe direction and discharge one cycle to ensure it is empty
    d) All of the above

27. Courts have ruled that:
    a) The use of a CEW on a person involves the application of force
    b) Each CEW application involves an additional use of force
    c) Multiple CEW applications cannot be justified solely on the grounds that a person fails to comply with a command
    d) All of the above

28. Activated CEWs can ignite:
    a) Gasoline and gasoline vapors
    b) Butane
    c) Some personal defense sprays
    d) Some hair sprays or gels
    e) All of the above

29. Targeting the person's back is usually preferable because:
    a) The back of the body has larger muscles
    b) Reduced risk of hitting a sensitive body part
    c) Clothing usually fits tighter across the back
    d) Surprise factor
    e) All of the above

30. Examples of persons who are at an elevated risk of secondary effects from a CEW exposure include:
    a) Running persons
    b) Persons in elevated positions
    c) Persons in a flammable environment
    d) All of the above

PCSO 004661

 **TASER**



## SAFETY INFORMATION: CEW DEPLOYMENT AND USE

CEWs and cartridges are weapons, and as with any weapon follow safe weapon-handling practices and store your CEW securely. Significant differences exist between different TASER CEW models. Before using any CEW, including a multi-shot CEW, ensure you understand the functioning and effects of that model. Follow practices in TASER's warnings and training materials and any additional requirements in your agency's Guidance. Failure to follow the warnings may result in death or serious injury to the user or others.

**Confusing Handgun with CEW.** Confusing a handgun with a CEW could result in death or serious injury. Learn the differences in the physical feel and holstering characteristics between your CEW and your handgun to help avoid confusion. Always follow your agency's Guidance and training.

**Trigger Hold-Back Model Differences.** If the trigger is held back, most CEWs will continue to discharge until the trigger is released or the power source is expended. With an APPM installed, the X2 and X26P can be programmed to stop a CEW discharge at 5 seconds even if the user continues to hold back the trigger, requiring a deliberate action to re-energize the deployed cartridge. Know your model and how it works. Avoid repeated, prolonged, or continuous CEW applications when practicable.

## SAFETY INFORMATION: CEW EFFECTIVENESS

**Subject Not Incapacitated.** An ineffective CEW application could increase the risk of death or serious injury to the user, the subject, or others. If a CEW does not operate as intended or if subject is not incapacitated, disengage, redeploy the CEW, or use other force options in accordance with agency Guidance. A CEW's effects may be limited by many factors, including absence of delivered electrical charge due to misses, clothing disconnect, intermittent connection, or wire breakage; probe locations or spread; subject's muscle mass; or movement. Some of the factors that may influence the effectiveness of CEW use in effecting or achieving control of a subject include:

Subject may not be fully incapacitated. Even though a subject may be affected by a CEW in one part of his body, the subject may maintain full muscle control of other portions of his body. Control and restrain a subject as soon as possible, and be prepared in case the subject is not fully incapacitated.

Subject may recover immediately. A subject receiving a CEW discharge may immediately regain physical or cognitive abilities upon cessation of the delivered CEW discharge. Control and restrain a subject as soon as possible, and be prepared in case the subject immediately recovers.

Drive-stun mode is for pain compliance only. The use of a handheld CEW in drive-stun mode is painful, but generally does not cause incapacitation. Drive-stun use may not be effective on emotionally disturbed persons or others who may not respond to pain due to a mind-body disconnect. Avoid using repeated drive-stuns on such individuals if compliance is not achieved.

## SAFETY INFORMATION: GENERAL PRECAUTIONS

**Unintentional CEW Deployment or Discharge Hazard.** Unintentional CEW activation or unexpected cartridge discharge could result in death or serious injury to the user, subject, or others.

Avoid static electricity. Keep cartridge away from sources of static electricity. Static electricity can cause a CEW or X26, X26P, or M26 cartridge to discharge unexpectedly, possibly resulting in serious injury.

Keep body parts away from front of CEW or cartridge. Always keep your hands and body parts away from the front of the CEW and cartridge. If the CEW discharges unexpectedly you could be injured.

*****************

**IF YOU HAVE A CONDITION OR PRE-EXISTING INJURY THAT COULD BE AGGRAVATED BY TASER TRAINING OR CEW EXPOSURE, NOTIFY YOUR INSTRUCTOR AND DO NOT PARTICIPATE.**

Please check all boxes that apply:

☒ I do not have injuries, physical or mental conditions that could be aggravated by TASER training or CEW exposure.

