UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Julie V. DeGraw,
    Plaintiff,

vs.                                          Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
    Defendants.
_____/

## **AFFIDAVIT OF TARA WESCHLER**

STATE OF FLORIDA    )
                                 )
COUNTY OF PINELLAS    )

    BEFORE ME, the undersigned authority, personally appeared TARA WESCHLER, who, on being duly sworn and based on her own personal knowledge stated:

1.     I am a natural person over 18 years of age.

2.     At all times material to the above-captioned matter and the affirmations of this Affidavit, I was employed by the Pinellas County Sheriff's Office. I am a custodian of records for PCSO.

3.     Attached as Exhibit A to this affidavit is report number SO16-363788/3. I certify that this record was made at or near the time of the creation of the report, by someone with knowledge, as a regular practice of the PCSO and filed and kept by the PCSO in the course of its regularly conducted activities as authorized by law.

4. Attached as Exhibit B to this affidavit is report number SO16-363788/10. I certify that this record was made at or near the time of the creation of the report, by someone with knowledge, as a regular practice of the PCSO and filed and kept by the PCSO in the course of its regularly conducted activities as authorized by law.

5. Attached as Exhibit C to this affidavit is report number SO16-363788/51. I certify that this record was made at or near the time of the creation of the report, by someone with knowledge, as a regular practice of the PCSO and filed and kept by the PCSO in the course of its regularly conducted activities as authorized by law.

FURTHER AFFIANT SAYETH NOT.

_____
TARA WESCHLER

SWORN TO AND SUBSCRIBED before me on July 8, 2020, by TARA WESCHLER, who ✓ is personally known to me or __ produced _____ _____ as identification.

_____
Notary Public
Commission No.
Commission Expires

ALICE M. MARCOTT
Commission # GG 335686
Expires July 27, 2023
Bonded Thru Troy Fain Insurance 800-385-7019

2

## Primary Information

| | |
|---|---|
| Description: | DEATH INVEST-SCENE |
| Dissemination Code: | UNCLASSIFIED |
| Reporting LEO: | MEADE, HEATHER FS-SPEC (55456 / FORENSIC SCIENCE - DAYS / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 09/23/2016 |
| Approved By: | ANDERSON, ANTHONY SUPV (53655 / FORENSIC SCIENCE - MIDS / PINELLAS COUNTY SHERIFF'S OFFICE) |

## Response Information

| | |
|---|---|
| Time Call Received: | 09/07/2016 17:46 |
| Time Arrived: | 09/07/2016 18:15 |
| Time Completed: | 09/07/2016 23:35 |
| Weather Upon Arrival: | HOT |
| Work Status: | Will Follow-up |
| Call Received By: | CAD |
| Investigator: | CAPRA, JEFFREY |
| Investigator Status: | At Scene |

## Photograph Information

| | |
|---|---|
| Photographs Taken: | 389 |
| Exterior: | Y |
| Interior: | Y |
| General Area: | Y |
| Weapons: | Y |
| VINSER Recovered Property: | Y |
| Other: | MULTIPLE GUNS, AMMO FROM GUN ON BED, TASER CARTRIDGE AND PRONGS |
| Number of Cameras: | 1 |

## Addresses

| Relationship | Address |
|---|---|
| OCCURRED | 1739 SPLIT FORK DR, OLDSMAR, Florida 34677, UNITED STATES |
| RELATED | FSD 4801 145TH AVE N FSD, CLEARWATER, Florida 33762, UNITED STATES |

## Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| DECEASED | DEGRAW, DONALD CHRISTOPHER (PERSON) | 58 yr. old, WHITE, MALE | 06/25/1958 |

## Collection of Evidence

| | |
|---|---|
| Weapons: | YES |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

EXHIBIT A

| Collection of Evidence - Continued | |
|---|---|
| Other: YES | |

**Narrative**

I responded to the above location reference a Death Investigation. Upon arrival I met with Detective Capra who informed me of the incident. I was informed a male subject was not complying to commands given by Deputies, the male subject charged towards one of the Deputies and a Deputy deployed his Taser on the subject. I was informed the male subject was transported to Tampa Community Hospital. FSS Klotz responded to the hospital, FSS Cornwell and FSS Briggs responded to North District Station to conduct photographs. Please see their supplements for further details.

