UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE V. DEGRAW,
    Plaintiff,
vs.                                        Case No.: 8:18-cv-02116-T36-SPF
BOB GUALTIERI, et al.
    Defendants.
_____/

**TABLE OF CONTENTS TO RECORD EVIDNECE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GOEPFERT'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Julie DeGraw deposition transcript, | Dkt. 96-2 |
| Dpt. Eduardo Martinez Deposition Transcript, | Dkt. 96-7 |
| Dept. Gregory Goepfert Deposition Transcript, | Dkt. 96-8 |
| Charles Street Deposition Transcript, | Dkt. 96-10 |
| Ex. 28, SO16-363788/6, | Dkt. 96-2 |
| SO16-363788/26, | Dkt. 96-9 |
| SO16-363788/10, | Dkt. 96-12 |
| SO16-363788/26, | Dkt. 96-10 |
| | |
| Exhibit A: SO16-363788/37 | Dkt. 108-2 |
| Exhibit B: SO16-363788/22 | Dkt. 108-3 |
| Exhibit C: SO16-363788/7 | Dkt. 108-4 |
| Exhibit D: SO16-363788/8 | Dkt. 108-5 |
| Exhibit E: SO16-363788/8/21 | Dkt. 108-6 |