## PINELLAS COUNTY SHERIFF'S OFFICE
### PCSO - SUPPLEMENT SO16-363788/37

Report Date: 09/13/2016

| Primary Information | |
|---|---|
| Description: | 911 CALLS TRANSCRIBED "UPTON" |
| Occurrence From: | 09/13/2016 08:55 |
| Occurrence To: | 09/13/2016 08:55 |
| Dissemination Code: | RESTRICTED |
| Reporting LEO: | UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 09/29/2016 |
| Approved By: | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |

### Narrative

(911 CALL FROM JULIE DEGRAW, #16-363788-B37, 9/7/16)

(The following may contain unintelligible or misunderstood words due to the recording quality.)

EV = Electronic Voice
OP = 911 Operator
JD = Julie Degraw

EV: Wednesday, September 7, 2016. 0514 and 27 seconds.

OP: 9-1-1. Is this a police, fire, or medical emergency?

JD: Medical, please.

OP: What's the address of where the patient's located?

JD: 1739 Split Fork Drive, Oldsmar.

OP: You said 1739?

JD: Yeah.

OP: Okay. All right. And what phone number are you calling from?

JD: Uh, 727-776-1315.

OP: Is that address you gave me a house or an apartment?

JD: A house.

OP: Okay. Tell me exactly what happened, ma'am.

JD: I don't know. Well, my husband woke up screaming. I don't know if he had a seizure, but now he's, like, screaming, and he's, like, running after the dogs, and, um, he scratched me in the back of my neck. Um, I don't think he knows what's going on.

OP: Okay.

JD: I'm not sure if he had a seizure or not, but --

OP: Okay. So he's screaming, and he's running after the dogs, and he scratched you on your neck? That's it?

JD: Well, he's upstairs right now. Yeah, but -- he -- he had scratched me in the back of my neck, because he was trying to pull ne.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
*PCSO - SUPPLEMENT SO16-363788/37*

Report Date: 09/13/2016

---

**Narrative - Continued**

OP: What do you mean he's trying to pull you? In what -- like, what (unintelligible).

JD: Well, he was trying to get me out of the room --

OP: All right.

JD: -- because I was -- I was running away from him.

OP: Emergency is (unintelligible) on the way. Any time I clarify something, it isn't, um -- it isn't gonna change or delay the response. Okay. But you said he tried to pull you out of the room 'cause you were running away from him?

JD: Yeah, 'cause he was screaming at me.

OP: No, no, no. I get -- I get -- I get why you were running away, but was he -- was he not -- was he not in the room with you when you were running away from him?

JD: No. He was in the other room. He was in the other room.

OP: Okay. All right. One second. All right. Never mind. Um, let's see.

JD: Oh.

OP: All right. One second here. Just trying to -- 'cause we are gonna have to get P.D. involved on this. Um, I know he doesn't understand, like, what's going on, but just for safety, we have to get -- have them involved. Okay. One second.

D: Are you sending somebody right now?

OP: Yes, ma'am. I'm sending -- ma'am, I'm just typing in to the -- to the P.D., so they have an idea of why -- why they're going.

JD: Let me give you the update. So, um, he's was (unintelligible) from (unintelligible). He suffered from, uh, for depression.

OP: Okay.

JD: I have two dogs in the house but they are very friendly dogs.

OP: Okay. All right. Patient is on meds for -- are there any weapons in your home?

JD: Um, well, he has guns, but --

OP: How many?

JD: Uh, they're -- I think he has the one in his room, but, um, there's some that's just kept -- they're kept.

OP: Okay. But where are these guns located in the house?

JD: Downstairs, and he's upstairs.

OP: Okay. Downstairs in what room?

JD: Uh, in the family room.

OP: Are they put away in, like, a case?

JD: Yeah.

OP: Upstairs --

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

PINELLAS COUNTY SHERIFF'S OFFICE

## PCSO - SUPPLEMENT SO16-363788/37

Report Date: 09/13/2016

### Narrative - Continued

JD: He has one upstairs in his room, though. But he's not in his room right now. He's in my -- uh, my bedroom.

OP: Um, I need to -- I don't -- I don't want to put you back near him, but I'm also kind of concerned that he's gonna go into that room and --

JD: Uh -- uh, I don't even know what he -- he's -- he knows what he's doing, he's -- you know, but, he's quiet now I'm assuming he fell asleep. I just don't want to go back upstairs.

OP: Okay. Has this ever happened before?

JD: He had something like this. He was, like, delirious in 2013, and that's when he didn't get any sleep.

OP: Uh-huh.

JD: For like four days.

OP: Uh-huh.

JD: This one, he's been sleeping, so I don't know, um -- I just heard him gurgling, and -- but -- 'cause he sleeps in the other room, I heard him gurgling and he screamed. And so I went to the other room and he was still gurgling and screaming and I didn't touch him, because he has PTSD. I don't want to --

OP: He has PTSD?

JD: Yeah. So then --

OP: And this your husband?

JD: -- finally, he woke up. Uh-huh.

OP: What's his name?

JD: Donald Degraw.

OP: Donald what?

JD: Degraw, D-E-G-R-A-W.

OP: Um, so what's his date of birth?

JD: Um, 6/25/58.

OP: Is he black, white, or Hispanic?

JD: He's white.

OP: How tall is he?

JD: Uh, five-six.

OP: Five-six?

JD: Five-five.

