# PINELLAS COUNTY SHERIFF'S OFFICE
## PCSO - SUPPLEMENT SO16-363788/8
Report Date: 09/08/2016

### Primary Information
| | |
|---|---|
| Description: | TRANSCRIBED INTERVIEW DEPUTY MARTINEZ "UPTON" |
| Occurrence From: | 09/07/2016 23:00 |
| Occurrence To: | 09/07/2016 23:30 |
| Dissemination Code: | RESTRICTED |
| Reporting LEO: | UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Approval Status: | Approved |
| Approved Date: | 10/12/2016 |
| Approved By: | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |

### Addresses
| Relationship | Address |
|---|---|
| OCCURRED | 1739 SPLIT FORK DR, OLDSMAR, Florida 34677, UNITED STATES |
| RELATED | 737 LOUDEN AVE PCSO NORTH DISTRICT STATION, DUNEDIN, Florida 34698, UNITED STATES |

### Subjects
| Relationship | Name | Bio | DOB |
|---|---|---|---|
| ATTORNEY | AFIENKO, KENNETH J ATTY (PERSON) | 55 yr. old, WHITE, MALE | 08/21/1961 |
| DECEASED | DEGRAW, DONALD CHRISTOPHER (PERSON) | 58 yr. old, WHITE, MALE | 06/25/1958 |

### Narrative

(INTERVIEW OF DEPUTY MARTINEZ, #SO16-363788-8, 09/07/16)

(The following may contain unintelligible or misunderstood words due to the recording quality.)

JU = Detective James Upton
EM = Deputy Eduardo Martinez
JT = Detective John Tobeck

JU: All right. I'm Detective Upton. Today's date is September 7th, 2016. The current time is 23 hours, 18 minutes. I'm here with Detective John Tobeck, representative from the FOP Kenneth Afienko, uh, in the presence of, uh, Deputy Eduardo Martinez. This is in -- in, uh, regards to SO16-363788. The occurred is listed as 1739 Split Fork Drive in Oldsmar. Eddie, how -- how long have you been, uh, employed with the Sheriff's Office?

EM: Since January of 2013.

JU: So two and a half --

EM: Three years. Yeah.

JU: Three years?

JT: Three. Anything before that, Deputy Martinez?

EM: No, sir.

JU: Do you have any, uh, special certifications?

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

02/14/2017 15:20:26

## PINELLAS COUNTY SHERIFF'S OFFICE
### PCSO - SUPPLEMENT SO16-363788/8
Report Date: 09/08/2016

### Narrative - Continued

EM: Um --

JU: Specialty training?

EM: CIT.

JU: CIT training? Attended any schools --

EM: Um --

JU: -- other than CIT?

EM: Yeah. Um, kinesics training, interview interrogations, radar laser.

JT: You, uh -- you worked in Patrol, then, uh, anywhere else?

EM: Uh-uh.

JT: Okay. Where were you assigned today?

EM: Oldsmar 1 Alpha.

JT: What time did you come in this morning, Deputy Martinez?

EM: 6:00.

JU: Normal day? Any problems up until you went to Split Fork?

EM: No. Normal day.

JU: Okay. Kinda run me through your day to go -- when you got to Split Fork. You know, if you remember, roughly what time you were dispatched, where you were coming from.

EM: Um, I was near St. Pete's, uh, Drive and, um, State Street. I was under a garage writing -- typing my reports from previous calls. Was just about to call arms, um, this call came out, Deputy Goepfert advised he was 51. I looked at the call notes. Um, noticed it was an AOA for FD. I saw that they were staging, um, so I got -- jumped on the call and was gonna back them up. So I head to, uh, the -- the occurred. We got there about same time. We walked up to the front door. Um, the wife had just opened the door as she saw I was approaching. Um, he asked -- uh, Deputy Goepfert asked her what was going on. And she was like, "My husband -- I think my husband had a seizure." Um, and then she mentioned he had PTSD.

JT: Did she say anything more about why she thought he had a seizure?

EM: Not at the time when she -- we were walking in the door.

