UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE V. DEGRAW,
    Plaintiff,
vs.                                               Case No.: 8:18-cv-02116-T36-SPF
BOB GUALTIERI, et al.
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING OF INADVERTENTLY OMITTED EXHIBITS IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFENDANT DEPUTY GOEPFERT'S MOTION FOR SUMMARY JUDGMENT

    Plaintiff, JULIE V. DEGRAW, hereby files two Exhibits inadvertently omitted from her Response in Opposition to Defendant Dpt. Goepfert's Motion for Summary Judgment (Dkt. 109) and in support thereof, states:

1. On August 7, 2020, Plaintiff filed her Response in Opposition to Defendant Dpt. Goepfert's Motion for Summary Judgment (Dkt. 109).

2. On page 15, she references PCSO General Order 13-10. On Pages 16-17, she references PCSO General Order 13-3. Inadvertently, these two orders were not attached to the Plaintiff's Response.

3. Plaintiff requests that the Court accepts this belated filing. Defendant will not be prejudiced as the two orders originated at the Defendant's office, were produced by Defendant in discovery, and contain PCSO Bates numbered production numbers on the bottom right hand corner. Additionally, the two documents have been part of the master set of exhibits since the inception of this case. General Order 13-10 is Master Exhibit 3 and General Order 13-3 is Master Exhibit 4.

4. The two Orders are quoted in the Plaintiff's motion and are referenced in the Plaintiff's expert report, filed by Defendant as Dkt. 98-10, PageID 3053.

1

5. Plaintiff files General Order 13-10 as Exhibit C and General Order 13-3 as Exhibit D to her Statement of Disputed Facts, Dkt. 110.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via e-party by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

Dated: August 19, 2020

/s/ Inguna Varslavane-Callahan
Inguna Varslavane-Callahan, Esq.
FBN: 183873
Michael T. Callahan, Esq.
FBN: 160940
CALLAHAN LAW FIRM, LLC
449 Central Ave., Ste. 203
St. Petersburg, Florida 33701
Phone: (727) 209-1504
Fax: (727) 289-4800
E-mail: mcallahan@clftrialattorneys.com
       icallahan@clftrialattorneys.com
       jmasters@clftrialattorneys.com
Attorneys for Plaintiff
