UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Julie V. DeGraw,
    Plaintiff,

vs.                                      Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
    Defendants,

and

BayCare Health System, Inc.,
    Garnishee.
_____/

## **CONTINUING WRIT OF GARNISHMENT FOR SALARY OR WAGES**

THE STATE OF FLORIDA
To Each Sheriff of the State

    YOU ARE COMMANDED TO SUMMON the garnishee, BayCare Health System, Inc., whose address is 2985 Drew St., Clearwater, FL 33759, who is required to serve an answer to this writ on the defendants' attorney, whose name and address is Paul G. Rozelle, Esq., Pinellas County Sheriff's Office, 10750 Ulmerton Rd., Largo, FL 33778, within twenty (20) days after service of this writ on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court either before service on the attorney or immediately thereafter.

    The answer shall state whether the garnishee is the employer of the plaintiff/judgment debtor, Julie DeGraw, SSN (XXX-XX-5740), and whether the

garnishee is indebted to Julie DeGraw by reason of salary or wages. The garnishee's answer shall specify the periods of payment (for example: weekly, biweekly, or monthly) and amount of salary or wages and be based on Julie DeGraw's earnings for the pay period during which this writ is served on the garnishee.

THE GARNISHEE SHALL DEDUCT AND RETAIN 25% of the "disposable earnings" from Julie DeGraw's salary or wages each pay period until the judgment in the amount of $15,195.56 with interest at the statutory rate of 5.37% a year from October 22, 2020, and costs, are satisfied or until otherwise provided by court order or statutory law. The garnishee shall be reimbursed for administrative costs and may collect up to $5.00 against Julie DeGraw's salary or wages for the first deduction and up to $2.00 for each deduction thereafter.

FAILURE TO FILE AN ANSWER WITHIN THE TIME REQUIRED MAY RESULT IN THE ENTRY OF JUDGMENT AGAINST THE GARNISHEE FOR THE ABOVE TOTAL AMOUNT.

DATED on this day ___ of November, 2020.

                            ELIZABETH WARREN
                            Clerk of the Court

                            BY: _____
                                DEPUTY CLERK