UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Julie V. DeGraw,
      Plaintiff,

vs.                                        Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
      Defendants,

and

BayCare Health System, Inc.,
      Garnishee.
_____/

## NOTICE TO DEFENDANT OF RIGHT AGAINST
## GARNISHMENT OF WAGES, MONEY, AND OTHER PROPERTY

      The Writ of Garnishment delivered to you with this Notice means that wages, money, and other property belonging to you have been garnished to pay a court judgment against you.  HOWEVER, YOU MAY BE ABLE TO KEEP OR RECOVER YOUR WAGES, MONEY, OR PROPERTY.  READ THIS NOTICE CAREFULLY.

      State and federal laws provide that certain wages, money, and property, even if deposited in a bank, savings and loan, or credit union, may not be taken to pay certain types of court judgments.  Such wages, money, and property are exempt from garnishment.  The major exemptions are listed below on the form for Claim of Exemption and Request for Hearing.  This list does not include all possible exemptions.  You should consult a lawyer for specific advice.

      IF AN EXEMPTION FROM GARNISHMENT APPLIES TO YOU AND YOU WANT TO KEEP YOUR WAGES, MONEY, AND OTHER PROPERTY FROM BEING GARNISHED, OR TO RECOVER ANYTHING ALREADY TAKEN, YOU MUST COMPLETE A FORM FOR CLAIM OF EXEMPTION AND REQUEST FOR HEARING AS SET FORTH BELOW AND HAVE THE FORM NOTARIZED.  IF

YOU HAVE A VALID EXEMPTION, YOU MUST FILE
THE FORM WITH THE CLERK'S OFFICE WITHIN 20
DAYS AFTER THE DATE YOU RECEIVE THIS NOTICE
OR YOU MAY LOSE IMPORTANT RIGHTS.  YOU MUST
ALSO MAIL OR DELIVER A COPY OF THIS FORM TO
THE PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND
THE GARNISHEE OR THE GARNISHEE'S ATTORNEY
AT THE ADDRESSES LISTED ON THE WRIT OF
GARNISHMENT.  NOTE THAT THE FORM REQUIRES
YOU TO COMPLETE A CERTIFICATION THAT YOU
MAILED OR HAND DELIVERED COPIES TO THE
PLAINTIFF OR THE PLAINTIFF'S ATTORNEY AND THE
GARNISHEE OR THE GARNISHEE'S ATTORNEY.

If you request a hearing, it will be held as soon as possible after your request is received by the court.  The plaintiff or the plaintiff's attorney must file any objection within 8 business days if you hand delivered to the plaintiff or the plaintiff's attorney a copy of the form for Claim of Exemption and Request for Hearing or, alternatively, 14 business days if you mailed a copy of the form for claim and request to the plaintiff or the plaintiff's attorney.  If the plaintiff or the plaintiff's attorney files an objection to your Claim of Exemption and Request for Hearing, the clerk will notify you and the other parties of the time and date of the hearing.  You may attend the hearing with or without an attorney.  If the plaintiff or the plaintiff's attorney fails to file an objection, no hearing is required, the writ of garnishment will be dissolved and your wages, money, or property will be released.

IF YOU HAVE A VALID EXEMPTION, YOU SHOULD
FILE THE FORM FOR CLAIM OF EXEMPTION
IMMEDIATELY TO KEEP YOUR WAGES, MONEY, OR
PROPERTY FROM BEING APPLIED TO THE COURT
JUDGMENT.  THE CLERK CANNOT GIVE YOU LEGAL
ADVICE. IF YOU NEED LEGAL ASSISTANCE YOU
SHOULD SEE A LAWYER.  IF YOU CANNOT AFFORD A
PRIVATE LAWYER, LEGAL SERVICES MAY BE
AVAILABLE.  CONTACT YOUR LOCAL BAR
ASSOCIATION OR ASK THE CLERK'S OFFICE ABOUT
ANY LEGAL SERVICES PROGRAM IN YOUR AREA.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Julie V. DeGraw,
     Plaintiff,

vs.                             Case No.: 8:18-cv-02116-T36-SPF

Bob Gualtieri, et al.,
     Defendants,

and

BayCare Health System, Inc.,
     Garnishee.
_____/

### CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I claim exemptions from garnishment under the following categories as checked:

_____ 1. Head of family wages. (You must check a. or b. below, if applicable.)
     _____ a. I provide more than one-half of the support for a child or other
             dependent and have net earnings of $750.00 or less per week.
     _____ b. I provide more than one-half of the support for a child or other
             dependent, have net earnings of more than $750.00 per week, but
             have not agreed in writing to have my wages garnished.
_____ 2. Social Security benefits.
_____ 3. Supplemental Security Income benefits.
_____ 4. Public assistance (welfare)
_____ 5. Workers' Compensation
_____ 6. Reemployment Assistance or Unemployment Compensation.
_____ 7. Veterans' benefits.
_____ 8. Retirement or profit-sharing benefits or pension money.
_____ 9. Life insurance benefits or cash surrender value of a life insurance policy or
            proceeds of annuity contract.
_____ 10. Disability income benefits.
_____ 11. Prepaid College Trust Fund or Medical Savings Account.
_____ 12. Other exemptions as provided by law.
           _____ (explain)

I request a hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

Address: _____

Telephone number: _____

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by (circle one) United States mail or hand delivery on (insert date) _____, to: (insert names and addresses of Plaintiff or Plaintiff's attorney and of Garnishee or Garnishee's attorney to whom this document was furnished).

_____

_____

_____

_____

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true to the best of my knowledge and belief.

_____
Defendant's signature

Date: _____

STATE OF FLORIDA

COUNTY OF _____

Sworn and subscribed to before me this _____ day of (month and year) _____, 20__ by (insert name of person making statement) _____

_____
Notary Public/Deputy Clerk

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

4