☐ I have pre-existing injuries or conditions that could be aggravated by TASER training or CEW exposure.

☐ I agree to participate in the training course but I do NOT volunteer or agree to be exposed to the electrical discharge of the CEW.

## LIABILITY RELEASE & INDEMNIFICATION AGREEMENT

In consideration of, and as a condition precedent to, the use of TASER copyrighted training materials and participation in the training course; I acknowledge and agree as follows:

I have read, fully understand and accept the risks. I have read, fully understand, and accept the risks as stated in this document and TASER's current warnings ("Risks") and that these Risks exist whether or not I have pre-existing injuries. With full knowledge of the Risks, I voluntarily agree to participate in this TASER CEW training course.

TASER does not require a CEW Exposure. I understand that TASER does not recommend or require a CEW exposure as part of Instructor or User training, and it is exclusively my decision to voluntarily experience a CEW exposure.

I accept the Risks. Understanding the Risks, I assume all Risks inherent in CEW training and the CEW exposure (unless I opted out of the CEW exposure as indicated on this form), whether known or unknown, foreseen or unforeseen.

Release and hold harmless. I release and hold harmless TASER, its agents, officers, directors, employees, and distributors, my instructor, my law enforcement agency, and the host agency (collectively "Released Parties"), from any and all claims, including but not limited to, claims for strict liability, breach of warranty, failure to warn, or any other theory of liability whatsoever even if due to the NEGLIGENCE or GROSS NEGLIGENCE of the Released Parties. I specifically waive any statutory rights I may have regarding the release of unknown claims.

I agree no one will sue Released Parties. I promise that neither I nor anyone on my behalf will ever sue or bring any other legal action or claim against the Released Parties for anything related to my TASER CEW training

I will fully indemnify (reimburse) all costs of Released Parties. I further agree that if I or anyone else files any claim against any Released Party arising out of my TASER CEW training in violation of this agreement, I will defend, indemnify and reimburse the Released Parties for any judgment, court costs, expenses, and reasonable expert and attorney fees regardless of who prevails.

Workers' Compensation Rights. This release does not waive any rights I may have under Workers' Compensation Laws. However, I waive any Workers' Compensation subrogation rights against the Released Parties and agree to defend and indemnify TASER against any and all claims that may be brought against it by my employer. I agree that any recovery under Workers' Compensation Laws does not change, extend or enlarge the waivers and protections inherent in this agreement

This agreement supersedes any other representation. This release supersedes any other statement, agreement or representation, written or oral, concerning my TASER CEW training (including any CEW exposure). I affirm that this is my entire agreement with TASER and I am not relying on any representation by my instructor or agency inconsistent with TASER's warnings and the Risks set forth in this document or in TASER's training materials.

This agreement is a binding contract. I intend this form to be legally binding upon me, my heirs, executors, administrators, attorneys and assigns. This agreement is contractual and not a mere recital. If any part of this agreement is held vague, invalid, or otherwise unenforceable, the rest of the agreement will continue in full force and effect.

I am competent to be bound by this agreement. I affirm that I am competent to enter into and be bound by this agreement; that I have read and understand this Liability Release & Indemnification Agreement in its entirety; that I have not been induced to sign this agreement by any promise or representation; and that I sign it voluntarily and of my own free will. By signing below I understand that I am giving up certain legal rights, including the right to recover damages in case of injury.

Date 7/9/13  Signed E. My Jr.

Printed Name Eduardo Martinez Jr

Agency PCSO

Mail, fax or email a copy of this completed form to TASER at:
17800 N. 85th St., Scottsdale, AZ 85255
Fax 480.905.2027 Email legal@taser.com

M26, X2™, X26P™ and ⊘ are trademarks of TASER International, Inc., and TASER® is a registered trademark of TASER International Inc., registered in the U.S
© 2013 TASER International, Inc. All rights reserved

PCSO 004662




TASER International, Inc. (TASER) conducted electrical weapon (CEW) training courses are physically strenuous and there is a risk of personal injury. BEFORE any TASER CEW training or CEW exposure, all persons MUST read the most current TASER CEW warnings and read and sign this form. This document incorporates all current TASER CEW warnings by reference. This document is effective March 1, 2013, and supersedes all prior revisions.