I was informed that a Leica Scan was requested to be conducted of the scene. At this time I contacted my on call Supervisor, Supervisor Milges, via phone and informed her of the incident. She advised she would have Supervisor Anderson en route to me with the Leica Scanner. A short time later Supervisor Anderson and FSS Murphy arrived and conducted the scan of the bedroom where the incident occurred. Please see their supplements for further details.

I conducted general exterior photographs of the residence to include the following:
- residence faces to the south
- three vehicles parked in the driveway
- screen removed from back bedroom (facing south, upper level of residence)

I photographed the interior of the residence to include the following:
FORMAL LIVING ROOM:
- entrance door, a window and a love seat along south wall
- couch and window along west wall
- a chair along north side, separating the living room from the dining room
- dining room to the north
- stair case with a hallway along the east wall
- coffee table in middle of floor (moved to the west by paramedics)
- small table and cream colored bench along east wall, in front of stair case

DINING ROOM (north of formal living room):
- hutch, piano, guitar, bookshelf along west wall
- table and chairs in middle of room
- bookshelf in northeast corner
- window along north wall
- a small mattress and miscellaneous items on floor along east wall
- headboard blocking arch way on east wall, leading into the kitchen

KITCHEN:
- small table and windows along north wall
- stove/microwave along west wall
- counter space/refrigerator along south wall
- sink/counter area along the east wall

LIVING ROOM:
- sliding glass door and chair along north wall
- TV in northeast corner
- coffee table in middle of room
- couch on south side (middle of room)
- computer desk in southeast corner of room
- treadmill along south wall
- hallway on opposite side of south wall with a bathroom and a laundry room to the east with a door leading out into the garage

HALLWAY AT TOP (LANDING) OF STAIRS:
- miscellaneous items on floor to include: bio hazard bag, bottle of medication, ladder (was in middle bedroom with male subject) folding knife, water bottles, etc.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

**Narrative - Continued**

UPSTAIRS:
NORTHWEST BEDROOM: (green paint)
- desk/small shelving unit along west wall
- window along north wall
- painted headboard along east wall
- miscellaneous items in middle room
- bi-fold closet door and mattress standing up along east wall
- wooden dresser along south wall
- entrance door along east wall

MIDDLE ROOM (blue paint, where incident occurred):
- empty magazine on floor near threshold
- cell phone on floor, east of bed
- soft black gun case on floor along east wall
- miscellaneous clothing items and ammunition on floor along north wall
- window along north wall, lifted up a few inches
- bi-fold closet door in northwest corner of room
- bed extending from south wall
- entrance door along south wall
- wooden dresser in northeast corner
- tan gun case leaning against the dresser
- bottle of medication on floor left of dresser
- bottle of medication on foot of bed
- bedding in middle of bed
- gun at head of bed
- lamp on mattress at head of bed
- miscellaneous medical debris on bed
- two blue gun cases at foot of bed
- black hard gun case at foot of bed
- two knit hats and a cell phone charger at head of bed
- brown box with a gun inside on floor between bed and west wall
- magazine on floor behind headboard

NORTHEAST BEDROOM (purple paint):
- window along north wall
- bed extending from north wall with miscellaneous items on it
- closet on east wall
- night stand in northeast corner

HALLWAY BATHROOM AND LINEN CLOSET ON EAST SIDE OF UPPER LEVEL

HALLWAY LEADING INTO MASTER BEDROOM:
- pair of blue gloves on floor housing a Taser cartridge with one prong
- one prong on carpet
- yellow in color necklace near blue gloves
- small table from bedroom of occurred in hallway
- box of medications on top of this small table

MASTER BEDROOM WITH ATTACHED BATH:
- bed extending from west wall
- exercise bike and window along south wall
- three long guns in southeast corner
- ironing board on floor near foot of bed
- dresser with TV on top of it along east wall
- bathroom is off of the east wall with a walk in closet
- brown box with shot gun shells, gun holster and magazines inside, located left of the dresser on east wall

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

**Narrative - Continued**

green canvas bag attached to a black belt containing a brown gun holster, several magazines, live rounds, on floor, right of dresser along east wall

Detective Capra requested I collected the guns from the bedroom of the occurred. I collected the following from the scene:
- guns and cases from bed
- black gun case/gun from bedroom floor
- tan gun case/gun from bedroom floor
- magazines from bedroom floor
- Taser cartridge with prongs
- guns from master bedroom

Upon arrival at the Forensic Science Division I placed the collected items in the evidence closet for further attention.