OP: Okay. Is he large, medium, or a thin build?

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
### PCSO - SUPPLEMENT SO16-363788/37
Report Date: 09/13/2016

**Narrative - Continued**

JD: I think, um -- um, medium.

OP: Color and length of hair?

JD: Um, gray, and it's about shoulder length.

OP: Shoulder-length hair?

JD: Uh-huh.

OP: Eye color?

JD: Brown.

OP: Brown eyes?

JD: Uh-huh.

OP: Any tattoos, piercings, scars, or wear glasses?

JD: He wears glasses for reading.

OP: Okay. Um, when he was running around, do you remember anything he was wearing?

JD: He's, I believe, just wearing his underwear, and I think he has some, um, urinary incontinence. That's why I was thinking maybe he had a seizure. I don't know.

OP: Okay. Does he ever have any history of physical or verbal aggression?

JD: No.

OP: What about the last time this happened when he kind of was out of it; was he aggressive, as well?

JD: Yeah. Just screaming. Just -- just the screaming, and we hid from him, too.

OP: How long ago was that?

JD: That was three years, three and a half years ago.

OP: Three and a half years ago?

JD: Uh-huh.

OP: And are you and he the only ones in the house?

JD: Yeah.

OP: Okay. Can you walk me through what happened again? We have help on the way. This isn't a delay or anything.

JD: We woke -- I woke up because I heard, like, gurgling, screaming, almost -- well, heavy gurgling, breathing, so I went to the room where he is, and he kept doing that. And I tried to call him to wake him up and he kept doing that for a few seconds before he finally stopped, and then, um -- and then he sat up. He looked dazed, didn't know where he was. And then he, um -- he looked at me again, and then he started just screaming.

OP: Okay. And at what point --

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*

*PCSO - SUPPLEMENT SO16-363788/37*

Report Date: 09/13/2016

| Narrative - Continued |
|---|

JD: Sorry.

OP: All right. Is somebody -- somebody with you?

JD: Yeah. The cops are here.

OP: The police? Okay. I'm gonna let you go. Go and talk to the deputies.

JD: Hang on.

OP: Okay. I'm gonna let you go.

JD: Come here, girl.

OP: All right. Bye-bye.

(SECOND CALL)

EV: Wednesday, September 7, 2016, 1542 hours and 13 seconds.

OP: 9-1-1. Is this a police, fire, or medical emergency?

JD: Medical, please.

OP: What is the address that the patient is at?

JD: 1739 Split Fork Drive.

OP: 7239 --

JD: No. 1739.

OP: What street is this on?

JD: Uh, Split Fork Drive.

OP: What city is this in?

JD: Oldsmar.

OP: And what's the phone number you're calling me from?

JD: 727-776-1315.

OP: Is this a house or an apartment?

JD: House.

OP: Okay. Tell me exactly what happened.

JD: I just saw my husband having a seizure.

OP: Okay. All right. I do have rescue on the way. What is your name?

JD: Julie.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

## PINELLAS COUNTY SHERIFF'S OFFICE
## PCSO - SUPPLEMENT SO16-363788/37

Report Date: 09/13/2016

**Narrative - Continued**

OP: And your last name?

JD: Degraw, D-E-G-R-A-W.

OP: Are you with him now?

JD: I'm downstairs. He got really confused this morning when he did that, and I -- we were not sure what it was, but he was fine after the EMS came. This time I just saw it and he's -- he's having -- I can hear him gurgling right now.

OP: Okay. How old is he?

JD: He's 58.

OP: Fifty-eight?

JD: Fifty-eight.

OP: Is he awake?

JD: Um, it -- I can hear him. I don't know if he's awake, but he -- when he -- earlier today --

OP: Is there any way if you can go by him?

JD: I -- no, no. Earlier today, he -- he was very confused, and he was ready to attack me. But I can hear him upstairs.

OP: Okay. Is he conscious?

JD: Uh, I think so. He's coughing.

OP: Is he breathing?

JD: Yeah. I can hear him.

OP: Has he had more than one seizure in a row?

JD: Um, this might be, like, the second or the third. I don't know. I mean, the one this morning -- I -- I told EMS, I think he might have had a seizure, but they were not sure either. He has no history, no (unintelligible).

OP: Is he diabetic?

JD: No. He has PTSD. Come here. Come here, baby. Come here.

OP: Does he have a history of stroke or brain tumor?

JD: No. They were ruling out stroke on him, um, like, two years ago.

OP: Okay. Has the jerking stopped yet?

JD: I'm sorry. He's upstairs. I'm sorry. I have two dogs. I'm trying to get them away, so when EMS comes they're not here.

OP: Okay. Once you're done with that, can -- can you -- once you're done with that, can you go to check to see if the jerking has stopped?

JD: When they come. I told you, I' was scared.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
## *PCSO - SUPPLEMENT SO16-363788/37*
Report Date: 09/13/2016

---

**Narrative - Continued**

OP: Okay. If you're refusing to go by the patient, that is fine. If anything changes, just give us a call back immediately for further instructions.

JD: Are they on their way?

OP: Yes. They've been on the way since I've gotten the address.

JD: Okay. Thank God.

OP: Thank you.

(CONCLUSION OF CALL)

Transcribed by: jiz/jck

---

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 09/13/2016 08:57 |
| Last Update Operator: | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 09/29/2016 08:47 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) | 2/14/2017 | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) | 2/14/2017 |
| | | | |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.