JT: Okay.

EM: Um, we walked in the door. Deputy Goepfert started to head upstairs. I started talking to her. Um, she had mentioned that FD had been out there in the morning and that we had been out here. Um, she said he had been -- he was acting out, couldn't sleep, screaming. Um, then I asked her if there are any weapons upstairs. She said there was guns throughout and there's guns in the room. And there's -- she -- he carry -- he typically has a, uh, gun under the pillow. So I told Deputy -- Deputy Goepfert there's a Signal 0 possibly under his pillow. Um, I started to head upstairs. When I head upstairs, Deputy Goepfert was kind of, um -- this is the doorway. He was standing here, facing -- facing the bed. Uh, I went upstairs, got out of (unintelligible) and went towards the wall here and kinda stood here.

JT: So --

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

## PINELLAS COUNTY SHERIFF'S OFFICE
### PCSO - SUPPLEMENT SO16-363788/8

Report Date: 09/08/2016

| Narrative - Continued |
|---|
| EM: Stood by. |
| JT: We're -- we're on -- we're on audio. So -- |
| EM: I'm sorry. |
| JU: So you're -- he was in the doorway. If you're looking -- if -- |
| EM: As you're -- as you're walking up the stairs, there's a doorway there. |
| JT: Uh-huh. |
| EM: So then I walked up and went to the left and stood by the wall, as -- so I was -- wasn't just standing by the stairway. And he was by the doorway, if this the -- looking towards the bed. |
| JT: So he was to the right? |
| EM: Correct. |
| JT: So you guys kinda had cross coverage on that door? |
| EM: Correct. But I was -- but I was facing the wall. I -- I couldn't -- I couldn't see, uh, the gentleman (unintelligible). |
| JT: Right. But you could see -- |
| EM: I could see Deputy Goepfert. |
| JT: Okay. And could you see, like, the door as it opened into the room? Could you see, like, that wall? |
| EM: Yeah. I could -- I could see the -- I could see that side. I could see Deputy Goepfert talking to him. But I couldn't see anything inside the room. |
| JT: Okay. So you could see, it'd have been the east wall of the room from where you were at? |
| EM: Yeah. Well, he would be covering it, so I would just be seeing him. |
| JT: Okay. I'm sorta trying to -- trying to -- |
| EM: Yeah. |
| JT: -- get my position here, all right, make sure we're the same here. All right. |
| EM: So I got up there. Deputy Goepfert is talking to the gentleman, saying, "Hey, sir. Hey --" you know, "Just talk to me. What's goi on?" And anything that Deputy Goepfert said, he just screamed in -- in an outrageous manner. He was just, "(Unintelligible)." Everything -- anything Deputy Goepfert talked to him, he just kept screaming at him. So Deputy Goepfert is just, "Hey, just calm down. We're here for you. Let's talk. We're talking." He was talking to him calm -- telling him, um -- at that point, he obviously -- Deputy Goepfert had his Taser out, 'cause he was getting aggressive. Um, at one point, Deputy Goepfert said that his arms were going -- going towards his head, and he asked me to go lethal. So I put my Taser back in my holster, had my lethal, again same -- same position here. I'm just standing there. And I -- at some point -- again, I -- I didn't see him at any time. I was just looking at De Goepfert. He was continuing to try to talk to him. At some point, Deputy Goepfert mentioned that he stood up. And I -- I could se Deputy Goepfert tell him, "Hey, sir, back -- back up. Back up. Back up." And then he deployed the Taser. Once he deployed the T you could see (unintelligible). At this point, I -- I rushed towards the door. I could see him starting to come towards him, and he': fighting -- he's fighting the Taser. And then he falls to the ground. |
| Um, I don't know how many times Deputy, um, Goepfert deployed it after that, but I could see him fighting -- uh, fighting it. And was trying to go -- continue to go through it and trying to get up. We were telling him to get down, get down, get down. At this p he |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
*PCSO - SUPPLEMENT  SO16-363788/8*

Report Date: 09/08/2016

**Narrative - Continued**

sergeant was already there. Sergeant Street was already there. Um, I think he was there actually once when the Taser was deployed. Um, he was on the ground. Sergeant Street walked into the room to try to hold him, try -- so we can detain him. Um, once Sergeant Street was in there, got him on his back. Um, I got my cuffs out and started to go for -- Sergeant Street had his left arm, um, so I started to cuff that left arm. Once that -- that left arm was cuffed, Sergeant Street moved to his right arm, tried to move 'em together. Um, as I'm bringing the cuffs over, I think he was grabbing my -- my hand and the cuffs at the same time. Kinda like trying to grab it.