## IMPORTANT SAFETY AND HEALTH INFORMATION

Read, understand, and follow all current instructions, warnings, and relevant TASER training materials before experiencing a CEW exposure or before participating in TASER CEW training. Failure to do so could increase the risk of death or serious injury to the trainee, user, force recipient, or others. Always follow all current instructions, warnings, and TASER training materials to minimize CEW risks.

## TRAINING CEW EXPOSURES

**Voluntary.** TASER does not require a CEW exposure as a condition for Instructor or User Certification. It is up to each agency to determine whether its instructors and users experience a CEW exposure as part of training. If CEW exposures are performed, they must be limited to a single exposure not exceeding 5 seconds and performed in accordance with TASER's guidelines and by a Certified TASER Instructor.[1]

**Probe Deployments to Back Only.** Cartridge deployed probes must be to the back of the torso or back of the legs only.

**Spotters.** All persons taking a CEW exposure must be properly supported by spotters to prevent falls unless lying down on a mat. Each spotter must hold the person and support the arm under the armpit to prevent arm or shoulder injuries.

**Eye Protection.** Eye protection is required for the CEW operator, observers, spotters and the person being exposed to any probe deployment.

## SAFETY INFORMATION: CEW RISKS AND RISK AVOIDANCE

**Muscle Contraction or Strain-Related Injury.** CEWs in probe-deployment mode can cause muscle contractions that may result in injury, including bone fractures. CEWs in probe-deployment mode can cause muscle contractions resulting in injuries similar to those from physical exertion, athletics, or sports, including hernia rupture, dislocation, tear, or other injury to soft tissue, organ, muscle, tendon, ligament, cartilage, disc, nerve, bone, or joint, or injury or damage associated with or to orthopedic or other hardware. Fractures to bone, including compression fracture to vertebrae, may occur. These injuries may be more serious and more likely to occur in people with pre-existing injuries, orthopedic hardware, conditions or special susceptibilities, including pregnancy, low bone density, spinal injury, or previous muscle, disc, ligament, joint, bone, or tendon damage or surgery. Such injuries may also occur in drive-stun applications or when a person reacts to the CEW deployment by making a rapid or unexpected movement.

**Secondary Injury.** The loss of control resulting from a CEW exposure may result in injuries due to a fall or other uncontrolled movement. When possible, avoid using a CEW when secondary injuries are likely.

**Seizure.** Repetitive stimuli (e.g., flashing light or electrical stimuli) can induce seizure in some people, which may result in death or serious injury. This risk may be increased in a person with epilepsy, a seizure history, or if electrical stimuli pass through the head. Emotional stress and physical exertion, both likely in incidents involving CEW and other uses of force, are reported as seizure-precipitating factors.

**Fainting.** A person may experience an exaggerated response to a CEW exposure or threatened exposure, which may result in fainting or falling.

**Muscle contraction, incapacitation, or startle response.** CEW use may cause loss of control from muscle contraction, incapacitation, or startle response.

**Cumulative Effects.** CEW exposure causes certain effects, including physiological and metabolic changes, stress, and pain. In some individuals, the risk of death or serious injury may increase with cumulative CEW exposure. Repeated, prolonged, or continuous CEW applications may contribute to cumulative exhaustion, stress, cardiac, physiologic, metabolic, respiratory, and associated medical risks which could increase the risk of death or serious injury. Minimize repeated, continuous, or simultaneous exposures.

**Physiologic and Metabolic Effects.** CEW use causes physiologic and/or metabolic effects that may increase the risk of death or serious injury. These effects include changes in blood chemistry, blood pressure, respiration, heart rate and rhythm, and

adrenaline and stress hormones, among others. In human studies of electrical discharge from a single CEW of up to 15 seconds, the effects on acid/base balance, creatine kinase, electrolytes, stress hormones, and vital signs were comparable to or less than changes expected from physical exertion similar to struggling, resistance, fighting, fleeing, or from the application of some other force tools or techniques. Some individuals may be particularly susceptible to the effects of CEW use. These susceptible individuals include the elderly, those with heart conditions, asthma or other pulmonary conditions, and people suffering from excited delirium, profound agitation, severe exhaustion, drug intoxication or chronic drug abuse, and/or over-exertion from physical struggle. In a physiologically or metabolically compromised person, any physiologic or metabolic change may cause or contribute to sudden death.