NFI

INV HRS: 5.8

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | MEADE, HEATHER FS-SPEC (55456 / FORENSIC SCIENCE - MIDS / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 09/08/2016 10:06 |
| Last Update Operator: | ANDERSON, ANTHONY SUPV (53655 / FORENSIC SCIENCE - EVES / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 09/23/2016 03:51 |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

### Primary Information

| | |
|---|---|
| Description: | CRIME SCENE DOCUMENTATION AND EVIDENCE COLLECTION |
| Occurrence From: | 09/07/2016 17:00 |
| Occurrence To: | 09/07/2016 17:00 |
| Dissemination Code: | UNCLASSIFIED |
| Reporting LEO: | CAPRA, JEFFERY P DEP (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 09/22/2016 |
| Approved By: | GREENE, TODD A SGT (56670 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |

### Synopsis

On September 07, 2016 I was assigned to document the crime scene at 1739 Split Fork Drive. See narrative for further documentation.

### Addresses

| Relationship | Address |
|---|---|
| OCCURRED | 1739 SPLIT FORK DR, OLDSMAR, Florida 34677, UNITED STATES |

### Subjects

| Relationship | Name | Bio | DOB |
|---|---|---|---|
| COMPLAINANT | DEGRAW, JULIE (PERSON) | 56 yr. old, ORIENTAL/ASIAN, FEMALE | 07/04/1960 |
| DECEASED | DEGRAW, DONALD CHRISTOPHER (PERSON) | 58 yr. old, WHITE, MALE | 06/25/1958 |

### Vehicles

| Relationship | Tag # | VIN # | VehicleDescription |
|---|---|---|---|
| OBSERVED | 404XQK | 5TESM92NX4Z392808 | 2004 TOYOTA TRUCK (SILVER) - TRUCK - LIGHT |
| OBSERVED | BLJP55 | JTEZU5JROA5005964 | 2010 TOYOTA 4-RUNNER - AUTOMOBILE |

### Narrative

On September 07, 2016 I was tasked with documenting the single family residence at 1739 Split Fork Drive. This residence was built 1997 in the city of Oldsmar and is east of Oakleaf Blvd and south of Tampa Road. The residence is two stories with four bedrooms on the second floor. There are two bathrooms on the second floor with one in the master bedroom. The residence is on the Northside of Split fork with the residence facing to the south. The residence is tan in color with a stucco finishing. The two car garage is attached to the residence with a tan garage door. Black numeral's 1739 are affixed to the stucco above the garage. The residence to the west is 1737 and to the east is 1741 Split Fork. There were three vehicles parked on the concrete pad all facing the residence. There were two vehicles on the west side of the pad and one on the east.
1) 2004 Toyota pickup, silver bearing Florida tag: 404XQK. This vehicle was parked in front of the 2010 Toyota SVU on the west side of the pad.

2) 2010 Toyota white SVU bearing Florida tag: BLJP55. This vehicle was parked behind the 2004 Toyota pickup on the west pad.

3) Silver Kia Optima parked on the east side with no tag attached.

The main entrance to the residence is on the southwest side and west of the garage. There is a large palm tree out front west of the driveway surrounded with shrubbery and landscaping pavers. The grass is with well-kept St. Augustine and another tree on the southwest corner of the residence.
The backyard is deep with red wooden fencing on both the east and west side of the property. The north end of the property has

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*


EXHIBIT B

**Narrative - Continued**

concrete block wall. There are several trees in the yard with pavers off of the residence and under an awning. No evidentiary items were located in the back yard or under the awning.
FIRST FLOOR: This floor includes living and formal dining room on the west side of the residence. The first floor is tiled with various throw rugs. There is a wall that divides the kitchen, dining and family room from the west side of the residence. There is a half bathroom and a laundry room also on this floor. There is a door off of the laundry room that goes out to the garage. The first floor had no evidentiary items of value and was cluttered in the kitchen and family room.