JU: Uh-huh.

EM: So as I'm trying to push it over, Sergeant Street tried to push his arm over. We finally get over there. We cuff it. Once he's cuffed, I get up, Sergeant Street gets up, and then he's just kinda still.

JT: Who was grabbing your hand? Sorry.

EM: Uh, the subject. Uh, Don.

JT: Okay. Okay.

EM: He's grab -- I could -- he was grabbing the cuffs and grabbing my hand. So then after I let -- removed the cuffs from his hand, then we -- Sergeant Street starts, um, pushing his -- his right -- his left hand towards his right, Sergeant Street is trying to push his right hand towards me. I finally get it cuffed. It was in a weird position. And then at that point, um, I got up, Sergeant Street got up, and then he was just kinda still. So we're all saying, "Hey. Hey, Don? Don? Wake up. What's going on? Are you responsive? What's going on?" He's just standing still. So we're thinking he may be just laying there. Um, so at that point, we roll him to the side. We're trying to see if we -- see if we can a pulse. Um, Sergeant Street takes his arm and kinda rubs it on his chest. And I could see, like, his -- his lips move. Then, uh, at that point, we told Deputy Baldwin to call FD in. FD came in and then started doing compressions. They were there working for a while. Um, and then that was basically it.

JT: All right. Let me back you up a little bit. You talk fast, man. Anybody ever --

EM: Yeah.

JT: -- tell you that?

EM: I'm from Chicago, so --

JT: Um, okay. You said he got up. Could -- did you see him walk towards Deputy Goepfert, or --

EM: No.

JT: Okay.

EM: I couldn't see -- all I -- like I said, all I could see is Deputy Goepfert.

JT: Okay. Could you hear him moving, or what --

EM: I -- I hear -- I could hear movements in the -- in the room.

JT: Did you -- did you -- did he yell anything at that point?

EM: No. He -- again, he was just making (unintelligible), like, Ahh, just screaming.

JT: But Deputy Goepfert was telling him to get back?

EM: Correct.

JT: Okay. After you -- you heard the Taser deploy?

EM: Yes.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
*PCSO - SUPPLEMENT SO16-363788/8*

Report Date: 09/08/2016

---

**Narrative - Continued**

JT: Okay. You're familiar with that sound?

EM: Correct.

JT: You've been through Taser training?

EM: Correct.

JT: At that point, did you look into the room after you hear the Taser deploy?

EM: Once the Taser deployed, I ran towards him to see if he was actually coming. Then he started to, like, approach, kinda like, fighting it. Like, he's bracing -- he's bracing for it.

JT: Okay.

EM: And kinda moving toward it, so it's like -- it felt like it -- it was working somewhat, but he's still kinda fighting it. Um, so then as he's fighting it, uh, he's -- he's still moving, but he's kinda bumping into things in the room. And at some point he falls -- like, falls into a ladder, or a stepladder that was there. And then, um, once he falls on the ground, we kinda move, like, a -- a table that's there to get it out of the room. Just kinda clear space for the floor. Get the -- get the ladder out of there and move -- there was like little -- like a little knife, scissors thing we pushed to the side. Um, so once he's on the ground, uh, he keeps fighting. Then I -- at some point I think Deputy -- Deputy Goepfert kinda just gives him another zap. And he keeps -- continues to fight. And then Sergeant -- Sergeant Street gets in there and kinda holds him, kinda push him towards his stomach to the ground. And then once he's -- once he's kinda holding him, Deputy Goepfert starts holding his legs, and I started getting the cuffs off, just try to -- just try to put the restraints off.