**Stress and Pain.** CEW use, anticipation of use, or response to use can cause startle, panic, fear, anger, rage, temporary discomfort, pain, or stress which may be injurious or fatal to some people

**Minimize the number and duration of CEW exposures.** Most human CEW lab testing has not exceeded 15 seconds of CEW application, and none has exceeded 45 seconds. Use the shortest duration of CEW exposure objectively reasonable to accomplish lawful objectives, and reassess the subject's behavior, reaction, and resistance before initiating or continuing the exposure. If a CEW deployment is ineffective in incapacitating a subject or achieving compliance, consider alternative control measures in conjunction with or separate from the CEW

**Avoid simultaneous CEW exposures** Do not use multiple CEWs or multiple completed circuits at the same time without justification. Multiple CEWs or multiple completed circuits at the same time could have cumulative effects and result in increased risks.

**Control and restrain immediately.** Begin control and restraint procedures, including during CEW exposure (cuffing under power), as soon as reasonably safe and practical to minimize CEW cumulative effects and the total duration of exertion and stress experienced by the subject.

**Avoid touching probes/wires during CEW discharge** Controlling and restraining a subject during CEW exposure may put the CEW user and those assisting at risk of accidental or unintended shock. Avoid touching the probes and wires and the areas between the probes during the electrical discharge.

**Cardiac Capture.** CEW exposure in the chest area near the heart has a low probability of inducing extra heart beats (cardiac capture). In rare circumstances, cardiac capture could lead to cardiac arrest. When possible, avoid targeting the frontal chest area near the heart to reduce the risk of potential serious injury or death. Cardiac capture may be more likely in children and thin adults because the heart is usually closer to the CEW-delivered discharge (the dart-to-heart distance). Serious complications could also arise in those with impaired heart function or in those with an implanted cardiac pacemaker or defibrillator.

**Use preferred target areas.** The preferred target areas are below the neck area for back shots and the lower center mass (below chest) for front shots. The preferred target areas increase dart-to-heart distance and reduce cardiac risks. Back shots are preferable to front shots where practicable

**Avoid sensitive areas.** When practicable, avoid intentionally targeting the CEW on sensitive areas of the body such as the face, eyes, head, throat, chest area (area of the heart), breast, groin, genitals, or known pre-existing injury areas.

## SAFETY INFORMATION: INJURY OR INFECTION

**Eye Injury Hazard.** A TASER probe, electrode, or electrical discharge that contacts or comes close to an eye can result in serious injury, including permanent vision loss. DO NOT intentionally aim a CEW, including the LASER, at the eye of a person or animal without justification.

**Probe or Electrode Injury, Puncture, Scarring, or Infection Hazard.** CEW use may cause a permanent mark, burn, scar, puncture, or other skin or tissue damage. Infection could result in death or serious injury. Scarring risk may be increased when using a CEW in drive-stun mode. Increased skin irritation, abrasion, mark, burning, or scarring may occur with a CEW with multiple cartridge bays when used in drive-stun or three-point deployment modes.

**Penetration Injury.** The TASER probe has a small dart point which may cause a penetration injury to a blood vessel or internal organ, including lung, bone, or nerve. The probe or dart point (which may detach or break) can puncture or become embedded into a bone, organ, or tissue, which may require immediate medical care, surgical removal, or may result in scarring, infection, or other serious injury.

---

[1] A Certified TASER Instructor is not a TASER agent, but maintains a current TASER instructor certification and complies with TASER's most current training requirements, materials and license agreement. Representations inconsistent with this document made by any Certified TASER Instructor are expressly disclaimed.

March 1, 2013         M26, X2™, X26™ and ⊕ are trademarks of TASER International, Inc., and TASER® is a registered trademark of TASER International Inc., registered in the U.S
© 2013 TASER International, Inc. All rights reserved.

PCSO 004663



PENGAD 800-631-6989

EXHIBIT

21



DeGRAW - COBAN
SO16-363788 Property Report
Item #54

EXHIBIT
22

PCSO 001031



DeGRAW - Patrol Radio Traffic
SO16-363788 Property Report
Item #73

EXHIBIT
23