Garage: The garage had four motorcycle dirt bikes and band equipment with other non-evidentiary items. This garage was cluttered and did not appear a vehicle could be parked inside.

The staircase leading to the second floor has a wooden banister railing with six steps then a landing followed by nine more steps to the second floor. The steps are covered with light brown berber carpet.

Second floor: This floor has three bedrooms on the north side and are approximately 12 x 12. The hallway runs east and west with a bathroom on the Far East side.

The far west bedroom is painted teal in color and appears to be a storage room. The Far East bedroom is purple in color with a queen bed and female clothing. These bedrooms had no evidentiary items inside.
The master bedroom is located on the southeast side with a bathroom off of this bedroom. The master bedroom is south of the three rooms with hallway. This room along with the master bathroom was cluttered and dusty. There were three firearms located in the southeast corner of the bedroom. It appeared these firearms were in this location for a long period of time as they were dusty.
1) Mossberg 12 gauge Model 590, serial#P629606.

2) LE Smith double barrel, no serial or model number seen.

3) Savage Arms Model 220 22 caliber rifle, no serial or model number seen.

Donald Degraw's bedroom: Located on the second floor on the north side in the middle between the Far East and west bedroom. The bedroom door is white in color and opens inward. The door was open and against the east wall. The carpet the same as the hallway light colored brown berber. The carpet is dirty, covered in dog hair and numerous unknown stains. The bedroom window is on north side with vertical blinds that were pulled to the east and west side of the window. The window was partially open. The walls are painted dark blue with border around the walls at approximately four foot in height. In the northwest corner is a closet with a white wooden bi-fold door. The closet is full of cloths both hanging and on the floor.
The Queen Size bed is against the south wall on a metal frame with a black colored headboard. The mattress is queen size memory foam with no box spring. There is a queen fitted sheet has a flowered pattern. On the floor east of the bed is a black colored gun magazine. There were pill bottles both empty and partially full underneath the bed. There were gun magazines and soft covered book on east side of the bed along with non-evidentiary items. I also located a cellular phone on the floor, east side of the bed. There is an oxygen mask on the floor east of the bed. On the southeast corner of the bed there is a small lamp with no shade and the light on. West of the lamp on the bed is a Springfield Armory .45 caliber with a magazine. The serial # is NM112806 and Model 1911-A1. The barrel of the firearm is pointed in a southwestern direction. After photographs were taken I made the firearm safe, I found no rounds in the chamber and six in the magazine. There were 5 CBC 45 auto and 1 WCC93 rounds in the chamber.

Other items located on the Queen Bed:
Pillow with the pillow case partially on the pillow
White comforter
Used medical supplies
Two blue plastic gun cases

#1 NW corner of the bed, Springfield 9mm serial#EMP3228, 3 empty magazines

#2 South of #1 Springfield .45 caliber serial#LW1170070, 2 empty clips, Six 45 caliber rounds 1-Winchester, 1-CBC, 4-WCC43, light attachment.

Black plastic long gun case with a M4L1 Colt Carbine serial: LE1199842

Shotgun located between the bed and west wall, 12 gauge Benelli Armi System serial# Y056580N

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

**Narrative - Continued**

6- Epinephrine-self injection, 3-sodium chloride, 2-sodium bicarbonate, 1-Naloxone hydrochlor 2ml, 2-unopened BD insyte, 1-rubber band

Items against the north wall:
Comforter in a plastic bag
Shoe organizer in a box
Black pull up bar
Teal exercise mat rolled up
Green back pack
Blue Vacuum cleaner
Various clothing articles
Dresser located in the Northeast corner of the bedroom with five drawers. These drawers were filled with clothing articles. On top of the dresser was an alarm clock unplugged, Lysol can, shade for lamp on the bed, two trophy's and a photo

Firearms on the northeast and east wall:
Brown plastic case leaning up against the northeast dresser: HK 12 gauge shotgun, serial: M221267.