JT: How close was he to Deputy Goepfert when --

EM: When he Tased him?

JT: Yeah.

EM: Gonna say he was probably from where we are now.

JT: So what? Three feet?

EM: Approximately four feet.

JT: Four feet?

EM: Two or three feet, maybe.

JT: All right. Um, and he was still coming towards him as (unintelligible) --

EM: Yeah. Fighting it and kinda walking towards him. Yeah.

JT: Okay. When he -- you said he fell near a ladder. Where was the ladder at in the room?

EM: It was on the right side. So if you're --

JT: Right?

EM: -- looking towards the room, it would be on the right, yeah.

JT: So we're gonna say, as you look at that room, the windows are here, Tampa Road is back here, right? So we're gonna call --

EM: Yeah.

---

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
*PCSO - SUPPLEMENT SO16-363788/8*

Report Date: 09/08/2016

### Narrative - Continued

JT: We're gonna call Tampa Road to the north.

EM: Okay.

JT: So this would be the east. This would be the south. This would be the west.

EM: Okay. So that'd be on --

JT: Correct? The door --

EM: -- the east side.

JT: The door is here. So it'd be on the east side of the room?

EM: Correct.

JT: So he fell towards the wall on the east side?

EM: Correct.

JT: All right. How did he land?

EM: On his butt.

JT: On his butt?

EM: And he kinda -- he kinda, like, hit the -- hit the ladder, 'cause I noticed the ladder shaking when he hit -- when he landed on it. He's still kinda bracing.

JT: Okay. Did you guys continue to give him verbal commands at that point?

EM: We told him, "Sir, calm down, sir. Relax. Relax. Relax." And he kept (unintelligible), fighting. He just kept fighting it.

JT: Okay.

EM: Um, so then at that point, once -- once he kept fighting it, I think -- I -- I don't -- I'm not sure -- I'm not sure how many times Goepfert, um, gave him the -- the Taser, but he -- he just continued to try to get up and try to fight. So --

JT: Well, you're bracing your fist. Again, we're on -- we're on audio here.

EM: Okay. That's what -- that's what he was doing.

JT: Okay.

EM: So when he -- when we first Tased him, he kept just bracing in this position. Like, he was bracing.

JT: Like he was gonna get up and punch you?

EM: No, no. Bracing like he was trying to fight the Taser probes.

JT: Okay. You said he tried to get up a minute ago -- or a second ago, correct? Or am --

EM: Correct.

JT: -- hearing -- okay.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*

*PCSO - SUPPLEMENT  SO16-363788/8*

Report Date: 09/08/2016

---

**Narrative - Continued**

EM: Like, so he -- he was on the ground. Then once Deputy Goepfert, I'm assuming, turned the Taser off --

JT: Okay.

EM: -- he -- he started to try to get up. And we say, "Sir, get on -- stay on the ground. Stay on the ground, sir." Then he started to get up. And I'm assuming Deputy Goepfert Tased him again, 'cause he started bracing.

JT: Okay. When he was getting up, was he getting up like, "I'm gonna come -- I'm gonna get you," or was he just trying to get up from --

EM: No. He was just trying to get up.

JT: Okay. And you guys were telling him to stay down?

EM: Correct.

JT: All right. Um, what was he wearing? Anything?

EM: No shirt. I think he had shorts on.

JT: When you got into the room, did you see any weapons in that room?

EM: I saw boxes. Like, the case -- the weapon cases. I didn't see any physically out. Um --

JT: Where'd you see those boxes at?

EM: Towards the back. So I would say the north end. North end.

JT: Okay.

EM: And then, like, the northwest, I think there was more boxes over there. And then once -- once we had him restrained, we pulled up the pillow and there was a -- it looked like a 19-11 under the -- under the pillow.

JT: How many -- the boxes, were they long gun boxes?

EM: Long gun -- long gun boxes, yeah.

JT: Okay. Who pulled up the pillow?