Black Nylon bag against the east wall, HK 5.56 MMX45, MR556A1, serial: 241-301-946

Blue bag NIKE bag with a motorcycle helmet on the north wall

Aluminum ladder: The 6ft ladder was against the east wall in Donald's room and was moved out to the hallway west of the bedroom door.

Nightstand: This nightstand was on the south wall of Donald's bedroom and east of the bed. The nightstand was moved out to the hallway south of the bedroom.

Items west of Donald's room in the hallway:
Red biohazard bag with used medical supplies

Black folding knife south of the bag

Empty bottle of Gabarentin 300 mg, filled 07-27-2016

Miscellaneous items non-evidentiary

Items in hallway south of Donald's room:
One taser probe with lead approximately three feet south of the bedroom door.
Two blue latex gloves: Black taser cartridge, C4101YCYC, expiration: May 20, 2017. These items were collected by Forensics.
I collected several different types of medications and empty bottles and placed them into property and evidence. I provided Detective Moffett with the names of the medications found in the residence to provide the Hillsborough County Medical Examiner's Office.

Donald's cellular phone that was located in the bedroom had no incoming, outgoing calls or texts on September 07, 2016. Detective Upton turned the phone back over to Julie Degraw.
All the firearms were placed into property for safekeeping and ATF traces are being done.

Forensics Specialist's Anthony Anderson and Lisa Murphy did the Leica Scan of the Donald's bedroom.

I provided Detective Upton an update on items of evidentiary value that was located in his bedroom.

Supplement referred to Case Agent

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

| Narrative - Continued |
|---|
| |

| Record Status Information | |
|---|---|
| Record Origination Operator: | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 09/08/2016 14:07 |
| Last Update Operator: | GREENE, TODD A SGT (56670 / SQUAD 4 - B-DAYS / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 09/22/2016 13:21 |

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

| Primary Information | |
|---|---|
| Description: | FINAL REPORT OF AUTOPSY "UPTON" |
| Occurrence From: | 11/22/2016 08:00 |
| Occurrence To: | 11/22/2016 08:30 |
| Dissemination Code: | RESTRICTED |
| Reporting LEO: | UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 11/28/2016 |
| Approved By: | GREENE, TODD A SGT (56670 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |

| Synopsis |
|---|
| Final autopsy report received. |

| Addresses | |
|---|---|
| Relationship | Address |
| OCCURRED | 1739 SPLIT FORK DR, OLDSMAR, Florida 34677, UNITED STATES |
| RELATED | 11025 N 46TH ST HILLSBOROUGH COUNTY MEDICAL EXAMINERS OFFICE, TAMPA, Florida 33617, UNITED STATES |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| MEDICAL EXAMINER'S STAFF | HILLSBOROUGH COUNTY MEDICAL EXAMINER OFFICE (AGENCY) | | --- |
| DECEASED | DEGRAW, DONALD CHRISTOPHER (PERSON) | 58 yr. old, WHITE, MALE | 06/25/1958 |
| MEDICAL EXAMINER'S STAFF | DIERKSEN, JENNIFER (PERSON) | UNKNOWN, FEMALE | --- |

| Narrative |
|---|
| On 11/22/2016 I received the Final Report of Autopsy in this investigation and in the report Doctor Jennifer Dierksen listed the cause of death as Excited Delirium Syndrome with contributory causes listed as Hypertensive Heart Disease, Supra-therapeutic Venlafaxine Level and Electro-muscular Disruption Device. The manner of death is listed as Accident. The toxicology report indicated 22 mg/L Venlafaxine which was tested from Ante mortem Blood. The Hillsborough County Medical Examiner's Office case number is 16-06622.<br><br>A copy of this autopsy report is attached to this report. |

| Record Status Information | |
|---|---|
| Record Origination Operator: | UPTON, J. A. DET (56961 / ROBBERY / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 11/22/2016 08:35 |
| Last Update Operator: | GREENE, TODD A SGT (56670 / SQUAD 4 - B-DAYS / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 11/28/2016 16:17 |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE or its contents may be disseminated to unauthorized personnel.

EXHIBIT C

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.