EM: I have no -- I don't remember. I -- I don't know if it was Sergeant Street or Deputy Goepfert. I'm not sure.

JT: Okay. Um --

JU: Did you notice any injuries or abnormalities to the, uh, subject's person, his face, arms, anything?

EM: Well, when he was laying there, we saw -- he looked like he was bleeding from the mouth a little bit. I'm not sure if he had hit something, or -- but, yeah. He was bleeding a little bit.

JU: Like, on the lip or out from the interior --

EM: I don't know if was --

JU: -- portion?

EM: -- from the lip or from, like, just coming out. I'm not -- I'm not sure. But we could -- I -- I saw when actually he was cuffed, he had been bleeding a little bit from his mouth.

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*
## PCSO - SUPPLEMENT  SO16-363788/8
Report Date: 09/08/2016

**Narrative - Continued**

JT: So when you and Sergeant Street were trying to get him cuffed, and you're pulling one hand towards, and he's pulling the other -- you were pulling the left, Sergeant Street's pulling the right --

EM: Correct. So -- because --

JT: -- he --

EM: -- at one point, Sergeant Street had his left arm. Once I cuffed that one, he let go of that one 'cause I had it. Then he was working on the right arm.

JT: But he was still -- was he bracing and tensing at that point, since --

EM: He was, 'cause he was grabbing -- he was grabbing my hand, grabbing the cuffs.

JT: Okay. Um, where were you? Were you on top of him? Were you standing up?

EM: I was stand -- kinda, like, leaning, kinda, like, crouched to the side. So, like, if his body is facing, uh, let's say, south -- his head's towards the south -- I was on the east side of him, next to his -- next to his left arm. So I had -- once I had got it cuffed, I was basically holding it, trying to push it over, but, like, crouched down.

JT: Okay. And he was face-down?

EM: He was face-down.

JT: Okay. Was he saying anything at this point?

EM: No. He didn't -- he never said anything. He was just making just --

JT: Was he making grunting noises?

EM: Yeah. He was. And he was grabbing my arm.

JT: How long did it take you guys to get him cuffed?

EM: I -- I don't know if it was, like, one or two minutes.

JT: You said you guys got him cuffed. How long after he was cuffed and was making those grunting noises, just approximately, was it before he became unresponsive?

EM: Well, once -- once we cuffed him and we got up, he was just laying there. So we just assumed he was just tired of fighting us. So then at that point, we backed up, and we said, "Sir? Sir?" And then he was not making -- he was unresponsive. We just kinda rolled him to the side. Maybe he was just laying there. Uh, Sergeant Street rubbing his -- rubbed his shoulder. We saw his lips move, so we called FD, thinking he was still breathing. And then FD came and started working.

JT: All right. Okay. Let me -- let me ask it this way. You got him cuffed, you thought he was just tired from fighting -- which I get that; we all get tired of fighting -- how long after that did you guys try to do the sternum rub -- started -- started to -- try to do the sternum rub?

EM: It was -- I mean, we -- we tapped him. We're like, "Sir? Don? Don? Don?" And he was unresponsive. So then we pulled him to the side, pushed him to the side.

JT: Okay.

EM: And he was -- we were saying, "Don? Don?" So Sergeant Street went in there and kinda just did a sternum rub, and he moved his lips. So it was basically right after we noticed he wasn't responding to us.

*This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.*

*PINELLAS COUNTY SHERIFF'S OFFICE*

*PCSO - SUPPLEMENT SO16-363788/8*

Report Date: 09/08/2016

---

**Narrative - Continued**

JT: What position was he in when -- when you guys got him handcuffed, you said he was on his stomach. Was his face face-down? Was it turned?

EM: It was -- it was face-down still.

JT: Okay. All right. Um, in -- in light of your thinking, when he was Tasered and all that, were you thinking this was a criminal matter, or were you guys trying to get him some help --

EM: No. We were trying --

JT: -- like, mentally?

EM: We were just trying to get him safe so that FD could come in.

JT: Okay.

EM: Because at this point, FD wouldn't come in if he was still fighting.

JT: All right.

EM: So we just wanted FD -- 'cause, again, this is FD's call to see if he's okay and evaluate him to --

JT: Yeah.

EM: -- 'cause he might have had a seizure.

JT: So you thought --

EM: So we --

JT: -- he was having a medical problem?

EM: Correct.

JT: Okay. And you were -- were you worried about him physically, something being wrong?

EM: Correct. Because he was, again, being aggressive.

JT: Okay.

EM: So FD wouldn't have came in if he was continuing to be aggressive.

JT: Did you take the handcuffs off ever?

EM: Uh, Sergeant Street took the handcuffs off when FD came in.

JT: With the wife, as far as you made initial contact with her, she told you about the guns up in the room -- the firearms in the room. Did you talk to her again after?

EM: No. Once we went up -- once I went upstairs I had not talked to her. No.

JT: Did you talk to anybody else afterwards at the scene?

EM: (No audible response).

JT: Did you have any conversations with FD?

---

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

*PINELLAS COUNTY SHERIFF'S OFFICE*

## *PCSO - SUPPLEMENT SO16-363788/8*

Report Date: 09/08/2016

---

**Narrative - Continued**

EM: No. Other than they were telling me that they had been there that morning. And, uh, I think, uh, Paramedic Castro was there in the morning and the afternoon. That's why they knew about it.

JT: How long did it take after you guys got him cuffed -- I know it took them a little bit -- but how long did it take for FD to get up there and start treating him?

EM: Um, they were staged, so once we told Baldwin to call 'em and tell 'em safe for FD, I mean -- I mean, a couple minutes. I -- I don't think -- I don't think they knew. They were just kinda walking in, and then once they got up there, they started to -- to start compressions.

JT: Okay.

EM: I mean, so I -- I -- maybe five minutes.

JT: Did you see any illicit drugs or anything in the room?

EM: Um, not really. I -- I noticed there was pills that FD stepped on. I'm not sure if they were his or if when we moved the tables out, we knocked them over. I'm not --

JT: Let's -- let's hit on that. What was the purpose of moving all that stuff out?

EM: 'Cause he was on the -- he was sitting down, and there was no space for him to lay, I mean, if we were gonna go in there. So we moved this table out of the -- there -- there's a side table to the south. We moved that out of the way, pushed it in the hallway. And then we saw like little scissors and stuff like that and pushed that out of the way. Just to get -- give space. The ladder -- took the ladder out. Just to give space so if we -- we were gonna -- like, he's gonna lay prone, we're gonna cuff him and have no space to do hat.

JT: Okay. Did you ever use your Taser?

EM: No.

JT: All right. Did you have you COBAN activated?

EM: I did not.

JT: Okay. Do you have anything, Detective Upton?

JU: Have you ever been dispatched to this place before?

EM: No. First time.

JT: How was the lighting up there? Was it -- could you see what was going on? Was it dark in that room?

EM: It -- it looked dark. I mean, there was, like, (unintelligible) there was, like a -- the shade, it was, like, somewhat open. But it looked kinda dark in there. Yeah.

JT: Okay. Don't have anything further.

JU: Current time is 2337 hours. This interview will end.

(CONCLUSION OF INTERVIEW)

---

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.

## PINELLAS COUNTY SHERIFF'S OFFICE
## *PCSO - SUPPLEMENT  SO16-363788/8*

Report Date: 09/08/2016

| Narrative - Continued |
|---|
| |
| Transcribed by: tms/clk |

| Record Status Information | |
|---|---|
| Record Origination Operator: | UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 09/08/2016 11:03 |
| Last Update Operator: | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Last Update Date: | 10/12/2016 15:49 |

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| UPTON, J. A. DET (56961 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) | 2/14/2017 | CAPRA, JEFFERY P DET (53787 / HOMICIDE / PINELLAS COUNTY SHERIFF'S OFFICE) | 2/14/2017 |
| | | | |

This report is property of PINELLAS COUNTY SHERIFF'S OFFICE. Neither it nor its contents may be disseminated to unauthorized personnel.